ORIGINAL

# UNITED STATES COURT OF FEDERAL CLAIMS

FILED
AUG 5 2016
U.S. COURT OF
FEDERAL CLAIMS

| | |
|---|---|
| CB&I AREVA MOX SERVICES, LLC, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>THE UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Case. No. **16-950 C** |

## RCFC Rule 7.1 Dislcosure

Plaintiff CB&I AREVA MOX Services, LLC, through undersigned counsel and pursuant to RCFC Rule 7.1 discloses as follows:

>Plaintiff is an unpopulated limited liability company formed under the laws of the State of South Carolina with a principal place of business therein. It is an entity with two ultimate parent publicly traded companies: (1) Chicago Bridge and Iron Company N.V. and (2) AREVA SA.

Dated: August 4, 2016　　　　　　　　　Respectfully submitted,
Aiken, SC

　　　　　　　　　　　　　　　　　　**CB&I AREVA MOX SERVICES, LLC**

　　　　　　　　　　　　　　　　　　<u>s/Noah M. Hicks II</u>
　　　　　　　　　　　　　　　　　　Noah M. Hicks II
　　　　　　　　　　　　　　　　　　Lauren M. Wylie
　　　　　　　　　　　　　　　　　　P.O. Box 7097
　　　　　　　　　　　　　　　　　　Aiken, South Carolina 29804-7097
　　　　　　　　　　　　　　　　　　Telephone Number: 803.442.5339
　　　　　　　　　　　　　　　　　　Telefacsimile Number: 803.819.2461
　　　　　　　　　　　　　　　　　　Email: NMHicks@moxproject.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*