# UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CB&I AREVA MOX SERVICES, LLC, | ) | |
| | ) | |
| Plaintiff | ) | Case. No. 16-950C |
| | ) | (Judge Wheeler) |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## Plaintiff's Status Report

Plaintiff CB&I AREVA MOX Services, LLC ("MOX Services") respectfully submits the following Status Report to inform the Court of recent case developments in advance of the Status Conference set for October 23, 2017 at 10:00 AM.

### I. Background

This Complaint arises under contract DE-AC02-99CH10888 (the "Contract") between the National Nuclear Security Administration ("NNSA") and MOX Services to construct the Mixed Oxide Fuel Fabrication Facility ("MFFF"). In 2015, MOX Services submitted a request for equitable adjustment ("REA") under the Contract that sought to adjust the cost and schedule projections for the completion of the MFFF. The REA concluded that the required cost and schedule adjustments brought MOX Services' performance within the parameters of the Schedule and Cost Incentive Fee Bands under the Contract, such that MOX Services was entitled to payment of incentive fee suspended by NNSA.

Through Invoice/Voucher 202C, MOX Services requested reimbursement of $2,244,972.05 in costs it incurred to prepare the REA. After NNSA denied reimbursement of Voucher 202C, MOX Services submitted a certified claim for the REA preparation costs. The

contracting officer denied MOX Services' certified claim for REA preparation costs in a letter dated February 15, 2016. MOX Services appealed that final decision in the Complaint filed with the Court on August 4, 2016.

On September 29, 2016, MOX Services submitted a certified claim to the contracting officer based on the REA in the amount of $56,427,767 in Cost/Schedule Incentive Fee under the Contract. On December 7, 2016, the contracting officer denied MOX Services' claim and further asserted an affirmative government claim to $21,600,000 in provisional Incentive Fee payments owed as a debt to NNSA under the Contract. MOX Services has since paid NNSA's demand for the return of $21,600,000 in provisional Cost/Schedule Incentive Fee.

On June 22, 2017, MOX Services submitted a separate certified claim for $105,189,406 in Fixed Fee under the changes clause and pursuant to the parties' risk allocations in the Contract. In a letter dated August 22, 2017, the contracting officer denied the June 22, 2017 claim after determining that the claim was "based on the same set of operative facts as MOX Services' claim…submitted on September 29, 2016" (i.e. the claim for Incentive Fee based on cost and schedule adjustments requested by MOX Services in the REA).

In sum, since the filing of this action on August 4, 2016, there have been three new contracting officer final decisions that relate to the cost and schedule adjustments MOX Services requested in the REA underlying the Complaint:

1. The contracting officer's December 7, 2016 decision denying MOX Services' claim seeking $56,427,767 in Cost/Schedule Incentive Fee.
2. The contracting officer's December 7, 2016 decision that MOX Services owes NNSA a debt of $21,600,000 in provisional Cost/Schedule Incentive Fee payments.

3. The contracting officer's August 22, 2017 decision denying MOX Services' claim seeking $105,189,406 in Fixed Fee payments.

## II. MOX Services' Proposal to Supplement and Amend the Complaint

Since late September 2017, the parties have engaged in preliminary discussions concerning how MOX Services intends to appeal the new final decisions that relate to the REA underlying the existing Complaint. To streamline discovery and the judicial resources necessary to resolve outstanding claims between the parties which relate to the REA, MOX Services proposed to supplement and amend the existing Complaint pursuant to Rule 15 of the Rules of the Court of Federal Claims (RCFC). Specifically, MOX Services intends to supplement the Complaint pursuant to RCFC 15(d) to add new allegations and causes of action based on the three new final decisions issued after the filing of the Complaint. MOX Services further intends to amend the existing Complaint pursuant to RCFC 15(a) so that it may present all claims in a consolidated fashion and make any appropriate amendments to the existing causes of action.

Defendant has indicated that it has no objection in principle to MOX Services' proposal to consolidate all claims before the Court. However, Defendant has requested an opportunity to review MOX Services' proposed supplemental and amended complaint (the "Proposed Consolidated Complaint") before it consents to the filing thereof. MOX Services has agreed to share the Proposed Consolidated Complaint with Defendant no later than October 31, 2017. Defendant has agreed to inform MOX Services whether it consents to the filing of the Proposed Consolidated Complaint within seven (7) days of receiving it. Should Defendant consent to the filing of the Proposed Consolidated Complaint, MOX Services will promptly file an appropriate motion for leave to file it with the Court. Defendant has indicated that it intends to request sixty (60) days to respond to the Proposed Consolidated Complaint.

### III. Anticipated Modifications to the Scheduling Order

The parties anticipate that the scope of discovery that is relevant to the Proposed Consolidated Complaint will be significantly broader than the scope of discovery that is relevant to the current action. As such, the parties expect that modifications to the existing Scheduling Order will be needed once the Proposed Consolidated Complaint is filed and the pleadings are settled. If the Court permits MOX Services to file the Proposed Consolidated Complaint, the parties will meet and confer regarding appropriate modifications to the Scheduling Order after the Defendant's serve an answer. No later than 30 days after Defendant's answer is served, the parties will jointly or separately propose modifications to the scheduling order for the Court's review and consideration.

***

Plaintiff is prepared to address any questions the Court may have regarding the foregoing at the upcoming Status Conference set for October 23, 2017.

Dated: October 17, 2017   Respectfully submitted,

**ROGERS JOSEPH O'DONNELL**

_/s/ Stephen Bacon_
_____
Stephen L. Bacon (Counsel of Record)
Mark J. Linderman
Dennis J. Callahan
Rogers Joseph O'Donnell, P.C.
875 15th Street NW, Suite 725
Washington, DC 20005
Phone: (202) 777-8950
*Attorneys for Plaintiff CB&I AREVA MOX Services, LLC*