# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |
|---|---|
| CB&I AREVA MOX Services, LLC | ) ) ) No.: 16-950C ) (Judge Wheeler) |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGEMENT**

**ROGERS JOSEPH O'DONNELL, PC**
Mark J. Linderman (Counsel of Record)
Dennis J. Callahan
Stephen L. Bacon
311 California Street, 10th Floor
San Francisco, CA 94104
(415) 956-2828 (Telephone)
(415) 956-6457 (Facsimile)
mlinderman@rjo.com; dcallahan@rjo.com; sbacon@rjo.com
Attorneys for CB&I AREVA MOX SERVICES, LLC

December 27, 2017

Pursuant to RCFC 56 and 57, Plaintiff CB&I AREVA MOX Services, LLC ("MOX Services"), through the undersigned counsel, respectfully moves this Court for partial summary judgment on the Declaratory Relief Counts of its Supplemental Complaint. The grounds for this relief are set forth in the accompanying memorandum and are supported by the docketed materials reproduced in the Appendix and cited therein.

Dated: December 27, 2017

Respectfully Submitted,

By: _____
Mark J. Linderman (Counsel of Record)
Dennis J. Callahan
Stephen L. Bacon
ROGERS JOSEPH O'DONNELL, P.C.
311 California St.
San Francisco, CA 94104
Tel: (415) 365-5309
Fax: (415) 956-6457
Email: mlinderman@rjo.com;
dcallahan@rjo.com; sbacon@rjo.com

*Attorneys for Plaintiff CB&I AREVA MOX Services, LLC.*