# In the United States Court of Federal Claims

No. 16-950C

(Filed: February 23, 2018)

```
*****************************************
                                         *
CB&I AREVA MOX SERVICES, LLC,            *
                                         *
                    Plaintiff,           *
                                         *
v.                                       *
                                         *
THE UNITED STATES,                       *
                                         *
                    Defendant.           *
                                         *
*****************************************
```

ORDER

      On February 23, 2018, Plaintiff filed a motion for reconsideration addressing the Court's order granting Defendant's motion to stay summary judgment briefing in this case. Dkt. No. 37. In considering this motion, the Court requests briefing on this matter. Defendant shall file a response to Plaintiff's motion for reconsideration on or before March 2, 2018. Plaintiff shall file its reply on or before March 7, 2018.

      IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge
