# In the United States Court of Federal Claims

No. 16-950C, 17-2017C, 18-35C, 18-80C, 18-522C, 18-677C, 18-691C, 18-710C
(consolidated)

(Filed: May 22, 2018)

```
*************************************
                                    *
CB&I AREVA MOX SERVICES, LLC,       *
                                    *
                Plaintiff,          *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
                Defendant.          *
                                    *
*************************************
```

## SECOND AMENDMENT TO CONSOLIDATION ORDER

On May 15, 2018, the Court entered an order consolidating the related cases of CB&I AREVA MOX Services, LLC v. United States, Nos. 16-950C, 17-2017C, 18-35C, 18-80C, 18-522C, and 18-677C. On May 16, 2018, the Court entered an order consolidating the related case, CB&I AREVA MOX Services, LLC v. United States, No. 18-691C, with the prior consolidated cases.

On May 18, 2018, CB&I AREVA MOX Services, LLC filed another Complaint in a related case, CB&I AREVA MOX Services, LLC v. United States, No. 18-710C. The newly filed CB&I case has factual and legal commonalities to the consolidated cases and concerns the same contract.

Accordingly, CB&I, No. 18-710C is hereby consolidated under the lead case, CB&I AREVA MOX Services, LLC v. United States, No. 16-950C.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge