# In the United States Court of Federal Claims

No. 16-950C, 17-2017C, 18-80C, 18-522C, 18-677C, 18-691C, 18-921C
(consolidated)

(Filed: July 9, 2018)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                                              \*
CB&I AREVA MOX SERVICES, LLC,                 \*
                                              \*
            Plaintiff,                        \*
                                              \*
v.                                            \*
                                              \*
THE UNITED STATES,                            \*
                                              \*
            Defendant.                        \*
                                              \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On July 6, 2018, Plaintiff filed a motion to amend pleadings.  See Dkt. No. 83. The attached document, however, was not a motion, but appears to be Plaintiff's response to the Government's motion to dismiss, along with relevant attachments.  As the document was incorrectly filed, Plaintiff's motion to amend is stricken from the record. Plaintiff shall correctly file its motion to amend.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge