## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CB&I AREVA MOX SERVICES LLC,   )
   )
      **Plaintiff,**   )
   )   Nos. 16-950, 17-2017C, 18-80C, 18-522C,
**v.**   )   18-677C, 18-691C, 18-921C
   )   (consolidated)
**UNITED STATES OF AMERICA,**   )
   )   Judge Thomas C. Wheeler
      **Defendant.**   )

## AMENDED RESPONSE IN OPPOSITION TO MOTION TO DISMISS IN NO. 18-522C[1]

Plaintiff CB&I AREVA MOX Services, LLC submits this Amended Response in opposition to Defendant United States of America's Motion to Dismiss Plaintiff's Complaint in No. 18-522C (the "Motion," doc. 75).[2]  For the reasons below, the Motion should be denied.

## FACTUAL BACKGROUND

The Contract contained a base and three option periods.  (*Id.* ¶ 7.)  Each period related to a discrete portion of the MOX Facility's life-cycle: design and planning; acquisition of materials, construction, installation and cold startup; hot startup; and deactivation.  (*Id.*)  Option 2 is relevant to this appeal, and related to the "hot startup."[3]  (*Id.*)  The Contract contemplated that the Agency would exercise Option 2 after completion of the MOX Facility.  (*Id.*)

In 2008, however, the Agency expressed its intent to exercise part of Option 2 earlier than originally planned, knowing that doing so would change the scope of work, as well as the

---

[1]  Unless otherwise defined here, this document uses terms as defined in the Complaint.
[2]  This Amended Response replaces Plaintiff's prior Response (Dkt. No. 81), which inadvertently omitted Attachments A and B hereto.
[3]  In this context, a "hot startup" is a live test of the facility's ability to process plutonium.  (Compl. ¶¶ 13–14.)

risks and costs to both parties.  (*Id.* ¶ 12.)  This additional scope of work eventually became known as Early Option 2 ("EO2").  (*Id.* ¶¶ 14–15.)

      MOX Services and the Agency held a four-day workshop to discuss what EO2 would require.  (*Id.* ¶ 17.)  As a result of the workshop, the parties bifurcated the work necessary for the early exercise of part of Option 2 into two parts.  First, MOX Services was to create a "technical strategy" to accomplish Option 2.  (*Id.*)  Second, MOX Services was to develop a "hot startup plan" defining the terms and processes of EO2 as distinct from Option 2.  (*Id.*)  The development of the hot startup plan was new scope, outside the original Contract.  (*Id.* ¶ 18.)  To compensate MOX Services for the development of the hot startup plan, the Agency proposed increasing MOX Services' fee on Option 1 from 6% of incurred costs to 7%.  (*Id.* ¶ 19.)  The Agency would pay this increase upon the delivery of an acceptable hot startup plan.  (*Id.*)  Modification A124 ("MOD A124," a copy of which is attached as <u>Attachment A</u>) memorialized the parties' agreement on this point.  MOX Services submitted, and the Agency accepted, a hot startup plan in February 2010.  (*Id.* ¶¶ 27–28.)

      Modification 183 ("MOD 183," a copy of which is attached as <u>Attachment B</u>) followed nine months later.  (Compl. ¶ 31.)  This modification recognized that the Agency had delayed definitization of EO2.  (*Id.* ¶¶ 22, 32.)  Although MOX Services had already earned the full 1% increase to its Option 1 fee, it agreed to defer one-quarter of that increase until the Agency definitized EO2 by formally adding the hot startup plan to the Contract.  (*Id.* ¶ 32.)

      Both MOD A124 and MOD 183 imposed a duty on the Agency to "act in good faith to ensure that all steps to add this scope, with additional cost, fee, and schedule to the contract will be achieved at the earliest practicable date."  (Compl. ¶¶ 20,31; MOD A124 § I.H.27(g)(1); § I.B(o); MOD 183 § I.B.1(o); p. J.7.8.)  As a result, when MOX Services submitted a second

2

qualifying hot startup plan in February 2012, it expected that definitization of EO2 would take place within a reasonable time.  (Compl. ¶ 33.)  Instead, more than a year later, the Agency unilaterally stopped discussions with MOX Services about EO2, saying that it would never definitize EO2.  (*Id.* ¶ 34.)

## ARGUMENT AND CITATION OF AUTHORITIES

Rule 8(a)(2), Rules of the Court of Federal Claims, requires a plaintiff to make "a short and plain statement of the claim showing that the pleader is entitled to relief."  A motion to dismiss under Rule 12(b)(6) tests whether a pleading, assuming all well-pleaded allegations are true, clears the low bar of plausibility.  *In re Bill of Lading Transmission & Processing Sys. Patent Litigation*, 681 F.3d 1323, 1331 (Fed. Cir. 2012); *Ainslie v. United States*, 355 F.3d 1371, 1373 (Fed. Cir. 2004); *Call Henry, Inc. v. United States*, 125 Fed. Cl. 282, 285 (2016) (citing *K-Tech Telecomms., Inc. v. Time Warner Cable, Inc.*, 714 F.3d 1277, 1282 (Fed. Cir. 2013).  As shown below, MOX Services has more than met its burden to state a plausible claim for relief.

MOX Services asserts a single theory of entitlement: that the Agency breached the implied duty of good faith and fair dealing (and thus the Contract) by failing to definitize EO2 and pay MOX Services the final .25% of its increased fee.  (Compl. ¶¶ 44–52.)  There seems to be no dispute that MOX Services' Complaint has alleged all the elements necessary to plead a breach of contract.[4]  (Motion p.7.)  Instead, the Agency, through the Department of Justice, asks the Court to determine that it had no duty to definitize EO2.  (*Id.* p. 8–9.)  This, the Agency

---

[4]  For ease of reference, those elements are "(1) a valid contract between the parties; (2) an obligation or duty arising from that contract; (3) a breach of that duty; and (4) damages caused by the breach."  *Century Expl. New Orleans, LLC v. United States*, 110 Fed. Cl. 148, 163 (2013) (citing *San Carlos Irr. & Drainage Dist. v. United States*, 877 F.2d 957, 959 (Fed. Cir. 1989)).  MOX Services alleges each at paragraphs 5, 32–43, and 45–52.

argues, excuses it from any obligation to pay MOX Services the balance of its increased fee. (*Id*.)   But the Agency is wrong on both counts.

At the outset, the Court should disregard the Agency's effort to invoke the doctrine of *res judicata* based on the CBCA's prior decision in *CB&I AREVA MOX Services, LLC v. Department of Energy*, CBCA 5295, March 23, 2017.  (*See* Motion p. 7 n.5.)  That action dealt only with MOX Services' breach of express contract claim.  (Gov. App'x pp.2–5.)  Indeed, the CBCA held that it lacked subject matter jurisdiction over "allegations that DOE's failure to negotiate in good faith was a material breach of the MOX contract, entitling the contractor to an additional .25% increase in the fee percentage."  (Gov. App'x. p.9).  Because the CBCA lacked jurisdiction over that claim, *res judicata* cannot apply here. *See Int'l Nutrition Co. v. Horphag Research, Ltd.*, 220 F.3d 1325, 1328 (Fed. Cir. 2000) (noting that *res judicata* requires the judgment of a court of competent jurisdiction).

The essence of the Agency's argument is that MOD 0183 somehow excuses it from paying the final quarter of MOX Services' fee for delivery of a hot startup plan until after definitization of EO2.  Since it has not definitized EO2, it reasons that it has not breached the duty of good faith and fair dealing by not paying the quarter point.  (Motion pp. 7–8.)  That argument misses the mark in two ways.  First, MOD 0183 merely deferred payment of that quarter point, which MOX Services had already earned.  Second, this argument does not address MOX Services' claim—that its unreasonable refusal to definitize EO2 breached the duty of good faith and fair dealing.  The Agency devotes a single, half-page paragraph to MOX Services' actual claim, arguing only that it had no explicit duty to definitize EO2.  (*Id.* at pp.8–9.)

MOX Services recognizes that the general rule commits the decision to exercise an option to the Agency's discretion. *Magic Brite Janitorial v. United States*, 72 Fed. Cl. 719, 721

4

(2006).  But an Agency may modify that general rule by contract.  *Id.* ("the government, in obtaining an option, could cabin its discretion and make the exercise of an option less optional, via . . . the terms of a contract" (emphasis omitted)); *see also Northrop Grumman Computing Sys., Inc. v. United States*, 93 Fed. Cl. 144, 149 (2010) ("it is well-accepted that . . . an option may . . . be limited by other contractual provisions").  Here, the Agency limited its discretion by contract, and obligated itself to a higher standard than it now asserts.

That the express language of a contract does not set the outer boundaries of the duty of good faith and fair dealing is well established.  *Metcalf Const. Co., Inc. v. United States*, 742 F.3d 984, 994 (Fed. Cir. 2014); *N. Star Alaska Housing Corp. v. United States*, 76 Fed. Cl. 158, 188–89 (2007).  If it did, this duty would require only slavish obedience to the strict letter of the contract.  Though this duty grows from the contract, it embraces the full scope of the parties' relationship, including their reasonable expectations.  *Centex Corp. v. United States*, 395 F.3d 1283, 1304 (Fed. Cir. 2005) (citing *Restatement (Second) of Contracts*, § 205 (1981); 13 Richard A. Lord, *Williston on Contracts*, § 38:15, at 437–38 (2000); *M/A-COM Sec. Corp. v. Galesi*, 904 F.2d 134, 136 (2d Cir. 1990); *Polito v. Continental Cas. Co.*, 689 F.2d 457, 463 (3d Cir. 1982); *Concrete Specialties v. H.C. Smith Constr. Co.*, 423 F.2d 670 (10th Cir. 1970)).

The Contract unambiguously required the Agency "to act in good faith to ensure all steps are taken to reach final disposition of this scope, cost and fee at the earliest practicable date."  In other words, the plain language of the Contract instructed the Agency to determine the scope, cost and fee which would lead to EO2's definitization in a reasonable amount of time.  This plain language led to a reasonable expectation that the Agency would, acting in good faith, definitize EO2 sooner rather than later, with payment of the Agency's balance soon to follow.  *See*

*England v. Sys. Mgmt. Am. Corp.*, 38 F. App'x 567, 573 (Fed. Cir. 2002) (holding an agreement to definitize constitutes an agreement to negotiate in good faith.)

Carol Elliot, a person with whom MOX Services had worked cooperatively and grown to trust, was the contracting officer when the Agency induced MOX Services into MOD 0183. Things changed when Lance Nyman assumed that role.  More than a year after MOX Services submitted its updated proposal, the Agency refused to engage in discussions about the scope, cost and fee to lead to the definitization of EO2, and abruptly curtailed any opportunity for such discussions with the announcement that it would pursue other alternatives to EO2.  (Compl. ¶ 34.)  The Agency's failure to act in good faith to pursue EO2, much less definitize it by the "the earliest practical date," frustrated MOX Services' reasonable expectations and deprived it of the benefit of its bargain.  This failure was a breach of the implied duty of good faith and fair dealing governing the Contract.  *See Metric Const. Co., Inc. v. United States*, 81 Fed. Cl. 804, 817 (2008) (holding undue delay can breach duty of good faith and fair dealing.)  MOD 183 was an accommodation to the Agency, not an excuse to welch on the .25% in additional incentive fee MOX Services had already earned and agreed to defer.

## CONCLUSION

As shown above, the plain language of MOD 183 required the Agency's good faith effort to take the actions necessary to trigger payment of the balance of MOX Services' increased fee. As alleged in the Complaint, the Agency's failure to do so was not in good faith and breached the implied duty of good faith and fair dealing.  The Court of Claims has long recognized claims for breach of that implied duty.  *See, e.g., Goodsell v. United States*, 135 Fed. Cl. 163, 168 (2017); *Metric Const.*, 81 Fed. Cl. at 817; *Morris v. United* States, 33 Fed. Cl. 733, 751–52

6

466350.1

(1995).  Because MOX Services' allegations were more than adequate to set out such a claim —

a claim the prior CBCA proceeding expressly excluded — the Court should deny the Motion.

Dated:  July 12, 2018                          /s/Mark J. Linderman
                                               Mark J. Linderman (Lead Counsel of Record)
                                               Dennis J. Callahan
                                               Stephen L. Bacon
                                               ROGERS JOSEPH O'DONNELL
                                               311 California Street, 10th Floor
                                               San Francisco, CA 94104
                                               (415) 956-2828 (Telephone)
                                               (415) 956-6457 (Facsimile)
                                               mlinderman@rjo.com

                                               W. Brad English
                                               J. Andrew Watson, III
                                               Jon D. Levin
                                               Emily J. Chancey
                                               MAYNARD, COOPER & GALE, P.C.
                                               655 Gallatin Street
                                               Huntsville, AL 35801
                                               (256) 512-5705 (Telephone)
                                               (256) 512-5740 (Facsimile)
                                               benglish@maynardcooper.com

                                               Paul A. Debolt
                                               Emily A. Unnasch
                                               Christopher G. Griesedieck
                                               Chelsea B. Knudson
                                               VENABLE LLP
                                               600 Massachusetts Avenue, NW
                                               Washington, DC 20001
                                               (202) 344-8384 (Telephone)
                                               (202) 344-8300 (Facsimile)
                                               padebolt@venable.com

                                               *Attorneys for Plaintiff CB&I AREVA MOX Services,
                                               LLC*

# Attachment A

| 140 | | 1. CONTRACT ID CODE | PAGE OF PAGES | |
|---|---|---|---|---|
| **AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT** | | | 1 | 201 |

| 2. AMENDMENT/MODIFICATION NO. A124 | 3. EFFECTIVE DATE See Block 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY                      CODE | 7. ADMINISTERED BY (If other than Item 6)      CODE |
|---|---|
| U.S. Department of Energy NNSA Operations Office Savannah River Site Office P.O. Box A Aiken, SC  29802 | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State, and Zip Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| Shaw AREVA MOX Services, LLC Savannah River Site P.O. Box 7097 Aiken, SC  29804-7907 DUNS: 029382525 | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | X | DE-AC02-99CH10888 |
| | | 10B. DATED (SEE ITEM 13) 3/22/1999 |

| CODE | FACILITY CODE |
|---|---|

## 11.  THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[  ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [  ] is extended, [  ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _2_ copies of the amendment (see block 7); (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (if required) |
|---|

## 13.  THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF |
| X | D. OTHER (Specify type of modification and authority) IAW H.9, OPTION TO EXTEND SERVICES & FAR 52.216-25, Contract Definitization (Oct 1997) |

| E. IMPORTANT: Contractor [  ] is not, [ X ] is required to sign this document and return ___3___ copies to the issuing office. |
|---|

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE PAGE 2

| 15A. NAME AND TITLE OF SIGNER (Type or print) G.W. HANTER | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Contracting Officer |
|---|---|
| 15B. CONTRACTOR/OFFEROR _(Signature of person authorized to sign)_ | 15C. DATE SIGNED 5/20/08 | 16B. UNITED STATES OF AMERICA BY _(Signature of Contracting Officer)_ | 16C. DATE SIGNED 5/20/08 |

| NSN 7540-01-152-8070 PREVIOUS EDITION UNUSABLE | 30-105 | STANDARD FORM 30 (Rev. 10-83) Prescribed by GSA FAR (48 CFR) 53.243 |
|---|---|---|

14. Description of Amendment/Modification (Continued)

a.. The purpose of this modification is to (1) definitize Option 1, as exercised by modification A112 in the amount of **2,677,801,149**, consisting of **$2,526,227,501** in estimated cost and **$151,573,648** in fee; (2) restructure Section B, Supplies or Services and Prices/Costs; (3) update Section H, Special Contract Requirements and Section I, General Contract Clauses; (4) make changes to Section J, Attachment 1, Statement of Work to reflect the exercise of Option 1; (5) revise Attachment 3, Applicable DOE Directives; (6) update the Reporting Requirements Checklist in Section J, Attachment 4; (7) insert Section J, Attachment 7, Incentive Fee Plan; and (8) insert Section J, Attachment 10, Davis Bacon Wage Determination.

b. The Contractor's Option 1 proposal included costs associated with Operator Training and Security. The Government elected not to exercise that scope of work at this time. Section J, Attachment 1, Statement of Work, Section IV, Option SOW – Unexercised Segments details the unexercised work scope. Upon receipt of a letter notifying the Contractor of the Government's intent to exercise the remaining portions of Option 1, the Contractor shall prepare a cost proposal for negotiation. Once agreement is reached on the cost of the remaining Option 1 scope: the value of CLIN 0002 will be increased by the negotiated amount; the incentive fee will be increased by the same fee percentage as negotiated in Option 1; and the adjusted Total Project Costs (as used in clause B. 4) will be increased by the negotiated amount.

c. The Contractor's Option 1 proposal also included costs associated with Management Reserve. The costs associated with Management Reserve shall remain undefinitized until additional information has been provided and the costs agreed upon. Upon agreement of the cost of Management Reserve, the value of CLIN 0002 will be increased by the negotiated amount; the fee will be increased by the same fee percentage as negotiated in Option 1; and the adjusted Total Project Costs (as used in clause B. 4) will be increased by the negotiated amount. The following clauses apply solely to the undefinitized Management Reserve:

**(1) FAR 52.216-23     EXECUTION AND COMMENCEMENT OF WORK**  (APR 1984)

The Contractor shall indicate acceptance of this letter contract by signing three copies of the contract and returning them to the Contracting Officer not later than **30 May 08**. Upon acceptance by both parties, the Contractor shall proceed with performance of the work, including purchase of necessary material.

**(2) FAR 52.216-24     LIMITATION OF GOVERNMENT LIABILITY**  (APR 1984)

(a) In performing this contract, the Contractor is not authorized to make expenditures or incur obligations for the Option 1, Management Reserve cost element exceeding $150,000,000 dollars.

(b) The maximum amount for which the Government shall be liable for under the Option 1, Management Reserve cost element if this contract is terminated is $150,000,000 dollars.

**(3) FAR 52.216-25     Contract Definitization (Oct 1997)**

(a) A Cost Plus Award/Incentive Fee definitive contract is contemplated. The Contractor agrees to begin promptly negotiating with the Contracting Officer the terms of a definitive contract that will include

(1)  all clauses required by the Federal Acquisition Regulation (FAR) on the date of execution of the letter contract,

(2)  all clauses required by law on the date of execution of the definitive contract, and

(3) any other mutually agreeable clauses, terms, and conditions. The Contractor agrees to update the previously submitted proposal and cost or pricing data supporting its proposal, as necessary.

**(b) The schedule for definitizing this contract is *[insert target date for definitization of the contract and dates for submission of proposal, beginning of negotiations, and, if appropriate, submission of make-or-buy and subcontracting plans and cost or pricing data]*:**

Definitization:  180 days from award

 Submission of Proposal:  75 days from award

 Begin Negotiations:  120 days from award

 Submission of Subcontracting Plan:   N/A

(c) If agreement on a definitive contract to supersede this letter contract is not reached by the target date in paragraph (b) of this section, or within any extension of it granted by the Contracting Officer, the Contracting Officer may, with the approval of the head of the contracting activity, determine a reasonable price or fee in accordance with Subpart 15.4 and Part 31 of the FAR, subject to Contractor appeal as provided in the Disputes clause. In any event, the Contractor shall proceed with completion of the contract, subject only to the Limitation of Government Liability clause.

(1) After the Contracting Officer's determination of price or fee, the contract shall be governed by –

(i) All clauses required by the FAR on the date of execution of this letter contract for either fixed-price or cost-reimbursement contracts, as determined by the Contracting Officer under this paragraph (c);

(ii) All clauses required by law as of the date of the Contracting Officer's determination; and

(iii) Any other clauses, terms, and conditions mutually agreed upon.

(2) To the extent consistent with subparagraph (c)(1) of this section, all clauses, terms, and conditions included in this letter contract shall continue in effect, except those that by their nature apply only to a letter contract.

**(4) FAR 52.216-26 -- Payments of Allowable Costs Before Definitization (Dec. 2002)**

(a) *Reimbursement rate.* Pending the placing of the definitive contract referred to in this letter contract, the Government will promptly reimburse the Contractor for all allowable costs under this contract at the following rates:

(1) One hundred percent of approved costs representing financing payments to subcontractors under fixed-price subcontracts; provided, that the Government's payments to the Contractor will not exceed 80 percent of the allowable costs of those subcontractors.

(2) One hundred percent of approved costs representing cost-reimbursement subcontracts; provided, that the Government's payments to the Contractor shall not exceed 85 percent of the allowable costs of those subcontractors.

(3) Eighty-five percent of all other approved costs.

(b) *Limitation of reimbursement.* To determine the amounts payable to the Contractor under this letter contract, the Contracting Officer shall determine allowable costs in accordance with the applicable cost principles in Part 31 of the Federal Acquisition Regulation (FAR). The total reimbursement made under

this paragraph shall not exceed 85 percent of the maximum amount of the Government's liability, as stated in this contract.

(c) *Invoicing.* Payments shall be made promptly to the Contractor when requested as work progresses, but (except for small business concerns) not more often than every 2 weeks, in amounts approved by the Contracting Officer. The Contractor may submit to an authorized representative of the Contracting Officer, in such form and reasonable detail as the representative may require, an invoice or voucher supported by a statement of the claimed allowable cost incurred by the Contractor in the performance of this contract.

(d) *Allowable costs.* For the purpose of determining allowable costs, the term "costs" includes --

(1) Those recorded costs that result, at the time of the request for reimbursement, from payment by cash, check, or other form of actual payment for items or services purchased directly for the contract;

(2) When the Contractor is not delinquent in payment of costs of contract performance in the ordinary course of business, costs incurred, but not necessarily paid, for --

(i) Supplies and services purchased directly for the contract and associated financing payments to subcontractors, provided payments determined due will be made--

(A) In accordance with the terms and conditions of a subcontract or invoice; and

(B) Ordinarily within 30 days of the submission of the Contractor's payment request to the Government;

(ii) Materials issued from the Contractor's stores inventory and placed in the production process for use on the contract;

(iii) Direct labor;

(iv) Direct travel;

(v) Other direct in-house costs; and

(vi) Properly allocable and allowable indirect costs as shown on the records maintained by the Contractor for purposes of obtaining reimbursement under Government contracts; and

(3) The amount of financing payments that the Contractor has paid by cash, check, or other forms of payment to subcontractors.

(e) *Small business concerns.* A small business concern may receive more frequent payments than every 2 weeks.

(f) *Audit.* At any time before final payment, the Contracting Officer may have the Contractor's invoices or vouchers and statements of costs audited. Any payment may be --

(1) Reduced by any amounts found by the Contracting Officer not to constitute allowable costs; or

(2) Adjusted for overpayments or underpayments made on preceding invoices or vouchers.

d. This modification corrects the contract number. The basic contract number was mistakenly changed from DE-AC02-99CH10888 to DE-AC56-99CH10888 when the contract was transferred from the Chicago Operations Office to the Savannah River Site Office. This change was in error. The correct contract number is DE-AC02-99CH10888.

e.  Additionally, this contract modification adds fixed fee of $2,625,000 for the work scope associated with Title II activities.  Contract modification A102 recognized costs of $93,015,279 for this effort, but deferred agreement on the fee.  This modification reflects agreement on the fee for the work scope authorized by modification A102 and adds it to the total fixed fee.

f.  For administrative ease, this modification replaces the previous contract terms and conditions in their entirety without prejudice to either party's rights for events, incidents, or actions which transpired prior to the date of signing of the modification.  Funds previously obligated to the contract prior to the date of signing of this modification remain available pursuant to the FAR 52.232-22, Limitations of Funds.

Attachments: Sections B through J

End of Standard Form 30

# PART I

## SECTION B

### SUPPLIES OR SERVICES AND PRICES/COSTS

### TABLE OF CONTENTS

| | | PAGE |
|---|---|---|
| B.1 | ITEMS BEING PROCURED | B.1 |
| B.2 | ESTIMATED COST, FIXED FEE, OBLIGATION OF FUNDS AND FINANCIAL LIMITATIONS | B.1 |
| B.3 | TARGET COST AND INCENTIVE FEE | B.3 |
| B.4 | COST/SCHEDULE INCENTIVE | B.4 |
| B.5 | FIXED FEE | B.6 |

NNSA 3-006

### Part I

### SECTION B—SUPPLIES OR SERVICES AND PRICES/COSTS

**B.1   ITEMS BEING PROCURED**

(i)   The Contractor shall, in accordance with the terms of this contract, provide the personnel, facilities, equipment, materials and services (except as may be furnished by the Government), and otherwise do all things necessary for, or incident to providing its best efforts so as to carry out in an efficient and effective manner the necessary and related work to accomplish the requirements of the Base Contract and Option 1 as set forth in Part I, Section C - Description/Specifications/Work Statement.

(j)   The Government has the unilateral right to extend the term of this contract for the performance of the SOW for Option 2, as described in Part III, Section J, Attachment 1, Subpart V in accordance with Clause H.6, Option to Extend Services.

(k)   The Government has the unilateral right to extend the term of this contract for the performance of the SOW for Option 3, as described in Part III, Section J, Attachment 1, Subpart VI in accordance with Clause H.6, Option to Extend Services.

(l)   The Contractor shall ensure the performance of Value Engineering services in accordance with the clause of this contract entitled, Value Engineering – Architect-Engineer (MAR 1990) for the design of the MOX Fuel Fabrication Facility (MFFF) in accordance with the requirements contained in Part III, Section J, Attachment 1, Subpart II.A.1, Facility Design. The estimated cost and fixed fee for this effort shall not be separately priced, but be included in the overall estimated cost and fixed fee for performance of the work under this contract in paragraph B.2 below.

(m)   All work under this contract shall be performed under the general guidance and direction of the Contracting Officer's Representative (COR) whose responsibilities are defined in the clause DEAR 952. 242-70, Technical Direction, set forth in Part I, Section I General Contract Clauses. Such guidance and direction shall not, however, effect any change in the Schedule, Statement of Work, Reporting Requirements, or other provisions of this contract. Such changes shall only be by action of the Contracting Officer.

(n)   Whereas the Contractor and Government recognize the costs and fee for Option 1 work scope associated with operator training and protective force are not included in this initial Option 1 agreement; both parties hereby agree to act in good faith to ensure all steps are taken to reach final disposition of this scope, cost and fee at the earliest practicable date.

(o)   Whereas the Contractor and Government recognize the importance of achieving approval of Contractor's Hot Start Up and AP Start Up Plan; both parties hereby agree to act in good faith to ensure all steps required to add this scope with additional cost, fee, and schedule to the contract will be achieved at the earliest practicable date, as detailed in Clause H.29 paragraph (g).

**B.2   ESTIMATED COST, FEE, OBLIGATION OF FUNDS AND FINANCIAL LIMITATIONS**

The estimated cost for the performance of the work under CLINs 1-6 are exclusive of fee. The total estimated cost is **$3,835,594,264.** The total estimated fee (CLIN 7) is **$220,083,454.** The total estimated price is **$4,055,677,718.**

(a)   The estimated cost for the performance of the work under this contract is

NNSA 3-007

| ITEM | | SUPPLIES OR SERVICES | | Estimated Price |
|---|---|---|---|---|
| **0001** | | **FUEL SERVICES** | $ | **244,840,440** |
| | | Base Contract (CPFF) | $ | 133,750,199 |
| | | Lead Assembly Program( Eurofab) (Base Contract) (CPIF) | $ | 71,426,431 |
| | | Mission Reactors and Site Modification Segment (Option 1) (CPIF) | $ | 39,663,810 |
| **0002** | | **MIXED-OXIDE FUEL FABRICATION FACILITY** | $ | **3,552,110,634** |
| | | Base Contract (CPFF) | $ | 798,405,507 |
| | | Option 1 (CPIF, CPAF, Milestones) | $ | 2,526,227,501 |
| | | Early Option 1 (CD 2/3, Site Prep, CP-20) | $ | 77,477,626 |
| | | Option 1 MR – Not to Exceed | $ | 150,000,000 |
| **0003** | | **OPTION 2, MFFF OPERATIONS** | TBD | |
| | | Contract type TBD | | |
| **0004** | | **OPTION 3 MFFF DEACTIVATION** | TBD | |
| | | FFP | | |
| **0005** | | **RUSSIAN** | $ | **10,443,190** |
| | | Base Contract (CPFF) | $ | 10,443,190 |
| **0006** | | **TECHNOLOGY TRANSFER FEE AGREEMENT** | $ | **28,200,000** |
| | | Base Contract (FFP) | $ | 28,200,000 |
| **0007** | | **FEE** | $ | **220,083,454** |
| | 0007A | **FIXED FEE** | $ | **70,863,544** |
| | | Base Contract | $ | 54,189,180 |
| | | Base Contract Russian | $ | 971,190 |
| | | Early Option 1 | $ | 4,703,174 |
| | | Option 1 | $ | 11,000,000 |
| | 0007B | **INCENTIVE FEE** | $ | **115,219,910** |
| | | Base Contract Incentive Fee Pool (EUROFAB) | $ | 7,575,339 |
| | | Option 1 Incentive Fee Pool (Mission Reactors) | $ | 1,070,923 |
| | | Option 1 Incentive Fee Pool ( Option 1 MFFF) | $ | 56,573,648 |
| | | Option 1 Milestone Fee Pool ( Option 1 MFFF) | $ | 50,000,000 |
| | 0007C | **AWARD FEE** | $ | **34,000,000** |
| | | Option 1 Award Fee | $ | 34,000,000 |
| | | **TOTAL ESTIMATED PRICE** | $ | **4,055,677,718** |

NNSA 3-008

(b)    Pursuant to the clause entitled, "Limitation of Funds", set forth in Part II, Section I, the following amounts have been obligated and are available for payment of allowable costs and fee under this contract:

|  | Obligated |
|---|---|
| TEC (Construction), B&R 89X319.91   39AF59000/2720685 | $221,720,973.87 |
| TEC (Construction), B&R 89X0309.91 39NN62000/2220582 | $1,243,353,931.00 |
| OPC (Operating), B&R 89X0309.91 NN6001070/2221271 | $53,708,959.87 |
| OPC (Operating), B&R 89X0309.91 AF5910000/2221271 | $0 |
| OPEX (Non-Operating), B&R 89X0309.91 NN6001030/2221271 | $200,617,526.00 |
| RUSSIAN, B&R 89X0309.91 NN6103120/2221267 | $10,214,959.00 |
| **TOTAL Obligated Funding:** | **$1,729,616,349.87** |

These funding amounts may be increased unilaterally by DOE by written notice to the Contractor and may be increased or decreased by written agreement of the parties (whether or not by formal modification of this contract.)

(a)    When funds are obligated under this contract, DOE shall inform the Contractor in writing regarding any limitations on amounts available for operating and plant and capital equipment expenditures under this contract. The limitations so established shall be binding on the Contractor.

(b)    The clause FAR 52.232-22, Limitation of Funds shall be applicable and the clause FAR 52.232-20, Limitation of Cost, inapplicable until such time as an amount equal to the estimated cost and fixed fee set forth in paragraphs (a) and (b) above is obligated to this contract, and thereafter the Limitation of Cost clause shall be applicable and the Limitation of Funds clause inapplicable.

## B.3   FIXED, AWARD, MILESTONE AND INCENTIVE FEES

(a)    All fixed and incentive fees made part of the contract prior to execution of this contract modification (A124) shall not be impacted by this modification. This clause, B.3, applies solely to the additional fee associated with the definitization of Option 1. All Award and Milestone fee payments paid to the contractor pursuant to this Section B.3 are final and not subject to future adjustment.

(b)    Fee shall consist of three (3) separate fee pools; incentive, award and milestone fee. The contractor shall also share in savings and overrun costs as described in clause B. 4 below. The fee pools shall be earned and paid as described below.

### (1)   Cost/Schedule Incentive Fee –

(i)    The Contractor shall earn the Target Incentive Fee of **$56,573,648**, by completion of the Scope of Work (Part II, Base Contract SOW, Section A, MOX Fuel Fabrication Facility and Part III, Option 1 – Exercised Segments, located at Part III Section J, Attachment 1) within the value of CLIN 0002 and within the period of performance established by the approved project schedule (See F.1). CLIN 0002 shall be adjusted as necessary to account for changes to the prime contract. For billing purposes, the Cost/Schedule Incentive Fee pool shall be allocated across the contract period of performance in accordance with the Incentive/Milestone Fee Plan. The Incentive/Milestone Fee Plan (Section J, Attachment 7) shall be jointly developed and will require bilateral approval.

(ii)    The Incentive/Milestone Fee Plan (paragraph 2.A) establishes the parameters used by the Government for determining if the Contractor's performance is likely to meet the CLIN 0002 cost and schedule upon completion of CLIN 0002. Performance under the Incentive/Milestone Fee Plan shall be effective July 1, 2008, and beginning October 1, 2008, the Contractor shall be entitled to submit quarterly invoices for incentive fee earned that quarter as set forth in the Incentive/Milestone Fee Plan. The Contractor may

submit quarterly invoices for any quarter where the Government has determined the Estimate At Completion (EAC) will not exceed the parameters established in the Incentive/Milestone Plan paragraph 2.A and Attachment 1 Project/Cost Incentive Fee Band and Schedule. In any period where the Contractor's cost or schedule performance exceeds those parameters, payment of Incentive Fee for that period shall be suspended and rolled over to future periods. If in subsequent periods the Contractor recovers and falls within the those parameters, the Contractor may then begin billing for the fee earned in that specific quarter and any previous quarter where the incentive fee was suspended for the reason stated above.

(iii) Contractor's cost and schedule performance will be evaluated solely by the Government. In making its determination the Government shall use Earned Value Management System (EVMS) Reports, the Contractor's use of Management Reserve and/or DOE's contingency, schedule float, the annual EAC, and other relevant, factual information.

(iv) Cost/Schedule Incentive Fee payments to the Contractor shall be 100% provisional for the 12 months following the period in which it is earned. At the end of the fifth quarter following the quarter the incentive fee is earned, 50% of the Interim Incentive Fee payments received by the Contractor will become permanent provided the Contractor's performance is still within established parameters. This process will continue each quarter of Option 1 performance. If at any time the Contractor is not performing within the cost and schedule parameters established per Incentive /Milestone Fee Plan, paragraph 2.A, payments of that incentive fee shall stop and all such incentive fee that is provisional shall remain provisional until the Contractor's performance improves to once again fall within established cost and schedule parameters established per Incentive /Milestone Fee Plan.

For example, Cost/Schedule Incentive fee earned in the 4th quarter of calendar year 2008 (7/1/08-10/30/08) will be 100% provisional for 4 quarters. Assuming the Contractor is still performing within parameters on 9/30/09, then 50% of Cost/Schedule Incentive Fee earned the 4th quarter of 2008 will be considered final.

(2) **Award Fee** – The contractor may earn award fee of up to: **$34,000,000**. The contractor shall be provided a copy of the award fee plan no later than 30 days after the beginning of each fiscal year. The award fee period of performance shall be 1 year beginning on October 1, 2007. Contractor's performance shall be evaluated in accordance with the award fee plan. Award fee shall be paid on an annual basis within 75 days after the end of the evaluation period or the Award Fee Determination in accordance with the Award fee Plan.

(3) **Milestone Fee** – The Contractor may earn milestone fee of up to: **$50,000,000.00**, for successful completion of key milestones as detailed in Incentive/Milestone Fee Plan.

**B.4    COLLATERAL SAVINGS/COST SHARE**

(a)

(i)  The Collateral Savings/Cost Share Incentive is the method used to incentivize project completion below project target costs. It is not to be confused with the incentive referenced in Section B.3 (b)(1) above. For purposes of determining the collateral shared costs or savings, the Government will use the total allowable, final project costs for the physical completion and acceptance of the Mixed-Oxide Fuel Fabrication Facility (MFFF), compared to the adjusted Total Project Cost (TPC). TPC, as referenced in project documents reflects the total project cost of **$4,814,329,000** for DOE to design and construct the MFFF. The TPC includes some costs not directly controlled by the Contractor, such as fee, technical support services to DOE, extended site services and the electrical substation. Therefore, for the purposes of this Collateral Savings/Cost Share Incentive only, the parties agree that the TPC is the adjusted TPC in the amount of **$3,794,438,709**. The adjusted TPC amount consists only of the total estimated costs of activities whose costs are directly or indirectly impacted by the Contractor's actions in performance of work under this contract. This includes; but is not limited to, the cost of work previously authorized by the contract, utilities, and DOE's contingency.

(ii)  For determining the Collateral Savings/Cost Share, the Government will use the total allowable, final project costs for the physical completion and acceptance of the MFFF.  The costs shall be calculated using the Contractor's approved Eared Value management System and the results of any Government audits.  Costs incurred outside the contract, such as M&O costs, will be based on billings received and reflected in the Earned Value Management System.  If the total allowable, final project costs are less than the adjusted TPC, the Contractor shall be entitled to 25 cents for every dollar under.  If the total allowable, final project costs exceed the adjusted TPC, the Contractor shall be liable for 25 cents for every dollar over.   The Contractor's share of any adjusted TPC overrun shall be limited to an amount equal to the remaining provisional incentive fee referenced in Section B.3 as calculated prior to the final fee payment upon physical completion of the MFFF.

(iii)  In exchange for using the adjusted TPC as a basis for calculating the Collateral Savings/Cost Share Incentive (instead of the Target Cost of CLIN 0002) the Contractor agrees that the negotiated fee, as set forth in Section B.3 above, will not increase, FAR 52.243-2 Changes (Cost Reimbursement) notwithstanding, with the following exceptions:

   1) The addition of Protective Force as described in Section J, Attachment 1, Part IV, Option 1- Unexercised Segments, paragraph 7;

   2) the addition of Operator Training as described in Section J, Attachment 1, Part IV, Option 1- Unexercised Segments, paragraph 11;

   3) The addition of MR as described in B.5; or

   4) if Total Project Costs (TPC) are changed and the change is fee-bearing in accordance with the terms and conditions of this contract.

A change of the TPC (and the adjusted TPC, as well) may occur for a variety of reasons.  This could occur when changes to the work scope, either up or down are significant enough to warrant a change in the Congressional baseline of the project. costs or when projected cost overruns exceed any remaining Management Reserve.  Additionally, as described in the Project Execution Plan, a change  rebaseline of the TPC may result when certain project risks which were not included in the calculations of Project Costs occur.  Those events which may or may not be fee-bearing include, but are not limited to:

a.   Force Majeure - schedule variances outside the control of the project due directly or indirectly to civil strife, organized labor actions, or Acts of God;

b.   Insurable Risks - Costs incurred that will typically be covered by commercially available insurance (e.g., fire);

c.   Funding Changes from basis used in project baselinedue to changes in the congressionally-authorized funding and

d.   Risks related to the requirement for rough parallelism with the Russian program.

If an outside of the project risk (as described above) occurs, additional funding will be required and a revision to the TPC.  If, however, NNSA decides to fund an outside of the project risk with existing project contingency, the Adjusted TPC will be increased by that amount.

Reductions to estimated costs initiated by the contractor will not reduce the adjusted TPC.  Cost or scope reductions directed in writing by NNSA may result in a reduction of adjusted TPC.

## B.5    FIXED FEE

The Fixed Fee amount of $11,000,000 identified in B.2.a will be invoiced and paid as follows:

Contract No. DE-AC02-99CH10888
Modification A124

a.   $6,000,000 may be invoiced upon execution of this modification A124;
b.   $2,600,000 may be invoiced upon submission and Government approval of an acceptable Management Reserve (MR) definitization proposal, such approval or disapproval not to be unreasonably witheld. The proposal should be submitted in accordance with the definitization schedule or as soon as practical. Upon receipt of the MR proposal, the Government shall have a minimum of 2 weeks to review the proposal and determine acceptability before the Contractor submits an invoice. Regardless of when the proposal is submitted, the invoice shall be submitted not earlier than 15 August, 2008.
c.   $2,400,000 is payable upon the definitization of the MR proposal. The parties agree that the Government and Contractor will make good faith effort in definitizing the MR proposal within 180 days of this modification.

NNSA 3-012

Contract No. DE-AC02-99CH10888
Modification A124

# PART I

## SECTION C

### DESCRIPTION/SPECIFICATIONS/WORK STATEMENT

### TABLE OF CONTENTS

|  |  | PAGE |
|---|---|---|
| C.1 | STATEMENT OF WORK | C.1 |
| C.2 | PLANS AND REPORTS | C.1 |

C.I

NNSA 3-013

Contract No. DE-AC02-99CH10888
Modification A124

## PART I

## SECTION C

## DESCRIPTION/SPECIFICATIONS/WORK STATEMENT

C.1    STATEMENT OF WORK

The Base Contract Statement of Work (SOW) to be performed under this contract is set forth in PART III, Section J, Attachment 1, Subpart II.  The SOW to be performed for the exercised segments of Option 1 – is set forth in Part III, Section J, Attachment 1, Subpart III.  The SOW to be performed under this contract for Options 2 and 3, if exercised, are set forth in Part III, Section J, Attachment 1, Subparts V and VI, respectively.

C.2    PLANS AND REPORTS

(a).  The Contractor shall prepare and submit (postage prepaid) the plans and reports indicated on DOE F 1332.1, Reporting Requirements Checklist, in Part III, Section J, Attachment 4, to the addresses indicated in the attachment to the form.  The level of detail the Contractor must provide in the plans and reports shall be commensurate with the scope and complexity of the task and the reporting categories delineated in Block 4, Planning and Reporting Requirements, or Block 6, Special Instructions, on the DOE F 1332.1 or in a particular contract clause.  The Contractor shall be responsible for levying appropriate reporting requirements on any subcontractors in such a manner to ensure that data submitted is compatible with the data elements that the prime contractor is responsible for submitting to DOE.  If subcontractors are involved, the prime contractor plans and reports submissions shall be structured in such a manner to permit clear identification of the subcontractor's cost and manpower inputs.  Plans and reports submitted in compliance with this provision are in addition to any other reporting requirements of this contract.

(b).  The Contractor shall provide DOE with a copy of plans, procedures, and other documents required by the Nuclear Regulatory Commission, the Occupational Safety and Health Administration or other regulatory agencies related MFFF security, emergency management and/or safety.  Copies should be provided as draft and prior to submittal to the regulatory agencies.

NNSA 3-014

Contract No. DE-AC02-99CH10888
Modification A124

# PART I

## SECTION D

### PACKAGING AND MARKING

### TABLE OF CONTENTS

|       |           | PAGE |
|-------|-----------|------|
| D.1   | PACKAGING | D.1  |
| D.2   | MARKING   | D.1  |

**D.I**

## PART I

## SECTION D

## PACKAGING AND MARKING

**D.1**   **PACKAGING**

    (a)    Preservation, packaging, and packing for shipment or mailing of all work delivered hereunder shall be in accordance with good commercial practice and adequate to insure acceptance by common carrier and safe transportation at the most economical rate(s).

    (b)    Except for those reports where the urgency of receipt of the report by the Government necessitates the use of the most expeditious method of delivery, reports deliverable under this contract shall be mailed by first-class mail, unless the urgency of the deliverable sufficiently justifies the use other than of first-class mail.

**D.2**   **MARKING**

    (a)    Each package, report or other deliverable shall be accompanied by a letter or other document which:

        1)   Identifies the contract by number under which the item is being delivered.

        2)   Identifies the deliverable Item Number or Report Requirement which requires the delivered item(s).

    (b)    For any package, report, or other deliverable being delivered to a party other than the Contracting Officer, a copy of the document required in (a) above shall be simultaneously provided to the Contracting Officer.

Contract No. DE-AC02-99CH10888
Modification A124

# PART I

## SECTION E

## INSPECTION AND ACCEPTANCE

## TABLE OF CONTENTS

| | | PAGE |
|---|---|---|
| E.1 | FAR 52.246-5 INSPECTION OF SERVICES - COST-REIMBURSEMENT (APR 1984) (APPLICABLE TO BASE CONTRACT AND OPTIONS 1 AND 2) | E.1 |
| E.2 | ACCEPTANCE | E.1 |

E.I

NNSA 3-017

## PART I

## SECTION E

### INSPECTION AND ACCEPTANCE

E.1   FAR 52.246-5 INSPECTION OF SERVICES - COST-REIMBURSEMENT (APR 1984)
(APPLICABLE TO BASE CONTRACT AND OPTIONS 1 AND 2)

(a)   Definition. "Services," as used in this clause, includes services performed, workmanship, and material furnished or used in performing services.

(b)   The Contractor shall provide and maintain an inspection system acceptable to the Government covering the services under this contract. Complete records of all inspection work performed by the Contractor shall be maintained and made available to the Government during contract performance and for as long afterwards as the contract requires.

(c)   The Government has the right to inspect and test all services called for by the contract, to the extent practicable at all places and times during the term of the contract. The Government shall perform inspections and tests in a manner that will not unduly delay the work.

(d)   If any of the services performed do not conform to contract requirements, the Government may require the Contractor to perform the services again in conformity with contract requirements, for no additional fee. When the defects in services cannot be corrected by reperformance, the Government may (I) require the Contractor to take necessary action to ensure that future performance conforms to contract requirements and (2) reduce any fee payable under the contract to reflect the reduced value of the services performed.

(e)   If the Contractor fails to promptly perform the services again or take the action necessary to ensure future performance in conformity with contract requirements, the Government may (I) by contract or otherwise, perform the services and reduce any fee payable by an amount that is equitable under the circumstances or (2) terminate the contract for default.

E.2   ACCEPTANCE

Acceptance of all work and deliverables under this contract (including reporting requirements) shall be accomplished by the Contracting Officer or any duly authorized representative. Acceptance criteria for deliverables required by this contract (excluding reporting requirements) are detailed in Section F.2, Delivery Requirements.

Contract No. DE-AC02-99CH10888
Modification A124

## PART I

## SECTION F

## DELIVERIES OR PERFORMANCE

|  |  | PAGE |
|------|------------------------------------------------------------|------|
| F.1  | PERIOD OF PERFORMANCE | F.1 |
| F.2  | DELIVERY REQUIREMENTS | F.2 |
| F.3  | FAR 52.242-15 STOP-WORK ORDER (AUG 1989) - ALTERNATE I (APR 1984) (APPLICABLE TO BASE CONTRACT AND OPTIONS 1 AND 2) | F.6 |
| F.4  | FAR 52.242-15 STOP-WORK ORDER (AUG 1989) (APPLICABLE TO OPTION 3) | F.6 |

NNSA 3-019

Contract No. DE-AC02-99CH10888
Modification A124

**PART I**

**SECTION F**

**DELIVERIES OR PERFORMANCE**

F.1     PERIOD OF PERFORMANCE

The performance of the work for the Base Contract described in Part I, Section C - Description/Specifications/Work Statement shall commence at the time of contract award, and shall continue to completion thereof, estimated to occur on or about See Table Below, unless sooner terminated as hereinafter provided or extended by exercise of any, or all, of the options contained in Part I, Clause H.6 - Options to Extend Services. The following is a summary of the period of performance for the base contract and option periods.

In the event of conflict between the dates listed in F.1 and the Statement of Work (Part III, Section J, Attachment 1), the dates in F.1 shall apply.

| Description | Term |
|---|---|
| **CLIN 0001  Fuel Services** Packaging and transportation (base) Fuel qualification (base other than Eurofab) Eurofab (base contract) Irradiation services (base) Irradiation services (option 1- Mission reactor site modification) Depleted Uranium supply Polished Pu supply Implementation of Mission Reactors and Site Modifications segment | Mar 2010 Mar 2011 May 2005 Mar 2011 <br> Jun 2011 Dec 2007 <br> Dec 2007 |
| **CLIN 0002 MFFF** Design Engineering Equipment Group Activities Option 1 Construction | Jan 10, 2013 Mar 2, 2010 Sep 14, 2016 |
| **CLIN 0003  Option 2 MFFF Operations** Option 2 Hot Start-up and Operation of the MOX Fuel Fabrication Facility and Reactor Irradiation Services. | TBD |
| **CLIN 0004 Option 3, MFFF Deactivation** Option 3 Deactivation of the MOX Fuel Fabrication Facility | 27 months after Option 3 exercise date. |
| **CLIN 0005 Russian** | TBD |
| **CLIN 0006 Technology Transfer Agreement** | Sep 14, 2016 |

Contract No. DE-AC02-99CH10888
Modification A124

F.2   DELIVERY REQUIREMENTS

The Contractor shall submit to the Contracting Officer the deliverables contained in the following chart by the due date described therein:

## BASE CONTRACT

| ITEM/ DELIVERABLE | DESCRIPTION | INSPECTION/ ACCEPTANCE CRITERIA | DUE DATE |
|---|---|---|---|
| Advanced Preliminary Design | See Section J.II.A.1.b. (1) Initial Preliminary Design (4) Advanced Preliminary Design | Design addresses requirements of J.II.A.1.a, information requested in description, and is accurate and timely. | See Section J.II.A.1.f.(1) |
| Final Preliminary Design Packages | See Section J.II.A.1.c. | Design contains all information requested, is accurate and timely. | See Section J.II.A.1.f.(2) |
| Final Design Packages | See Section J.II.A.1.d. | Design contains all information requested, is accurate and timely. | See Section J.II.A.1.f(3) |
| MOX Fuel Fabrication Facility Long Lead Time Procurement Plan | See Section J.II.A.2. | Plan contains all information requested, is accurate and timely. | See Section J.II.A.2(b) |
| Work Task Agreement (WTA) | See Section J.II.A.3 | The WTA contains all information requested, is accurate and timely | See Section J.II.A.3(f) |
| Regulatory Management Plan | See Section J.II.A.5.e (1). | Plan contains all information requested, is accurate and timely. | See Section J.II.A.5(e)(1). |
| Regulatory Documentation | See Section J.II.A.5.e.(2) | An authorized representative of the contractor shall provide the documentation to DOE. | See Section J.II.A.5(e)(2). |
| Facility Quality Assurance Plan | See Section J.II.A.6. | Requirements specified in 10 CFR Part 50, Appendix B | See Section J.II.A.6.b. |
| Construction Market Analysis and Prospective Bidders Report | See Section J.II.A.9. | Report contains all information requested, is accurate and timely. | See Section J.II.A.7.b |
| Deactivation Plan | See Section J.II.A.10. | Plan contains all information requested, is accurate and timely. | See Section J.II.A.10.c |
| MOX Fuel Safeguards Plan | See Section J.II.A.11. | Applicable NRC Safeguards Requirements, including applicable IAEA Standards. | See Section J II.A.11.b. |
| MOX Fuel Security Plan | See Section J.II.A.12. | Applicable DOE Security Requirements. | See Section J.II.A.12.b |

NNSA 3-021

Contract No. DE-AC02-99CH10888
Modification A124

| ITEM/ DELIVERABLE | DESCRIPTION | INSPECTION/ ACCEPTANCE CRITERIA | DUE DATE |
|---|---|---|---|
| Fuel Qualification Plan | See Section J.II.B.2. | Plan contains all information requested, is accurate and timely | See Section J.II.B.2. |
| DOE Host Site Facility(s) Recommendation Report | See Section J.II.B.3. | Report contains all information requested, is accurate and timely. | See Section J.II.B.3. |
| Work Task Agreement | See Section J.II.B.4. | Work Task Agreement contains all information requested, is accurate and timely. | See Section J.II.B.4 |
| Certification of Successful Completion of Fuel Qualification Plan | See Section J.II.B.5. | An officer of the contractor shall certify completion. | See Section J.II.B.5. |
| Fuel Qualification Long Lead Time Procurement Plan | See Section J.II.B.6. | Plan contains all information requested, is accurate and timely. | See Section J.II.B.6. |
| Mission Reactors System Modification Plan(s) | See Section J.II.C.1.b. | Plan(s) address requirements of J.II.C.1.a, information requested in description, and are accurate and timely. | See Section J.II.C.1.b. |
| Mission Reactors Licensing Plan(s) | See Section J.II.C.2.) | Plan(s) contain all information requested, are accurate and timely. | See Section J.II.C.2.d. |
| Mission Reactors License Amendment Application(s) and Revisions | See Section J.II.C.2. | In accordance with NRC Requirements | See Section J.II.C.2.d( 2). |
| Missions Reactors Permitting Plan(s) | See Section J.II.C.3. | Plan(s) contains all information requested, are accurate and timely. | See Section J.II.C.3.(6 ) |
| Mission Reactors Irradiation Plan | See Section J.II.C.4.b. | Plan contains all information requested, is accurate and timely. | See Section J.II.C.4.b. (8) |
| Project Management Plan | See Section J.II.D.. | Plan contains all information requested, is accurate and timely. | See Section J.II.D.1.(4 ) |
| SNM Transportation Integration Management Plan | See Section J.II.D.3.a. | Plan contains all information requested, is accurate and timely. | See Section J.II.D.3.a. 5 |
| MOX Fresh Fuel Package Certification Plan | Plan covering activities of Section J.II.D.3.b. | Plan contains all information requested, is accurate and timely. | See Section J.II.D.3.b. 13 |

| ITEM/ DELIVERABLE | DESCRIPTION | INSPECTION/ ACCEPTANCE CRITERIA | DUE DATE |
|---|---|---|---|
| MOX Fresh Fuel Package Certificate of Compliance Application | Contractor shall submit the COC application, including package final design and SARP. | Compliance with 10 CFR 71. | See Section J.II.D.3.b. 13 (a) |
| MOX Fresh Fuel Package Procurement Plan | Contractor shall submit a plan with costs and schedule for required fuel packages. | Plan contains all information requested, is accurate and timely. | See Section J.II.D.3(b ). |
| Advance Procurement Plan | See Section J.II.D.4. | Plan contains all information requested, is accurate and timely. | See Section J.II.D.4.b |

## OPTION 1

| ITEM/ DELIVERABLE | DESCRIPTION | INSPECTION/ ACCEPTANCE CRITERIA | DUE DATE |
|---|---|---|---|
| Functional and Operability Testing Plan | See Section J.III.G.3. | Plan contains all information requested, is accurate and timely. | See Section J.III.G.3.b. |
| Certification of Successful Completion of Construction and Cold Start-Up Testing in Accordance with Functional and Operability Testing Plan | See Section J.III.I.1.a | An officer of the contractor shall certify completion. | See Section J.III.I.1.b. |
| MOX Fuel Fabrication Process Qualification Plan | See Section J.III.G.5. | Plan contains all information requested, is accurate and timely. | See Section J.III.G.5.b |
| Procedures Management Systems (PMS) Manual | See Section J.III.G.6. | In accordance with the DOE approved PMS manual. | See Section J.III.G.6.d. 1. |
| Vulnerability Assessment | See Section J.III.G.6 | In accordance with Section J Applicable Directives | See Section J.III.G.6.d. 2 |
| Accreditation of Process and Utility Control System | See Section J.III.G.6 | In accordance with Section J Applicable Directives | See Section J.III.G.6.d. 3 |
| Financial Project Closeout Report | See Section J.III.G.6 | In accordance with Section J Applicable Directives | See Section J.III.G.6.d. 4 |
| Lessons Learned Report | See Section J.III.G.6 | In accordance with Section J Applicable Directives. | See Section J.III.G.6.d. |

F.4

|  |  |  | 5 |
| --- | --- | --- | --- |
| Estimate at Completion (EAC) | See Section J.III.G.6 | EAC accurately considers all known information that can affect the cost at completion | See Section J.III.G.6.d. 6 |
| Execution of Nuclear Materials Management Program | See Section J.III.G.6 | Comprehensive program is in compliance with applicable requirements in accordance with Section J.III.G.6. | See Section J.III.G.6.d. 8 |
| Regulatory Management | See Section J.III.G.6 | Regulatory Management Plan reflects Contractor's activities in addressing applicable requirements in accordance with Section J.III.G.6. | See Section J.III.G.6.d. 9 |
| Work Task Agreement (Unexercised Option 1) | See Section J.IV.A.10. | Work Task Agreement contains all information requested, is accurate and timely. | See Section J.IV.A.10. 2. |
| Two-Year MOX Fuel Delivery Schedule (Unexercised Option 1) | See Section J.IV.C.4. | The schedule contains accurate information from all mission reactors. | See Section J.IV.C.4. |

**OPTION 2**

| ITEM/ DELIVERABLE | DESCRIPTION | INSPECTION/ ACCEPTANCE CRITERIA | DUE DATE |
| --- | --- | --- | --- |
| Certification of Successful Completion Of Hot Start-up Testing and Transition to full Operations in Accordance with Functional and Operability Testing Plan | See Section J.V.A.1. | An officer of the contractor shall certify completion. | See Section J.V.A.1.b. |
| Certification of Completion of the MOX Fuel Fabrication Process Qualification Plan | See Section J.V.A.2. | An officer of the contractor shall certify completion. | See Section J.V.A.2.b. |
| Deactivation Plan | See Section J.V.A.8. | Plan contains all information requested, is accurate and timely. | See Section J.V.A.8. |
| Work Task Agreement | See Section J.V.A.9. | The Work Task Agreement contains all information requested, is accurate and timely. | See Section J.V.A.9. |
| Mission Reactors Annual Inventory | See Section J.V.C.1. | The report contains accurate information from | See Section |

F.5

| Report | | all mission reactors. | J.V.C.1.d. |
|---|---|---|---|
| Two-Year MOX Fuel Delivery Schedule | See Section J.V.C.2. | The schedule contains accurate information from all mission reactors. | Annually (See Base Contract) |

## OPTION 3

| ITEM/ DELIVERABLE | DESCRIPTION | INSPECTION/ ACCEPTANCE CRITERIA | DUE DATE |
|---|---|---|---|
| Certification of Deactivation Completion | See Section J.VI.A.1 | An Officer of the contractor shall certify completion in accordance with the approved Deactivation Plan | Upon completion of de-activation |
| Work Task Agreement | See Section J.VI.A.2 | The Work Task Agreement contains all requested information, is accurate and timely. | See Section J.VI.A.2. |

F.3   FAR 52.242-15 STOP-WORK ORDER (AUG 1989) - ALTERNATE I (APR 1984)
(APPLICABLE TO BASE CONTRACT AND OPTIONS 1 AND 2)

(a)   The Contracting Officer may at any time, by written order to the Contractor, require the Contractor to stop all, or any part, of the work called for by this contract for a period of 90 days after the order is delivered to the Contractor, and for any further period to which the parties may agree.  The order shall be specifically identified as a stop-work order issued under this clause. Upon receipt of the order, the Contractor shall immediately comply with its terms and take all reasonable steps to minimize the incurrence of costs allocable to the work covered by the order during the period of work stoppage.  Within a period of 90 days after a stop work is delivered to the Contractor, or within any extension of that period to which the parties shall have agreed, the Contracting Officer shall either:

(1)   Cancel the stop-work order, or

(2)   Terminate the work covered by the order as provided in the Termination clause of this contract.

(b)   If a stop-work order issued under this clause is canceled or the period of the order or any extension thereof expires, the Contractor shall resume work. The Contracting Officer shall make an equitable adjustment in the delivery schedule, the estimated cost, the fee, or a combination thereof, and in any other terms of the contract that may be affected and the contract shall be modified, in writing, accordingly, if -

1)   The stop-work order results in an increase in the time required for, or in the Contractor's cost properly allocable to, the performance of any part of this contract; and

2)   The Contractor asserts its right to the adjustment within 30 days after the end of the period of work stoppage; provided that, if the Contracting Officer decides the facts justify the action, the Contracting Officer may receive and act upon the claim submitted at any time before final payment under this contract.

(c)   If a stop-work order is not canceled and the work covered by the order is terminated for the convenience of the Government, the Contracting Officer shall allow reasonable costs resulting from the stop-work order in arriving at the termination settlement.

(d)     If a stop-work order is not canceled and the work covered by the order is terminated for default, the Contracting Officer shall allow, by equitable adjustment or otherwise, reasonable costs resulting from the stop-work order.

F.4     FAR 52.242-15 STOP-WORK ORDER (AUG 1989) (APPLICABLE TO OPTION 3)

(a)     The Contracting Officer may at any time, by written order to the Contractor, require the Contractor to stop all, or any part, of the work called for by this contract for a period of 90 days after the order is delivered to the Contractor, and for any further period to which the parties may agree. The order shall be specifically identified as a stop-work order issued under this clause. Upon receipt of the order, the Contractor shall immediately comply with its terms and take all reasonable steps to minimize the incurrence of costs allocable to the work covered by the order during the period of work stoppage. Within a period of 90 days after a stop work is delivered to the Contractor, or within any extension of that period to which the parties shall have agreed, the Contracting Officer shall either:

   1)   Cancel the stop-work order, or

   2)   Terminate the work covered by the order as provided in the Default, or the Termination for Convenience of the Government, clause of this contract.

(b)     If a stop-work order issued under this clause is canceled or the period of the order or any extension thereof expires, the Contractor shall resume work. The Contracting Officer shall make an equitable adjustment in the delivery schedule or contract price, or both, and the contract shall be modified, in writing, accordingly, if -

   1)   The stop-work order results in an increase in the time required for, or in the Contractor's cost properly allocable to, the performance of any part of this contract; and

   2)   The Contractor asserts its right to the adjustment within 30 days after the end of the period of work stoppage; provided that, if the Contracting Officer decides the facts justify the action, the Contracting Officer may receive and act upon the claim submitted at any time before final payment under this contract.

(c)     If a stop-work order is not canceled and the work covered by the order is terminated for the convenience of the Government, the Contracting Officer shall allow reasonable costs resulting from the stop-work order in arriving at the termination settlement.

(d)     If a stop-work order is not canceled and the work covered by the order is terminated for default, the Contracting Officer shall allow, by equitable adjustment or otherwise, reasonable costs resulting from the stop-work order.

# PART I

## SECTION G

### CONTRACT ADMINISTRATION DATA

### TABLE OF CONTENTS

|  |  | PAGE |
|------|------------------------------------------------|------|
| G.1 | CORRESPONDENCE PROCEDURES | G.1 |
| G.2 | GOVERNMENT CONTACTS FOR POST-AWARD ADMINISTRATION | G.2 |
| G.3 | BILLING INSTRUCTIONS | G.4 |

NNSA 3-027

PART I

SECTION G

CONTRACT ADMINISTRATION DATA

G.1   CORRESPONDENCE PROCEDURES

To promote timely and effective administration, correspondence (except for invoices and reports) submitted under this contract is subject to the following procedures:

(a)   Subject Line(s) - All correspondence should contain a subject line, commencing with the contract number and subject matter.  An example is illustrated below:

SUBJECT:  CONTRACT NO. DE-AC02-99CH10888, REQUEST FOR SUBCONTRACT CONSENT.

(b)   Technical Correspondence - Technical correspondence (as used herein, this term excludes correspondence where patent or proprietary data issues are involved or correspondence which proposes or otherwise involves waivers, deviations, or modifications to the requirements, terms, or conditions of this contract) should be addressed to the DOE/COR, with an information copy of the correspondence to the DOE Contract Specialist.

(c)   Correspondence Regarding Inventions - All correspondence for Patent related matters (inventions, etc.) should be mailed to:

U. S. Department of Energy
Oak Ridge Office
Attn: Emily Schneider
Office of Intellectual Property Law
200 Administration Road
Oak Ridge, TN 37830

Information copies of patent related correspondence should be sent to the Contracting Officer.

Also see the paragraph entitled "Publication", if included in this contract, under the article entitled, "Patent Rights" set forth in Part II, Section I, of this contract and the DOE F 1332.1 - Reporting Requirements Checklist set forth in Part III, Section J - List of Attachments, of this contract.

(d)   Counterintelligence Correspondence - All correspondence for Counterintelligence related matters should be mailed to the DOE Counterintelligence Program Manager as detailed in G.2 below:

Information copies of counterintelligence related correspondence should be sent to the Contracting Officer.

Also see the counterintelligence provision set forth in Part I, Section H, of this contract, which requires that the contractor follow procedures prescribed in the clause.

(e)   Other Correspondence - All other correspondence, except for reporting of inventions, should be addressed to the Contracting Officer, with information copies of the

correspondence to the DOE COR and DOE Intellectual Property Counsel when deemed appropriate (where patent or technical data issues are involved).

G.2    GOVERNMENT CONTACTS FOR POST AWARD ADMINISTRATION

   (a)    DOE Contracting Officer

For definition see Part II, Section I, Clause 1, "Definitions" of this contract.

The Contracting Officer is the only official who can:

1) Assign additional work within the general scope of the SOW of the contract;

2) Issue a change as defined in the "Changes" clause of the contract;

3) Cause an increase or decrease in the total estimated cost or the time required for contract performance;

4) Change any of the expressed terms, conditions or specifications of the contract; and

5) Accept non-conforming work.

   (b)    DOE Contract Specialist for Administration

The Contract Specialist should be used as the point of contact for all but technical and patent related matters (see G.1).

The Contract Specialist for this contract is:

| | |
|---|---|
| Name: | Carol R. Elliott |
| Address: | U.S. Department of Energy/NNSA |
| | |
| | Savannah River Site Office |
| | P.O. Box A |
| | Aiken, SC 29802 |
| Telephone No: | 803-208-3345 |
| Facsimile No: | 803-208-1182 |
| E-Mail Address: | carol.elliott@nnsa.srs.gov |

Any change in the DOE Contract Specialist may be made administratively by letter from the Contracting Officer.

   (c)    DOE Contracting Officer Representatives

1) For information purposes only, the DOE Federal Project Director for the MOX Fuel Fabrication Facility is as follows:

Clay H. Ramsey,
National Nuclear Security Administration
Savannah River Site
Building 706-1F, Rm 404
Aiken, SC 29802
Telephone No.: (803) 952-4283

2) <u>DOE Contracting Officer Representatives (COR):</u>

    i.  The performance of work under this contract is subject to the direction of CORs in accordance with DEAR 952.242-70, Technical Direction. The limitations of a Contracting Officer's Representatives (COR's) authority are also defined in DEAR 952.242-70, Technical Direction.

    ii.  **Two** CORs, as listed below, are responsible for technical direction and management surveillance for all technical matters (see G.1 (b)) relating to their specifically assigned areas of the SOW. These COR's and their areas of responsibility are as follows:

SOW Paragraphs II.A. – MOX Fuel Fabrication Facility; II.B – Fuel Qualification II.C – Irradiation Services, and IIIA – Implementation of Mission Reactors and Site Modifications Milestones associated with the implementation of Mission Reactors and Site Modifications

    Garrett Smith  NA-261/Forrestal Building
    National Nuclear Security Administration
    Office of Fissile Materials Disposition
    1000 Independence Ave, SW
    Washington, D.C. 20585
    Telephone No.: (202) 586-3322

SOW Paragraph II.A. MOX Fuel Fabrication Facility, II.D – Project Management and Administration to include MA's 1,6,10-18,20, and 21 within the WBS, III.C., Construction Management Oversight of Site Preparation Activities, III.D, Milestones associated with the Construction Management Oversight of Site Preparation Activities, III.E. Procurement Activities Related to CD3B and CP-20, III.F. CD3B Scope of Work and III.G. MOX Fuel Fabrication Facility Requirements and Deliverables

    Clay H. Ramsey,
    National Nuclear Security Administration
    Savannah River Site
    Building 706-1F, Rm 404
    Aiken, SC 29802
    Telephone No.: (803) 952-4283

Any change in the DOE COR's may be made administratively by letter from the Contracting Officer

(d) <u>DOE Property Administrator</u>

Property correspondence should be addressed to the Contracting Officer and property matters referred to the Contract Specialist unless property administration has been delegated, in which case, separate instructions will be sent administratively by letter from the Contracting Officer, which will supersede this paragraph G.2 (d).

(e) <u>DOE Counterintelligence Program Manager (CIPM)</u>

The CIPM should be used as the point of contact on all counterintelligence matters (see G.1 (d)). The CIPM for this contract is:

Kathryn E. Filipovich, Senior Counterintelligence Officer
U.S. Department of Energy
Office of Counterintelligence - Southeast Region (OCI-SER)
OCI, Building 770-A
Road 1A
Aiken, SC 29802
Telephone No.:  803-725-6845
Facsimile No.:   803-725-0910
E-mail Address: kathryn.filipovich@srs.gov

Any change in the DOE CIPM may be made administratively by letter from the
Contracting Officer.

## G.3   BILLING INSTRUCTIONS

Vouchers:  Certified original vouchers shall be submitted to the Payment Office and copies shall
be submitted to the DOE Contract Specialist (See G.2(b)) and the DOE COR (See G.2(c)) in
accordance with the Billing Instructions set forth in Part III, Section J - Attachment 6, accordance
with the Allowable Cost and Payment provisions Part II, Section I.

Additionally, the Contractor shall identify the individual in its organization to be contacted relative
to each voucher.

Contract No. DE-AC02-99CH10888
Modification A124

## PART I

### SECTION H

### SPECIAL CONTRACT REQUIREMENTS

#### TABLE OF CONTENTS

*Clauses are applicable to the Base Contract effort and Options 1, 2, 3 in accordance with the following codes which follow the title of each clause:

B = Base Contract
1 = Option 1
2 = Option 2
3 = Option 3

|  |  | PAGE |
|---|---|---|
| H.1 | GOVERNMENT-FURNISHED PROPERTY<br>*(B, 1, 2, 3) | H.1 |
| H.2 | AVAILABILITY OF DEPLETED URANIUM<br>*(B, 1, 2) | H.6 |
| H.3 | GOVERNMENT-FURNISHED SERVICES<br>*(B, 1, 2, 3) | H.7 |
| H.4 | TITLE TO NUCLEAR MATERIALS AND MOX<br>FUEL ASSEMBLIES OR PINS<br>*(B, 1, 2) | H.8 |
| H.5 | DOE SECURITY CLEARANCES<br>*(B, 1, 2, 3) | H.8 |
| H.6 | OPTIONS TO EXTEND SERVICES<br>*(B, 1, 2, 3) | H.8 |
| H.7 | CONSTRUCTION PROHIBITION<br>*(B, 1, 2) | H.10 |
| H.8 | COST AND FEE RESPONSIBILITY AFTER COMPLETION OF HOT<br>START-UP AND TRANSITION TO FULL OPERATIONS<br>*(2) | H.10 |
| H.9 | PLUTONIUM DISPOSITION SHARING FORMULA AFTER<br>TRANSITION TO FULL OPERATIONS OF THE MOX FUEL<br>FABRICATION FACILITY<br>*(2) | H.11 |
| H.10 | FUEL FABRICATOR TO PERFORM FUEL FABRICATION<br>SERVICES<br>*(B, 1, 2, 3) | H.13 |

NNSA 3-032

H.11    MISSION REACTORS TO PERFORM IRRADIATION SERVICES          H.13
        *(B, 1, 2, 3)

H.12    DEACTIVATION                                              H.14
        *(3)

H.13    AVOIDANCE OF DUPLICATION OF EFFORT                        H.15
        *(B, 1, 2, 3)

H.14    RESPONSIBILITY OF THE CONTRACTOR FOR ERRORS
        OR DEFICIENCIES                                           H.15
        *(B, 1, 2, 3)

H.15    STANDARD INSURANCE REQUIREMENTS                           H.15
        *(B, 1, 2, 3)

H.16    INCORPORATION OF REPRESENTATIONS, CERTIFICATIONS,
        AND OTHER STATEMENTS OF BIDDERS/OFFERORS                  H.16
        *(B, 1, 2, 3)

H.17    REACTOR OPERATING LICENSE EXTENSION                       H.16
        *(B, 1, 2, 3)

H.18    NON-INTERFERENCE WITH NRC LICENSING
        REQUIREMENTS                                              H.16
              *(B, 1, 2, 3)

H.19    VALUE ENGINEERING                                         H.16
        *(B, 1, 2, 3)

H.20    RIGHT TO LEASE                                            H.17
        *(1, 2, 3)

H.21    TITLE TO MISSION REACTOR MODIFICATIONS                    H.17
        *(1, 2, 3)

H.22    PAYMENT OF NRC FEES AND OVERSIGHT CHARGES                 H.17
        *(B, 1, 2, 3)

H.23    PERFORMANCE GUARANTEE                                     H.17
        *(B, 1, 2, 3)

H.24    PERFORMANCE AND PAYMENT BONDS - CONSTRUCTION              H.17
        *(1)

H.25    PROTECTION OF EXISTING VEGETATION, STRUCTURES, EQUIPMENT,  H.17
        UTILITIES AND IMPROVEMENTS
        *(1)

H.26    MAINTENANCE OF PROPRIETARY DATA                           H.17
        *(B, 1, 2, 3)

H.27    TECHNOLOGY FEE CONSIDERATION                              H.18
        *(B, 1, 2, 3)

NNSA 3-033

Contract No. DE-AC02-99CH10888
Modification A124

| H.28 | DISPOSITION OF INTELLECTUAL PROPERTY – FAILURE TO COMPLETE CONTRACT PERFORMANCE<br>*(B, 1, 2, 3) | H.18 |
| H.29 | ADVANCE UNDERSTANDINGS<br>*(B, 1, 2, 3) | H.19 |
| H.30 | RESTRICTION ON DISCLOSURE OF LIMITED RIGHTS DATA AND RESTRICTED COMPUTER SOFTWARE TO FOREIGN GOVERNMENTS<br>*(B, 1, 2, 3) | H.20 |
| H.31 | LOBBYING RESTRICTION (ENERGY & WATER DEVELOPMENT APPROPRIATIONS ACT, 2000)<br>*(B, 1, 2, 3) | H.20 |
| H.32 | NOTICE REGARDING THE PURCHASE OF AMERICAN-MADE EQUIPMENT AND PRODUCTS—SENSE OF CONGRESS<br>*(B, 1, 2, 3) | H.21 |
| H.33 | CONSISTENCY WITH DOE POSITIONS, FUNCTION, AND RESPONSIBILITIES<br>*(B, 1, 2, 3) | H.21 |
| H.34 | OBLIGATION TO KEEP DOE FULLY INFORMED<br>*(B, 1, 2, 3) | H.21 |
| H.35 | VERIFICATION OF WORK PERFORMED BY SITE M&O CONTRACTOR<br>*(B, 1, 2, 3) | H.21 |
| H.36 | SHUT DOWN AUTHORITY – ENVIRONMENT, SAFETY AND HEALTH<br>*(B, 1, 2, 3) | H.22 |
| H.37 | SUBCONTRACTOR SELECTION<br>*(B, 1, 2, 3) | H.23 |
| H.38 | CONDITIONAL PAYMENT OF FEE, PROFIT, OR INCENTIVES<br>*(B, 1, 2) | H.23 |
| H.39 | ACCESS TO AND OWNERSHIP OF RECORDS<br>*(B, 1, 2, 3) | H.29 |
| H.40 | ELECTRONIC SUBCONTRACTING REPORTING SYSTEM<br>*(B, 1, 2, 3) | H.30 |
| H.41 | APPLICATION OF WHISTLEBLOWER PROTECTIONS TO FOREIGN EMPLOYEES WORKING FOR FOREIGN COMPANIESOUTSIDE THE UNITED STATES<br>*(B, 1, 2, 3) | H.31 |

Contract No. DE-AC02-99CH10888
Modification A124

# PART I

## SECTION H

### SPECIAL CONTRACT REQUIREMENTS

H.1    GOVERNMENT-FURNISHED PROPERTY

Pursuant to Government property clauses in the contract as set forth in Part II, Section I, the following item(s) shall be furnished by the Government at no cost to the Contractor for performance of the work hereunder:

| Government-Furnished Property | Description | Schedule for Delivery |
|---|---|---|
| Depleted uranium (if requested by the Contractor).  See Part I, Clause H.2.<br><br>Applicable to:<br>- Base Contract<br>- Option 1<br>- Option 2 | Depleted uranium in the form of $DUF_6$, will be provided in sufficient quantities to meet the Contractor's requirements. $DUF_6$ will be of the same purity as low enriched $UF_6$ delivered by the United States Enrichment Corporation to domestic customers for use in commercial nuclear fuel. | Depleted uranium will be provided on a schedule agreed to by the Contractor a DOE. |
| Plutonium oxide (See characteristics and impurities on tables H-1a, H-1b.1, H-1b.2, H-1c and H-1d).<br><br>Applicable to:<br>- Base Contract (for lead assembly fabrication at other than Mixed Oxide Fuel Fabrication Facility)<br>- Option 1 (for receipt and storage only in accordance with NRC license)<br>- Option 2 | Base Contract Material<br><br>Sufficient oxide to meet fuel qualification demands that meet the Fuel Designer's specification described in "Characteristics of the Plutonium Dioxide Powder applied for the LANL, $PuO_2$ Polishing Project," EUROFAB-02B.<br><br>Option 1 and 2 Material<br><br>1. A total of approximately 34 MT Pu as $PuO_2$.<br><br>2. Of the 34MT, 4-8 MT Pu (AFS sources) as $PuO_2$ as described in Contract Tables applicable to AFS Feed, H- 1a, H-1b.2, H-1c and H-1d. This material will be packaged pursuant to DOE-STD-3013 containers defined in the Contractor's document Aqueous Polishing Decanning Unit Table of Accepted Cans, DCS01-KDA-CGPLG-M-07335.<br><br>3. The balance of the approximate 34 MT quantity will meet the specifications provided in Tables applicable to PDCF/ARIES feed H-1a, H-1b.1, H-1c and H-1d.<br><br>4. All DOE-STD-3013 outer and convenience cans will be supplied with a reliable remote readable identifier. | Base Contract Material<br><br>On a schedule to be agreed upon by the Contractor and DOE.<br><br>Option 1 and 2 Material<br><br>1. DOE will provide sufficient oxide available to the Contractor in a timely way to enable the Contractor to be able to meet the reactor fuel demands specified in the Mission Reactors Irradiation Plan, including allowances that the Contractor needs for inventory management, qualification, and process losses.<br><br>2. DOE will provide sufficient oxide that meets the requirements in Tables applicable to PDCF/ARIES feed H-1a, H-1b.1, H-1c and H-1d for startup (approximately 900kg).<br><br>3. For the first three years of operation, DOE will provide a total of approximately 6 MT of AFS material (including the PDCF/ARIES material for startup or the initial batch of fuel) of Pu as $PuO_2$. If a lesser quantity of material will suffice to meet reactor demands in the Mission Reactors Irradiation Plan, DOE may unilaterally choose to provide a lesser quantity.<br><br>4. After the three years of operation, DOE will supply oxide at the nominal rate of 3.5 MT Pu/yr.<br><br>5. DOE, with the Contractor's concurrence, may substitute material that meets the requirements of Tables applicable to PDCF/ARIES feed H-1a, H-1b.1, H-1c and H-1d for material meeting the Contractor's AFS specification (Tables H- 1a, H- |

H.1

Contract No. DE-AC02-99CH10888
Modification A124

| | | |
|---|---|---|
| | | 1c, H-1b.2 and H-1d) notwithstanding the 4-8 MT range identified in the material description column. |
| Building site for the construction of the MOX Fuel Fabrication Facility.<br><br>Applicable to:<br>- Base Contract<br>- Option 1, 2, 3 | A building site at a DOE host-site location to be identified by DOE in the SPDEIS ROD, suitable for construction of a MOX Fuel Fabrication Facility. | The building site will be provided on a mutually agreed to schedule by the Contractor and DOE. |
| Plutonium oxide feed material storage cans.<br><br>Applicable to:<br>- Base Contract<br>- Option 1, 2 | Stainless steel storage cans for the plutonium oxide feed material in sufficient quantity to handle the feed material necessary to complete the SOW. | Cans will be provided to the Contractor on a mutually agreed to schedule by the Contractor and DOE. |
| Two MO-1 certified shipping packages for the transportation of test/demonstration fuel (if requested by the Contractor).  See Part III, Section J, Attachment 1, Subpart II.B.7.<br><br>Applicable to:<br>- Base Contract | Two MO-1 shipping packages, certified by the NRC, capable of containing certain test/demonstration fuel pins or assemblies.  A package will hold 2 PWR fuel assemblies or accommodate fuel pin boxes of a length up to 159 inches for shipment of either PWR or BWR fuel pins. | The shipping packages for transportation of test/demonstration fuel will be provided on a schedule to meet the Contractor's fuel qualification irradiation schedule. |
| Office Space<br><br>Applicable to:<br>- Option 1 | Office space and furniture for some CONTRACTOR Employees located at the Savannah River Site. | To be provided upon commencement of construction management of site preparation activities |

### Table H-1a – Isotopic Composition

The plutonium oxide delivered to the Contractor will be characterized for Pu isotopics and impurities.  The elemental impurities will be less than the values specified on the following pages.

| Isotope | Isotopic Vectors | Absolute Uncertainty (See Note #2) (2 Standard Deviations) | Maximum Absolute Uncertainty (See Notes #2 & #4) (2 Standard Deviations) |
|---|---|---|---|
| $Pu^{236}$ | ≤1ppb (see Note #1) | N/A | N/A |
| $^{238}Pu$ /Pu total | ≤0.05% | ±0.002% | ±0.002% |
| $^{239}Pu$ /Pu total | 90%<X<95% | ±0.2% | ±0.44% |
| $^{240}Pu$ /Pu total | 5%≤y≤9% | ±0.2% | ±0.44% |
| $^{241}Pu$ /Pu total | ≤1% | ±0.02% | ±0.02% |
| $^{242}Pu$ /Pu total | ≤.1% (See Note #3) | N/A | N/A |

Notes:

1. Value at plutonium production > 40 years in 1999.  Measurement of $^{236}Pu$ is not required to meet specification.  The $^{236}Pu$ content is thought to be below normally available detection capability and is therefore not measured.
2. The absolute uncertainty based on 2 standard deviations means the absolute quantity, which by addition or subtraction to the measured value, defines an interval inside which the true value lies within a 95% level of confidence.  These are projected values based on laboratory estimates.
3. Because $^{242}Pu$ has little or no gamma emission, it is not measured, but rather is calculated from past correlations related to weapons material.  DOE will provide a forecasted range of uncertainty.  The absolute forecasted range has to be within ±0.006% to be acceptable without further evaluation.
4. Maximum absolute uncertainty applies to AFS and ARIES feeds only.

H.2

Contract No. DE-AC02-99CH10888
Modification A124

### Table H-1b.1 PDCF Feed

| Chemical Components (Notes #1 & #2) | Maximum Content µg/gPu (Notes #3 & #4) | Maximum Exceptional Content µg/gPu (Notes #4, &#5) |
|---|---|---|
| Ag - Silver | N/A | 10,000 |
| Al – Aluminum | 150 | 10,000 |
| B – Boron | 100 | 1,000 |
| Be – Beryllium | 100 | 2,500 |
| Bi – Bismuth | 100 | 1,000 |
| C – Carbon | 500 | 1,500 |
| Ca - Calcium | 500 | 10,000 |
| Cd - Cadmium | 10 | 1,000 |
| Cl – Chlorine | (+F<250) | 500 |
| Co - Cobalt | 100 | 10,000 |
| Cr – Chromium | 100 | 500 |
| Cu - Copper | 100 | 500 |
| Dy - Dysprosium | 1 | 1,000 |
| Eu – Europium | 1 | 1,000 |
| F – Fluorine | (+Cl<250) | 350 |
| Fe – Iron | 500 | 2,500 |
| Ga - Gallium | 12,000 | 12,500 |
| Gd - Gadolinium | 3 | 250 |
| In – Indium | 20 | 1,000 |
| K – Potassium | 150 | 10,000 |
| Li – Lithium | 400 | 10,000 |
| Mg - Magnesium | 500 | 10,000 |
| Mn - Manganese | 100 | 1,000 |
| Mo - Molybdenum | 100 | 1,000 |
| N – Nitrogen | 400 | 400 |
| Na - Sodium | 300 | 10,000 |
| Nb - Niobium | 100 | 3,500 |
| Ni - Nickel | 200 | 2,500 |
| P - Phosphorus | 200 | 1,000 |
| Pb - Lead | 200 | 1,000 |
| S - Sulphur | 250 | 1,000 |
| Si - Silicon | 200 | 200 |
| Sm - Samarium | 2 | 1,000 |
| Sn - Tin | 100 | 2,500 |
| Ta - Tantalum | 200 | 500 |
| Ti - Titanium | 100 | 2,500 |
| Th - Thorium | 100 | 100 |
| V - Vanadium | 300 | 2,500 |
| W - Tungsten | 200 | 2,500 |
| Zn - Zinc | 100 | 1,000 |
| Zr - Zirconium | 50 | 1,000 |
| **Total Impurities** | **18,600 (Notes #2 & #6)** | |

### Notes:

1. Metallic elements are present as oxides when delivered to the Contractor.
2. Impurities that are not listed in table H-1b.1 are assumed present at levels that do not affect MFFF safety, process, and product quality. This assumption is based on a DOE review of unlisted impurities.
3. "Maximum content" is the standard value that the feedstock shall meet during routine operations. Notice to the Contractor is required when these values are exceeded.

**H.3**

4. μg/g PuO$_2$ values are obtained by dividing μg/g plutonium by 1.135.
5. "Maximum exceptional content" is the maximum value for which the feed would be acceptable as long as the total impurities value is not exceeded.
6. "Total Impurities": Rounded up sum of all values of maximum impurity content listed in the table.

- Alternate Feed Stock (AFS) Feed

### Table H-1b.2 – AFS Feed

| Chemical Elements or Species (Notes #1) | Maximum Content for most (~75%) of Items Weight μg/gPu (Notes #2 & #3) | Proposed Maximum Exceptional Content Corresponding to the Limit Exceeded only by 2% of Items Weight μg/g Pu (Notes #3 & #4) |
|---|---|---|
| Ag - Silver | N/A | 10,000 |
| Al - Aluminum | 4,000 | 15,000 |
| As - Arsenic | N/A | 100 |
| Au - Gold | N/A | 100 |
| B - Boron | 100 | 1,000 |
| Ba - Barium | 5,000 | 10,000 |
| Be - Beryllium | 100 | 5,000 |
| Bi - Bismuth | 1,000 | 1,000 |
| C - Carbon | 2,000 | 10,000 |
| Ca - Calcium | 120,000 | (CaCl$_2$ + MgCl$_2$ + NaCl + KCl + other impurities) ≤ 28% net weight (see Note #3) |
| Cd - Cadmium | 1,000 | 1,000 |
| Ce - Cerium | N/A | 500 |
| Cl - Chlorine | 200,000 | 330,000 |
| Co - Cobalt | 5,000 | 10,000 |
| Cr - Chromium | 3,000 | 8,000 |
| Cu - Copper | 500 | 3,000 |
| Er - Erbium | N/A | 500 |
| F - Fluorine | 1,000 | 7,000 |
| Fe - Iron | 5,000 | 18,000 |
| Ga - Gallium | 12,000 | 15,000 |
| Gd - Gadolinium | 250 | 250 |
| Ge - Germanium | N/A | 100 |
| Hf - Hafnium | 50 | 1,000 |
| Hg - Mercury | N/A | 100 |
| I - Iodine | N/A | 100 |
| In - Indium | 20 | 2,500 |
| K - Potassium | 220,000 | (CaCl$_2$ + MgCl$_2$ + NaCl + KCl + other impurities) ≤ 28% net weight (see Note #3) |
| La - Lanthanum | N/A | 5,000 |
| Li - Lithium | 5,000 | 10,000 |
| Mg - Magnesium | 70,000 | (CaCl$_2$ + MgCl$_2$ + NaCl + KCl + other impurities) ≤ 28% net weight (see Note #3) |
| Mn - Manganese | 1,000 | 2,000 |
| Mo - Molybdenum | 100 | (Mo + Zr) ≤5,000 |

Contract No. DE-AC02-99CH10888
Modification A124

| Chemical Components (Notes #1) | Maximum Content for most (~75%) of Items Weight µg/gPu (Notes #2 & #3) | Proposed Maximum Exceptional Content Corresponding to the Limit Exceeded only by 2% of Items Weight µg/g Pu (Notes #3 & #4) |
|---|---|---|
| N - Nitrogen | 400 | 5,000 |
| $NO_3$ . Nitrate | N/A | 5,000 |
| Na - Sodium | 130,000 | ($CaCl2$ + $MgCl_2$ + NaCl + KCl + other impurities) ≤ 28% net weight (see Note #3) |
| Nb - Niobium | 100 | 3,500 |
| Ni - Nickel | 5,000 | 15,000 |
| Np - Neptunium | 500 | 1,000 |
| P - Phosphorous | 1,000 | (P + S) ≤ 1% net weight |
| Pb - Lead | 200 | 5,000 |
| Pt - Platinum | N/A | 100 |
| Rb - Rubidium | 100 | 5,000 |
| S - Sulfur | 330 | (P + S) ≤ 1% net weight |
| $SO_4$ - Sulfate | 1,000 | (P + S) ≤ 1% net weight |
| Sb - Antimony | N/A | 100 |
| Si - Silicon | 5,000 | 10,000 |
| Sn - Tin | 1,000 | 10,000 |
| Sr - Strontium | 5,000 | 10,000 |
| Ta - Tantalum | 4,000 | 10,000 |
| Ti - Titanium | 100 | 3,000 |
| Th - Thorium | 100 | 300 |
| Tl - Thallium | N/A | 100 |
| V - Vanadium | 300 | 1,000 |
| W - Tungsten | 4,000 | 10,000 |
| Y - Yttrium | 200 | 10,000 |
| Zn - Zinc | 1,000 | 10,000 |
| Zr - Zirconium | 50 | (Mo + Zr) ≤ 5,000 |
| Total Impurities | ≤280,000 (Note #5) | ≤280,000 (Note #5) |

Notes:

1. Metallic elements are present as oxides when delivered to the Contractor.
2. "Maximum content" is the standard value that the feedstock shall meet during routine operations. Notice to the Contractor is required when these values are exceeded.
3. µg/g $PuO_2$ values may be obtained by dividing µg/g plutonium by 1.135.
4. "Maximum exceptional content" is the maximum value for which the feed would be acceptable as long as the total impurities value is not exceeded.
5. Total impurity content shall be ≤280,000 µg/g powder. Total impurities ≥200,000 µg/g powder but ≤ 280,000 µg/g powder are acceptable if the total mass of powder in the convenience can is ≤ 2.5 kg. Impurities for AFS feeds are anything identified through NDA and associated characterization as other than actinide (i.e., plutonium, uranium and americium) oxides.

**H.5**

Contract No. DE-AC02-99CH10888
Modification A124

Radio Chemical Impurities

**Table H-1c – Radio Chemical Impurities**

| Impurity | Isotopics | Maximum Content |
|---|---|---|
| Enriched Uranium (U) | U 235 /U total < 93.2% | 1. PDCF/ARIES Standard U tot / Pu tot < 0.5% Maximum U tot / Pu tot < 2% (see Note #1) Annual max value 17 Kg 2. AFS U tot/ Pu tot < 30% Annual max value 50 Kg |
| Depleted Uranium, Natural Uranium (U) | N/A | U tot / Pu tot < 50% |
| Americium, Am 241 | Am 241 | Am / Pu tot < 0.7% |
| Neptunium, Np 237 | Np 237 | Np / Pu tot < 0.05% |

Note:
1. Maximum enriched uranium concentration (U tot/Pu tot < 2%) shall be restricted to a maximum of 10% of the cans delivered during a year.

Physical Characteristics

**Table H-1d – Physical Properties of Plutonium Feed in Convenience Can**

| | |
|---|---|
| Density | PDCF and ARIES feed:  Maximum Tap Density 7g/cc (as shipped) AFS feed: Maximum Tap Density 11.46 g/cc |
| Mass | Absolute Maximum Mass (PDCF/ARIES/AFS feed): 5 kg (See Note #1) Nominal Maximum Mass (PDCF/ARIES/AFS feed): 4.8 kg Minimum Mass (PDCF/ARIES feed): 4 kg (See Note #2) |
| Particle Size | Maximum Particle Size (PDCF/ARIES feed): 100% < 200 μm |
| Moisture Content | Maximum Moisture Re-Absorption Capability (PDCF feed): <3% Maximum Moisture Content (PDCF/AFS feed): <0.5% |
| Oxidation Level | The elemental mass of plutonium in $PuO2$ will be 86-88.2% of the nominal plutonium oxide mass (PDCF/ARIES/AFS feed). |

Notes:
1. Design basis is 5 kg.
2. MFFF will accept by exception the smaller mass for the last batch can in PDCF/ARIES supplied in batches.  There is no minimum mass limit for cans of AFS feed material.

## H.2    AVAILABILITY OF DEPLETED URANIUM

If requested by the Contractor, the Government shall make available depleted uranium in the form of $DUF_6$ as Government-furnished material in quantities sufficient to meet the Contractor's requirements subject to the following conditions. The Contractor shall be responsible for repackaging, storage, transportation and conversion of this material.  The depleted uranium is available at the following DOE sites: Paducah, KY; Portsmouth, OH; Oak Ridge, TN (K-25 site).  Refer to ORNL/TM-13417, Availability of Uranium Feed for the Fissile Materials Disposition Program, Vol. 1:  Depleted $UF_6$, for details on material available, transportation requirements, and conversion to $UO_2$.  For the base contract and Option 1, DOE will reimburse the Contractor for the repackaging, storage, transportation and conversion of the $DUF_6$ to $UO_2$.  For Option 2, DOE will reimburse the Contractor for these services through the completion of hot start-up and transition to full operations.  Upon DOE's acceptance of the Contractor's Certification of the Completion of Hot Start-Up and Transition

**H.6**

to Full Operations, the Contractor will be responsible for all costs associated with the repackaging, storage, transportation and conversion of this material.

H.3    GOVERNMENT-FURNISHED SERVICES

The following services will be provided by the Government, if required by the Contractor, at no cost to the Contractor; however, the Contractor shall be responsible for packaging of waste material.

| Government Furnished Services | Description | Schedule for Delivery |
|---|---|---|
| Personnel, facilities, equipment, materials and services for performing fabrication of test/demonstration fuel pins and assemblies. Applicable to: - Base Contract | The DOE host site for test/demonstration fuel pins and assemblies will provide all personnel, facilities, equipment, materials, and services except as may otherwise be provided by the Contractor for the fabrication of test/demonstration fuel pins and assemblies. (See Part III, Attachment J.1, Part II.B.2). | The site location(s) will be identified by DOE in the SPDEIS ROD and will be available on a schedule agreed to by the parties. |
| Transportation services for Categories I and II quantities of SNM Applicable to: - Base Contract - Option 1 - Option 2 | DOE will provide secure transportation in DOE furnished safe secure trailers (SSTs)  or Safe Guard Transports (SGTs) for Categories I and II quantities of SNM. | Services will be provided on a schedule agreed to by the Contractor and DOE. |
| DOE host site services for the MOX Fuel Fabrication Facility. Applicable to: - Base Contract - Option 1 - Option 2 - Option 3 | The DOE host site will provide the site services listed in Table H.3, if available at the host site and required for performance of the Statement of Work. | Services will be provided on a schedule agreed to by the Contractor and DOE. |
| Advanced Test Reactor for Performing Irradiation of test/demonstration pins. Applicable to: - Base Contract | DOE will provide ATR, if requested, by the Contractor as part of the DOE approved fuel qualification plan. | Services will be provided on a schedule agreed to by the Contractor and DOE. |
| Personnel, facilities, equipment, materials and services for performing post irradiation examination of MOX fuel pins and assemblies. Applicable to: - Base Contract - Option 2 | The DOE post irradiation examination site will provide all personnel, facilities, equipment, materials, and services except as may otherwise be provided by the Contractor. (See Part III, Attachment J.1, Part II.C.6 and IV.C.1). | The site location(s) will be identified by DOE and will be available on a schedule agreed to by the parties. |
| Services associated with  government provided office space Base Option 1 Option 2 | Modification, maintenance, furniture, utilities, and janitorial services associated with government provided office space and training facilities | Services will be provided on a schedule agreed to by the Contractor and DOE. |
| IT support in government provided and CONTRACTOR facilities. Option 1 Option 2 | Install and maintain network connectivity between contractor admin building and public network | Services will be provided on a schedule agreed to by the Contractor and DOE. |
| Support of Security related activities and systems Option 1 Option 2 | Maintenance of personnel security and access control system (ARGUS) and associated sensor support JCATS to support vulnerability analyses | Services will be provided on a schedule agreed to by the Contractor and DOE. |
| Protective forces (physical security) outside | Protective forces necessary for protection of SNM outside of | As needed to |

H.7

| of MFFF PIDAS<br><br>Option 1<br>Option 2 | MFFF PIDAS | support project schedule to receive SNM |
|---|---|---|
| Instrument calibration and testing<br><br>Option 1 | Instrument calibration and testing during construction and in-plant and in-advance testing | Services will be provided on a schedule agreed to by the Contractor and DOE. |
| Permitting support, monitoring, lab analysis | Includes non-radioactive chemical analyses during in-plant testing | Services will be provided on a schedule agreed to by the Contractor and DOE. |
| Drug testing | Fitness for duty random and for cause drug testing | Services will be provided on a schedule agreed to by the Contractor and DOE. |

### LIST OF DOE HOST SITE SERVICES

Utilities:
- Electric Power
- Domestic Water (Potable)
- Fire Water (Non-Potable)
- Sanitary Sewer

Site Access Badging
Medical services including drug testing, medical assistance for injured and ill employees and emergency response (ambulance, fire, evacuation, etc)
Laundry Services for Radioactive Contaminated Protective clothing
Security (outside PIDAS)
Site Infrastructure Maintenance (outside PIDAS)
Instrument calibration and testing during construction
Site Environmental Services (e.g., permitting support, monitoring, lab analysis, etc)
Transportation and disposal of sanitary, low level, hazardous, non-hazardous, mixed and TRU waste Contractor is responsible for packaging waste)
Maintenance of storm sewers.

H.4   TITLE TO NUCLEAR MATERIALS AND MOX FUEL ASSEMBLIES OR PINS

Title to all fuel assemblies or pins which contain any Government-furnished nuclear materials shall vest with the Government until such fuel assemblies or pins are inserted into a reactor core at which time title to the fuel assemblies or pins shall transfer to the reactor licensee. For any irradiated fuel assemblies or pins which are sent to a DOE facility for post irradiation examination, title to the fuel assemblies or pins shall transfer to DOE upon leaving the reactor facility.

H.5   DOE SECURITY CLEARANCES

The Contractor shall not permit any individual to have access to any classified information or significant quantities of special nuclear material, except in accordance with the Atomic Energy Act of 1954, as amended, Executive Order 12356, and the DOE's regulations or requirements applicable to the particular level and category of classified information to which access is required.

H.6   OPTIONS TO EXTEND SERVICES

(a)   The Government has the unilateral right to extend the term of this contract for the performance of the remaining components of Option 1, as described in Part III, Section J, Attachment 1, Subpart IV.  The remaining components of Option 1 may be exercised by written notice to the Contractor prior to the expiration of the base contract period of performance.  However, the Government shall provide the Contractor a preliminary written notice of its intent to exercise the remaining components of Option 1 at least 180 days prior to initiation of the remaining components of Option 1.  The preliminary notice does not commit the Government to an extension.

Upon receipt of the Government's preliminary written notice to exercise the remaining components of Option 1, the Contractor and DOE shall enter into good faith negotiations to reach agreement on the cost (including fee and incentive arrangement, if any) for performance of the work for the remaining components of Option 1, and mutually agreeable contract terms and conditions for performance of the option; provided, however, that the Contractor must accept those terms and conditions applicable to remaining components of Option 1 contained herein, and any additional terms and conditions required by statute or regulation.

(b)   The Government has the unilateral right to extend the term of this contract for the performance of Option 2, as described in Part III, Section J, Attachment 1, Subpart IV. Option 2 may be exercised by written notice to the Contractor prior to the completion of Option 1.  However, the Government shall provide the Contractor a preliminary written notice of its intent to exercise Option 2 at least 180 days prior to the expiration of Option 1.  The preliminary notice does not commit the Government to an extension.

Upon receipt of the Government's preliminary written notice to exercise Option 2, the Contractor and DOE shall enter into good faith negotiations to reach agreement on the estimated cost (including fee, if any) for performance of the reimbursable work under Option 2, and the date for the completion of hot start-up and transition to full operations; and mutually agreeable contract terms and conditions for performance of the option; provided, however, that the Contractor must accept those terms and conditions applicable to Option 2 already contained herein, and any additional terms and conditions required by statute or regulation. Upon DOE acceptance of the Contractor's Certification of Successful Completion of Hot Start-up and Transition to Full Operations of the MOX Fuel Fabrication Facility in accordance with the Functional and Operability Testing Plan, the costs for the remaining effort under Option 2 shall be in accordance with Clause H.8, Cost Responsibility After Completion of Hot Start-Up and Transition to Full Operations.  In addition, a payment shall be made either by the Contractor to the Government or by the Government to the Contractor, as specified in Clause H.9, Plutonium Disposition Sharing Formula After Transition to Full Operations of the MOX Fuel Fabrication Facility.

(c)   The Government has the unilateral right to extend the term of this contract for the performance of Option 3, as described in Part III, Section J, Attachment 1, Subpart VI. Option 3 may be exercised by written notice to the Contractor prior to completion of Option 2.  However, the Government shall provide the Contractor a preliminary written notice of its intent to exercise Option 3 at least 180 days prior to the expiration of Option 2.  The preliminary written notice does not commit the Government to an extension.

Upon receipt of the Government's preliminary written notice to exercise Option 3, the Contractor and DOE shall enter into good faith negotiations to reach agreement on mutually agreeable contract terms and conditions for performance of the option; provided, however, that the Contractor must accept those terms and conditions applicable to Option 3 contained herein, and any additional terms and conditions

H.9

Contract No. DE-AC02-99CH10888
Modification A124

required by statute or regulation.  The fixed price payment for the performance of work under Option 3 shall be as specified in clause H.12, Deactivation.

(d)     The total duration of this contract, including all of the options which the Government may choose to exercise under this clause, shall not extend beyond that specified in Section F.

## H.7     CONSTRUCTION PROHIBITION

No construction work shall be awarded to the firm that designs the MOX Fuel Fabrication Facility or its subsidiaries or affiliates, except with the approval of the Secretary or his authorized representative.  For purposes of this clause, construction is defined as those activities required to erect and build the permanent plant, warehouse, and administrative facilities in order to make the building habitable and provide the needed systems in order for the processing systems to function appropriately; these activities include connecting and installing utilities, work associated with installing electrical, mechanical, and structural systems, installing HVAC systems and alarms, sheetrock, painting, and other finish work.  These activities do not include  the temporary support offices and facilities, assembly of the process units and equipment and the associated hardware/software, nor incidental modifications to the plant, warehouse, and administrative facilities in order to install the processing units and equipment. Construction activities do not include the temporary support of construction activities that can be common to construction subcontractors such as crane operation, cleanup, scaffolding, furnishing of temporary equipment (cranes, hoists), material unloading and management etc. Construction activities do not include post-acceptance work, such as maintenance, minor re-work, and repairs.  This construction definition does not apply to construction management.  Construction Management activities are not prohibited and may be performed by the prime contractor.

## H.8     COST AND FEE RESPONSIBILITY AFTER COMPLETION OF HOT START-UP AND TRANSITION TO FULL OPERATIONS

Notwithstanding any other provision of this contract, upon DOE acceptance of the Contractor's Certification of Successful Completion of Hot Start-Up Testing and Transition to Full Operations of the MOX Fuel Fabrication Facility in accordance with the Functional and Operability Testing Plan all costs necessary to complete the Statement of Work under Option 2, with the exception of the costs listed below, shall not be reimbursed to the Contractor.  After Hot Start-Up Testing and Transition to Full operations, those costs incurred by the Contractor which would otherwise be allowable under the costs principles contained in Federal Acquisition Regulation (FAR) Subpart 31.2 and Department of Energy Acquisition Regulation (DEAR) Subpart 931.2 are limited to the following except as provided for in Clause H.9:

(a)     Increased operating and capital improvement costs, as approved in advance by the Contracting Officer, incurred by the Contractor at the MOX Fuel Fabrication Facility as a result of statutory or regulatory changes.

(b)     Increased operating and capital improvement costs identified in an approved Mission Reactors System Modification Plan or, as approved by the Contracting Officer, incurred by the Contractor at the mission reactors as a result of statutory or regulatory changes or NRC direction which are directly related to the use of MOX fuel at the mission reactors.

(c)     Costs associated with the replacement of mission reactors to perform irradiation services, as provided in Clause H.11 of this contract.

(d)     Costs associated with changes made pursuant to the changes clause or other provisions of this contract.

**H.10**

Contract No. DE-AC02-99CH10888
Modification A124

(e)    Costs for which the Contractor may be reimbursed or indemnified under the clause DEAR 952.250-70 of the contract entitled "Nuclear Hazards Indemnity Agreement."

(f)    Any increased costs, as approved by the Contracting Officer, incurred by the Contractor as a result of supplying its mission reactor if such costs are caused directly by (1) a delay or failure of DOE to deliver to the Contractor plutonium oxide at the rate of 3.5 Mt Pu per year on a schedule agreed to by DOE and contractor or, (2) the plutonium oxide received by the Contractor is in a condition not suitable for its intended use.

(g)    Any increased costs, as approved in advance by the Contracting Officer, incurred by the Contractor for uranium fuel in a partial MOX fuel reload batch above that which would be used in an all uranium core with the same design energy.

## H.9   PLUTONIUM DISPOSITION SHARING FORMULA AFTER TRANSITION TO FULL OPERATIONS OF THE MOX FUEL FABRICATION FACILITY

A payment shall be made either by the Contractor to the Government or by the Government to the Contractor, as described below, no later than 45 days following each annual anniversary date of DOE acceptance of the Contractor's Certification of Successful Completion of Hot Start-Up Testing and Transition to Full Operations in accordance with the Functional and Operability Testing Plan.  In the event the Government makes a payment to the Contractor, such payment shall not exceed the Government's maximum liability specified in subparagraph (b) below.  The amount of payment shall be subject to adjustment based on Government audit.

(a)    Payment Formula

M = (f x LEU Fuel Offset) - (MOX Fuel Fabrication Cost + Annual Fee)

where:

"M" is the difference between the Contractor's value of displaced LEU fuel (f x LEU Fuel Offset) less the MOX Fuel Fabrication Cost and the Annual Fee paid to the Contractor.

"f" is the fixed fraction (.63), which, when multiplied by the LEU Fuel Offset, establishes the Contractor's value of displaced LEU fuel.

The "LEU Fuel Offset" is the aggregate value of all LEU fuel displaced during the previous 12 months by MOX fuel in each reload.  The value of the LEU fuel shall be determined based on an all-LEU reload design utilizing established industry standard values from (_____*_____) For uranium feed, conversion, separative work units, and fuel fabrication rates. The Contractor shall submit, for Contracting Officer approval, an algorithm for determining the value of an all-LEU reload no later than the commencement of Option 2.  This algorithm shall directly relate to the algorithm for the determination of the LEU penalty as described in item (8) of Clause H.8.

*to be negotiated by the parties no later than 60 days after the commencement of Option 2.

The "MOX Fuel Fabrication Cost" is defined as the sum of all costs (exclusive of any fee paid by DOE to the Contractor) incurred by the Contractor which would otherwise be allowable under FAR 31.2 and DEAR 931.2 in operating the MOX FFF, excluding reimbursed costs specified in Clause H.8, during the previous 12 month period.

**H.11**

Contract No. DE-AC02-99CH10888
Modification A124

The "Annual Fee" consists of: (1) a fixed-fee amount for managing the provision of fuel fabrication and irradiation services; and (2) an incentive fee amount based on achieving cost efficiencies while assuring the health and safety of workers and the community and the protection of the environment in the operation of the MOX Fuel Fabrication Facility; payable on an annual basis, commencing with the first twelve month period after DOE acceptance of the Contractor's "Certification of Successful Completion of Hot Start-Up and Transition to Full Operations of the MOX Fuel Fabrication Facility" in accordance with the "Functional and Operability Testing Plan".

In accordance with paragraph (b) of Clause H.6, Options to Extend Services, the Contractor shall propose for Contracting Officer consideration, a fixed-fee amount to be paid for the term of Option 2, apportioned equally on an annual basis, and an incentive fee proposal for achieving cost efficiencies while assuring the health and safety of workers and the community and the protection of the environment in the operation of the MOX Fuel Fabrication Facility, which will be determined on an annual basis.

If the value of M is positive, the Contractor shall pay the Government 90% of the value of M.

If the value of M is negative, the Government shall pay to the Contractor the difference between zero and the negative amount subject to the Government's maximum liability as specified in subparagraph (b) below.

If the value of M is zero, no payment will be made by either the Government or the Contractor.

(b)     Maximum Liability of the Government

If the payment formula in subparagraph (a) above results in a negative value for M for a 12-month period, any related annual Government payment to the Contractor may be less than but shall not exceed a maximum payment liability of the Government, which amount is to be negotiated on a timely basis by the parties.

A methodology to determine the maximum payment liability of the Government, which is dependent upon market prices for LEU in order to account for the economics of the use of LEU fuel versus MOX fuel, shall be submitted by the Contractor to the Contracting Officer for consideration, no later than the commencement of Option 2. The proposed methodology shall take into account the following:

(1)     A range of market prices for LEU over which the Contractor may request payment under this clause.

(2)     The MOX Fuel Fabrication Cost such that:

(i)     For the 12-month period commencing with the DOE's Acceptance of the Contractor's Certification of Successful Completion of Hot Start-Up Testing and Transition to Full Operations in accordance with the Functional and Operability Testing Plan, the Contractor shall propose a base MOX Fuel Fabrication Cost because no actual cost data will be available for the previous 12-month period.

(ii)    For each subsequent 12-month period, the MOX Fuel Fabrication Cost shall be based on the actual MOX Fuel Fabrication Cost for the previous 12-months taking into

NNSA 3-046

account variable factors such as throughput and escalation of costs.

(3)     The Annual Fee established in subparagraph (a) above.

## H.10   FUEL FABRICATOR TO PERFORM FUEL FABRICATION SERVICES

The Contractor expressly warrants that it shall be the proposed NRC licensee for the MOX Fuel Fabrication Facility, and subject to the receipt of NRC licensing, shall provide the fuel fabrication services required in the Statement of Work.

If necessary, the Contractor may propose a replacement Fuel Fabricator acceptable to the Contracting Officer and subject to NRC approval. All costs associated with the replacement of the Fuel Fabricator are unallowable under the contract. The Contracting Officer will require at least a one year advance notice of the Contractor's intention prior to the proposed replacement. The incumbent Fuel Fabricator can not be replaced during hot start-up or transition to full operations during Option 2.

In order to assist the Contracting Officer in determining the acceptability of the proposed replacement Fuel Fabricator, the Contractor shall provide: (1) a justification fully explaining why the proposed replacement is necessary; (2) a schedule for obtaining the required NRC license transfer approvals, if required for the proposed replacement to operate the MOX Fuel Fabrication Facility; (3) a detailed plan for transition from the incumbent Fuel Fabricator to the proposed replacement Fuel Fabricator including, at a minimum: an explanation of how all administrative, operational, safeguards and security, and safety functions will be specifically transitioned; an assessment of the impacts of the change on the MOX fuel fabrication; a schedule for the transition; and an explanation of how the Contractor will ensure that the replacement does not jeopardize the mission schedule. The Contractor shall also provide adequate information to permit an assessment of the past experience and performance of the proposed Fuel Fabricator relative to the remaining portions of the Statement of Work for the MOX fuel fabrication services. The Contracting Officer's approval of a replacement Fuel Fabricator is required. The Contracting Officer will require 60 days to review the information provided. Should the information provided by the Contractor be insufficient for the Contracting Officer to make a decision, the 60 day period may be extended, at the Contracting Officer's discretion, until the Contractor has provided adequate information and the Contracting Officer has reasonable time to evaluate such information.

Until a replacement Fuel Fabricator is approved by the Contracting Officer and the contract modified as necessary, the incumbent Fuel Fabricator shall continue to perform fuel fabrication services. Failure of the Contractor to provide an approved Fuel Fabricator shall be considered a breach of this contract.

## H.11   MISSION REACTORS TO PERFORM IRRADIATION SERVICES

The Contractor expressly warrants that Contractor or its subcontractor(s) shall, subject to regulatory approval, provide the irradiation services required in the Statement of Work utilizing the NRC licensed commercial light water reactors operating in the United States.

Once significant costs have been expended to qualify a reactor, the Contractor may only propose to replace a mission reactor if: (1) the reactor has been shutdown for economic reasons; (2) the NRC or the utility company has required the reactor to be shutdown for safety reasons; or (3) other circumstances which make it impractical to continue with the selected reactor.

Should a mission reactor need to be replaced for the reasons stated above, the Contractor shall propose a replacement mission reactor(s) to the Contracting Officer. The proposal shall include: (1) a full explanation of why the replacement is necessary; (2) a schedule for obtaining the NRC license amendments, Public Utility Commission approvals, and any

**H.13**

necessary Federal, state or local permits necessary to allow MOX operations to proceed in the proposed mission reactor; (3) a schedule for all modifications to the proposed mission reactor and site facilities to meet the technical requirements of the Statement of Work; (4) the proposed mission reactor's safety and enforcement records over the past five years, including the number and type of NRC violations (fines and penalties); (5) whether the proposed mission reactor has been placed on the NRC watch list or has been shut down or derated by the NRC; (6) the proposed mission reactor's occupational safety and health violations (injuries and loss of work days) over the past five years; (7) the proposed mission reactor's compliance with all other environmental laws and regulations, including all Notices of Violations, over the past five years; (8) the proposed mission reactor's relationships with interested parties (i.e. the general public, Public Utility Commission, other regulatory agencies, and public interest groups), including their ability to successfully address and resolve concerns raised by such parties; (9) the proposed mission reactor's capacity performance over the past five years; (10) the proposed mission reactor's operational performance as indicated in the SALP and in a summary of INPO evaluations; and (11) information demonstrating the proposed mission reactor's financial viability.

The Contracting Officer must approve the Contractor's proposed replacement mission reactor, and the contract appropriately modified, before the Contractor may utilize the replacement mission reactor. Failure of the Contractor to provide an approved replacement mission reactor sufficient to accomplish the plutonium disposition mission schedule shall be considered a breach of contract.

H.12    DEACTIVATION

(a)     The process of placing a facility in a safe and stable condition to minimize the long-term cost of a surveillance and maintenance program that is protective of workers, the public, and the environment until decommissioning is complete. This results in a stable, low-risk condition that is economically and technically practical to maintain for extended periods. Activities during this period include, for example, removal of equipment, rerouting or isolating systems, and draining and/or de-energizing nonessential systems. Deactivation may also include removing any remaining hazardous chemicals, spent fuel, and other radioactive materials/wastes and other related actions.

(b)     DOE shall pay the Contractor $10 million on a fixed price basis (in 1998 dollars (a) as adjusted annually by the DOE Departmental Price Change Index for Defense Programs and General Construction, and (b) as further equitably adjusted at the completion of Hot Start-up Testing and Transition to Full Operations, and at two-year intervals thereafter, based upon changes directed or otherwise caused by state or federal governments in the facility design, construction, mission, schedule, or regulatory, operational, or other requirements or events which are beyond the control or without the fault of the Contractor) for completion of the work specified in the MOX Fuel Fabrication Facility Deactivation Plan and the NRC license. At the completion of Hot Start-up and Transition to Full Operations, and at two-year intervals thereafter, the Contractor shall submit a proposed price adjustment based upon the above-listed factors to the Contracting Officer, and the parties shall enter into good faith negotiations and agree on a mutually acceptable price adjustment. Payment shall be made based on the price adjustment and milestones negotiated and agreed upon by the parties. Should the actual cost of completing the work exceed the adjusted price then in effect, the Contractor shall be responsible for paying the additional cost, unless there is a change in the scope of the work required under the Deactivation Pan and the NRC license after the adjusted price is agreed to or Contractor is otherwise entitled to reimbursement for such additional costs under the terms of this contract. Except as otherwise provided in the foregoing sentence, payment of the adjusted price represents DOE's total payment liability to the Contractor for the deactivation of the MOX Fuel Fabrication Facility.

    (c)    DOE shall have no liability whatsoever for the decontamination and decommissioning of the reactors used by the Contractor for the irradiation of test/demonstration fuel assemblies and pins, and the mission reactors used for the irradiation of MOX fuel and the associated reactor facilities.

## H.13   AVOIDANCE OF DUPLICATION OF EFFORT

The Contractor shall use its best efforts to utilize existing information, as well as data, plans, and calculations developed in support of NRC licensing for both the MOX Fuel Fabrication Facility and irradiation services to fulfill the deliverables required in the Statement of Work.

## H.14   RESPONSIBILITY OF THE CONTRACTOR FOR ERRORS OR DEFICIENCIES

    (a)    The Contractor shall use its best efforts to ensure the professional quality, technical accuracy, and the coordination of all designs, drawings, specifications, and other services furnished under this contract.

    (b)    The Contractor shall use its best efforts to ensure the correction or revision of any errors or deficiencies in the designs, drawings and other services furnished under this contract, and making any necessary replacements.  Except as provided in paragraph (c) below, the allowability of the cost of any such correction, revision or replacement shall be determined as provided in the clause of this contract entitled "Allowable Costs and Payment , DEAR 952.216-7 Alternate II, and FAR 52.216-7 ," but no additional fee shall be payable with respect thereto.  If the Contractor fails to proceed with reasonable promptness to perform such correction, revision, or replacement, the Government may take the following actions:  (1) by contract or otherwise, perform the services and reduce any fixed fee payable under the contract (or require repayment of any fee payable under the applicable phase (i.e. Base Contract, Option 1, and Option 2) of this contract by an amount that is equitable under the circumstances, or (2) terminate this contract for default.

    (c)    Notwithstanding the provisions of paragraph (b) above, the Government may, at any time, require the Contractor to remedy by correction, revision or replacement, without cost to the Government, any errors or deficiencies in the designs, drawings and other services furnished under this contract if such errors or deficiencies are due to fraud, lack of good faith, or willful misconduct on the part of any of the Contractor's directors or officers, or on the part of any of the Contractor's managers, superintendents, or other equivalent representatives, who have supervision or direction of (1) all or substantially all of the Contractor's business, or (2) all or substantially all of the Contractor's operations at the location where this contract is being performed.

    (d)    Notwithstanding the provisions of paragraph (b) above, neither the Government's review, approval or acceptance of, nor payment for, any of the services required under this contract shall be construed to operate as a waiver of any rights under this contract or any cause of action arising out of the performance of this contract.

## H.15   STANDARD INSURANCE REQUIREMENTS

In accordance with the clause entitled "Insurance-Liability to Third Persons," the following kinds and minimum amounts of insurance are required to be maintained by the Contractor during the performance of this contract:

    (a)    <u>Workers' Compensation and Employer's Liability Insurance</u>.  Employer's liability insurance in the amount of $500,000.00

(b)     General Liability Insurance.  Bodily injury liability coverage written on the comprehensive form of policy may be obtained up to a maximum amount of $25,000,000.00 per occurrence.

(c)     Automobile Liability Insurance.  Coverage shall be on the comprehensive form of policy.  It shall provide for bodily injury and property damage liability covering the operation of all automobiles used in connection with performing the contract.  Policies covering automobiles operated in the United States shall provide coverage of at least $500,000.00 per person and $1,000,000.00 per occurrence for bodily injury and $500,000.00 per occurrence for property damage.

(d)     The amount of liability coverage on other policies shall be commensurate with any legal requirements of the locality and sufficient to meet normal and customary claims.

(e)     All insurance policies carried by the Contractor shall include the Government and, where appropriate, the Management and Operating Contractor of the DOE Host Site, as named insureds.

H.16    INCORPORATION OF REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF BIDDERS/OFFERORS

The Representations, Certifications, and Other Statements of Bidders/Offerors, completed by the Contractor, dated 9/4/98 and 12/16/98, are hereby incorporated by reference and made a part of this contract.

H.17    REACTOR OPERATING LICENSE EXTENSION

The Government shall not be liable for any costs associated with the extension of any operating license for any commercial light water reactor used for irradiation services under this contract, except for (i) the cost of providing information to the NRC and (ii) the cost of litigation regarding any license extension or license renewal application for a Mission Reactor, provided such information or litigation relates directly to the use of MOX fuel in such Mission Reactor.

H.18    NON-INTERFERENCE WITH NRC LICENSING REQUIREMENTS

DOE reserves the right to ensure that the Contractor activities are consistent with DOE policies, legal interpretations and DOE responsibilities under the Atomic Energy Act of 1954, as amended, and other relevant law concerning, among other things, health, safety and security.  Subject to the above reservation, DOE shall not interfere with the responsibility of the Licensee to construct or operate the MOX Fuel Fabrication Facility in accordance with applicable NRC regulations, the construction authorization, or the possession and use license or with operations of any NRC licensed commercial light water reactor.

H.19    VALUE ENGINEERING

The Value Engineering clause at FAR 52.248-1, "Value Engineering", shall apply to those elements of the Statement of Work that relate to the provision of supplies or services; the Value Engineering clause at FAR 52.248-2 "Value Engineering -- Architect-Engineer (MAR 1990)" shall apply to those elements of the Statement of Work that apply to the provision of design services for the MOX Fuel Fabrication Facility; and the Value Engineering clause at FAR 52.248-3, "Value Engineering -- Construction" shall apply to those elements of the Statement of Work that apply to construction services.  The Contractor shall flow down the respective Value Engineering clauses to those subcontractors which are performing the respective elements of the Statement of Work.

H.20   RIGHT TO LEASE

The Contractor agrees to lease from DOE the real property associated with the MOX Fuel Fabrication Facility (including the land and improvements thereon) at the DOE Host Site for $1.00 per year, if DOE, in its sole discretion chooses to lease the MOX Fuel Fabrication Facility. DOE will negotiate a lease with the Contractor that will be consistent with the terms and conditions of this contract as well as any additional terms and conditions required by statute or regulation.

H.21   TITLE TO MISSION REACTOR MODIFICATIONS

Title to any improvement made by the Contractor to the real property at mission reactors and site facilities, which are necessary to support the irradiation of MOX fuel, shall vest in the owners of the mission reactor. Title to any personal property acquired by the Contractor for use at mission reactors and site facilities, which are necessary to support the irradiation of MOX fuel, shall vest in the owners of the mission reactors if such personal property must be permanently affixed to the real property and cannot be removed without serious damage either to the real property or to the personal property. DOE shall not divert, terminate or limit the Contractor's or owners of the mission reactors use of such real or personal property.

H.22   PAYMENT OF NRC FEES AND OVERSIGHT CHARGES

DOE shall reimburse the Contractor for any fees and oversight charges assessed by the NRC for licensing and oversight of: (1) the Fresh MOX Fuel Transportation Package, (2) the MOX Fuel Fabrication Facility, including IAEA support, and (3) for any licensing fees or oversight charges related solely to the irradiation of MOX fuel at the mission reactors.

H.23   PERFORMANCE GUARANTEE

The Performance Guarantee, included as Attachment J-11 to this contract, is incorporated into and made a part of this contract. The Performance Guarantee is solely to assure that the payments made to the Contractor by DOE pursuant to this contract are expended only on allowable costs in accordance with the provisions of this contract and is only intended to provide DOE with a mechanism to seek reimbursement from the guarantors, jointly and severally, under the Performance Guarantee for expenditures made by the Contractor for non-allowable costs in the event that the Contractor does not provide such reimbursement.

H.24   PERFORMANCE AND PAYMENT BONDS - CONSTRUCTION

The Contractor shall insert a clause substantially the same as the clause contained in FAR 52.228-15, Performance and Payment Bonds - Construction, in subcontracts for construction expected to exceed $100,000.00.

H.25   PROTECTION OF EXISTING VEGETATION, STRUCTURES, EQUIPMENT, UTILITIES AND IMPROVEMENTS

The Contractor shall insert a clause substantially the same as the clause contained in FAR 52.236-9, Protection of Existing Vegetation, Structures, Equipment , Utilities, and Improvements, in subcontracts for construction expected to exceed $100,000.00.

H.26   MAINTENANCE OF PROPRIETARY DATA

The Contractor shall maintain a repository in the United States for all limited rights data and restricted computer software used under this DOE Contract Number DE-AC02-99CH10888 (hereinafter referred to as Contract), and the Government shall have access to such limited rights data and restricted computer software pursuant to the terms of the Rights in Data – Facility clause of this Contract, for a period of ten (10) years after completion of this Contract or any extension thereof, or any follow-on or related agreement for construction or operation of

**H.17**

the facility, or for such shorter period as directed by the Contracting Officer. It is anticipated that such repository shall be maintained by AREVA NC, Inc on behalf of Contractor and licensors, AREVA NC, Inc.

## H.27   TECHNOLOGY FEE CONSIDERATION

At the time of contract award, clause H.30 provided the Government with certain rights of use of intellectual property during performance of the Base Contract and required the parties to negotiate a mutually acceptable agreement for use of intellectual property by the Contractor, Government, or third parties, as necessary for the work to be performed under this contract, including options, if exercised. That agreement, entitled "Technology Transfer Fee Agreement for: The United States MOX Fuel Fabrication Facility" (TTFA) was executed on August 18, 2005 and is incorporated into the contract in Section J, Attachment 14.

It is agreed that notwithstanding anything to the contrary: (i) nothing in this Contract or elsewhere is to be construed as amending or otherwise affecting the TTFA or terms and conditions thereof; and (ii) that in the event of any conflict between the terms of the TTFA and the terms herein, the terms of the TTFA shall supersede and prevail; and (iii) the TTFA remains in full force and effect in accordance with its terms and may not be amended without written agreement of the parties.

## H.28   DISPOSITION OF INTELLECTUAL PROPERTY - FAILURE TO COMPLETE CONTRACT PERFORMANCE

Subject to the above TECHNOLOGY FEE CONSIDERATION clause, the following provisions shall apply in the event the Contractor does not complete contract performance, including Options 1 and 2 for construction and operation of the facility, for any reason, including termination for convenience of the Government:

(a)   Regarding technical data and other intellectual property, DOE may have access to and make copies of all technical data, including limited rights data and restricted computer software and data and software obtained from subcontractors, licensors, and licensees, necessary to operate and use the MOX Fuel Fabrication Facility and provide the MOX fuel fabrication  services contemplated by this Contract, subject to the Rights in Data - Facility clause DEAR 970.5204-82 of this Contract, as well as the designs, operations manuals, flowcharts, software, etc., and may take possession of construction work in progress, completed facilities, equipment and other property and information necessary for performance of the MOX fuel fabrication services and operation and use of the MOX Fuel Fabrication Facility in conformance with the purpose of this Contract.  Limited rights data and restricted computer software will be protected in accordance with the Rights in Data - Facility clause.

(b)   The Contractor agrees to and does hereby grant to the Government (i) an irrevocable, nonexclusive, paid-up license to practice or to have practiced by or for the Government at the MOX Fuel Fabrication Facility, in and to any inventions or discoveries, regardless of when conceived or actually reduced to practice (ii) limited rights in any other intellectual property owned or controlled by the Contractor, regardless of when acquired by the Contractor, at any time through completion of this Contract so long as such invention, discovery or data is utilized in performance of the MOX fuel fabrication services and operation and use of the MOX Fuel Fabrication Facility or which covers articles, materials, or products manufactured at the MOX Fuel Fabrication Facility in conformance with the purpose of this Contract, and (iii) a right to transfer such license and limited rights with the transfer of that MOX Fuel Fabrication Facility; provided, however, that such license and limited rights may be utilized exclusively for the design, construction, operation and use of the MOX Fuel Fabrication Facility and provision of the services contemplated in this Contract; and provided further, the acceptance or exercise by the Government of the aforesaid rights and license shall not prevent the Government at any time from contesting the enforceability.

**H.18**

Contract No. DE-AC02-99CH10888
Modification A124

        validity, or scope of, or title to, any rights or patents or other intellectual property
herein licensed.

(c)     In addition, the Contractor will take all necessary steps to assign permits,
authorizations, leases, and any licenses in any third party intellectual property for
operation and closure of the MOX Fuel Fabrication Facility and provision of MOX fuel
fabrication services to DOE or such other third party as DOE may designate.

(d)     Prior to granting a successor contractor not previously associated with the work
contemplated by this Contract access to and the right to use limited rights data and
restricted computer software pursuant to the terms of this Contract, DOE will give the
Contractor ten (10) days advance written notice to afford the Contractor time to object
to such access and use. In no event will DOE grant to a third party (including a
successor contractor) access to and the right to use such limited rights data and
restricted computer software for any purposes other than for the design, construction,
operation and use of the MOX Fuel Fabrication Facility and provision of the MOX fuel
fabrication services contemplated in this Contract. Contractor makes no warranty,
express or implied, related to the use by any entity other than Contractor or its affiliates
or representatives of intellectual property provided by or through Contractor.

H.29    <u>ADVANCE UNDERSTANDINGS</u>

(a)     Notwithstanding clause 52.216-7 "Allowable Cost and Payment" of this contract,
reimbursement to the Contractor for indirect cost expenses incurred by COGEMA, Inc.
for work performed in the United States for the period of the date of award of the base
contract through December 31, 2003 and the periods of January 1, 2004 through
December 31, 2004 and January 1, 2005 through December 31, 2005 shall not exceed
the lower of 150% of direct labor costs or the actual indirect expenses for any of those
individual periods.

(b)     The waiver of Facilities Capital Cost of Money identified in the FAR clause 52.215-17
"Waiver of Facilities Capital Cost of Money (OCT 1997)" contained in Section I of the
contract, does not apply to Stone and Webster Engineering Corporation nor Shaw
Environmental & Infrastructure, Inc...

(c)     The FAR relocation cost principle (FAR 31.205-35), in effect at the time Option 1 is
exercised, shall be applied to the costs pertaining to relocation of Contractor's
personnel to DOE's Savannah River Site, commencing March 1, 2006.

(d)     Notwithstanding clause, H.22 "PAYMENT OF NRC FEES AND OVERSIGHT
CHARGES", any increase in NRC rates exceeding Contractor's base-line budget
escalation factor (3.6%) by more than 2 percentage points (5.6%) (PCN 07-0159, NRC
Costs), shall entitle the Contractor to an equitable adjustment in cost.

(e)     Rates submitted by MOX Services on behalf of Melox and Areva NC, SA are based on
CY 2005 billing rates and used only for the establishment of the estimated cost during
Option 1 negotiations. Once current rates and costs are negotiated, if the negotiated
rates are lower than proposed, DOE reserves the right to unilaterally adjust the
estimated costs downwards to reflect the negotiated rates.

(f)     Clause H.12, Deactivation, provides for equitable adjustments to the deactivation costs
at the completion of hot start-up testing. This advance understanding clarifies that the
Contractor is not required to wait until completion of hot start-up to request an
equitable adjustment, but may submit a proposal earlier to reflect substantive changes
in the cost or the deactivation approach.

(g)     Part III, Section J, Attachment 1, Subpart V. (Option II Scope of Work) includes hot
start-up of the MOX Fuel Fabrication Facility (MFFF) along with other activities. DOE

has determined an early exercise of the hot start-up portion of Option II is in the best interest of the project to ensure that all aspects of the MFFF are operational before acceptance of the MFFF.  DOE commits to immediate review all of the issues associated with an early exercise of the hot start-up and begin the process of placing hot start-up on contract.  Part of these activities will include the market research to determine whether or not the Contractor is the only company that is capable of performing these activities.  If DOE determines that the Contractor is the only company capable of performing the additional work scope, then both parties agree to enter into good faith negotiations to add the additional work in accordance with H.6, Options To Extend Services.  It is agreed that the following parameters shall apply to the early exercise of hot start-up:

1)  In recognition of the increased performance risk, an increased fee rate of 1 percentage point shall be applied to the negotiated value of Option 1, plus any fee bearing changes executed prior to definitization of the Hot-start scope, thus increasing the total fee to 7%.
2)  The scope of work for hot start-up shall include successful operation of the aqueous polishing line as well as fabrication of a minimum of 8 fuel assemblies meeting the delivery specification.
3)  DOE will provide sufficient oxide (330kg) that meets the requirements in Tables applicable to PDCF/ARIES feed H-1a, H-1b.1, H-1c and H-1d  except the isotopic uncertainty will be as defined below for startup and the first 8 fuel rod assemblies.

Isotopic Requirements for Plutonium Oxide

| Quantity | Typical Wt% Value for Weapons-Grade Plutonium Oxide | Absolute Uncertainty (2 standard deviations)[b] (percent) | Relative Uncertainty (2 standard deviations) (percent) |
|---|---|---|---|
| Pu-238 | 0.01 | 0.002 | 20.0 |
| Pu-239 | 94.0 | 0.2 | 0.2 |
| Pu-240 | 6.0 | 0.2 | 3.5 |
| Pu-241 | 0.15 | 0.02 | 13.5 |
| Pu-242[c] | 0.025 | N/A | N/A |

[b]  The absolute uncertainty based on 2 standard deviations means the absolute quantity, which by addition to or subtraction  from the measured value, defines an interval inside which the true value lies with a 95 percent level of confidence.

[c]  Because Pu-242 has little to no gamma emission it is not measured, but rather it is calculated from past correlations related to weapons material.  DOE will provide a forecasted range of uncertainty.  The absolute forecasted range shall be within +/- 0.006% to be acceptable without further evaluation.  The Pu-236 content is understood to be below normally available detection capability and is therefore not measured.

H.30   RESTRICTION ON DISCLOSURE OF LIMITED RIGHTS DATA AND RESTRICTED COMPUTER SOFTWARE TO FOREIGN GOVERNMENTS

Since any Limited Rights Data or Restricted Computer Software is intended to be used in conjunction with the MOX Fuel Fabrication Facility and provision of MOX fuel fabrication services contemplated by this contract and there is no intent to convey such data to any foreign government, Limited Rights Data and Restricted Computer Software will not be disclosed to a foreign government without the Contractor's prior permission.

H.31   LOBBYING RESTRICTION (ENERGY & WATER DEVELOPMENT APPROPRIATIONS ACT, 2000)

The Contractor agrees that none of the funds obligated on this award shall be expended, directly or indirectly, to influence congressional action on any legislation or appropriation matters pending before Congress, other than to communicate to Members of Congress as

described in 18 U.S.C. 1913. This restriction is in addition to those prescribed elsewhere in statute and regulation.

H.32    NOTICE REGARDING THE PURCHASE OF AMERICAN-MADE EQUIPMENT AND PRODUCTS—SENSE OF CONGRESS

It is the sense of the Congress that, to the greatest extent practicable, all equipment and products purchased with funds made available under this award should be American-made.

H.33    CONSISTENCY WITH DOE POSITIONS, FUNCTION AND RESPONSIBILITIES

In matters directly relating to the Contractor obtaining the construction authorization and possession and use license for the MFFF, the Contractor shall not take any position or action that conflicts, interferes, or is inconsistent with DOE's positions, functions or responsibilities. Both the Contractor and DOE have a mutual responsibility to notify each other any time such a conflict, interference, or inconsistency is known or anticipated. Upon notification, and following discussions, DOE shall, consistent with the Contractor's authority and responsibility as an NRC applicant or licensee, direct the Contractor as to how to proceed in order to avoid such conflict, interference, or inconsistency.

H.34    OBLIGATION TO KEEP DOE FULLY INFORMED

The Contractor shall keep DOE fully informed of its strategies and activities related to obtaining a construction authorization and possession and use license for the MFFF, and shall inform DOE, in advance and in writing, of all significant, planned internal and external meetings pertaining to those activities as practicable. The Contractor shall, as practicable, provide DOE with drafts of significant permitting and licensing documents sufficiently in advance of their submission to permit DOE a reasonable opportunity to review and comment. This does not limit any rights the Government may have under other provisions of this contract to request and promptly be provided drafts of any permitting and licensing documents. The Contractor shall revise permitting and licensing documents to incorporate DOE's comments to the extent such comments are not inconsistent with the Contractor's authority and responsibility as an NRC applicant or licensee. The Contractor shall promptly provide DOE with copies of all permitting and licensing documents submitted in a proceeding by the Contractor or another party or person.

H.35    VERIFICATION OF WORK PERFORMED BY SITE M&O CONTRACTOR

(a)    Preparation for major construction of the MFFF will require that a substantial amount of site development work be performed by Site Contractor   Although that work will be authorized and paid for directly by DOE as set forth in the Savannah River Site (SRS) Management and Operating (M&O) contract, the Contractor will be responsible for:

　　1)   Verifying that the site development work performed by the SRS M&O contractor and its subcontractors is consistent with the requirements specified in the MFFF plans and specifications provided by the Contractor; and

　　2)   Ensuring that the MFFF work meets all aspects of the NRC Construction Authorization.

(b)    The Contractor will accomplish these responsibilities by:

　　1)   Performing the Title III engineering, construction management, and project management activities set forth in Section J – Statement of Work of this contract;

　　2)   Ensuring that communication/coordination/interface activities between the Contractor and the Site M&O are effectively and efficiently implemented. These activities include the following:

Contract No. DE-AC02-99CH10888
Modification A124

- Contractor's Construction Manager will maintain ongoing communication with cognizant SRS M&O contractor site development management in assuring that execution of the work scope is accomplished efficiently and in accordance with design requirements.

- Contractor provides monthly performance and cost reporting for the MFFF. This will involve coordinating and receiving input from SRS M&O contractor project controls for the M&O activities.

3) Participation of the Contractor's Construction Manager on the MFFF Change Control Board.

(c) In the event site development work performed by SRS M&O contractor is deemed by the Contractor to be inconsistent with the requirements specified in the MFFF plans and specifications and/or the NRC Construction Authorization, and such inconsistencies cannot be resolved informally, the Contractor shall immediately notify the Contracting Officer and the DOE Technical Manager, in writing, and:

1) Describe the inconsistency;

2) Assess the impact; and

3) Suggest options and resolution of the issue.

4) Upon receipt of the Contractor's notification, and in the event that DOE concurs with the position of the Contractor, DOE will take appropriate action in a timely manner to ensure the agreed resolution of the issue.

H.36   SHUT DOWN AUTHORITY-ENVIRONMENT, SAFETY AND HEALTH

(a) Definition: Shut Down - The suspension of a specific activity or activities by the Contracting Officer or authorized designee based upon the observation of conditions which are immediately dangerous to the life or health of the workers, the public, or the environment.

(b) The Contracting Officer, or authorized designee, may at any time during the performance of this contract require a temporary pause of facility operations or shut down of specific activities of the Contractor or any Subcontractor, in accordance with the following:

1) The Contracting Officer or Contracting Officer's Representative shall notify the Contractor, in writing, of any noncompliance with applicable ES&H requirements which come to the attention of the Government. After receipt of such notice, the Contractor shall take immediate corrective action. In the event that the Contractor fails to take immediate corrective action, the Contracting Officer may, without prejudice to any other legal or contractual rights of DOE, issue a written order stopping all or any part of the work in accordance with Clause F.3 FAR 52.242-15 of the contract. Thereafter, a start order for resumption of the work shall be issued at the discretion of the Contracting Officer. The Contractor shall not be entitled to an extension of time or additional fee or damages by reason of, or in connection with, any work stoppage ordered in accordance with this clause unless the work stoppage is determined to have been unreasonable.

2) If at any time during performance of the contract work, the Contractor's acts or failure to act causes substantial harm or an imminent danger to the health or safety of individuals or the environment, the Contracting Officer or authorized designees may, without prejudice to any other legal or contractual rights of DOE, issue a verbal order, to be immediately confirmed in writing before departing the

H.22

incident site, shutting down all or any part of the work; thereafter, a start order for resumption of the work may be issued at the discretion of the Contracting Officer in accordance with applicable DOE Orders/Directive Implementation Instructions, if any. The Contractor shall not be entitled to an extension of time or additional fee or damages by reason of, or in connection with, any work stoppage ordered in accordance with this clause unless the work stoppage is determined to have been unreasonable.

(c)   Duly appointed DOE/NNSA Representatives formally designated by letter are authorized designees of the Contracting Officer for the purposes set forth in this clause.

(d)   The Contractor shall include this clause, modified appropriately to include Contractor Representatives, in all subcontracts to be performed on DOE's site.

## H.37   SUBCONTRACTOR SELECTION

(a)   The Contractor shall establish in its purchasing system procedures for evaluating the environmental, safety, and health records of companies submitting offers/bids/proposals for performing subcontract work at Savannah River Site. The procedures shall provide for evaluation of environmental, safety, and health indicators (e.g., workers' compensation costs, injury/illness incidence rates, lost workday incidence rates, property damage, fire loss rates, experience modification rate, etc.), as appropriate, for the work to be performed.

(b)   Only those subcontractors with acceptable records shall be selected for award of subcontracts for work on the Savannah River Site.

## H.38   CONDITIONAL PAYMENT OF FEE, PROFIT, OR INCENTIVES

(a)   General.

1)   The payment of all fee under this contract is dependent upon:

- The contractor's or contractor employees' compliance with the terms and conditions of this contract relating to environment, safety and health (ES&H), which includes worker safety and health (WS&H), including performance under the Government's Occupational, Safety and Health (OSHA) program requirements; and

- The contractor's or contractor employees' compliance with the terms and conditions of this contract relating to the safeguarding of Restricted Data and other classified information.

2)   The ES&H performance requirements of this contract are set forth in the applicable OSHA program requirements. Financial incentives for timely mission accomplishment or cost effectiveness shall never compromise or impede full and effective implementation of the OSHA program requirements.

3)   The performance requirements of this contract relating to the safeguarding of Restricted Data and other classified information are set forth in the clauses of this contract, DEAR 952.204-2, "Security Requirements" and DEAR 970.5204-2, "Laws, Regulations, and DOE Directives," as well as in other terms and conditions.

4)   If the contractor does not meet the performance requirements of this contract relating to ES&H or to the safeguarding of Restricted Data and other classified information during any performance evaluation period established under the contract pursuant to Section B.3 of this contract, otherwise earned fee, fixed fee,

H.23

Contract No. DE-AC02-99CH10888
Modification A124

profit or share of cost savings may be unilaterally reduced by the contracting officer.

(b)    Reduction Amount.

1)    The amount of fee that may be unilaterally reduced will be determined by the severity of the performance failure pursuant to the degrees specified in paragraphs (c) and (d) of this clause.

2)    If a reduction of earned fee, fixed fee, profit, or share of cost savings is warranted, unless mitigating factors apply, such reduction shall not be less than 26% nor greater than 100% of the amount of earned fee, fixed fee, profit, or the contractor's share of cost savings for a first degree performance failure, not less than 11% nor greater than 25% for a second degree performance failure, and up to 10% for a third degree performance failure.

3)    In determining the amount of the reduction and the applicability of mitigating factors, the contracting officer must consider the contractor's overall performance in meeting the ES&H or security requirements of the contract. Such consideration must include performance against any site specific performance criteria/requirements that provide additional definition, guidance for the amount of reduction, or guidance for the applicability of mitigating factors. In all cases, the contracting officer must consider mitigating factors that may warrant a reduction below the applicable range (see 48 CFR 970.1504-1-2). The mitigating factors include, but are not limited to, the following ((v), (vi), (vii) and (viii) apply to ES&H only).

(i)    Degree of control the contractor had over the event or incident.

(ii)    Efforts the contractor had made to anticipate and mitigate the possibility of the event in advance.

(iii)    Contractor self-identification and response to the event to mitigate impacts and recurrence.

(iv)    General status (trend and absolute performance) of: ES&H and compliance in related areas; or of safeguarding Restricted Data and other classified information and compliance in related areas.

(v)    Contractor demonstration to the contracting officer's satisfaction that the principles of industrial ES&H standards as promulgated by OSHA are routinely practiced.

(vi)    Event caused by "Good Samaritan" act by the contractor (e.g., offsite emergency response).

(vii)    Contractor demonstration that a performance measurement system is routinely used to improve and maintain ES&H performance (including effective resource allocation) and to support DOE corporate decision-making (e.g., policy, ES&H programs).

(viii)    Contractor demonstration that an Operating Experience and Feedback Program is functioning that demonstrably affects continuous improvement in ES&H by use of lessons-learned and best practices for OSHA-regulated work sites.

4)    (i) The amount of fee, fixed fee, profit, or share of cost savings that is otherwise earned by a contractor during an evaluation period may be reduced in

H.24

Contract No. DE-AC02-99CH10888
Modification A124

accordance with this clause if it is determined that a performance failure warranting a reduction under this clause occurs within the evaluation period.

(ii) The amount of reduction under this clause, in combination with any reduction made under any other clause in the contract, shall not exceed the amount of fee, fixed fee, profit, or the contractor's share of cost savings that is otherwise earned during the evaluation period.

(iii) For the purposes of this clause, earned fee, fixed fee, profit, or share of cost savings for the evaluation period shall mean the amount determined by the contracting officer or fee determination official as otherwise payable based on the contractor's performance during the evaluation period. Where the contract provides for financial incentives that extend beyond a single evaluation period, this amount shall also include: any provisional amounts determined otherwise payable in the evaluation period; and, if provisional payments are not provided for, the allocable amount of any incentive determined otherwise payable at the conclusion of a subsequent evaluation period. The allocable amount shall be the total amount of the earned incentive divided by the number of evaluation periods over which it was earned.

(iv) The Government will effect the reduction as soon as practicable after the end of the evaluation period in which the performance failure occurs. If the Government is not aware of the failure, it will effect the reduction as soon as practical after becoming aware. For any portion of the reduction requiring an allocation the Government will effect the reduction at the end of the evaluation period in which it determines the total amount earned under the incentive. If at any time a reduction causes the sum of the payments the contractor has received for fee, fixed fee, profit, or share of cost savings to exceed the sum of fee, fixed fee, profit, or share of cost savings the contractor has earned (provisionally or otherwise), the contractor shall immediately return the excess to the Government. (What the contractor "has earned" reflects any reduction made under this or any other clause of the contract.)

(v) At the end of the contract:

    (A) The Government will pay the contractor the amount by which the sum of fee, fixed fee, profit, or share of cost savings the contractor has earned exceeds the sum of the payments the contractor has received; or

    (B) The contractor shall return to the Government the amount by which the sum of the payments the contractor has received exceeds the sum of fee, fixed fee, profit, or share of cost savings the contractor has earned. (What the contractor "has earned" reflects any reduction made under this or any other clause of the contract.)

(c)    Environment, Safety and Health (ES&H). Performance failures occur if the contractor does not comply with OSHA program requirements and standards. The degrees of performance failure under which reductions of earned or fixed fee, profit, or share of cost savings will be determined are:

    (1) First Degree: Performance failures that are most adverse to ES&H. Failure to develop a safety plan compliant with OSHA requirements and standards are considered first degree. The Government will perform necessary review of the Safety Plan in a timely manner and will not unreasonably withhold approval of the contractor's Safety Plan. The following performance

**H.25**

Contract No. DE-AC02-99CH10888
Modification A124

failures or performance failures of similar import will be considered first degree.

(i) Type A accident (defined in DOE Order 225.1A).

(ii) Two Second Degree performance failures during an evaluation period.

(2) Second Degree: Performance failures that are significantly adverse to ES&H. They include failures to comply with the Mixed-Oxide Fuel Project Integrated Environment, Safety and Health Plan (DCS01-AHS-DS-PRG-H-40003-1) that result in an actual injury, exposure, or exceedence that occurred or nearly occurred but had minor practical long-term health consequences. They also include breakdowns of the OSHA Safety Management System. The following performance failures or performance failures of similar import will be considered second degree:

(i) Type B accident (defined in DOE Order 225.1A).

(ii) Non-compliance with the Mixed-Oxide Fuel Project Integrated Environment, Safety and Health Plan (DCS01-AHS-DS-PRG-H-40003-1that results in a near miss of a Type A or B accident. A near miss is a situation in which an inappropriate action occurs, or a necessary action is omitted, but does not result in an adverse effect.

(iii) Failure to mitigate or notify DOE of an imminent danger situation after discovery, where such notification is a requirement of the contract.

(3) Third Degree: Performance failures that reflect a lack of focus on improving ES&H. They include failures to comply with the Mixed-Oxide Fuel Project Integrated Environment, Safety and health Plan (DCS01-AHS-DS-PRG-H-40003-1) that result in potential breakdown of the OSHA System. The following performance failures or performance failures of similar import will be considered third degree:

(i) Failure to implement effective corrective actions to address deficiencies/non-compliances documented through: external (e.g., Federal) oversight.

(ii) Multiple similar non-compliances identified by external (e.g., Federal) oversight that in aggregate indicate a significant programmatic breakdown.

(iii) Non-compliances that either has, or may have, significant negative impacts to the worker, the public, or the environment or that indicates a significant programmatic breakdown.

(iv) Failure to notify DOE or OSHA upon discovery of events or conditions where notification is required by the terms and conditions of the contract.

**H.26**

(d) Safeguarding Restricted Data and Other Classified Information. Performance failures occur if the contractor does not comply with the terms and conditions of this contract relating to the safeguarding of Restricted Data and other classified information. The degrees of performance failure under which reductions of fee, profit, or share of cost savings will be determined are as follows:

(1) First Degree: Performance failures that have been determined, in accordance with applicable law, DOE regulation, or directive, to have resulted in, or that can reasonably be expected to result in, exceptionally grave damage to the national security. The following are examples of performance failures or performance failures of similar import that will be considered first degree:

(i) Non-compliance with applicable laws, regulations, and DOE directives actually resulting in, or creating a risk of, loss, compromise, or unauthorized disclosure of Top Secret Restricted Data or other information classified as Top Secret, any classification level of information in a Special Access Program (SAP), information identified as sensitive compartmented information (SCI), or high risk nuclear weapons-related data.

(ii) Contractor actions that result in a breakdown of the safeguards and security management system that can reasonably be expected to result in the loss, compromise, or unauthorized disclosure of Top Secret Restricted Data, or other information classified as Top Secret, any classification level of information in a SAP, information identified as SCI, or high risk nuclear weapons-related data.

(iii) Failure to promptly report the loss, compromise, or unauthorized disclosure of Top Secret Restricted Data, or other information classified as Top Secret, any classification level of information in a SAP, information identified as SCI, or high risk nuclear weapons-related data.

(iv) Failure to timely implement corrective actions stemming from the loss, compromise, or unauthorized disclosure of Top Secret Restricted Data or other information classified as Top Secret, any classification level of information in a SAP, information identified as SCI, or high risk nuclear weapons-related data.

(2) Second Degree: Performance failures that have been determined, in accordance with applicable law, DOE regulation, or directive, to have actually resulted in, or that can reasonably be expected to result in, serious damage to the national security. The following are examples of performance failures or performance failures of similar import that will be considered second degree:

H.27

(i) Non-compliance with applicable laws, regulations, and DOE directives actually resulting in, or creating risk of, loss, compromise, or unauthorized disclosure of Secret Restricted Data or other information classified as Secret.

(ii) Contractor actions that result in a breakdown of the safeguards and security management system that can reasonably be expected to result in the loss, compromise, or unauthorized disclosure of Secret Restricted Data, or other information classified as Secret.

(iii) Failure to promptly report the loss, compromise, or unauthorized disclosure of Restricted Data or other classified information regardless of classification (except for information covered by paragraph (d)(1)(iii) of this clause).

(iv) Failure to timely implement corrective actions stemming from the loss, compromise, or unauthorized disclosure of Secret Restricted Data or other classified information classified as Secret.

(3) <u>Third Degree</u>: Performance failures that have been determined, in accordance with applicable law, regulation, or DOE directive, to have actually resulted in, or that can reasonably be expected to result in, undue risk to the common defense and security. In addition, this category includes performance failures that result from a lack of contractor management and/or employee attention to the proper safeguarding of Restricted Data and other classified information. These performance failures may be indicators of future, more severe performance failures and/or conditions, and if identified and corrected early would prevent serious incidents. The following are examples of performance failures or performance failures of similar import that will be considered third degree:

(i) Non-compliance with applicable laws, regulations, and DOE directives actually resulting in, or creating risk of, loss, compromise, or unauthorized disclosure of Restricted Data or other information classified as Confidential.

(ii) Failure to promptly report alleged or suspected violations of laws, regulations, or directives pertaining to the safeguarding of Restricted Data or other classified information.

(iii) Failure to identify or timely execute corrective actions to mitigate or eliminate identified vulnerabilities and reduce residual risk relating to the protection of Restricted Data or other classified information in accordance with the contractor's Safeguards and Security Plan or other security plan, as applicable.

H.28

Contract No. DE-AC02-99CH10888
Modification A124

(iv) Contractor actions that result in performance failures which unto themselves pose minor risk, but when viewed in the aggregate indicate degradation in the integrity of the contractor's safeguards and security management system relating to the protection of Restricted Data and other classified information.

## H.39   ACCESS TO AND OWNERSHIP OF RECORDS

(a) Government-owned records. Except as provided in paragraph (b) of this clause, all records acquired or generated by the contractor in its performance of this contract shall be the property of the Government and shall be delivered to the Government or otherwise disposed of by the contractor either as the contracting officer may from time to time direct during the progress of the work or, in any event, as the contracting officer shall direct upon completion or termination of the contract.

(b) Contractor-owned records. The following records are considered the property of the contractor as of the date of base contract execution and are not within the scope of paragraph (a) of this clause:

1) Employment-related records which include but not limited to, workers compensation files; employee relations records, records on salary and employee benefits; drug testing records, labor negotiation records; records on ethics, employee concerns, and other employee related investigations conducted under an expectation of confidentiality; employee assistance program records; and personnel and medical/health-related records and similar files; and non-employee patient medical/health related records

2) Confidential contractor financial information, to include, but not limited to, correspondence between the Contractor and other segments of the Contractor located away from the DOE Facility (such as the Contractor's Corporate Headquarters);

3) Records relating to all procurement and teaming subcontractor actions except as otherwise specifically required by law to be owned by the Department of Energy. These contractor owned procurement records include, but are not limited to, all financial and cost reports, books of account and supporting documents, system files, data bases, and other data evidencing costs allowable, collections accruing to the contractor in connection with the work under this contract, other applicable credits, and fee accruals under this contract.

4) Legal records, to include, but not limited to, legal opinions, litigation files, and documents covered by the attorney-client and attorney work product privileges; and

5) Technology transfer, to include, but not limited to, executed license agreements (including exhibits or appendices containing information on royalties, royalty rates, other financial information, or commercialization plans, and all related documents, notes and correspondence), and patent, copyright, mask work, and trademark application files and related contractor invention disclosures, documents and correspondence

6) NRC license in its entirety and its supporting documentation, except as otherwise specifically required by law to be owned by the Department of Energy.

(c) Contract completion or termination. In the event of completion or termination of this contract, copies of any of the contractor-owned records identified in paragraph (b) of this clause, upon the request of the Government, shall be delivered to DOE or its designees,

**H.29**

Contract No. DE-AC02-99CH10888
Modification A124

including successor contractors. Upon delivery, title to such records shall vest in DOE or its designees, and such records shall be protected in accordance with applicable federal laws (including the Privacy Act), as appropriate.

(d) Inspection, copying, and audit of records. All records acquired or generated by the contractor under this contract in the possession of the contractor, including those described at paragraph (b) of this clause, shall be subject to inspection, copying, and audit by the Government or its designees at all reasonable times, and the contractor shall afford the Government or its designees reasonable facilities for such inspection, copying, and audit; provided, however, that upon request by the contracting officer, the contractor shall deliver such records to a location specified by the contracting officer for inspection, copying, and audit. The Government or its designees shall use such records in accordance with applicable federal laws (including the Privacy Act), as appropriate.

(e) Applicability. Paragraphs (b), (c), and (d) of this clause apply to all records without regard to the date or origination of such records.

(f) Records retention standards. Special records retention standards, described at DOE Order 200.1, Information Management Program (version in effect on effective date of contract), are applicable for the classes of records described therein, whether or not the records are owned by the Government or the contractor. In addition, the contractor shall retain individual radiation exposure records generated in the performance of work under this contract until DOE authorizes disposal. The Government may waive application of these record retention schedules, if, upon termination or completion of the contract, the Government exercises its right under paragraph (c) of this clause to obtain copies and delivery of records described in paragraphs (a) and (b) of this clause.

(g) Subcontracts. The contractor shall include the requirements of this clause in all subcontracts that are of a cost-reimbursement type if any of the following factors is present:

   1) The value of the subcontract is greater than $2 million (unless specifically waived by the contracting officer); or

   2) The contracting officer determines that the subcontract is, or involves, a critical task related to the contract; or

   3) The subcontract includes clauses similar to 970.5223-1, Integration of Environment, Safety, and Health into Work Planning and Execution.

## H.40  ELECTRONIC SUBCONTRACTING REPORTING SYSTEM

The requirement for the submittal of paper versions of the Standard Form (SF) 294, Subcontracting Reports for Individual Contracts, and SF 295, Summary Subcontract Reports, as provided in FAR 52.219-9(j) is hereby deleted and is replaced with the electronic submittal of data under the Electronic Subcontract Reporting System (eSRS).

The offeror's subcontracting plan shall include assurances that the offeror will (1) submit the Individual Subcontracting Reports and Summary Subcontracting Reports under the eSRS and (2) ensure that its subcontractors agree to submit Individual Subcontracting Reports and Summary Subcontracting Reports at all tiers, in eSRS.

The contractor or subcontractor shall provide such information that will allow applicable lower tier subcontractors to fully comply with the statutory requirements of FAR 19.702.

Contract No. DE-AC02-99CH10888
Modification A124

### H.41   APPLICATION OF WHISTLEBLOWER PROTECTIONS TO FOREIGN EMPLOYEES WORKING AT COMPANIES OUTSIDE THE UNITED STATES

The parties agree the contractor shall be in compliance with Section I.109, DEAR 952.203-70 Whistleblower Protection for Contractor Employees (DEC 2000), paragraph (b) with respect to French employees of lower tier French subcontractors performing work exclusively in France as follows: The following clause will be included in any subcontracts with non-US entities performing work as subcontractors on the US MOX Project:

> "Subcontractor will take no adverse action or reprisal against any employee based, in whole or in part, on such employee's having reported a flaw, fraud, waste or abuse in the design or manufacture of components fabricated by the subcontractor for the MOX project, or other problems detrimental to performance of the MOX subcontract."

### H.42   SERVICE CONTRACT ACT

The Contractor shall insert a clause substantially the same as the clause contained in FAR 52.222-41 -- Service Contract Act of 1965, in subcontracts for "service employees" as defined in that clause.

**H.31**

Contract No. DE-AC02-99CH10888
Modification A124

# PART II

## SECTION I

### GENERAL CONTRACT CLAUSES

### TABLE OF CONTENTS

PAGE

I.1   INTEGRATED GENERAL CONTRACT CLAUSES                     I.1

<u>PART II</u>

<u>SECTION I</u>

<u>GENERAL CONTRACT CLAUSES</u>

<u>INTEGRATED GENERAL CONTRACT CLAUSES</u>
   *Clauses are applicable to the Base Contract effort and Options
   1, 2, 3 in accordance with the following codes which follow the title of each clause:

   B = Base Contract
   1 = Option 1
   2 = Option 2
   3 = Option 3

I.       FAR 52.252-2   <u>CLAUSES INCORPORATED BY REFERENCE (FEB 1998)</u>

   This contract incorporates one or more clauses by reference, with the same force and effect as if
   they were given in full text. Upon request, the Contracting Officer will make their full text available.
   Also, the full text of a FAR clause may be accessed electronically at this/these addresses:
       FAR clauses: http://www.arnet.gov/far
       DEAR clauses: http://www.pr.doe.gov/dear.html.

1.       FAR 52.202-1   Definitions (July 2004) as modified by DEAR 952.202-1,  *(B, 1, 2, 3)
                        (a) When a solicitation provision or contract clause uses a word or term
                        that is defined in the Federal Acquisition Regulation (FAR), the word or
                        term has the same meaning as the definition in FAR 2.101 in effect at the
                        time the solicitation was issued, unless—
                        (1) The solicitation, or amended solicitation, provides a different
                        definition;
                        (2) The contracting parties agree to a different definition;
                        (3) The part, subpart, or section of the FAR where the provision or clause
                        is prescribed provides a different meaning; or
                        (4) The word or term is defined in FAR Part 31, for use in the cost
                        principles and procedures.
                        (b) The FAR Index is a guide to words and terms the FAR defines and
                        shows where each definition is located. The FAR Index is available via
                        the Internet at http://www.acqnet.gov at the end of the FAR, after the
                        FAR Appendix.
                        (c) Head of Agency means: (i) The Secretary; (ii) Deputy Secretary; (iii)
                        Under Secretaries of the Department of Energy and (iv) the Chairman,
                        Federal Energy Regulatory Commission.
                        (d) The term DOE means the Department of Energy, FERC means the
                        Federal Energy Regulatory Commission, and NNSA means the National
                        Nuclear Security Administration.
                        (e) The term Senior Procurement Executive means, for DOE:
                        Department of Energy – Director, Office of Procurement and Assistance
                        Management, DOE; National Nuclear Security Administration –
                        Administrator for Nuclear Security, NNSA; and Federal Energy
                        Regulatory Commission – Chairman, FERC.

2.       FAR 52.203-3   Gratuities (APR 1984), * (B, 1, 2, 3)

3.       FAR 52.203-5   Covenant Against Contingent Fees (APR 1984), * (B, 1, 2, 3)

4.       FAR 52.203-6   Restrictions on Subcontractor Sales to the Government (SEP 2006), * (B, 1, 2, 3)

5.   FAR 52.203-7   Anti-Kickback Procedures (JUL 1995), * (B, 1, 2, 3)

6.   FAR 52.203-8   Cancellation, Rescission, and Recovered Funds for Illegal or
     Improper Activity (JAN 1997), * (B, 1, 2, 3)

7.   FAR 52.203-10  Price or Fee Adjustment for Illegal or Improper Activity (JAN
     1997), * (B, 1, 2, 3)

8.   FAR 52.203-12  Limitation on Payments to Influence Certain Federal Transactions
     (SEP 2005), * (B, 1, 2, 3)

9.   FAR 52.204-4   Printed or Copied Double-Sided on Recycled Paper (AUG 2000), * (B, 1, 2, 3)

10.  FAR 52.204-7   Central Contractor Registration (JUL 2006), * (B, 1, 2, 3)

11.  FAR 52.209-6   Protecting the Government's Interest When Subcontracting with
     Contractors Debarred, Suspended, or Proposed for Debarment (SEP 2006) , *(B,
     1, 2, 3)

12.  FAR 52.211-5   Material Requirements (AUG 2000), * (B, 1, 2, 3)

13.  FAR 52.215-2   Audit and Records-Negotiation (JUN 1999), * (B, 1, 2, 3)

14.  FAR 52.215-8   Order of Precedence-Uniform Contract Format (OCT 1997), * (B, 1, 2, 3)

15.  FAR 52.215-10  Price Reduction for Defective Cost or Pricing Data (OCT 1997), * (B, 1, 2)

16.  FAR 52.215-12  Subcontractor Cost or Pricing Data (OCT 1997), * (B, 1, 2)

17.  FAR 52.215-15  Pension Adjustments and Asset Reversions (Oct 2004), * (B, 1, 2)

18.  FAR 52.215-17  Waiver of Facilities Capital Cost of Money (OCT 1997), * (B, 1, 2, 3)

19.  FAR 52.215-18  Reversion or Adjustment of Plans for Postretirement Benefits
     (PRB) Other Than Pensions (JUL 2005) * (B, 1, 2)

20.  FAR 52.215-19  Notification of Ownership Changes (OCT 1997), * (B, 1, 2, 3)

21.  FAR 52.215-21  Requirements for Cost or Pricing Data or Information Other Than
     Cost or Pricing Data - Modifications (OCT 1997), * (B, 1, 2)

22.  FAR 52.216-7   Allowable Cost and Payment (DEC 2002) As modified * (B, 1, 2)
     *Insert "14th day" in the blank in paragraph (a)(3)*

23.  FAR 52.216-8   Fixed Fee (MAR 1997), * (B, 1, 2)

24.  FAR 52.219-8   Utilization of Small Business Concerns (MAY 2004), * (B, 1, 2, 3)

25.  FAR 52.219-9   Small Business Subcontracting Plan (SEP 2006) Alternate II (Oct
     2001), * (B, 1, 2, 3)

26.  FAR 52.219-16  Liquidated Damages-Subcontracting Plan (JAN 1999), * (B, 1, 2, 3)

27.  FAR 52.222-1   Notice to the Government of Labor Disputes (FEB 1997), * (B, 1, 2, 3)

28.  FAR 52.222-3   Convict Labor (JUN 2003), * (B, 1, 2, 3)

29.  FAR 52.222-4   Contract Work Hours and Safety Standards Act - Overtime
     Compensation (JUL 2005), * (B, 1, 2, 3)

I.2

30.   FAR 52.222-6   Davis-Bacon Act (JUL 2005), * (1)

31.   FAR 52.222-7   Withholding of Funds (FEB 1988), * (1)

32.   FAR 52.222-8   Payrolls and Basic Records (FEB 1988), * (1)

33.   FAR 52.222-9   Apprentices and Trainees (JUL 2005), * (1)

34.   FAR 52.222-10  Compliance with Copeland Act Requirements (FEB 1988), * (1)

35.   FAR 52.222-11  Subcontracts (Labor Standards) (JUL 2005), * (1)

36.   FAR 52.222.12  Contract Termination-Debarment (FEB 1988), * (1,2,3)

37.   FAR 52.222-13  Compliance with Davis-Bacon and Related Act Regulations (FEB 1988), * (1)

38.   FAR 52.222-14  Disputes Concerning Labor Standards (FEB 1988), * (1)

39.   FAR 52.222-15  Certification of Eligibility (FEB 1988), * (1)

40.   FAR 52.222-21  Prohibition of Segregated Facilities (FEB 1999), * (B, 1, 2, 3)

41.   FAR 52.222-26  Equal Opportunity (MAR 2007), * (B, 1, 2, 3)

42.   FAR 52.222-27  Affirmative Action Compliance Requirements for Construction (FEB 1999), * (1)

43.   FAR 52.222-35  Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Sep 2006), * (B, 1, 2, 3)

44.   FAR 52.222-36  Affirmative Action for Workers with Disabilities (JUN 1998), * (B, 1, 2, 3)

45.   FAR 52.222-37  Employment Reports on Special Disabled Veterans and Veterans of the Vietnam Era (SEP 2006) * (B, 1, 2, 3)

46.   FAR 52.223-3   Hazardous Material Identification and Material Safety Data (JAN 1997) Alternate I (JUL 1995) * (B, 1, 2, 3)
       Reference paragraph (b).
       Identify any hazardous material, including any applicable identification number, such as National Stock Number or Special Item Number below:

| "Material (If none, insert 'None') | Identification No. |
|---|---|
| None | N/A |
|  |  |
|  | " |

47.   FAR 52.223-5   Pollution Prevention and Right-To-Know Information (AUG 2003), * (B, 1, 2, 3)

48.   FAR 52.223-6   Drug-Free Workplace (MAY 2001), * (B, 1, 2, 3)

49.   FAR 52.223-10  Waste Reduction Program (AUG 2000), * (B, 1, 2, 3)

I.3

50.    FAR 52.223-14  Toxic Chemical Release Reporting (AUG 2003), * (B, 1, 2, 3)

51.    FAR 52.224-1  Privacy Act Notification (APR 1984), * (B, 1, 2, 3)

52.    FAR 52.224-2  Privacy Act (APR 1984), * (B, 1, 2, 3)

53.    FAR 52.225-1  Buy American Act - Supplies (JUN 2003), * (B, 1, 2, 3)

54.    FAR 52.225-8  Duty-Free Entry (FEB 2000), * (B, 1, 2, 3)

55.    FAR 52.225-11  Buy American Act--Construction Materials under Trade
                       Agreements (NOV 2006), * (1)
                       Insert "none" in the blank in paragraph (b)(3)

56.    FAR 52.225-13  Restrictions on Certain Foreign Purchases (FEB 2006), * (B, 1, 2, 3)

57.    FAR 52.225-14  Inconsistency Between English Version and Translation of
                       Contract (FEB 2000), * (B, 1, 2, 3)

58.    FAR 52.227-1  Authorization and Consent (JUL 1995), * (B, 1, 2, 3)

59.    FAR 52.227-2  Notice and Assistance Regarding Patent and Copyright
                      Infringement (AUG 1996), * (B, 1, 2, 3)

60.    FAR 52.227-23  Rights to Proposal Data (Technical) (JUN 1987), * (B, 1, 2, 3)
                       Identify the relevant proposal pages, if any, and the date of the proposal
                       below:
                       "... pages ____None____, ... (If none, insert 'None'.)
                       .... proposal dated __September 4, 1998__, ...."

61.    FAR 52.228-7  Insurance - Liability to Third Persons (MAR 1996), * (B, 1, 2, 3)

62.    FAR 52.230-2  Cost Accounting Standards (APR 1998), * (B, 1, 2, 3)

63.    FAR 52.230-6  Administration of Cost Accounting Standards (APR 2005), * (B, 1, 2, 3)

64.    FAR 52.232-1  Payments (APR 1984), * (3)

65.    FAR 52.232-8  Discounts for Prompt Payment (FEB 2002), * (3)

66.    FAR 52.232-11  Extras (APR 1984), * (3)

67.    FAR 52.232-16  Progress Payments (April 2003), * (3)

68.    FAR 52.232-17  Interest (JUN 1996), * (B, 1, 2, 3)

69.    FAR 52.232-20  Limitation of Cost (APR 1984), * (B, 1, 2)

70.    FAR 52.232-22  Limitation of Funds (APR 1984), * (B, 1, 2)

71.    FAR 52.232-23  Assignment of Claims (JAN 1986), * (B, 1, 2, 3)

72.    FAR 52.232-25  Prompt Payment (OCT 2003), * (B, 1, 2, 3)

73.    FAR 52.232-27  Prompt Payment for Construction Contracts (SEP 2005), * (1)

74.    FAR 52.232-33  Payment by Electronic Funds Transfer Payment – Central
                       Contractor Registration (OCT 2003), * (B, 1, 2, 3)

75.   FAR 52.233-1   Disputes (JUL 2002) Alternate I (DEC 1991), * (B, 1, 2, 3)

76.   FAR 52.233-3   Protest After Award (AUG 1996) Alternate I (JUN 1985), * (B, 1, 2, 3)

77.   FAR 52.236-5   Material and Workmanship (APR 1984), * (1, 2)

78.   FAR 52.236-7   Permits and Responsibilities (NOV 1991), * (1, 2, 3)

79.   FAR 52.236-18  Work Oversight in Cost-Reimbursement Construction Contracts (APR 1984), *
                     (1)

80.   FAR 52.236-19  Organization and Direction of the Work (APR 1984), * (1)

81.   FAR 52.236-28  Preparation of Proposals – Construction (OCT 1997), * (1)

82.   FAR 52.237-2   Protection of Government Buildings, Equipment, and Vegetation (APR 1984), * (B,
                     1, 2, 3)

83.   FAR 52.237-3   Continuity of Services (JAN 1991), * (B, 1, 2, 3)

84.   FAR 52.242-1   Notice of Intent to Disallow Costs (APR 1984), * (B, 1, 2)

85.   FAR 52.242-3   Penalties for Unallowable Costs (May 2001), * (B, 1, 2)

86.   FAR 52.242-4   Certification of Final Indirect Costs (JAN 1997), * (B, 1 , 2)

87.   FAR 52.242-13  Bankruptcy (JUL 1995), * (B, 1, 2, 3)

88.   FAR 52.243-1   Changes -- Fixed Price (AUG 1987) Alternate II (APR 1984), * (3)

89.   FAR 52.243-2   Changes (Cost-Reimbursement) (AUG 1987) Alternate II (APR
                     1984) and Alt. III (Apr 1984), *(B, 1, 2)

90.   FAR 52.243-7   Notification of Changes (APR 1984), * (B, 1, 2, 3)
                     Para b. and d., insert "10" days

91.   FAR 52.244-2   Subcontracts (AUG 1998) Alternate I (JAN 2006), * (B, 1, 2, 3)
                     In paragraph (e), insert "Any subcontract with a proposed price of $25
                     million or greater. And the following four (4) subcontracts:
                         1.   Pellet Press – NPG/H/I
                         2.   Mechanical Penetrations
                         3.   PKG 19 Reagent Building
                         4.   PKG 26 Fire Protection"

92.   FAR 52.244-5   Competition in Subcontracting (DEC 1996), * (B, 1, 2, 3)

93.   FAR 52.244-6   Subcontracts for Commercial Items (MAR 2007), * (B, 1, 2, 3)

94.   FAR 52.245-1   Government Property (JUN 2007), (B, 1, 2, 3)

95.   FAR 52.245-2   Government Property Installation Operation Services (JUN 2007), * (B, 1, 2, 3)

96.   FAR 52.246-25  Limitation of Liability-Services (FEB 1997), * (B, 1, 2, 3)

97.   FAR 52.247-63  Preference for U.S.-Flag Air Carriers (JUN 2003), * (B, 1, 2, 3)

98.   FAR 52.247-64  Preference for Privately Owned U.S.-Flag Commercial Vessels (FEB 2006),
                     * (B, 1, 2, 3)

99.    FAR 52.248-1   Value Engineering (FEB 2000), * (B, 1, 2, 3)

100.   FAR 52.248-2   Value Engineering--Architect-Engineer (MAR 1990), * (B, 1)

101.   FAR 52.248-3   Value Engineering-- Construction (SEP 2006), (1)

102.   FAR 52.249-2   Termination For Convenience of the Government (Fixed-Price) (MAY 2004), * (3)

103.   FAR 52.249-6   Termination (Cost-Reimbursement) (MAY 2004), * (B, 1, 2)

104.   FAR 52.249-8   Default (Fixed-Price Supply and Service) (APR 1984), * (3)

105.   FAR 52.249-14  Excusable Delays (APR 1984), * (B, 1, 2)

106.   FAR 52.251-1   Government Supply Sources (APR 1984) Alternate I (APR 1984), * (B, 1, 2, 3)

107.   FAR 52.252-5   Authorized Deviations in Clauses (APR 1984), * (B, 1, 2, 3)

108.   FAR 52.253-1   Computer Generated Forms (JAN 1991), * (B, 1, 2, 3)

**DEAR 952 Series**

109.   DEAR 952.203-70   Whistleblower Protection for Contractor Employees (DEC 2000), * (B, 1, 2,3)

110.   DEAR 952.204-2    Security Requirements (MAY 2002) (DEVIATION), * (B, 1, 2, 3)
(a) *Responsibility.* It is the contractor's duty to safeguard all classified information, special nuclear material, and other DOE property. The contractor shall, in accordance with DOE security regulations and requirements, be responsible for safeguarding all classified information and protecting against sabotage, espionage, loss or theft of the classified documents and material in the contractor's possession in connection with the performance of work under this contract. Except as otherwise expressly provided in this contract, the contractor shall, upon completion or termination of this contract, transmit to DOE any classified matter in the possession of the contractor or any person under the contractor's control in connection with performance of this contract. If retention by the contractor of any classified matter is required after the completion or termination of the contract, the contractor shall identify the items and types or categories of matter proposed for retention, the reasons for the retention of the matter, and the proposed period of retention. If the retention is approved by the contracting officer, the security provisions of the contract shall continue to be applicable to the matter retained. Special nuclear material shall not be retained after the completion or termination of the contract.

(b) *Regulations.* The contractor agrees to comply with all security regulations and requirements of DOE as incorporated into the contract.

(c) *Definition of classified information.* The term "classified information" means Restricted Data, Formerly Restricted Data, or National Security Information.

(d) *Definition of restricted data.* The term "Restricted Data" means all data concerning (1) design, manufacture, or utilization of atomic weapons; (2) the production of special nuclear material; or (3) the use of special nuclear material in the production of energy, but shall not include data declassified or removed from the Restricted Data category pursuant to Section 142 of the Atomic Energy Act of 1954, as amended.

(e) *Definition of formerly restricted data.* The term *"Formerly Restricted Data"* means all data removed from the Restricted Data category under section 142 d. of the Atomic Energy Act of 1954, as amended.

(f) *Definition of National Security Information.* The term "National Security Information" means any information or material, regardless

of its physical form or characteristics, that is owned by, produced for or by, or is under the control of the United States Government, that has been determined pursuant to Executive Order 12958 or prior Orders to require protection against unauthorized disclosure, and which is so designated.

(g) *Definition of Special Nuclear Material (SNM). SNM* means: (1) plutonium, uranium enriched in the isotope 233 or in the isotope 235, and any other material which pursuant to the provisions of Section 51 of the Atomic Energy Act of 1954, as amended, has been determined to be special nuclear material, but does not include source material; or (2) any material artificially enriched by any of the foregoing, but does not include source material.

(h) *Security clearance of personnel.* The contractor shall not permit any individual to have access to any classified information, except in accordance with the Atomic Energy Act of 1954, as amended, Executive Order 12356, and the DOE's regulations or requirements applicable to the particular level and category of classified information to which access is required.

(i) *Criminal liability.* It is understood that disclosure of any classified information relating to the work or services ordered hereunder to any person not entitled to receive it, or failure to safeguard any classified information that may come to the contractor or any person under the contractor's control in connection with work under this contract, may subject the contractor, its agents, employees, or subcontractors to criminal liability under the laws of the United States. (See the Atomic Energy Act of 1954, as amended, 42 U.S.C. 2011 et seq.; 18 U.S.C. 793 and 794; and E.O. 12356.)

(j) Foreign Ownership, Control or Influence.

(1) The Contractor shall immediately provide the cognizant security office written notice of any change in the extent and nature of foreign ownership, control or influence over the Contractor which would affect any answer to the questions presented in the Certificate Pertaining to Foreign Interests, Standard Form 328 or the Foreign Ownership, Control or Influence questionnaire executed by the Contractor prior to the award of this contract. In addition, any notice of changes in ownership or control which are required to be reported to the Securities and Exchange Commission, the Federal Trade Commission, or the Department of Justice shall also be furnished concurrently to the Contracting Officer.

(2) If a Contractor has changes involving foreign ownership, control or influence, DOE must determine whether the changes will pose an undue risk to the common defense and security. In making this determination, DOE will consider proposals made by the Contractor to avoid or mitigate foreign influences.

(3) If the cognizant security office at any time determines that the Contractor is, or is potentially, subject to foreign ownership, control or influence, the Contractor shall comply with such instructions as the

Contract No. DE-AC02-99CH10888
Modification A124

Contracting Officer shall provide in writing to safeguard any classified information or special nuclear material.

(4) The Contractor agrees to insert terms that conform substantially to the language of this clause, including this paragraph, in all subcontracts under this contract that will require subcontractor employees to possess access authorizations. Additionally, the Contractor must require subcontractors to have an existing DOD or DOE Facility Clearance or submit a completed Certificate Pertaining to Foreign Interests, Standard Form 328, required in DEAR 952.204-73 prior to award of a subcontract. Information to be provided by a subcontractor pursuant to this clause may be submitted directly to the Contracting Officer. For purposes of this clause, subcontractor means any subcontractor at any tier and the term "Contracting Officer" means the DOE Contracting Officer. When this clause is included in a subcontract, the term "Contractor" shall mean Subcontractor and the term "contract" shall mean subcontract.

(5) The Contracting Officer may terminate this contract for default either if the Contractor fails to meet obligations imposed by this clause or if the Contractor creates a FOCI situation in order to avoid performance or a termination for default. The Contracting Officer may terminate this contract for convenience if the Contractor becomes subject to FOCI and for reasons other than avoidance of performance of the contract, cannot, or chooses not to, avoid or mitigate the FOCI problem.

| | | |
|---|---|---|
| 111. | DEAR 952.204-70 | Classification/Declassification (SEP 1997), * (B, 1, 2, 3) |
| 112. | DEAR 952.204-71 | Sensitive Foreign National Controls (APR 1994), * (B, 1, 2, 3) |
| 113. | DEAR 952.204-73 | Facility Clearance (May 2002), * (B, 1, 2, 3) |
| 114 | DEAR 952.208-70 | Printing (APR 1984), (B, 1, 2, 3) |
| 115. | DEAR 952.209-72 | Organizational Conflicts of Interest (JUN 1997) - Alternate I, * (B, 1, 2, 3) |
| 116. | DEAR 952.211-71 | Priorities and Allocations (Atomic Energy) (JUN 1996), * (B, 1, 2, 3) |
| 117. | DEAR 952.216-7 | Allowable Cost and Payment (DEC 2002) as modified by DEAR 952.216-7, Alternate II, * (B, 1, 2,) *Paragraph (a) of this clause is modified by adding the phrase "as supplemented by Subpart 931.2 of the Department of Energy Acquisition Regulations (DEAR)" after the acronym "(FAR)* |
| 118. | DEAR 952.224-70 | Paperwork Reduction Act (APR 1994), * (B, 1, 2, 3) |
| 119. | DEAR 952.226-74 | Displaced Employee Hiring Preference (JUN 1997), * (B, 1, 2, 3) |
| 120. | DEAR 952.227-9 | Refund of Royalties (FEB 1995), * (B, 1, 2, 3) |
| 121. | DEAR 952.223-75 | Preservation of Individual Occupational Radiation Exposure Records (APR 1984), * (3) |
| 122. | DEAR 952.235-70 | Key Personnel (APR 1994), * (B, 1, 2, 3) |
| 123. | DEAR 952.242-70 | Technical Direction (Dec 2000), * (B, 1, 2, 3) *Subparagraph (e), replace "5" days with "10" Days* |
| 124 | DEAR 952.247-70 | Foreign Travel (DEC 2000), * (B, 1, 2, 3) |

I.8

| | | |
|---|---|---|
| 125. | DEAR 952.250-70 | Nuclear Hazards Indemnity Agreement (OCT 2005) and (JUN 1996), * (B, 1, 2, 3) |
| 126. | DEAR 952.251-70 | Contractor Employee Travel Discounts (DEC 2000), * (B, 1, 2, 3) |

**DEAR 970 Series**

| | | |
|---|---|---|
| 127. | DEAR 970.5204-1 | Counterintelligence (DEC 2000), * (B, 1, 2, 3) |
| 128. | DEAR 970.5204-2 | Laws, Regulations, and DOE Directives (DEC 2000), * (B, 1, 2, 3) *Subparagraph (c) delete "implemented under the clause entitled "Integration of Environment, Safety, and Health into Work Planning and Execution."* |
| 129. | DEAR 970.5204-72 | Patent Rights - Profit-Making Management and Operating Contracts (FEB 1995), * (B, 1, 2, 3) |
| 130. | DEAR 970.5204-82 | Rights in Data- Facilities (FEB 1998), *(B,1, 2, 3) |
| 131. | DEAR 970.5223-4 | Workplace Substance Abuse Programs at DOE Sites (DEC 2000), (B, 1, 2, 3) |

I.9

NNSA 3-075

Contract No. DE-AC02-99CH10888
Section J, Attachment 1
Modification A124

# PART III

## SECTION J

### LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS

### LIST OF ATTACHMENTS

__ATTACHMENT__ | __PAGE NO.__
---|---
1. Statement of Work | J.1
2. Acronyms, Abbreviations and Elements | J.2
3. Applicable DOE Directives | J.3
4. DOE F 1332.1 – Reporting Requirements Checklist | J.4
5. List of Key Personnel | J.5
6. Billing Instructions | J.6
7. Incentive/Milestone Plan | J.7
8. Small Business, Veteran-Owned Small Business, Service-Disabled Veteran-Owned Small Business, Hubzone Small Business, Small Disadvantaged Business, And Women-Owned Small Business Subcontracting Plan – Revision 38 | J.8
9. U.S. Department of Labor Wage Determination (Davis-Bacon) | J.9
10. Reserved | J.10
11. Performance Guarantee –Shaw Project Services Group, Inc.; AREVA NC, Inc; and The Shaw Group Inc. | J.11
12. Novation Agreement – Duke Project Services Group, Inc./Duke Engineering Services, Inc. | J.12
13. Novation Agreement – The Shaw Group, Inc./Stone And Webster Engineering Corporation | J.13
14. Technology Transfer Fee Agreement | J.14

NNSA 3-076

Contract No. DE-AC02-99CH10888
Section J, Attachment 1
Modification A124

# PART III

## SECTION J

1. <u>STATEMENT OF WORK -- REVISION 37 (Dec 31, 2007)</u>

NNSA 3-077

Contract No. DE-AC02-99CH10888
Section J, Attachment 1
Modification A124

## PART III

## SECTION J

### TABLE OF CONTENTS
### STATEMENT OF WORK (SOW)

| | | | |
|---|---|---|---|
| I. | | Introduction ............................................................................................ | J.1.1 |
| | A. | Background ......................................................................................... | J.1.1 |
| | B. | Overview of Statement of Work ...................................................... | J.1.1 |
| | | | |
| II. | | Base Contract SOW. ........................................................................... | J.1.2 |
| | A. | MOX Fuel Fabrication Facility .......................................................... | J.1.2 |
| | | 1. Facility Design ...................................................................... | J.1.2 |
| | |     a. MOX Fuel Fabrication Facility Functional Requirements ........ | J.1.2 |
| | |     b. Facility Initial and Advanced Preliminary Design ..................... | J.1.5 |
| | |     c. Facility Final Preliminary Design.... ........................................ | J.1.8 |
| | |     d. Facility Final Design ............................................................. | J.1.8 |
| | |     e. Equipment Group ................................................................. | J.1.9 |
| | |     f. Deliverables ......................................................................... | J.1.11 |
| | | 2. MOX Fuel Fabrication Facility Long Lead Time Procurement Plan ...................................................................................... | J.1.12 |
| | | 3. Development of a Proposed Work Task Agreement (WTA) Between the Contractor and the DOE Host Site Contractor for Support of the MOX Fuel Fabrication Facility ................................... | J.1.12 |
| | | 4. Site Development Infrastructure Improvements ............................... | J.1.13 |
| | | 5. Regulatory Management... ................................................................ | J.1.13 |
| | | 6. Facility Quality Assurance Plan ...................................................... | J.1.15 |
| | | 7. MFFF Pre-Construction Planning...................................................... | J.1.15 |
| | | 8. Constructability Review.................................................................... | J.1.16 |
| | | 9. Construction Market Analysis and Stimulation of Bidder Interest.. | J.1.16 |
| | | 10. Deactivation Plan ............................................................................ | J.1.16 |
| | | 11. MOX Fuel Safeguards Plan.............................................................. | J.1.17 |
| | | 12. MOX Fuel Security Plan ................................................................... | J.1.17 |
| | | 13. Depleted Uranium Oxide (DUO$_2$) Integration................................... | J.1.17 |
| | | 14. Polished Plutonium Supply Support................................................. | J.1.18 |
| | B. | Fuel Qualification .............................................................................. | J.1.18 |
| | | 1. Requirements ................................................................................ | J.1.18 |
| | | 2. Fuel Qualification Plan.................................................................... | J.1.19 |
| | | 3. Recommendation for a DOE Host Site for Fabrication of MOX Test/Demonstration Fuel ............................................................... | J.1.19 |
| | | 4. Development of a Proposed Work Task Agreement (WTA) for the Fabrication of MOX Test/Demonstration Fuel at a DOE Host Site .................................................................................................. | J.1.20 |
| | | 5. Implementation of Fuel Qualification Plan ...................................... | J.1.20 |

NNSA 3-078

|      |      | 6. | Fuel Qualification Long Lead Time Procurement Plan | J.1.20 |
|      |      | 7. | Fresh MOX Fuel Assembly and Pins Shipping Package | J.1.21 |
|      |      | 8. | Alternate Fuel Qualification Study | J.1.21 |
|      |      | 9. | European Fabrication of Lead Assemblies | J.1.23 |
|      | C. | Irradiation Services | | J.1.26 |
|      |      | 1. | Mission Reactor and Site Facility Modification Design | J.1.26 |
|      |      |    | a. Mission Reactor and Site Facility Modification and Functional Requirements | J.1.26 |
|      |      |    | b. Mission Reactor and Site Facility Modifications | J.1.26 |
|      |      | 2. | Mission Reactors License Amendment Applications | J.1.27 |
|      |      | 3. | Mission Reactors Permitting Plan(s) | J.1.28 |
|      |      | 4. | Mission Reactors Core Management | J.1.28 |
|      |      |    | a. Core Design Requirements | J.1.28 |
|      |      |    | b. Mission Reactors Core Design and Management Activities | J.1.29 |
|      |      | 5. | Mission Reactors Operations | J.1.30 |
|      |      | 6. | Test/Demonstration Fuel Irradiation | J.1.30 |
|      | D. | Project Management and Administration | | J.1.30 |
|      |      | 1. | Project Planning, Control, and Reporting | J.1.30 |
|      |      |    | a. Development of a Project Management Plan | J.1.30 |
|      |      |    | b. Support for Budget Requests | J.1.31 |
|      |      |    | c. Project Review Meetings | J.1.31 |
|      |      |    | d. Legal Management Plan | J.1.31 |
|      |      |    | e. Foreign Access Central Tracking System (FACTS) | J.1.32 |
|      |      | 2. | Outreach Programs | J.1.32 |
|      |      | 3. | SNM Transportation | J.1.32 |
|      |      |    | a. SNM Transportation Integration Management Plan | J.1.32 |
|      |      |    | b. Fresh MOX Fuel Transportation Package | J.1.32 |
|      |      | 4. | Advance Procurement Plan | J.1.35 |
|      |      | 5. | Unclassified Controlled Nuclear Information (UCNI) | J.1.35 |
|      |      | 6. | Performance Improvement Initiatives | J.1.35 |
|      |      | 7. | Preliminary Support for the Design of a Russian MOX Facility | J.1.35 |
| III. | Option 1 SOW – Exercised Segments | | | J.1.37 |
|      | A. | Implementation of Mission Reactors and Site Modifications | | J.1.37 |
|      | B. | Milestones associated with the Implementation of Mission Reactors and Site Modifications | | J.1.38 |
|      | C. | Construction Management Oversight of Site Preparation Activities | | J.1.38 |
|      | D. | Milestones associated with the Construction Management Oversight of Site Preparation Activities | | J.1.39 |

NNSA 3-079

|   |   |   |   |
|---|---|---|---|
| E. | | Procurement Activities Related to CD3B and CP-20 ........................... | J.1.39 |
| F. | | CD3B Scope of Work.................................................................. | J.1.39 |
| G. | | MOX Fuel Fabrication Facility Requirements and Deliverables.............. | J.1.40 |
| | 1. | Construction Management Services........................................... | J.1.40 |
| | 2. | Construction Documentation.................................................. | J.1.40 |
| | 3. | Functional and Operability Testing Plan.................................... | J.1.40 |
| | 4. | Reserved.......................................................................... | J.1.41 |
| | 5. | MOX Fuel Fabrication Process Qualification Plan........................ | J.1.41 |
| | 6. | Maintenance and Operating Procedures..................................... | J.1.41 |
| | 7. | Reserved.......................................................................... | J.1.43 |
| | 8. | Nuclear Materials Management Program.................................... | J.1.43 |
| | 9. | Regulatory Management....................................................... | J.1.43 |
| | 10. | Reserved.......................................................................... | J.1.43 |
| | 11. | Reserved.......................................................................... | J.1.43 |
| H. | | Project Management and Administration......................................... | J.1.43 |
| I | | Construction, Functional Check-out, and Cold Start-up | J.1.43 |
| IV. | | Option 1 SOW – Unexercised Segments ............................................ | J.1.44 |
| A. | | MOX Fuel Fabrication Facility Requirements and Deliverables.................... | J.1.44 |
| | 1. | Reserved.......................................................................... | J.1.44 |
| | 2. | Reserved.......................................................................... | J.1.44 |
| | 3. | Reserved.......................................................................... | J.1.44 |
| | 4. | Reserved.......................................................................... | J.1.44 |
| | 5. | Reserved.......................................................................... | J.1.44 |
| | 6. | Training............................................................................ | J.1.44 |
| | 7. | Procurement of Certified Fresh MOX Fuel Shipping Packages ...... | J.1.44 |
| | 8. | Reserved.......................................................................... | J.1.45 |
| | 9. | Reserved.......................................................................... | J.1.45 |
| | 10. | Reserved.......................................................................... | J.1.45 |
| B. | | Fuel Qualification................................................................... | J.1.45 |
| C. | | Irradiation Services................................................................. | J.1.45 |
| | 1. | Mission Reactors Licenses and Permits ................................... | J.1.45 |
| | 2. | Mission Reactor Operations .................................................. | J.1.45 |
| | 3. | Two-Year MOX Fuel Delivery Schedule .................................... | J.1.45 |
| | 4. | Deliverable....................................................................... | J.1.45 |
| D. | | Reserved............................................................................... | J.1.45 |
| V. | | Option 2 SOW............................................................................ | J.1.45 |
| A. | | MOX Fuel Fabrication Facility ...................................................... | J.1.46 |
| | 1. | Hot Operations Testing through Transition to Full Operations...................... | J.1.46 |

Contract No. DE-AC02-99CH10888
Section J, Attachment 1
Modification A124

2.  MOX Fuel Fabrication Process Qualification Plan Implementation .............. J.1.46
3.  Fuel Production ................................................................................... J.1.46
4.  Analytical Services .............................................................................. J.1.47
5.  Nuclear Materials Management Program ............................................... J.1.47
6.  Licenses and Permits .......................................................................... J.1.47
7.  International Atomic Energy Agency Support ........................................ J.1.53
8.  Deactivation Planning ......................................................................... J.1.53
9.  Revision of the Work Task Agreement (WTA) Between the Contractor and the DOE Host Site Contractor for Support of Hot Start-up and Transition to Full Operations of the MOX Fuel Fabrication Facility .............. J.1.48

B.  Fuel Qualification ...................................................................................... J.1.48
C.  Irradiation Services ................................................................................... J.1.48
   1.  Irradiation ......................................................................................... J.1.48
   2.  Update of Two-Year MOX Fuel Delivery Schedule ............................... J.1.48
D.  Project Management and Administration ..................................................... J.1.48
E.  Reserved .................................................................................................. J.1.48

VI.  Option 3 SOW ................................................................................................. J.1.49
A.  MOX Fuel Fabrication Facility .................................................................... J.1.49
   1.  MOX Fuel Fabrication Facility Deactivation Requirements and Deliverables ...................................................................................... J.1.49
   2.  Revision of the Work Task Agreement (WTA) Between the Contractor and the DOE Host Site Contractor for Support of the Deactivation of the MOX Fuel Fabrication Facility .......................................................... J.1.49
B.  Fuel Qualification ...................................................................................... J.1.49
C.  Irradiation Services ................................................................................... J.1.50
D.  Project Management and Administration ..................................................... J.1.50

NNSA 3-081

Contract No. DE-AC02-99CH10888
Section J, Attachment 1
Modification A124

## STATEMENT OF WORK

I.  **Introduction**

   A.  **Background**

   The National Academy of Sciences (NAS) has called the world's plutonium which is excess to defense requirements a "clear and present danger" in the <u>Management and Disposition of Excess Weapons Plutonium, Volume I, 1994</u>. The disposition of this surplus weapons-usable plutonium in the United States is being pursued to mitigate the plutonium proliferation danger. Actions being undertaken by the United States will be orchestrated in concert with international efforts to address surplus plutonium stocks in the Russian Federation. The rate of implementation of plutonium disposition will likely be dependent on terms and conditions in international agreements yet to be negotiated.

   The Department of Energy (DOE) is tasked with the disposition of U.S.-owned plutonium that is excess to national security requirements to a condition that meets the spent fuel standard - a concept to make the plutonium as unattractive and inaccessible for retrieval and weapons use as the residual plutonium in the spent fuel from commercial reactors. Existing U.S. Commercial Light Water Reactors (CLWRs) would be used to achieve the spent fuel standard by irradiating some of the excess plutonium in the form of mixed oxide (MOX) fuel in fuel cycles comparable to conventionally used Low Enriched Uranium (LEU) fuel cycles and the balance of the material will be immobilized in a ceramic form.

   B.  **Overview of Statement of Work**

   This Statement of Work (SOW) sets forth the MOX fuel fabrication, reactor irradiation, and related services required under the contract. The services include but are not limited to:

   1.   All the functions that are necessary to develop a domestic MOX Fuel Fabrication Facility that will be licensed by the Nuclear Regulatory Commission (NRC) and located at a DOE Host Site. This includes: designing, constructing, and operating a MOX Fuel Fabrication Facility; obtaining a NRC license and any necessary Federal, State, and local permits; supplying commercial grade nuclear fuel for the mission reactors; safeguarding plutonium dioxide powder feedstock and fresh MOX fuel under applicable security measures; and, ultimately, deactivating the facility.

   2.   All the functions that are necessary to permit the irradiation of MOX fuel assemblies in CLWRs under license from the NRC. This includes: performing all the design and engineering services to modify reactors and facilities to use MOX fuel; identifying and performing necessary fuel qualification activities; obtaining NRC license modifications; obtaining any necessary Federal, State and local permits; performing core design and fuel design services; irradiating the fuel; safeguarding fuel under applicable security measures; and storing irradiated fuel pending disposal actions.

   The contract consists of the base contract and three options. The SOW is organized in sequential order. Contract options may overlap in some or all cases.

## II.   Base Contract SOW

The base contract includes design of the MOX Fuel Fabrication Facility, fuel qualification activities, design of required modifications to mission reactors and associated facilities, initial license submittals, supporting project management activities, and MOX fresh fuel package activities. Base contract requirements and associated deliverables are provided by each of the four main work elements of the project, i.e., MOX Fuel Fabrication Facility, Fuel Qualification, Irradiation Services and Project Management and Administration.

### A.   MOX Fuel Fabrication Facility

The Contractor shall ensure that all activities necessary to produce conceptual, preliminary and final designs of the MOX Fuel Fabrication Facility are performed including supporting DOE review of these design products.  The contractor shall acknowledge and address the needs of the program including additional planning and design requirements related to operations, safety, systems integration, and waste management as described in SHAW AREVA MOX SERVICES Baseline Change Proposal number 01-027 dated 8 August 2001 and revised 29 August 2001. The Contractor shall ensure that the MOX Fuel Fabricator prepares and submits to the NRC an application for a license to possess and use special nuclear materials in order to operate the MOX Fuel Fabrication Facility.  In addition, the contractor shall perform needed research-&-development projects to address technical issues including, but not limited to, air flow modeling, behavior of concrete during construction, prototype plutonium shipping can opening systems, and glove box performance as described in SHAW AREVA MOX SERVICES Baseline Change Proposal number 01-027 dated 8 August 2001 and revised 29 August 2001.  Finally, the Contractor shall ensure that applications for all other required licenses and permits shall be prepared and submitted.  Specific activities include, but are not limited to, the following:

#### 1.   Facility Design

The Contractor shall perform value engineering for the work specified in paragraphs b., c., and d., of this section in accordance with the clause of this contract entitled, FAR 52.248-2, Value Engineering–Architect Engineer.  The Contractor shall report on the value engineering activities as specified in paragraphs b., c., and d. of this section during the required design reviews and as part of the design deliverables.

##### a.   MOX Fuel Fabrication Facility Functional Requirements

The Contractor shall ensure that the design of the MOX Fuel Fabrication Facility incorporates the following functional requirements:

(1)   Must be capable of obtaining from the NRC a license to possess and use special nuclear material in order to operate the MOX Fuel Fabrication Facility in accordance with 10 CFR Part 70, Domestic Licensing of Special Nuclear Material.

(2)   Must be able to facilitate International Atomic Energy Agency (IAEA) inspections and monitoring and minimize access to proprietary or other sensitive information. IAEA standards apply through the NRC as specified in 10 CFR Part 75, Safeguards on Nuclear Material - Implementation of US/IAEA Agreement.

(3)   Must be able to provide for final assembly of the fuel assembly components into completed MOX fuel bundles.

(4)   Must be able to provide for feed material disposition of 34 metric tons (MT) of plutonium with a design basis range up to 40 MT.

Contract No. DE-AC02-99CH10888
Section J, Attachment 1
Modification A124

(5)   Must be able to provide for receiving of plutonium at the rates stated in *Section H., clause H.1.*

(6)   [RESERVED]

(7)  Must be designed and operated to minimize radiological waste generation.

(8)   Must be able to provide sufficient space for the packaging and storage of solid transuranic (TRU) waste for up to 180 days.  Must be able to provide liquid waste storage for :

  ▪ High-alpha and stripped-uranium wastes for three months
  ▪ Low-level waste for one week

  Must be able to meet waste acceptance criteria to be developed in an appropriate Work Task Agreement (WTA) between the Contractor and DOE SRS for transferring waste streams form the MFFF to the SRS for:

  ▪ High-alpha and stripped-uranium streams
  ▪ Low-level liquid wastes
  ▪ Organic wastes or spent solvent
  ▪ Solid TRU and low-level radioactive waste

(9)   Must be able to provide 1600 square feet of non-hardened office space for DOE personnel including space suitable for storing and processing classified information.

(10)  Must be able to accommodate storage of a minimum of 1700 cans of plutonium oxide, packaged in accordance with DOE-STD 3013, "Standardization Packaging and Storage of Plutonium Bearing Materials".

(11)  Must be able to prepare DOE-STD 3013canning system components for disposal by DOE.

(12)  Must be able to provide for decontamination and decommissioning of the facility in a manner which is cost effective and efficient and minimizes the generation of radioactive waste and radiation exposure to personnel.

(13)  Must be able to incorporate the principles of ALARA (As Low As Is Reasonably Achievable) as specified in 10 CFR Part 20, Standards for Protection Against Radiation.

(14)  *Must be able to accommodate plutonium oxide meeting the characteristics and impurities specified in Clause H.1, Government-Furnished Property, Tables H-1a,H-1b.1, H-1b.2, H-1c, and H-1d.*

(15)  Must be able to minimize dust contamination in glove boxes through the use of proper dust abatement techniques, including dust abatement hardware, if appropriate.

(16)  Must be able to provide a fully integrated material inventory control system capable of performing near real-time inventory management and satisfy NRC inventory requirements.

NNSA 3-084

Contract No. DE-AC02-99CH10888
Section J, Attachment 1
Modification A124

(17)   Must be able to meet all applicable Federal, State, and local laws and regulations and conform to all applicable agreements and requirements of the DOE SRS and all relevant standards of the nuclear and chemical industries.

(18)   Must be able to accommodate production of fuel to support additional fuel qualification efforts beyond those required in the base contract, e.g., to improve fuel design or increase fuel burn-up.

(19)   Must be able to fabricate MOX fuel to meet mission reactor demand schedules.

(20)   Must be able to operate and produce mission fuel in a timeframe that will allow insertion of production fuel (not test or demonstration fuel) into one or more mission reactors in accordance with the DOE established date.

(21)   Must be able to accommodate the loading of finished fuel into certified packages and onto Safeguards Trailers (SGTs).

(22)   Must be able to provide capability of receiving, storing, and processing protected classes of information in conformance with applicable laws and regulations.

(23)   Must be able to maximize the use of existing proven technologies in process and facility designs.

(24)   Must be able to provide laboratory and analytical services sufficient to provide prompt support for the MOX fuel fabrication operations.

(25)   Must be able to comply with DOE Security Requirements.

(26)   Must be able to design, construct, and operate the facility on the SRS and conform to site standards for systems that must interface with the SRS infrastructure and facilities, to the extent practical and to the extent that this functional requirement does not conflict with MOX Fuel Fabrication Facility functional requirements.

(27)   Must be able to characterize plutonium oxide delivered to the MOX fuel Fabrication Facility that is delivered to the Contractor as follows:

(a)   Analyze that AFS material chemical properties are consistent with Clause H.1, Table H-1b.2.
(b)   Analyze in-process samples from PDCF/ARIES per the chemical impurities specified in Clause H.1, Table H-1b.1 and the particle size requirements in Table H-1d.

(28)   Must be able to package and prepare for offsite shipment from the MFFF oxide that has been characterized, but determined to be unusable in the MFFF in a configuration suitable for receipt by DOE.  The rejected material, once packaged, must be able to be stored at the MFFF for interim storage in a vault or vault-like area, pending removal.

(29)   Must be capable of identifying DOE-STD 3013inner, outer, and convenience cans via a remote reader system.  Must also accommodate identification of inner cans that are supplied without remote reader identification."

b.   **Facility Initial and Advanced Preliminary Design**

Contract No. DE-AC02-99CH10888
Section J, Attachment 1
Modification A124

(1)    **Initial Preliminary Design (Non-Site Specific)**

The Contractor shall ensure the development and preparation of a MOX Fuel
Fabrication Facility Initial Preliminary Design.  The objectives of the Initial
Preliminary Design are to develop on a non-site specific basis, the initial
engineering bases and design criteria for a project design that:  satisfies functional
requirements, operating needs, and statutory and regulatory requirements;
validates project feasibility and technical performance levels; and identifies and
quantifies any project risks.  The Initial Preliminary Design elements required to be
developed include, but are not limited to, the following:

(a)   General project criteria and design parameters including applicable codes and
standards.
(b)   Quality assurance requirements necessary to satisfy program, project and
regulatory objectives.
(c)   Environmental requirements including protections against potential
environmental damage and methods for mitigating environmental hazards.
(d)   Types and materials of construction, basic facility drawings, and outline
construction specifications.
(e)   Space allowances and general layouts for various functions.
(f)   Significant features and components.
(g)   Energy conservation initiatives and associated design/construction features.
(h)   Applicable safety and health requirements.
(i)   Applicable safeguards requirements.
(j)   Applicable security requirements.
(k)   Barrier-free design/construction features for facility accessibility by the
handicapped.
(l)   Identification of and approach for elimination or mitigation of uncertainties.
(m)   Contingency requirements and analyses.
(n)   Deactivation requirements and associated waste disposal requirements.
(o)   Energy consumption and type(s) of energy supply.
(p)   Process flow diagrams.

The Contractor shall ensure the performance of Initial Preliminary Design activities
until the Contracting Officer directs the Contractor to proceed to Advanced
Preliminary Design.  During the Initial Preliminary Design phase, the Contractor
shall prepare a detailed presentation for the DOE which provides the current status
of the Initial Preliminary Design and includes, but is not limited to, constructability,
operability, cost, maintainability, regulatory compliance, vulnerability assessment,
compliance with the functional requirements in the above design elements, and
other critical information.  The design status presentation shall be made at the
request of the DOE Contracting Officer.  At a minimum, the review shall be
attended by representatives of those organizations responsible for the design,
facility operations and project management functions, the DOE TM, and the DOE
Contracting Officer or designee.

The Contracting Officer shall notify the Contractor that a design status presentation
is requested.  The Contracting Officer and the Contractor shall agree on a date for
the presentation.  The Contractor shall provide the DOE with an agenda together
with the necessary reference materials for the review at least 10 workdays prior to
the review.  At the completion of the review, a report, documenting agreements and
commitments resulting from the review, shall be prepared and signed by both the
Contractor and the DOE TM.

(2)   **Expanding Aqueous Polishing Capabilities Trade Study**

Contract No. DE-AC02-99CH10888
Section J, Attachment 1
Modification A124

(a)    The contractor shall perform a trade study to address the potential modifications to the Aqueous Polishing (AP) Plant to accept broader categories of potential feed materials than identified in Table H-1 of the contract.  The trade study shall include:

        i.    assessment of the technical viability of the MOX FFF AP to be modified to address the range of materials specified;

        ii.    identification of the modifications to the plant that would be required to accept such feed materials;

        iii.    the cost and schedule impacts on the design and licensing of the MOX FFF resulting from acceptance of such feed materials;

        iv.    the overall life cycle cost and schedule impacts of accepting such feed materials; and identification of institutional issues (e.g., licensing, contractual, regulatory, legal) that might impede implementation of three scenarios (weapons grade oxides, non-pit weapons grade metals, pit weapons grade metals).

(b)    Upon completion of the trade study, the contractor shall conduct a briefing to the DOE/NNSA senior managers that summarizes the results of the trade study and schedule and attend a meeting with the technical staff from WSRC to obtain further information on the materials to be studied.

**(3)    Incorporation of Alternate Feedstock Capabilities**

The Contractor shall modify the design of the Aqueous Polishing portion of the MFFF to incorporate Alternate Feedstock (AFS) capabilities.  The activities that the Contractor shall perform to modify the design include, but are not limited to, the following:

(a)    Change the design basis to include the enhanced aqueous polishing process to accommodate alternate feedstock materials;

(b)    Modify the design documentation to reflect the enhanced aqueous polishing process;

(c)    Modify the building footprint and layouts for the enhanced aqueous polishing process; and

(d)    Begin designing new equipment and modify existing equipment as necessary to process alternate feedstock materials.

**(4)    Advanced Preliminary Design**

The Contractor shall ensure the development and preparation of a MOX Fuel Fabrication Facility Advanced Preliminary Design.  The objectives of the Advanced Preliminary Design are to update the engineering bases and design criteria for a project design that:  satisfies functional requirements, operating needs, and statutory and regulatory requirements; validates project feasibility and technical performance levels; identifies and quantifies any project risks; develops a reliable life cycle cost estimate; and develops a realistic performance schedule.  The Advanced Preliminary Design elements required to be developed include, but are not limited to, the following:

(a)    General project criteria and design parameters including applicable codes and standards.

Contract No. DE-AC02-99CH10888
Section J, Attachment 1
Modification A124

(b)     Quality assurance requirements necessary to satisfy program, project and
        regulatory objectives.
(c)     Environmental requirements including protections against potential
        environmental damage and methods for mitigating environmental hazards.
        Types and materials of construction, basic facility drawings, and outline
        construction specifications.
(d)     Space allowances and general layouts for various functions.
(e)     Significant features and components.
(f)     Facility siting and utility services requirements.
(g)     Site development and DOE Host Site integration requirements.
(h)     Reserved
(i)     Energy conservation initiatives and associated design/construction
        features.
(j)     Applicable safety and health requirements.
(k)     Applicable safeguards requirements.
(l)     Applicable security requirements.
(m)     Barrier-free design/construction features for facility accessibility by the
        handicapped.
(n)     Estimated life-cycle costs, projected cash flows by Government fiscal year,
        performance schedules for design, procurement and construction and
        methods of construction performance.
(o)     Identification of and approach for elimination or mitigation of uncertainties.
(p)     Acquisition strategy for the project.
(q)     Contingency requirements and analyses.
(r)     Deactivation requirements and associated waste disposal requirements.
(s)     Energy consumption and type(s) of energy supply.
(t)     Process flow diagrams.

The Contractor shall conduct a design review at 85 percent completion of the
Advanced Preliminary Design. This review shall include, but is not limited to,
constructability, operability, cost, maintainability, regulatory compliance, vulnerability
assessment, compliance with the functional requirements in the above design
elements, and other critical information. At a minimum, the design review shall be
attended by representatives of those organizations responsible for the design,
facility operations and project management functions, the DOE TM, and the DOE
Contracting Officer or designee.

The Contractor shall notify DOE 30 days prior to the date for the design review. This
notification shall include an agenda together with necessary reference materials for
the design review. After the design review, a comprehensive report, documenting
agreements and commitments resulting from the design review, shall be prepared
and submitted to DOE for approval.

The Contractor shall submit the completed Advanced Preliminary Design for DOE
approval. Upon DOE approval of the Advanced Preliminary Design, the Advanced
Preliminary Design shall be placed under configuration management in accordance
with the Contractor's DOE approved Project Management and Control System
(PMCS).

c.  **Facility Final Preliminary Design**

Based upon the DOE approved Advanced Preliminary Design, the Contractor shall
ensure the development and preparation of a MOX Fuel Fabrication Facility Final
Preliminary Design (Preliminary Design). Subject to DOE approval, the Final Preliminary
Design may be segmented into Final Preliminary Design Packages in order to facilitate

Contract No. DE-AC02-99CH10888
Section J, Attachment 1
Modification A124

continuity between design phases. The contractor shall incorporate site-specific information into the Final Preliminary Design upon issuance of the Record of Decision for the Surplus Plutonium Disposition Environmental Impact Statement.

The Final Preliminary Design shall include, but is not limited to:  conduct of preliminary tradeoff studies, including an evaluation of alternative design approaches; finalization of the project design criteria and establishment of quality levels for systems and components in greater detail; expansion of Advanced Preliminary Design drawings in greater detail and development of additional drawings, or development of new drawings based on new design concepts; development of outline specifications for construction and specifications for equipment procurement; additional analyses of health, safety, and environmental protection; development of preliminary estimates of construction labor, equipment, and material quantities and identification of long-lead time procurement items and potential labor or material supply problems; development of more accurate project cost estimates, time schedules for project performance, identification of the project's critical path; methods of construction performance; further evaluation and selection of energy conservation measures and energy sources of supply/providers including cost/benefit analyses to determine use of site infrastructure; and incorporation of any NRC comments received which affect the Final Preliminary Design.  The completion of the Final Preliminary Design is considered to be the 40-50 percent completion point of the total design effort.  The Contractor shall submit the Final Preliminary Design Packages to DOE for approval.

The Contractor shall conduct design reviews at 30 percent and 85 percent of completion of each Final Preliminary Design package.  These reviews shall include, but not be limited to, constructability, operability, maintainability, regulatory compliance, vulnerability assessment, compliance with the functional requirements document, and other critical information.  At a minimum, the design reviews shall be attended by representatives of those organizations responsible for the design, construction management, facility operations and project management functions, DOE and/or contractor representatives of the DOE Host Site, the DOE TM and the DOE Contracting Officer or designee.  The Contractor shall notify DOE 30 days prior to the date of each design review required above.  This notification shall include an agenda together with necessary reference materials required for the design review.  After each design review, a comprehensive report documenting agreements and commitments resulting from the design review, shall be prepared and submitted to DOE for approval.

The Contractor shall submit completed Final Preliminary Design Packages for DOE approval.

d.  **Facility Final Design**

The Contractor shall complete the effort in this section in accordance with CONTRACTOR Baseline Change Proposal 05-008, dated June 15, 2006, and as revised on July 19, 2006.  Based upon the DOE approval of Final Preliminary Design Packages and any NRC comments received on the license application which impact the design, the Contractor shall ensure the preparation of a MOX Fuel Fabrication Facility Final Design (Final Design).  If the Final Preliminary Design was segmented into packages, Final Design may be initiated upon DOE approval of the corresponding Preliminary Design Package. The Final Design shall include, but is not limited to:  restudy and redesign work resulting from changes as may be required from the Final Preliminary Design; design modifications for laboratory and associated equipment to allow receipt and analysis of PDCF plutonium samples; development of final (working) drawings and specifications for procurement and construction; estimates of construction labor, equipment, and material quantities; development of detailed estimates of the cost of construction, procurement and construction schedules, methods of performance, and identification of work packages; preparation of health, safety, and environmental analyses; identification of test

plans; permitting requirements; preparation of a procurement plan; and determination of utility service requirements in coordination with the DOE Host Site operating contractor or the utility supply companies.   The contractor shall perform activities as described in SHAW AREVA MOX SERVICES Baseline Change Proposal 06-009, ANSYS Model, dated August 15, 2004.  The work shall include:

- ANSYS Model update;
- Concrete Slab and Wall design;
- ANSYS Support to Concrete Design;
- Design Support

The Contractor shall conduct design reviews at 30 and 85 percent completion of each of the Final Design Packages.  The reviews shall include but not be limited to constructability, operability, maintainability, environmental compliance, regulatory compliance, vulnerability assessment, compliance with the functional requirements and other critical information. At a minimum, the design reviews shall be attended by representatives of those organizations responsible for the design, construction management, facility operations and project management functions, DOE and/or contractor representatives of the DOE Host Site, the DOE TM and the DOE Contracting Officer or designee.

The Contractor shall notify DOE 30 days prior to the date of the design reviews required above.  This notification shall include an agenda together with necessary reference materials required for the design review.  After the design reviews, a comprehensive report, documenting agreements and commitments resulting from the design reviews, shall be prepared and submitted to DOE.

The Contractor shall submit completed Final Design Packages for DOE approval.

The Contractor will revise as necessary the estimate-to-complete for the project to address design and/or schedule changes that have been identified by DOE/NNSA, and in particular as related to the MOX process and aqueous polishing as described in CONTRACTOR Baseline Change Proposal number 01-027 dated 8 August 2001 and revised 29 August 2001.

e. **Equipment Group**

(1) Manufacturing Design Group/Software Design Group (MDG/SDG)

The contractor shall complete the efforts described in CONTRACTOR Baseline Change Proposal 01-028 dated September 21, 2001 and revised February 19, 2002 and summarized as follows:

(a) assemble a MDG core staff of managers, supervisors, and lead engineers to prepare the MDG proposal the MDG planning and control documents;

(b) assemble a SDG core staff of managers, supervisors and lead software engineers to prepare the groups planning and control documents;

(c) develop a detailed schedule of activities and deliverables;

(d) prepare plans and procedures for executing the work;

(e) conduct training of project procedures and engineering guidelines (including engineering directives);

(f) develop design methods;

(g) perform limited dry runs for validation of this planning on elements of two process units: the Ball Milling and the Jar Storage and Handling process units;

(h) commence translation of existing software coding standards; and

    (i)    prepare contract documents to solicit services of a US control system integration firm to assist in the software development.

(2)    **MDG/SDG Execution**

The contractor shall complete the efforts described in CONTRACTOR Baseline Change Proposal numbers 02-010 dated December 17, 2001 and revised January 25, 2002; 03-001 dated December 18, 2002; and 02-022 Revision 2 dated April 7, 2003 and updated May 15, 2003, February 18, 2004, and September 10, 2004; and 05-006, dated July 7, 2006 and summarized as follows:

    (a)    The MDG and the SDG shall provide a single point of accountability for execution of design for the MOX and Aqueous Polishing process units and the development of the automation software for the plant.

    (b)    The contractor shall create the design for all process units. The design shall be based on the CCT (French acronym for "design specification") design package and the required effort includes but is not limited to the following:
        i.    Develop the methodology and organization necessary to perform the planned design and software scope successfully;
        ii.    Acquire reference drawings and documents from MELOX and La Hague and the CCT design package issued by the Equipment Design Group (EDG)
        iii.    Implement the design and technical requirements provided in the process units CCT design package and perform manufacturing design for each process unit taking into account:
            1.    "Americanization", component selection, critical component requirements, component standardization, and Basic Ordering Agreements;
            2.    design integration of Lessons Learned and implementation of new designs;
            3.    perform sizing and calculations to qualify the design ;
            4.    develop consistent technical packages required to procure each process unit, including all manufacturing documents required for build-to-print gloveboxes
        iv.   provide interface support with other design groups;
        v.    maintain the process units design file up-to-date throughout fabrication and testing

    (c)    The contractor is responsible for the development of the process and utility control software for the MFFF, including all facility systems such as HVAC, electricity, fluids, gasses, etc. The contractor shall prepare software and documentation for:
        i.    manufacturing management information system;
        ii.    process and utility programmable logic controllers;
        iii.    human-system interface (monitors);
        iv.   process personal computers;
        v.    laboratory information management system;
        vi.    simulation and testing

(3)    **MDG/SDG Procurement Engineering Support**

The contractor shall complete the efforts described in CONTRACTOR Baseline Change Proposal numbers 02-015 dated February 19, 2002; 03-001 dated December 18, 2002; 02-022 Revision 2 dated April 7, 2003 and updated May 15, 2003, February 18, 2004, and September 10, 2004 and summarized as follows.

Contract No. DE-AC02-99CH10888
Section J, Attachment 1
Modification A124

The contractor shall perform design support activities to support the planned work of the MDG and SDG.  The work will include:

(4)  Software Analysis and Coding Standards Translation

The contractor shall translate existing MELOX and La Hague software documentation and code from French to English in accordance with applicable MOX project procedures.  The work shall focus on the translation of functional analysis and organic analysis for all Type I and II functional units and applicable coding standards.

(5)  Equipment Group Milestones

The Contractor shall complete the effort described in subparagraphs (1) through (4) above in accordance with the following milestones:

(a)  MDG Unit Design Specification Complete (MDG 1)
(b)  MDG Input to SDG Complete (MDG 2)
(c)  MDG Final Unit Design Complete (MDG 3)
(d)  PEG Unit Specification Complete (PEG 1)
(e)  SDG Unit Functional Analysis Complete (SDG 1)
(f)  SDG Organic Analysis Complete (SDG 2)
(g)  SDG Unit Coding Complete (SDG 3)
(h)  SDG Unit Acceptance Test Complete (SDG 4)

f.  **Deliverables**

(1)  The Contractor shall submit for DOE approval a completed **Advanced Preliminary Design** no later than 10 months after contract award.  DOE will require 60 days to review the document and provide comments.  The Contractor shall have 30 days to accept the comments and incorporate them or to hold a comment resolution meeting with DOE to resolve any differences.  DOE will provide its final position within 5 days after the comment resolution meeting.

(2)  The Contractor shall submit for DOE approval all completed **Final Preliminary Design Packages** with the last design package submitted no later than 18 months after contract award. DOE will require 60 days to review each design package and provide comments.  The Contractor shall have 30 days to accept the comments and incorporate them or to hold a comment resolution meeting with DOE to resolve any differences. DOE will provide its final position within 5 days after the comment resolution meeting.

(3)  The Contractor shall submit for DOE approval all completed **Final Design Packages** in accordance with the Integrated Project Schedule referenced in CONTRACTOR Baseline Proposal 05-008, dated June 15, 2006, and as revised on July 19, 2006.  DOE will require 60 days to review each design package and provide comments.  The Contractor shall have 30 days to accept the comments and incorporate them or to hold a comment resolution meeting with the DOE to resolve any differences.  DOE will provide its final position within 5 days after the comment resolution meeting.

(4)  The contractor shall submit for DOE approval a **Mixed Oxide Fuel Project MDG/SDG Implementation Plan and Baseline Change Proposal** by December 21, 2001. DOE will require 60 days to review the plan and proposal and provide comments.  The Contractor shall have 30 days to accept the comments and

incorporate them or to hold a comment resolution meeting with the DOE to resolve any differences. DOE will provide its final position within 5 days after the comment resolution meeting.

(5)     The contractor shall submit for DOE approval a completed **MOX Fuel Fabrication Facility Trade Study Report on Expanding Aqueous Polishing Capabilities** by November 9, 2001. DOE will require 60 days to review the document and provide comments. The Contractor shall have 30 days to accept the comments and incorporate them or to hold a comment resolution meeting with DOE to resolve any differences. DOE will provide its final position within 5 days after the comment resolution meeting.

(6)     The contractor shall submit for DOE approval a completed **MOX Fuel Fabrication Facility Design Modification to Accommodate Alternate Feedstock Materials Status Report** by March 11, 2002. DOE will require 60 days to review the document and provide comments. The Contractor shall have 30 days to accept the comments and incorporate them or to hold a comment resolution meeting with DOE to resolve any differences. DOE will provide its final position within 5 days after the comment resolution meeting.

2.   **MOX Fuel Fabrication Facility Long Lead Time Procurement Plan**

   a.   The Contractor shall ensure the development and provision of a MOX Fuel Fabrication Facility Long Lead Time Procurement Plan based on the results of the Preliminary Design. This plan should identify long lead time items and address issues such as schedule, like substitutions, and the consequences of potential shortages or delays in receiving items in a timely fashion.

   b.   **Deliverable:**

   The Contractor shall submit for DOE approval the **MOX Fuel Fabrication Facility Long Lead Time Procurement Plan** as early as possible, but no later than concurrent with the final 85 percent Preliminary Design review package. DOE will require 60 days to review the document and provide comments. The Contractor shall have 30 days to accept the comments and incorporate them or to hold a comment resolution meeting with DOE to resolve any differences. DOE will provide its final position within 5 days after the comment resolution meeting.

3.   **Development of a Proposed Work Task Agreement (WTA) Between the Contractor and the DOE Host Site Contractor for Support of the MOX Fuel Fabrication Facility.**

   a.   The Contractor shall ensure that a proposed WTA for the base contract support required for the design of the MOX Fuel Fabrication Facility is developed with the DOE specified Host Site Contractor at the DOE Host Site named in the SPD EIS ROD. The proposed WTA will identify all support required to develop the Advanced Conceptual, Preliminary and Final Designs of the MOX Fuel Fabrication Facility including, but not limited to, the scope of design modifications necessary to satisfy infrastructure functional requirements to be provided by the DOE Host Site Contractor. The WTA will include the estimated cost and schedule for the required design effort by the DOE Host Site Contractor.

   b.   The WTA shall be updated to specify the estimated cost and schedule for the required modifications of the DOE Host Site infrastructure prior to completion of the Final Design. The role and responsibilities for performing those modifications shall also be identified.

   c.   The Contractor shall ensure that the DOE Host Site Contractor's designs meet the infrastructure functional requirements identified in the WTA as part of the MOX Fuel Fabrication Facility design.

Contract No. DE-AC02-99CH10888
Section J, Attachment 1
Modification A124

    d.   The WTA shall define the roles and responsibilities for both the Contractor and the DOE Host Site Contractor in preparing permitting applications and obtaining required permits.

    e.   The proposed WTA shall be submitted to the Contracting Officer for approval.  (The Contracting Officer and the DOE Contracting Officer for the DOE Host Site will approve the WTA for the work.)  The WTA shall be updated as required to address additional support to be provided by the DOE Host Site Contractor.

    f.   **Deliverable**

       (1)   The Contractor shall submit the DOE a proposed <u>**Work Task Agreement**</u> within 6 months after the SPD EIS ROD.  DOE will require 60 days to review the document and provide comments.  The Contractor shall have 30 days to accept the comments and incorporate them or hold a comment resolution meeting with DOE to resolve any differences.  DOE will provide its final position within 5 days after the comment resolution meeting.  DOE approval of this agreement is required.

       (2)   The Contractor shall submit to DOE a proposed updated <u>**Work Task Agreement**</u> prior to the completion of the Final design.  DOE will require 60 days to review the document and provide comments.  The Contractor shall have 30 days to accept the comments and incorporate them or hold a comment resolution meeting with DOE to resolve any differences.  DOE will provide its final position within 5 days after the comment resolution meeting.  DOE approval of this agreement is required.

### 4.  Site Development Infrastructure Improvements

    a.   The contractor will be responsible for the design and implementation of certain Savannah River Site (SRS) development and infrastructure improvements to support of the MFFF project as described in these subparagraphs and in the contractor's Baseline Change Proposal Number 02-005 dated 5 December 2001 and revised 3 June 2002 and 26 September 2002.  The initial focus of the work is on the design and will concentrate on the following work activities:

       (1)   Civil/structural, to include the concrete batch plant analysis relative to having the batch plant support the MOX, WSB, and PDCF construction activities, engineering and drawings for site grading, road upgrades, remediation of monitoring wells, storm water detention basins, tree harvesting, and structural modifications to the Reagents Process Building for steam boiler and de-mineralized water equipment, piping and structures;

       (2)   Mechanical, to include engineering for the steam system within the site boundary, various water systems (fire, service, de-ionized, and domestic), sanitary sewer, and low-level & high-activity waste transfer lines;

       (3)   Electrical, to include design and plans for temporary and permanent electrical power, location of tie points for the electrical system for the concrete batch plant, and steam supply system support;

       (4)   Data/telecommunications, to include temporary data/telecommunications services and design of permanent systems, temporary MOX site safety alarm, and a permanent safety alarm system; and

       (5)   Environment, safety-&-health tasks and scope of work, to include new requirements for oversight, environmental permitting and design support, and preparation of the environmental report.

    b.   The contractor shall submit documentation of completion of the following activities by the specified dates:

       (1)   Issuance of well protection plan – 04/24/03

NNSA 3-094

    (2)    Design of the underground utilities – 05/09/03
    (3)    Design of rough grading – 06/09/03
    (4)    Notification of tree removal to the forest service – 10/03/03
    (5)    Issuance of final piping and restraints design package – 07/14/03
    (6)    Issuance of mechanical waste transfer lines design package – 09/25/03

## 5. Regulatory Management

a. The contractor shall ensure that a license application and Environmental Report for the operation of the MOX Fuel Fabrication Facility is prepared and submitted to the NRC in accordance with CONTRACTOR Baseline Change Proposal (BCP) 00-009, dated 20 December 1999 and subsequent revisions dated 24 January 2000 and 14 February 2000. The Contractor shall address the NRC requests for additional information (RAIs). Based on comments and resolution of RAIs, the Contractor shall submit a revised Environmental Report as described in CONTRACTOR Baseline Change Proposal number 01-027 dated 8 August 2001 and revised 29 August 2001.

b. The Contractor shall ensure that a Regulatory Management Plan is developed which describes the strategy for obtaining a NRC license and all required permits for the MOX Fuel Fabrication Facility and addresses issues such as facility safety and integrated safety management.[1] The Regulatory Management Plan shall address all the requirements of applicable Federal, State, and local requirements, including *OSHA* and NRC rules. The Regulatory Management Plan shall identify proposed safety standards, describe why those safety standards were chosen, describe the implementation process for the proposed safety standards, demonstrate the administrative and management processes and infrastructure that support implementation of the proposed safety standards, and the approach to management of the regulatory process.. This plan should be consistent with *OHSA and NRC requirements*, and fully support the NRC licensing process for the MOX Fuel Fabrication Facility.

c. The Contractor shall ensure that a schedule of regulatory actions is prepared which identifies major milestones and all critical actions which are necessary to assure that all licenses and permits have been obtained prior to the date required to support the construction and operation of the MOX Fuel Fabrication Facility. Copies of all license and permit application documents shall be furnished to DOE for information prior to submittal to regulatory agencies in order to afford DOE a reasonable opportunity for review and if necessary, to direct revision consistent with the contractor's responsibilities as an NRC applicant or licensee.

d. The contractor shall provide sufficient resources to address the needs of the License Application, integrated safety analysis, and other external requests as described in CONTRACTOR Baseline Change Proposal number 01-027 dated 8 August 2001 and revised 29 August 2001.

e. **Deliverables**

    (1)    The Contractor shall submit for DOE approval a **Regulatory Management Plan** for the MOX Fuel Fabrication Facility no later than 6 months after contract award and an updated Regulatory Management Plan 90 days after the date of issuance of the SPDEIS ROD. The Regulatory Management Plan shall be updated annually thereafter. DOE will require 60 days to review the document and provide comments. The Contractor shall have 30 days to accept the comments and incorporate them or to hold a comment resolution meeting with DOE to resolve any differences. DOE will provide its final position within 5 days after the comment resolution meeting. Annual updates of the Plan will be provided to

---

[1] Inasmuch as 10 CFR Part 70 is being revised, the Contractor may find it useful to consider the Standards that support DOE Order 420.1, Facility Safety, in addition to the relevant Nuclear Regulatory Standards in developing an appropriate set of safety standards.

Contract No. DE-AC02-99CH10888
Section J, Attachment 1
Modification A124

b. Designs are configured to enable efficient construction;
c. Design elements are standardized.
d. Construction efficiency is considered in specification development.
e. Module/preassembly designs are prepared to facilitate fabrication, transport, and installation.
f. Designs promote construction accessibility of personnel, material, and equipment.

9. **Construction Market Analysis and Stimulation of Bidder Interest**

a. The Contractor shall continuously monitor conditions in the construction and equipment markets to identify factors which may affect the cost or time schedule for completing the project. The Contractor shall perform analyses to: determine the availability of labor, material, equipment, potential bidders, and the cost or schedule impact of any shortages or surpluses in these areas. The Contractor shall report its findings and make recommendations as may be appropriate with respect to: long lead time procurement; separation of construction into bid packages; sequencing of work; use of alternative materials, equipment or methods; other economies in design or construction; and any other matter that will promote cost savings and completion within the time specified in the contract.

b. The Contractor shall submit a Construction Market Analysis and Prospective Bidders Report to DOE with completion of Preliminary Design setting forth its plan for the accomplishment of the construction. The Contractor shall submit an updated report semi-annually thereafter until award of the last construction subcontract.

c. The Contractor shall carry out an active program of stimulating the interest of qualified construction contractors and equipment suppliers to encourage bidding on the work.

d. **Deliverable**

The Contractor shall submit the **Construction Market Analysis and Prospective Bidders Report** to DOE with the Preliminary Design and semi-annually thereafter. This submittal is for DOE information only.

10. **Deactivation Plan**

a. The Contractor shall ensure that an initial Deactivation Plan is prepared for the MOX Fuel Fabrication Facility. The plan shall outline the deactivation process and demonstrate how the proposed methods to be used will minimize radiation exposure to workers. The plan shall also emphasize the facility design features and operational practices which will minimize waste generated and the deactivation cost. The Deactivation Plan shall also indicate how the deactivation activities will comply with the requirements of 10 CFR Part 70, Domestic Licensing of Special Nuclear Material, and 10 CFR Part 20, Standards for Protection Against Radiation.

b. The Deactivation Plan shall describe the actions necessary to provide for the following conditions to prevail at the completion of the Deactivation Plan of the MOX Fuel Fabrication Facility:

(1) All loose surface contamination removed;
(2) The facility being accessible without protective clothing;
(3) All glove boxes and associated ventilation systems sealed in accordance with applicable standards to enable removal from the facility;
(4) All systems depressurized and/or disabled, as applicable, except as required to enable accessibility as stated in (2) above;
(5) All remaining unused plutonium and uranium feed materials packaged in appropriate containers and provided to DOE for disposition. All nuclear waste products packaged as required in Option 2 of the contract and provided to DOE for disposition; and

NNSA 3-097

    (6)    All processing chemical substances removed and disposed of in accordance with applicable regulations.

    **c.  Deliverable**

    The Contractor shall submit a <u>**Deactivation Plan**</u> no later than the completion of Final Design. DOE will review the plan and provide comments within 60 days. The Contractor shall have 30 days to accept the comments and incorporate them or to hold a comment resolution meeting with the DOE to resolve any differences. DOE will provide its final position within 5 days after the comment resolution meeting. DOE approval of this plan is required.

## 11. MOX Fuel Safeguards Plan

    **a.**  The Contractor shall ensure that a MOX Fuel Safeguards Plan is prepared which describes implementation of applicable NRC safeguards requirements for the MOX Fuel Fabrication Facility which are to be in effect for a NRC licensed operation. The plan shall describe the implementation of applicable NRC safeguards requirements, including applicable IAEA Standards.

    **b.  Deliverable**

    The Contractor shall submit the <u>**MOX Fuel Safeguards Plan**</u> within 13 months after contract award to DOE for information.

## 12. MOX Fuel Security Plan

    **a.**  The Contractor shall ensure that a MOX Fuel Security Plan is prepared incorporating the DOE requirements identified in Section J, List Applicable DOE Directives.

    **b.  Deliverable**

    The Contractor shall submit for DOE approval the <u>**MOX Fuel Security Plan**</u> within 6 months after DOE approval of the MOX Fuel Fabrication Facility Final Design. DOE will require 60 days to review the document and provide comments. The Contractor shall have 30 days to accept the comments and incorporate them or to hold a comment resolution meeting with the DOE to resolve any differences. DOE will provide its final position within 5 days after the comment resolution meeting.

## 13. Depleted Uranium Oxide (DUO$_2$) Integration

    **a.**  The Contractor shall complete the efforts described in CONTRACTOR Baseline Change Proposal number 05-010 entitled Depleted Uranium Oxide Supply, dated November 16, 2005 to include developing a project management plan (scope, schedule, and cost) to obtain a qualified DUO$_2$ supply for the MOX Fuel Fabrication Facility. The project management plan will consider utilizing optimum Depleted Uranium Hexafluoride (DUF$_6$) from U. S. Stockpiles and evaluate alternative options and sub-options for the work scope.

    **b.  <u>Deliverable</u>**

    The Contractor shall submit for approval a <u>**Depleted Uranium Oxide Supply Project Management Plan**</u> by March 31, 2006. DOE will require 90 days to review the plan and provide comments. The Contractor shall have 30 days to accept the comments and incorporate them or to hold a comment resolution meeting with the DOE to resolve any differences. DOE will provide its final position within 5 days after the comment resolution meeting.

## 14. Polished Plutonium Supply Support

a.  The Contractor shall support Los Alamos National Laboratory (LANL) in upgrading and optimizing its polished plutonium line for providing Pu $O_2$ material in accordance with MOX program specifications and requirements. As needed, this support includes providing LANL with technical expertise and material and equipment.

b.  The Contractor shall support LANL in developing and implementing a Quality Assurance (QA) program for the $PuO_2$ polishing activities that meets the CONTRACTOR requirements as an approved supplier of $PuO_2$ for the MOX program.   This support shall include providing the required follow-on QA audits.

c.  **Deliverable**

The Contractor shall submit to DOE  the following: 1) An interim report, by December, 2006 that summarizes the support provided to LANL (technical expertise and equipment/ supplies), status of LANLs optimization of its Pu polishing process and QA program in meeting MOX requirements, and amount of material expected to be polished in CY 07; and 2) Final report by November, 2007 that updates the information provided in the interim report on the support provided, status of LANL Pu O2 polishing and QA  program provides summary of effort needed for CY 2008-2012 to meet the goal of providing 330KG of MOX material.

## B.  Fuel Qualification

The Contractor shall ensure the development and implementation of a comprehensive fuel qualification plan for the initial qualification of MOX fuel for use in the mission CLWRs. The ultimate result of this activity will be approval of fuel designs to support the plutonium disposition mission.  It is recognized that fuel qualification activities performed under the base contract may extend in time so that it coincides with work being performed under other options of this contract. All work performed by the DOE Host Site contractor shall be provided to the Contractor as Government Furnished Services (GFS).  Fabrication of MOX test/demonstration fuels at facilities other than the MOX Fuel Fabrication Facility shall cease upon acceptance by DOE of the Contractor's Certification of Completion of the MOX Fuel Fabrication Process Qualification Plan.

### 1.  Requirements

The following requirements apply to the qualification of MOX fuel:

a.  Perform fuel qualification activities in accordance with 10 CFR Part 50, Appendix B, Quality Assurance Criteria for Nuclear Power Plants and Fuel Reprocessing Plants.

b.  Complete activities to support the first core load of MOX fuel in a CLWR in or before 2011.

c.  Demonstrate adequacy of fuel design for projected burnups which shall not be less than 20,000 MWd/MTHM on an assembly basis.

d.  Provide all hardware, component parts, and, if the Contractor elects, natural or depleted uranium to fabricate the MOX test/demonstration fuel.

e.  Store, pending disposal or destructive post-irradiation examination, the irradiated test/demonstration fuel in accordance with NRC requirements.

f.  Implement fuel qualification for a maximum of two fuel types.  A "fuel type" is defined as a collection of fuel designs which can be qualified via common qualification actions.

g.  Utilize DOE provided plutonium only.

h.  The contractor shall also complete re-planning efforts as described in CONTRACTOR Baseline Change Proposal number 02-019 dated December 20, 2002 and revised

February 14, 2003 including Fuel Qualification Plan revision, Fuel Rod Design and Analysis update, Fuel Compatibility Analyses, RLOCA Evaluation Models and licensing process efforts.

2. **Fuel Qualification Plan**

   a. The Contractor shall ensure that the Fuel Qualification Plan submitted in response to the Request for Proposals is updated and expanded to include, but is not limited to:  the requirements listed above; identification of infrastructure functional requirements necessary to support the fabrication of MOX test/demonstration fuel; identification of plutonium feed material requirements necessary to support fuel qualification; feed materials characterization; non-irradiation testing; use of European and domestic data for fuel design; core physics calculations; required thermal-mechanical analyses; NRC licensing interactions; quality assurance requirements; and a MOX test/demonstration fuel irradiation plan.  The Fuel Qualification Plan shall be submitted to DOE for approval.

   b. **Deliverable**

   The Contractor shall submit the updated **Fuel Qualification Plan** no later than 6 months after contract award for DOE approval.  DOE will require 60 days to review the document and provide comments.  The Contractor shall have 30 days to accept the comments and incorporate them or to hold a comment resolution meeting with DOE to resolve any differences.  DOE will provide its final position within 5 days after the comment resolution meeting.  Once approved by DOE, the Contractor shall submit the plan to NRC for review and comment.  The Contractor shall elicit a formal acknowledgment of the plan's adequacy to support licensing the use of MOX fuel in mission reactors from the NRC.  If changes to the Fuel Qualification Plan are required as a result of NRC comments, DOE approval of those changes is required.

3. **Recommendation for a DOE Host Site for Fabrication of MOX Test/Demonstration Fuel**

   a. The Contractor may recommend the use of one or more of the DOE Host Site facilities identified in report ORNL/TM-13573 "Characterization of Candidate DOE Sites for Fabricating MOX Fuel for Lead Assemblies".  If the Contractor makes such a recommendation, it shall be made on the basis of the DOE Host Site facility(s) ability to provide the Contractor optimum technical capabilities to accomplish the objectives of the Fuel Qualification Plan.  The recommendation shall be accompanied by a DOE Host Site Facility(s) Recommendation Report which includes the identification of the recommended facility(s) and the Contractor's technical evaluation supporting the recommendation.

   b. **Deliverable**

   The Contractor shall submit a **DOE Host Site Facility(s) Recommendation Report** no later than 30 days after contract award.  This recommendation report along with environmental and other information will be considered by the Department in identifying the DOE Host Site Facility(s).  DOE's Host Site Facility will be identified in the SPD EIS ROD.

4. **Development of a Proposed Work Task Agreement (WTA) for the Fabrication of MOX Test/Demonstration Fuel at a DOE Host Site**

   a. The Contractor shall negotiate with the selected DOE Host Site contractor to develop a proposed WTA for the fabrication of MOX test/demonstration fuel.  The proposed WTA will identify the scope of modifications necessary to satisfy the infrastructure functional requirements of the DOE approved Fuel Qualification Plan, the scope of DOE Host Site contractor operations required to support the Fuel Qualification Plan, and the cost and schedule for both the required modifications and operations.  The proposed WTA shall be

Contract No. DE-AC02-99CH10888
Section J, Attachment 1
Modification A124

submitted to the Contracting Officer for approval. (The Contracting Officer and the DOE Contracting Officer for the DOE Host Site will approve the WTA for the work.)

b.  The Contractor shall ensure that the DOE Host Site contractor's designs and modifications meet the infrastructure functional requirements identified in the Fuel Qualification Plan.

c.  The Contractor shall be responsible for procuring and furnishing all specialized MOX fuel process equipment to the DOE Host Site contractor in accordance with the schedule identified in the WTA. The Contractor shall transfer accountability of such equipment to the DOE Host Site contractor upon delivery of the equipment to the DOE Host Site.

d.  The Contractor shall be responsible for providing to the DOE Host Site contractor all hardware, component parts, and natural or depleted uranium necessary to fabricate the MOX test/demonstration fuel in accordance with the schedule identified in the WTA.

e.  The Contractor shall support the DOE Host Site Contractor in preparing permitting applications and obtaining required permits.

f.  The Contractor shall provide technical direction to the DOE Host Site contractor for the fabrication of the MOX test/demonstration fuel.

g.  **Deliverable**:

The Contractor shall submit to DOE the **proposed Work Task Agreement** within 60 days after the SPD EIS ROD. DOE will require 60 days to review the document and provide comments. The Contractor shall have 30 days to accept the comments and incorporate them or hold a comment resolution meeting with DOE to resolve any differences. DOE will provide its final position within 5 days after the comment resolution meeting. DOE approval of this agreement is required.

5.  **Implementation of Fuel Qualification Plan**

a.  The Contractor shall ensure the implementation of the DOE approved Fuel Qualification Plan consistent with the DOE approved Work Task Agreement between the Contractor and the DOE Host Site contractor. Upon completion of the Fuel Qualification Plan, the Contractor shall provide a certification of completion to DOE.

b.  **Deliverable**

No later than thirty (30) days after completion of the Fuel Qualification Plan, the Contractor is required to submit to DOE the **Certification of Successful Completion of the Fuel Qualification Plan**.

6.  **Fuel Qualification Long Lead Time Procurement Plan**

a.  If test/demonstration fuels are required, the Contractor shall develop and provide a Fuel Qualification Long Lead Time Procurement Plan. This Plan shall address issues such as schedule, like substitutions, and the consequences of potential shortages or delays in receiving items in a timely fashion. Upon DOE approval, the Contractor shall initiate the Fuel Qualification Long Lead Time Procurement Plan.

b.  **Deliverable**

The Contractor shall submit the **Fuel Qualification Long Lead Time Procurement Plan** no later 60 days after the issuance of the SPDEIS ROD. DOE will require a minimum of 60 days to review the document and provide comments. DOE approval of this plan is required.

7.  **Fresh MOX Fuel Assembly and Pins Shipping Package**

Contract No. DE-AC02-99CH10888
Section J, Attachment 1
Modification A124

The Contractor shall provide a certified package in accordance with paragraph J.II.D.3.b. for the shipment of fresh MOX fuel assemblies or pins from the test/demonstration fabrication facility to a reactor for irradiation services.  Certified MO-1 shipping packages are available from the Government as GFP should they meet the Contractor's requirements.  The Contractor shall notify DOE a minimum of 6 months in advance of the required need date for the MO-1 packages.  In addition, the Contractor shall notify DOE at least 6 months in advance of the required need date for the test/demonstration fuel assemblies or pins at the reactor site.

8. **Alternate Fuel Qualification Study**

   a.  The contractor shall prepare an Alternate Fuel Qualification Study (AFQS) for DOE consideration that expands the assessment of options and alternative presented in the AFQS Initial Assessment date January 31, 2000.  The Contractor has developed reference cases for Eurofab and MFFF Options.  Alternative Approaches as determined by the Contractor to these reference cases will be evaluated if elements of the reference case are perceived to have high levels of risk or the alternate approach offers practical options to consider.  In the case of the Eurofab reference, the need or viability of each of the proposed steps will also be confirmed.  Also for the Eurofab Option, assumptions for the source or properties of $PuO_2$ are not supported by commitments of supply from either France or Great Britain but are included to facilitate discussion of planning scenarios.  Further information and guidance on the source or properties of $PuO_2$ is required from DOE should this option be pursued.

   b.  For the Eurofab Option, the Contractor defined reference case will be the manufacture of four (4) Mark-BW/MOX1 fuel assemblies as described below:

   (1)  WG plutonium made available by UK in a plutonium dioxide form ($PuO_2$)
   (2)  At least part of this $WGPuO_2$ feed powder is coming from a plutonium alloy form (PuGa: GA > 1%)
   (3)  WGPuO2 is packaged and provided to the Cherbourg Harbor in a certified package
   (4)  Transportation for Cherbourg to Valduc site
   (5)  Polishing at Valduc of the $WGPuO_2$
   (6)  $UO_2$ feed material is supplied from the Cogema $TU_2$ facility
   (7)  Transportation of polished $WGPuO_2$ to Cadarache in FS 47 cask
   (8)  Fuel Fabrication is performed at Cadarache
   (9)  Assembling is performed at Cadarache
   (10)  Fuel is shipped to Cherbourg in a certified package and repackaged for sea transport
   (11)  Fuel is shipped to the U.S. to the Charleston Naval Weapons Station (SC) using commercial transport
   (12)  Fuel is removed from the shipping package
   (13)  Fuel package is loaded into the SST/SGT
   (14)  DOE transports the fuel to McGuire Unit 2
   (15)  Fuel is unloaded at McGuire

   c.  For the MFFF Option, the Contractor defined reference case will be as described below:

   (1)  8 MOX fuel assemblies per reactor are loaded starting with the fall 2007 refueling outages
   (2)  16 fresh MOX fuel assemblies are loaded in the next refueling outage
   (3)  28 the next refueling outage
   (4)  36-40 the next outage and thereafter

   d.  The Hybrid Option will not have a reference case.  This option will be explained by offering scenarios as to how a Eurofab Lead Assembly Program could potentially

NNSA 3-102

Contract No. DE-AC02-99CH10888
Section J, Attachment 1
Modification A124

supplement the MFFF Option.  This option is only applicable if the Eurofab Option is pursued but for some reason is unworkable.

e.  In addition, the AFQS will address the following requirements:

**(1)  Ability to Meet Fuel Qualification Needs**

The AFQS will describe how each option and alternative, as appropriate, addresses the objectives of a Lead Assembly Program as described in the AFQS Initial Assessment.  For the Eurofab Option, the issue of isotopic content and source of the feed material will be addressed.

**(2)  Impact on Throughput**

The AFQS will address the issues raised with the Eurofab Option and the MFFF Option in the AFQS Initial Assessment.  Specific choices for achieving the throughput discussed in the AFQS Initial Assessment will be evaluated to determine the cost to the program, associated risks to success, and technical feasibility.

**(3)  Licensing and Permitting Needs and Issues**

The AFQS will address licensing and permit needs and issues for each option and alternative.  For the Eurofab Option, the AFQS will evaluate the potential licenses, permits, and authorizations discussed in paragraph 3.3.3 of the AFQS Initial Assessment.  For the MFFF Option the impact on NRC licensing will be addressed.

**(4)  Transportation Needs and Issues**

For the Eurofab Option, the AFQS will address the modes of transportation described in the AFQS Initial Assessment including transportation described in the AFQS Initial Assessment including transportation of the WG material between countries, transportation packages, transfers, destinations, and facilities.  The AFQS will address the transportation security issues discussed in the AFQS Initial Assessment.  For the Eurofab Option, the security of feed material shipment, security is the port of entry, and transfers of security responsibility will be addressed.  For the Eurofab Option, the evaluation will include an assessment of safeguards issues, including identifying what safeguards regime(s) apply at each along the process.

**(5)  Institutional Need and Issues**

For the Eurofab Option, the AFQS will explore the issues associated with sources of feed material.  This will include transfer of ownership issues.  The interactions to support the need for government-to-government agreements will be managed by DOE.

**(6)  Assess Risks**

The AFQS will assess the risks summarized in the AFQS Initial Assessment, as appropriate, and develop associated costs and mitigation factors.  The AFQS will address the role of the public, and public participation, in the execution of this mission.  The AFQS will analyze and address any risks due to issues arising in this area.

**(7)  Schedule for Fuel Qualification**

Impacts to the overall program schedule will be assessed.  Milestone schedules will be developed for each Option.

**(8)  Lead Assembly, Fuel Qualification, and MOX Project Costs**

J.1.22

The AFQS will include cost estimates for each option discussed. At a minimum, the cost estimates will be presented at a level of detail for both recommended cases commensurate with the work package level in the current cost baseline. Costs for alternatives will be presented at a summary level.

**f.   Deliverable**

The Contractor shall submit the **Alternate Fuel Qualification Study** for DOE consideration no later than two months following DOE authorization of the work or completion of all required French government official notifications whichever comes later. DOE will require 30 days to review the document and provide comments. The Contractor shall have 7 days to accept the comments and incorporate them or to hold a comment resolution meeting with DOE to resolve any differences. DOE will provide its final position within 5 days after the comment resolution meeting.

**9.   European Fabrication of Lead Assemblies**

a.   The contractor shall begin all preliminary activities in preparation for the following efforts in accordance with CONTRACTOR Budget Change Proposal 01-001 dated November 9, 2000 and revised December 15, 2000 and September 11, 2001.

(1)   The Contractor shall provide a draft revised fuel qualification plan describing the changes necessary to the Fuel Qualification Plan to implement Eurofab, including possible NRC issues and/or concerns.

(2)   The Contractor, in close coordination with DOE, shall examine potential polishing sites.

(3)   The Contractor shall identify potential locations for assembling the lead assemblies, the equipment and labor resources to be supplied and evaluate the feasibility of equipment installation and develop procedures for assembling the fuel at those locations.

(4)   The Contractor shall gather information from BNFL, PNTL, and the Japanese Overseas Reprocessing Committee on providing shipment of the MOX assemblies, archives, and scrap to the U.S.

(5)   The Contractor shall support DOE in identifying safeguards and security issues associated with Eurofab shipments to the U.S. East Coast.

(6)   The Contractor shall review and perform analyses of the FS65 package licensing basis and Safety Analysis Report (SARP) to identify and describe the changes needed to address the new package contents. This SARP review will include those chapters that address structural, thermal, containment, shielding, criticality, and operations associated with the weapons-grade MOX fuel and fuel assembly basket. The draft SARP will be a deliverable.

(7)   The Contractor shall provide a preliminary design report of a tie-down system for the FS65 package for use with SGTs.

(8)   A review of the reactor site interfaces will be made to assure the FS65 package can be handled properly at McGuire and to identify any equipment or hardware that may be needed. The Contractor shall document the results of this review in a letter to the contracting officer.

Contract No. DE-AC02-99CH10888
Section J, Attachment 1
Modification A124

(9)     The Contractor shall develop a preliminary subcontract plan that identifies potential contract needs for the various subcontracts needed for the lead assembly fuel contract and fuel under a Eurofab option

(10)    In addition to information and data gathering, the Contractor shall assist the DOE as requested in the analysis of the information and data gathered.

(11)    **Deliverables**

    (a)   A <u>**Draft Revised Fuel Qualification Plan**</u> shall be submitted to DOE by April 18, 2001.

    (b)   A <u>**Draft Safety Analysis Report for the FS65 Package**</u> shall be submitted to DOE by April 30, 2002.

    (c)   A <u>**Preliminary Design Report on tie-down system for the FS65 package**</u> shall be submitted to DOE by April 30, 2002.

    (d)   A <u>**Letter Report: Reactor Sites' interfaces for handling the FS65 package**</u> shall be submitted to DOE by April 30, 2002.

**b. Implementation**

The Contractor shall implement the activities for Lead Assembly (LA) Program as jointly developed and agreed upon in the "Lead Assembly Acquisition Plan", CONTRACTOR Document Number CONTRACTOR-FQ-2002, Rev 2 dated January 2003 and summarized as follows:

(1)     The Contractor shall assist DOE in providing Pu Oxide powder specification acceptable for use in MOX Fuel, technical support to Los Alamos National Laboratory (LANL) on Pu Oxide Powder preparation, and assistance in validating the LANL quality assurance program is acceptable to ensure the LANL Pu Oxide material meets specification.

(2)     The Contractor shall provide 10 (ten) FS 47 packages and the required inner containers for the transport of Pu Oxide Powder.

(3)     The Contractor shall obtain all the required package certifications required to use the FS 47 package for the transport of the Pu Oxide Powder.

(4)     The Contractor shall coordinate work with DOE Office of Secure Transportation (OST) to ensure the FS 47 package can be transported in the DOE OST system.

(5)     The Contractor shall provide all interface equipment required to load, transport and unload the FS 47 packages from LANL to the final destination point.

(6)     The Contractor shall provide technical support to LANL, DOE and US Naval Staff for the transport loading and unloading of the FS 47 packages at the designated US Naval Port.

(7)     The Contractor shall arrange for the ocean transport transportation of the FS 47 Packages containing the Pu Oxide Powder by Pacific Nuclear Transport Limited (PNTL) vessel to Cherbourg, France port and then safe secure land transportation from Cherbourg, France to the designated fabrication facilities.

(8)     The Contractor shall provide the fabrication facilities to be used for the fabrication of the LAs and provide, as required, specialized equipment, material and hardware required to fabricate the Mark BW LAs.

(9)    The Contractor shall provide technical support for the LAs fabrication facilities, including training and development of dummy assemblies.

(10)   The Contractor shall obtain all the required package certifications required to use the FS 65 package for the transport of the LAs and Archive Material.

(11)   The Contractor shall arrange for the safe secure transport of the MOX rods and pellets between rod fabrication and assembly fabrication facilities.

(12)   The Contractor shall arrange for the safe secure land transport of the FS 65 packages containing the LAs and Archive Material from the French assembly fabrication facility to the Cherbourg, France port.

(13)   The Contractor shall arrange for the ocean transport transportation of the FS 65 packages containing the LAs and Archive Material from Cherbourg, France by PNTL vessel to the designated US Naval Port.

(14)   The Contractor shall provide the necessary interface equipment required at the various shipment interface points (Cherbourg, US Naval Port, Duke Power Reactor and LANL) for the loading, transporting and/or unloading of the FS 65 packages containing LAs and Archive Material.

(15)   The Contractor shall provide technical support to DOE, LANL, US Naval Staff and Duke Power Reactor site for the transportation, loading and unloading of the FS 65 packages.

(16)   The Contractor shall work with DOE OST to ensure the FS 65 package can be transported in the DOE OST system.

(17)   The Contractor shall ensure that the 4 LAs are acceptable to be inserted in the Duke Power Reactor.

(18)   The Contractor shall provide the deliverables specified below to include, but not be limited to, the following:

(a)    Ten FS 47 packages and associated inner containers
(b)    FS 47 support equipment
(c)    Six FS 65 packages
(d)    FS 65 support equipment
(e)    US and French certifications for the FS 47 package
(f)    US and French certifications for the FS 65 package
(g)    Four LAs in condition acceptable by Duke Power for inserting in the Duke Power Catawba Mission Reactor Site
(h)    Two sets of Archive Material to the designated DOE facility

(19)   The Contractor shall complete effort described above in accordance with the following milestones:

(20)   The Contractor shall ensure that an alternative port is available in France to support the shipment of the material in the FS 47 and FS 65 packages and that the alternative French port is equipped with the necessary equipment and personnel to support both shipments. Additionally the Contractor shall provide the enhanced security measures required for the French Land Transport operations to support the shipment of the material in the FS 47 and FS 65 packages proceed in a safe and secure manner and is in accordance with French Government requirements.

(21) The Contractor shall repair the FS 47 package, which was damaged by LANL during its dry run process, to its original condition.

## C. Irradiation Services

The Contractor shall ensure the development and implementation of an irradiation services program to utilize CLWR's to irradiate MOX fuel, which includes the following specific activities.

### 1. Mission Reactor and Site Facility Modification Design

#### a. Mission Reactor and Site Facility Modification Functional Requirements

The Contractor shall ensure that the Mission Reactor Licensees' designs for mission reactor and site facility modifications necessary to support irradiation of MOX fuel incorporate the following functional requirements as applicable:

(1) Must be able to facilitate IAEA inspections and monitoring and minimize access to proprietary or other sensitive information;

(2) Must be able to secure, store and handle MOX fuel in accordance with the requirements of 10 CFR Part 73, Physical Protection of Plants and Materials;

(3) Must have sufficient capacity for storage of one reload batch of MOX fuel elements for at least 90 days;

(4) Must have the capability to receive MOX fuel based on twenty-four hour notice of the planned SGT arrival time;

(5) Must have the capability to receive, protect, and unload up to three SGTs during a 24-hour period;

(6) Must have an SGT parking area within the site security perimeter for parking idle, loaded SGTs awaiting unloading and having security equivalent to that of a protected nuclear site area;

(7) Must have the capability for unloading fresh fuel transportation packages and performing receipt inspection of fuel assemblies;

(8) Must have the capability to handle fresh fuel transportation packages to prevent contamination during unloading or fuel storage operations; and

(9) Must integrate like-type reactor design modifications to minimize costs.

#### b. Mission Reactor and Site Facility Modifications

The Contractor shall ensure that the Mission Reactor Licensees:

(1) Perform and document engineering reviews of affected reactor systems and reactor site facilities to determine where modifications are necessary. The reviews shall include, but are not limited to: primary, auxiliary and secondary reactor systems; instrumentation and control systems (including nuclear instruments and reactivity control systems); site security systems; fresh fuel receipt and storage facilities; spent fuel storage facilities; and SGT ingress and egress.

(2) Prepare and provide to the Contractor for submittal to DOE for approval a Mission Reactors System Modification Plan (or plans if desired) which identifies proposed

modifications to mission reactors systems and infrastructures to accommodate the irradiation of MOX fuel.  The plan(s) shall include, but is not limited to:  a summary technical description of the proposed modifications; justification of the need for the proposed modifications; and corresponding schedules and cost estimates for design and construction of the modifications.  Upon DOE review and approval of the plan(s), the base contract will be revised and modified to incorporate the scope, schedule, and cost estimates (including fee) to perform the actual design of the modifications.

(3)   Perform the design of required modifications to mission reactors systems and infrastructures after DOE approval of the Mission Reactors System Modification Plan(s).

(4)   The contractor shall update the Mission Reactors System Modification Plan, revision 1, previously approved by DOE on September 25, 2001.  The update shall identify any significant changes resulting from the completion of design of required modifications and/or significant cost changes.

(5)   The contractor shall host progress review meetings to discuss the status and scope of the reactor modifications.  The first review shall be conducted by December 31, 2002 with subsequent meetings conducted no less than once per year thereafter until the design is completed.

**(6)   Deliverable**

The Contractor shall submit to DOE the **Mission Reactors System Modification Plan(s)** within 24 months of contract award.  Approval of this plan(s) is required prior to DOE authorization of design of the required modifications.  DOE will require 60 days to review the document and provide comments.  The Contractor shall have 30 days to accept the comments and incorporate them or to hold a comment resolution meeting with DOE to resolve any differences. DOE will provide its final position within 5 days after the comment resolution meeting.

The contractor shall submit to DOE a revision to the Mission Reactors System Modification Plan by August 31, 2003. that reflects the results of the completed design activities.

2.  **Mission Reactors License Amendment Applications**

a.  The Contractor shall ensure that the Mission Reactor Licensees prepare a mission reactors licensing plan (or plans, if desired) for obtaining NRC licensing amendments. The plan(s) shall include a description of the tasks necessary to ultimately amend licenses of the mission reactors and include supporting cost estimates, schedules and milestones.

b.  The Mission Reactor Licensees shall prepare, submit and defend NRC license amendment requests for all mission reactors

c.  The Contractor shall ensure that all scope, schedule, and cost requirements associated with MOX fuel related activities in support of license renewal of the mission reactors are identified and completed in accordance with CONTRACTOR BCP proposal number 02-009 dated May 30, 2002.

d.  **Deliverables**

(1)   The Contractor shall submit the **Mission Reactors Licensing Plan(s)** to DOE within 17 months after contract award.  This is submitted for DOE information only. Revisions to the plan shall be provided to DOE for information.

Contract No. DE-AC02-99CH10888
Section J, Attachment 1
Modification A124

(2)    The Contractor shall submit **Mission Reactors License Amendment Application(s) and Revisions,** including license renewal MOX fuel related activities, to DOE concurrently with submittal to NRC. This is submitted for DOE information only.

### 3. Mission Reactors Permitting Plan(s)

a.    The Contractor shall ensure that the Mission Reactor Licensees prepare and implement a Mission Reactors Permitting Plan(s) which outlines the overall permitting strategy and describes activities associated with obtaining Federal, State and local permits, including PUC approvals, for the mission reactors. The Plan(s) shall include a description of the tasks necessary to obtain all applicable permits for the mission reactors and the supporting cost estimates, schedules and milestones. The Mission Reactor Licensees shall obtain permits in accordance with the approved Mission Reactors Permitting Plan(s).

b.    **Deliverable**

The Contractor shall submit to DOE the **Mission Reactors Permitting Plan(s)** no later than 17 months after contract award. DOE will review the plan(s) and return comments within 60 days. This submittal is for DOE information only.

### 4. Mission Reactors Core Management

a.    **Core Design Requirements**

The Contractor shall ensure that the Mission Reactor Licensees' core designs to support irradiation services incorporate the following requirements:

(1)    Capability to utilize mixed oxide fuel pellet composition with no integral neutron absorbers;

(2)    Ability to achieve a minimum burnup level of 20,000 MWd/MTHM on an individual assembly basis;

(3)    Ability to utilize existing proven technology bases for core management to the maximum extent practicable;

(4)    Ability to utilize verified, validated and qualified core design codes;

(5)    Utilization of proven MOX core designs for initial core loadings;

(6)    Capability for transition from a MOX fuel core to LEU fuel core after completion of a current operating cycle and one additional cycle of operation;

(7)    Capability to accommodate an increase or decrease in the plutonium core loading rate for future refuelings. To the extent practicable, the core design approach shall enable substitution of LEU assemblies with MOX assemblies and vice versa, such that the addition or subtraction of MOX fuel assemblies can be balanced with traditional LEU fuel;

(8)    Capability to irradiate the last MOX fuel assemblies for at least one cycle before or in 2035; and

(9)    Ability to extract pins from MOX fuel assemblies.

b.    **Mission Reactors Core Design and Management Activities**

The Contractor shall ensure that the Mission Reactor Licensees perform the following activities associated with reactor core design and management activities:

(1)    Core design activities necessary to utilize MOX fuel in mission reactors and for core reloads encompassing:

(a) Development of fuel specifications, and
(b) Review of European MOX fuel operating experience data;
(c) Preparation of core physics calculations;

**J.1.28**

(d) Design of lead and subsequent fuel assemblies and overall core design for the period of transition from full LEU fuel to a MOX fuel configuration and for routine operation with MOX fuel;

(2) Modification of applicable core physics, neutronics, and fuel design and fuel performance computer codes, with subsequent verification, validation and qualification.

(3) Revision of the Final Safety Analysis Report (FSAR) to support the mission reactor license amendments, including the safety analyses for the D5 steam generators in Catawba Unit 2 and the safety analyses for the replacement steam generators in McGuire Units 1 and 2 and Catawba Unit 1.

(4) Preparation, if necessary, of a quality assurance plan, procedures and supporting documentation as required by 10 CFR Part 50, Appendix B, Quality Assurance Criteria for Nuclear Power Plants and Fuel Reprocessing Plants.

(5) Development of contingency plans for the continued operation of the reactor using uranium fuel if the MOX fuel supply is interrupted.

(6) Coordination, as necessary, with the DOE TM on DOE nuclear waste repository matters relating to MOX fuel design and irradiation.

(7) Preparation of a Mission Reactors Irradiation Plan which describes an integrated approach to the operation of all mission reactors.  The plan shall include, but is not limited to:

   (a) Proposed MOX fuel throughput for the selected mission reactors by year and cumulatively;
   (b) Fuel and core designs sufficient to achieve planned throughput;
   (c) Accommodation of potential interruptions in the MOX fuel supply;
   (d) Coordination of interfaces with fuel qualification activities;
   (e) Coordination of mission reactors loading patterns to accomplish the SOW; and
   (f) Capability to handle the potential disruption of MOX irradiation caused by a shut-down of a mission reactor over an extended period of time.

(8) **Deliverable**

   The Contractor shall submit the **Mission Reactors Irradiation Plan** to DOE no later than 6 months after contract award.  DOE review comments will be provided within 90 days of submittal of the plan. The Contractor shall have 30 days to accept the comments and incorporate them or to hold a comment resolution meeting with the DOE to resolve any differences.  DOE will provide its final position within 5 days after the comment resolution meeting. The plan shall be updated as needed. Subsequent DOE reviews will be completed within 30 days.

5. **Mission Reactors Operations**

The Contractor shall ensure that the Mission Reactor Licensees:

a. Review and modify mission reactor procedures and programs that may be affected by the use of MOX fuel including, but not limited to:  normal, emergency and post-accident operating procedures; fresh and spent fuel handling procedures; damaged fuel handling procedures; safeguards procedures; and security procedures.

b. Develop a MOX fuel utilization training program to train and qualify mission reactor site engineering, operations, maintenance, security and other affected personnel on the required changes to site procedures, systems, equipment, and facilities associated with the use of MOX fuel.

6. **Test/Demonstration Fuel Irradiation**

a. The Contractor shall ensure that all required permits and licenses are obtained, the MOX test/demonstration fuel is irradiated in a commercial U.S. reactor identified by the Contractor, and inspections and post-irradiation fuel examinations are performed, if required by the Fuel Qualification Plan. If post-irradiation examination is necessary, the Contractor may only use applicable DOE facilities in accordance with existing DOE agreements, court orders and other applicable laws, including quantity limits and schedules for removal of such materials. The Contractor shall obtain the necessary shipping cask(s) for transporting irradiated MOX fuel assemblies or pins to the examination facilities designated by DOE and selected by the Contractor. The Contractor shall ship irradiated MOX fuel assemblies or pins in compliance with NRC and DOT requirements. The Contractor shall ship all post irradiation examination materials in accordance with DOE direction and in compliance with applicable laws, regulations and DOE orders.

b. MOX fuel assemblies shall be clearly identified and remain intact at the reactor site, i.e., assemblies should not be planned for deconstitution. The only exceptions allowed are for planned testing that requires removal of pins or for fuel damaged during irradiation that requires removal of pins. Damaged fuel that needs to be withdrawn from the fuel assemblies shall be withdrawn and stored pending examination or disposal.

D. **Project Management and Administration**

The Contractor shall perform all project management and administration activities. This includes, but is not limited to: project baseline development; performance measurement; change management; risk assessment; support for project budget requests; configuration management; integration of project technical requirements; integration of transportation requirements related to SNM; design of a fresh MOX fuel transportation package; development and maintenance of an outreach program; contract administration; procurement, except as specified elsewhere in the contract, of goods and services to support the project; and other support activities.

1. **Project Planning, Control, and Reporting**

a. **Development of a Project Management Plan**

The Contractor shall develop, implement and update as required a Project Management Plan (PMP) which sets forth the plans, organization and systems to be utilized by the Contractor to manage the project. The PMP requires DOE approval. The PMP shall include, but is not limited to: a detailed description of the methodology for ensuring the successful integration of all management and technical requirements of the project across all participating organizations; a clear identification of the limits of management authority (e.g. work authorization, funds management, control of indirect costs) for all project activities; a project organizational chart; a procedure for the replacement of team members; and a summary description of the Contractor's plan for addressing labor relations issues for the project. The PMP shall also include the following:

(1) A Technical and Programmatic Risk Assessment (TPRA) which grades areas of identified risk as low, medium, or high, relative to their potential impact on the project. The TPRA shall include a cost/schedule benefit analysis strategy for the identified areas of risk. The TPRA shall be updated annually.

Contract No. DE-AC02-99CH10888
Section J, Attachment 1
Modification A124

(2)    A detailed description of the Contractor's Project Management and Control System
(PMCS).  The PMCS shall serve as the basis for planning, development and
management of technical, cost, and schedule baselines for all project activities.
The PMCS shall contain a detailed description of the configuration management
program including when each major element of design is to be placed under
configuration control.  The PMCS shall also be used for budget development,
performance measurement, project reporting and analysis and funds management.
DOE will perform a conformance review of the Contractor's PMCS to ensure actual
operations of the system comply with the system description.

(3)    A Project Baseline Plan (PBP) which describes the technical, cost and schedule
baselines for the MOX fuel project in accordance with the PMCS.  The Contractor
shall expand the detail of the Project Baseline Plan submitted in response to the
RFP to the work package level as appropriate.  Technical, cost, and schedule
baseline information for unexercised contract options shall be summarized at an
appropriate level of the Contract Work Breakdown Structure (CSWBS) in the initial
PBP.

(4)    **Deliverable**

The Contractor shall submit a **Project Management Plan** for DOE approval within
75 days of contract award.  DOE shall provide comments on the PMP within 30
days of its receipt.  Upon receipt of DOE's comments, the Contractor shall have 21
days to resolve any issues regarding DOE's comments.

b.  **Support For Budget Requests**

The Contractor shall perform budget analyses to support the project's resource
requirements as requested by DOE.

c.  **Project Review Meetings**

The Contractor shall participate in quarterly project reviews with the DOE project and
program management staff.  The reviews shall include project status, performance to
date and outstanding issues.  Quarterly review meetings will be scheduled by mutual
agreement of the Contractor and DOE.  The Contractor shall be responsible for preparing
agreements and commitments prior to the end of each quarterly meeting.  The DOE COR
and the Contractor project manager shall approve the agreements and commitments.

d.  **Legal Management Plan**

The Contractor shall prepare a Legal Management Plan including a Staffing and
Resource Plan that describes management of legal costs and matters for which legal
counsel is retained.

**Deliverable**: The Contractor shall submit a **Legal Management Plan,** including a
**Staffing and Resource Plan,** to DOE for approval no later than May 20, 2003 for review
and comment.  The final plan will be completed within 30 days after final resolution of
comments.

e.  **Foreign Access Central Tracking System (FACTS)**

The Contractor shall provide information on Form 10-304 to Site M&O Contractor for input
and maintenance of required information into the FACTS database regarding all foreign
nationals who are either visiting or are assigned to the project.    Outreach Programs

2.  **Outreach Program**

Contract No. DE-AC02-99CH10888
Section J, Attachment 1
Modification A124

In cooperation with DOE, the Contractor shall develop and implement an Outreach Program to support DOE's commitment to openness and appropriate public participation in decision-making. Key attributes of the Outreach Program are as follows:

a.  Development of a program and program materials describing the MOX Fuel Project for use with local, state, and national interest groups.

b.  Development of a protocol for coordinating outreach activities with DOE and DOE Host Site contractors for responding to the news media and information requests from the public.

c.  The Contractor shall accomplish Communications and Outreach Efforts in accordance with CONTRACTOR Baseline Change Proposal (BCP) number 00-007, Revision 1, dated 11 May 2000."

### 3.  SNM Transportation

#### a.  SNM Transportation Integration Management Plan

The Contractor shall develop and submit for DOE approval a SNM Transportation Integration Management Plan that describes the roles and responsibilities, lead time requirements and how communications between project participants will be conducted with respect to transportation of the following SNM:

(1)  Plutonium oxide feed materials to the MOX
Fuel Fabrication Facility and the test/demonstration fuel fabrication facility;

(2)  Fresh MOX fuel assemblies to the mission reactors;

(3)  Fresh test/demonstration fuel to reactor(s) for irradiation;

(4)  Irradiated test/demonstration fuel to the PIE facility if required by the Fuel Qualification Plan.

**(5)  Deliverable**
The Contractor shall submit a **SNM Transportation Integration Management Plan** for DOE approval no later than 8 months after contract award. DOE will require 60 days to review the plan and provide comments. The Contractor shall have 30 days to accept the comments and incorporate them or to hold a comment resolution meeting with DOE to resolve any differences. DOE will provide its final position within 5 days after the comment resolution meeting.

#### b.  Fresh MOX Fuel Transportation Package For Test/Demonstration MOX Fuel Assemblies or Pins, If Applicable, and Mission Fuel Assemblies

(1)  The Contractor shall ensure the preparation of an application for and shall obtain an NRC Certificate of Compliance for a fresh MOX fuel package design. The certificate shall be for a Type B(U)F package design. The Contractor may designate itself or a substitute third party acceptable to DOE, to be the certificate holder and/or primary user. Utilities involved in the irradiation of MOX fuel, along with DOE, shall be secondary users of the NRC certified package design. The package shall comply with DOT regulations (49 CFR Parts 171-180) and shall be certified to NRC regulations (10 CFR Part 71).

(2)  Subject to any conflicting NRC requirements, the Contractor shall ensure that the design of the MOX fresh fuel package conforms to the MOX Fresh Fuel Package Technical Requirements contained in Reference ORNL/TM-13526.

Contract No. DE-AC02-99CH10888
Section J, Attachment 1
Modification A124

(3)  The Contractor shall integrate the MOX fresh fuel package into a MOX fuel transportation system which will operate to move the fuel from the MOX Fuel Fabrication Facility to the mission reactors as cost effectively as practical, where the cost represents the total cost to the Government.  To the extent practical, one fuel package design shall be compatible with all reactor sites and core designs.

(4)  The Contractor shall ensure the preparation and submittal for DOE approval of a MOX fresh fuel package certification plan.

(5)  The Contractor shall prepare an estimated total life-cycle cost which shall include, but is not limited to:  the cost of package design, testing, and certification; packaging acquisition and maintenance; any acquisitions of ancillary hardware; any necessary facility interface modification (e.g., modifications at the mission reactor sites); and disposal of the packaging when the mission is complete.

(6)  The Contractor may at his discretion consider the package conceptual design developed jointly by DOE and ORNL as an initiation point for the detailed package design (Reference ORNL/TM-13526, ORNL/TM-13427, and ORNL/TM-13574).

(7)  The Contractor shall ensure that design reviews are conducted, as applicable, at approximately 30 and 85 percent of the completion of the design effort.  The design reviews shall be attended by representatives of those organizations responsible for the design, the DOE TM and the DOE Contracting Officer or designee.  The Contractor shall notify DOE 30 days prior to the date of the design review.  This notification shall include an agenda with the necessary reference materials for the design review.  After the design review, a comprehensive report which documents agreements and commitments resulting from the design reviews shall be prepared by the Contractor and approved by DOE.  Following the design review by DOE, the proposed Certificate of Compliance holder shall provide a technical briefing to the NRC Certifying Official regarding the status of the MOX Package design process, including schedule updates about when the final design and SARP will be submitted to NRC for certification.

(8)  The Contractor shall ensure that the final design of the MOX fresh fuel package(s), including the Safety Analysis Report for Packaging (SARP), are submitted to NRC and that any subsequent revisions are made as required by NRC.

(9)  The Contractor shall prepare a procurement plan to enable procurement of the desired number of MOX fresh fuel packages on a schedule so they are available prior to initiation of mission fuel irradiations.  If applicable, the Contractor shall prepare a procurement plan to obtain the desired number of packages to support the shipment of test/demonstration MOX fuel assemblies or pins in accordance with the DOE approved Fuel Qualification Plan.

(10)  The Contractor shall design fuel handling equipment for loading and unloading the MOX Fresh Fuel Package (MFFP) at the MFFF and Mission Reactors.  The equipment design shall be in conformance with the safety, regulatory and operational requirements of the MFFF and Mission Reactors.  For the Mission Reactor site the unloading operation will address the need for vertical unloading operation needs.  The contractor shall ensure that a design review is conducted for this equipment by the appropriate staff from the MFFF and Mission reactors.

The Contractor, after the CoC is approved for the MOX Fresh Fuel Package (MFFP), shall prepare content modifications to the MFFP Safety Evaluation Report (SAR) for the shipment of individual rods and MOX Lead Assembly Archive material.  The Contractor shall ensure that a final design review is conducted of the

Contract No. DE-AC02-99CH10888
Section J, Attachment 1
Modification A124

modifications to the SAR.  The revisions to the SAR shall be submitted to DOE 30 days prior to the design review.

(11) The Contractor shall fabricate, test and validate the operability of the design for the MFFP load/unload and insertion/extraction station.  The following components and milestones shall be accomplished:

- Complete the testing plan by November, 2006.
- Complete fabrication of all the equipment required for testing and preparations for testing by December, 2006.
- Complete the refurbishment of the MFFP to be used in the testing by December, 2006.
- Complete the testing of the Load/Unload and Insertion/Extraction Station by March 2007.  As needed during the testing process, address design changes that can be readily achieved to resolve issues and complete the testing.
- Complete final report documenting the results of the testing and validation of the results by June 2007.  As needed, identify any significant issues resulting from the testing and recommend design changes and strategy for their resolution.

(12) The Contractor shall update and revise the Transportation Integration Management Plan (TIMP) and MFFP Procurement Plan. The following components and milestones shall be accomplished:

- Complete draft updates to the TIMP and Procurement Plan and distribute for review and comment to NA-26 by September, 2006.
- Finalize TIMP and Procurement Plan by December, 2006.

(13) **Deliverables**

The Contractor shall submit a **MOX Fresh Fuel Package Certification Plan** to DOE no later than 58 months after contract award.  DOE will require 30 days to review and comment on the document.  The Contractor will have 30 days to accept the comments and incorporate them or to hold a comment resolution meeting with DOE to resolve differences.  DOE will provide its final position 5 days after the comment resolution meeting.  DOE approval is required.

(a) The Contractor shall, upon resolution of DOE design review comments, have the proposed Certificate of Compliance holder submit to NRC the **MOX Fresh Fuel Package Certificate of Compliance Application** including the final design and a completed SARP no later than 36 months after contract award.  The MOX Fresh Fuel Package Certificate of Compliance Application shall be provided to DOE for information at the same time the package is submitted to NRC.  The proposed Certificate of Compliance holder shall be responsible for resolving all questions with NRC, preparing revised SARP information and re-submitting safety documentation to NRC to obtain certification of the package design in a timely manner consistent with the MOX fuel shipment schedule.

(b) The Contractor shall submit for DOE approval the **MOX Fresh Fuel Package Procurement Plan** with estimated costs and schedule, for the acquisition of the fleet of needed MOX fresh fuel packages no later than 48 months after award of contract.  The DOE will require 60 days to evaluate the document.  The Contractor will have 30 days to accept the comments and incorporate them or to hold a comment resolution meeting with DOE to resolve any differences.  DOE will provide its final position within 5 days after the comment resolution meeting.

    (c)  The Contractor shall, upon resolution of the DOE comments on each SAR modification, have the proposed MFFP SAR modification submitted to NRC. The Contractor is responsible for resolving all questions with NRC, including preparing revised SAR information and resubmitting the SAR documentation to NRC, and obtaining in a timely manner the content modification for each new item to be added to the MFFP Certificate of Compliance.   A copy of the revised SAR and CoC shall be provided to DOE.

## 4.   Advance Procurement Plan

a.  The Contractor shall submit an Advance Procurement Plan, on an annual basis, which identifies those subcontracts which will be submitted to DOE for approval in accordance with the clause of this contract entitled, "Subcontracts," during the succeeding twelve months.

b.  **Deliverables**

The Contractor shall submit for DOE approval the **Advance Procurement Plan** within 9 months of contract award and annually thereafter.

## 5.   Unclassified Controlled Nuclear Information (UCNI)

The contractor shall identify and protect UCNI information in accordance with DOE requirements identified in Section J, List of Directives.

## 6.   Performance Improvement Initiatives

The contractor shall provide Performance Improvement Initiatives in accordance with CONTRACTOR Baseline Change Proposal (BCP) dated 3 February 2000.

## 7.   Preliminary Support for the Design of a Russian MOX Facility

The Contractor shall provide effort for development of the plan to adapt the Contractor's domestic Mixed Oxide Fuel Fabrication Facility (MOX FFF) design for use by the Russian Federation.  The scope of the support shall include the following:

a.  Evaluate the impacts on the CONTRACTOR MOX FFF design resulting from differing functional requirements for the Russian MOX FFF, develop a corresponding summary schedule for the design of the Russian MOX FFF.

b.  Provide technical information to NNSA/DOE during exchanges with representatives of the Russian Federation about how the design basis of the Contractor's MOX FFF meets regulatory requirements of both the U.S. and the Russian Federation.

c.  Provide necessary information and data to NNSA/DOE to allow for effective execution of the design of the Russian MOX FFF, including the MDG/SDG component, to minimize impact to the current schedule for construction and operation of the domestic MOX FFF.

d.  Inform U.S. and Russian officials on engineering aspects of the MOX FFF that relate to the Russian program.  The work shall include:

    (1)   Conduct technical exchange engineering meetings,
    (2)   Provide timely reports to management on progress, issues, and status of activities,
    (3)   Develop work schedules and budgets,
    (4)   Resolve conflicts with communications and technical issues,
    (5)   Direct assignments and monitor work production,
    (6)   Coordinate training for project and quality assurance requirements, and
    (7)   Interface with project administration to support infrastructure requirements.

Contract No. DE-AC02-99CH10888
Section J, Attachment 1
Modification A124

e.  Identify protocols to govern the transfer of the Contractor's MOX FFF design information to the Russian Federation.  This is to include, but not be limited to, identifying protocols necessary to protect the Contractor's member companies' and subcontractor's proprietary or business-sensitive information and providing information on how the Contractor (or associated companies) might perform services in support of future Russian work.

f.  Develop the plan to facilitate transfer of the Contractor's MOX FFF design information to the Russian Federation.  The plan should include:

    (1)  Schedule-based prioritization of data and documents to be provided,
    (2)  Achievable schedule for translation of the data and documents,
    (3)  Identification of data and documents that can be provided without an export license and consistent with clause H.30 of the contract, and
    (4)  Assessment of timeframe to obtain an export license.

g.  Assess impacts of the Russian program on the domestic program, including consideration of changes to domestic glove-box designs.  The work will include evaluation of:

    (1)  Resources of the Contractor's member companies and subcontractors to perform both sets of work,
    (2)  Impact on the domestic plant schedule, and
    (3)  Engineering changes to the domestic facility and/or equipment that may result from keeping the facilities as similar as practical.

h.  Perform pilot projects with RF counterparts to use as a benchmark for work processes and sharing of responsibilities.  No process technology information will be transferred.

i.  Develop protocols for efficient working relationships with RF representatives.  The protocols include division of work, interface controls, technical baseline development, quality assurance, procurement, and providing statements-of-work and support to DOE and ORNL for implementing work releases with RF design organizations.

j.  Identify changes due to RF requirements and process specificities, which will allow for understanding potential issues and minimizing changes.

k.  Identify changes due to RF requirements on the facility design.  These changes may be due to general arrangement configuration, confinement concepts, fire protection, radiation protection, site-specific geotechnical conditions, and utility supply.

l.  Participate in technical exchanges and working meetings with RF regulatory, safety analysis, and engineering experts.  The Contractor and RF counterparts will establish strategies and methodologies acceptable for the RF Safety Substantiation Report.

m.  Deliverable

    (1)  Submit the following interface protocol documents:
        (i)    Scope of work portion of Russian Federation work releases;
        (ii)   Draft Interface Control Plan, and
        (iii)  Draft Russian MFFF Functional Requirements.

    (2)  Identify preliminary process assumptions and prepare process studies to evaluate the Russian MFFF capacity and process equipment sizing.

    (3)  Prepare waste stream information to support early design phases of the Waste Treatment Facility.

Contract No. DE-AC02-99CH10888
Section J, Attachment 1
Modification A124

    (4)   Submit facilities and process design studies to evaluate the impact of Russian Federation materials of construction, design criteria documents for pilot programs and utility and service requirements.

    (5)   Prepare Design Requirement Documents (DRD) and Basis of Design (BOD) technical summaries that will assist in developing Russian MFFF specific design criteria.  Prepare a licensing support plan.

    (6)   Submit a summary evaluation report of the impact of the lacquering and washing units on the lay-out and footprint of the building and the effort required to "Russianize" design packages.

    (7)   Submit the Interface Control Plan that identifies the appropriate division of work and transition of responsibility between CONTRACTOR and TVEL during the design phase.

    (8)   Submit a report that addresses the compatibility of the Russian Federation building materials and equipment with those used in the U.S. for the US-MFFF design.

    (9)   Submit the R-MFFF Annual Operation Plan to address plant production model, production campaigns, scheduled outages, and labor force requirements.

    (10)  Submit a report that identifies the required R-MFFF facility permits and licenses/certifications, content, timing for submittal, and approving authorities.

## III. Option 1 SOW – Exercised Segments

### A. This segment of Option 1 includes all effort necessary to modify the mission reactors and facilities in order for MOX Fuel to be irradiated. The contractor shall ensure that the mission reactors and site facilities are modified to meet the following requirements:

1. Pressurized water reactors capable of meeting reactivity control requirements associated with partial MOX fuel cores.

2. Reactor plants and ancillary facilities that comply with NRC and DOE security and transportation interface requirements associated with transporting MOX fuel.

3. Appropriate reactor protection and controls that may be necessary as a result of irradiating partial MOX fuel core operation.

4. Appropriate lifting capacity at the reactor sites capable of lifting the MOX Fresh Fuel Packages which will weigh approximately 15000 pounds when loaded.

5. Reactor(s) with appropriate control rods to ensure proper shutdown margins associated with irradiating MOX fuel.

6. Proper engineering oversight to ensure the above tasks are completed in the most efficient and cost-effective manner.

7. RESERVED

8. RESERVED

9. RESERVED

10. RESERVED

11.   RESERVED

12.   RESERVED

B.  **The contractor shall complete the effort delineated above in accordance with the following milestones:**

1.    McGuire Unit 1 and Unit 2 – Reverse Osmosis Unit Installation – NSM-52541
2.    Transition McGuire Unit 1 to Enriched Boron
3.    McGuire Unit 1 - Spent Fuel Auxiliary Hoist Upgrade – NSM12544
4.    McGuire Unit 2 - Spent Fuel Auxiliary Hoist Upgrade – NSM-22544
5.    McGuire Unit 1 - Boron Addition Batching Tank (BABT) / Upper Head Injection (UHI) Tank Modifications – NSM-1253
6.    McGuire Unit 1 and Unit 2 - Security Video Motion Detector/ Closed Circuit TV (VMD/CCTV) Installation – NSM-52542
7.    Transition McGuire Unit 2 to Enriched Boron
8.    Catawba Unit 2 - Boron Feed Tank (BFT) Building Roof & Hoist Upgrade – CN-28008
9.    Catawba Unit 1 - Security Video Motion Detector/ Closed Circuit TV (VMD/CCTV) Installation to Fuel Building – CN-18005
10.   Catawba Unit 2 - Security Video Motion Detector/ Closed Circuit TV (VMD/CCTV) Installation to Fuel Building – CN-28005
11.   Catawba Unit 2 - Modify Boron Addition Batching Tank (BABT) to Boric Acid Tank (BAT) Process – CN-28003
12.   Catawba Unit 2 - Convert Upper Head Injection (UHI) Tank to Boron Feed Tank (BFT) – CN-28002
13.   Catawba Unit 2 - WE Piping & Equipment Removal – CE-28107
14.   Transition Catawba Unit 2 to Enriched Boron
15.   Transition Catawba Unit 1 to Enriched Boron

C.  **Construction Management Oversight of Site Preparation Activities:**

Under this segment of Option 1, the contractor shall provide Construction Management oversight and Title III Engineering support of site preparation activities and other efforts as described in the CONTRACTOR CD 2A/3A proposal dated March 29, 2005 as revised via DCS-DOE-002452 letter dated March 6, 2006, and as set forth in CONTRACTOR letter DCS-DOE-002602 dated August 14, 2006:

1.    Site Preparation activities include tree harvesting, site clearing and grubbing, relocating soil from the Actinide Package Storage Facility, grading of the MFFF site area, abandonment of monitoring wells, installing the site storm sewer system, excavating the site to rough subgrade, relocating the 115 kV transmission line, and installing a 115 kV Substation, and engineered fill and mud mat installation.

The contractor shall verify that the site preparation activities are performed consistent with the requirements specified in the MFFF plans and specifications. CONTRACTOR shall ensure that the MFFF work meets all aspects of the NRC Construction Authorization.

2.    The Contractor shall procure a subcontract for the on-site Concrete Batch Plant (CBP). The Contractor shall ensure the CBP construction and the qualifications of the concrete mix design meet NRC NQA -1 requirements. The Contractor shall coordinate with the Westinghouse Savannah River Company or successor contractor operator of the DOE SR site to ensure all the required utilities for this CBP are available.

D. **The contractor shall complete the effort delineated in "C" above in accordance with the following milestones:**

    1.   Complete subcontract award for the Concrete Batch Plant – six months following the beginning of site preparation work.

    2.   Complete mobilization and testing for the Concrete Batch Plant – twelve months following the beginning of site preparation work.

E. **Procurement Activities Related to CD3B and CP-20:**

Provide procurement and technical engineering support to prepare and release Requests for Proposals to ensure the start of onsite construction activities are initiated by November 6, 2006.

The Contractor shall complete the effort delineated in "E" above in accordance with the following milestones:

    1.   Issue RFPs for both long lead and early material procurements and CP 20 - On or About April 12, 2006.

    2.   Complete Evaluation of long lead procurement – August 2, 2006.

F. **CD3B Scope of Work:**

The Contractor shall procure material and long lead equipment critical to the support of the construction of the MFFF structural buildings in accordance with the proposal 05-0100, "CD3B" dated January 31, 2006.   The material and equipment included in this effort are the following: engineered fill, rebar, embeds, embedded pipe, security barriers and structural welded tanks (Annular Tanks, Conventional Tanks, and Slab Tanks) required to meet the MFFF schedule. For this effort, the Contractor will perform the following:

- award and administer the subcontracts for the material and long lead equipment;
- provide the oversight, monitoring and inspection of the vendors to ensure quality assurance requirements are met;
- provide the inspection, acceptance, storage and protection of long lead procurement items; and
- provide the Title III Engineering and Construction Management support required for this effort.

G. **MOX Fuel Fabrication Facility Requirements and Deliverables**

The Contractor shall perform construction management services and ensure the successful completion of functional check-out, and cold start-up of the facility.  The Contractor shall ensure that a plan to demonstrate that the facility is ready for plutonium-based operations is prepared and executed.

    1.   **Construction Management Services**

        a.  The Contractor shall furnish personnel, facilities, equipment, materials, and supplies necessary to perform all construction management services required for the construction of the MOX Fuel Fabrication Facility.

b.  The Contractor shall be responsible for planning, managing, and controlling all construction activities, including award and management of construction subcontracts and shall implement an overall construction program best suited to meet project objectives.

c.  The Contractor shall not perform any construction with its own forces. All construction activities shall be procured on a competitive fixed-price basis to the maximum extent practicable.

d.  The Contractor shall be responsible for ensuring that the facility, as constructed, conforms to all applicable requirements, drawings and specifications.

e.  The Contractor shall ensure that the facility is constructed in accordance with all applicable laws and regulations. The Contractor shall ensure that all necessary licenses and permits are obtained prior to the commencement of the affected construction.

f.  The Contractor shall procure long lead procurement items and prepare construction bid packages, including preparation of bid documents, and evaluation of bids, award, inspection, acceptance, storage and protection of procured items.

g.  The Contractor may procure specialty equipment including fuel fabrication equipment, nuclear safety equipment, alpha-containment, and ventilation equipment and other items as may be approved by the Contracting Officer.

h.  The Contractor shall administer all subcontracts.

i.  The Contractor shall ensure the performance of site management within the boundaries of the MOX Fuel Fabrication Facility including operation and maintenance of construction support facilities, utilities, site security, and interface with the DOE Host Site.

j.  The Contractor shall ensure the development and implementation of management programs for procurement, property, quality assurance, environmental protection, labor relations, and site security.

2.  **Construction Documentation**

The Contractor shall prepare construction documentation and develop and maintain a system for indexing and retrieving construction documentation such as permit certifications, construction and installation reports, quality assurance records (such as receipt and testing records, instrumentation test and calibration, etc.), subcontracts, design and construction configuration management records, as-built drawings, and other similar quality construction management records. These documents shall remain the property of the Government and be a permanent part of the project record.

3.  **Functional and Operability Testing Plan**

a.  The Contractor shall ensure the preparation of a Functional and Operability Testing Plan for the MOX Fuel Fabrication Facility's components, subsystems, systems, and integrated systems as part of the construction turn-over process to operations personnel. This plan shall describe how the Contractor will accept the completed facility from the construction subcontractor. This plan shall also define when cold start-up; hot start-up; and transition to full operations of the MOX Fuel Fabrication Facility are complete. This Plan shall be submitted to DOE

b.  The Contractor shall submit the **Functional and Operability Testing Plan** to DOE for approval no later than April 2, 2008. DOE will require 90 days to review the document and provide comments. The Contractor shall have 30 days to accept the comments and incorporate them or to hold a comment resolution meeting with DOE to resolve any differences. DOE will provide its final position within 5 days after the comment resolution meeting.

4.  **Physical Security Program (inside PIDAS) associated with:**

**J.1.40**

Contract No. DE-AC02-99CH10888
Section J, Attachment 1
Modification A124

    a.  Development of the policies, procedures, and programs that make up the overall Physical Security Program as required prior to Cold Start-up.

    b.  Personnel recruitment and training for the Safeguards and Security organization (except for protective guard force operations) as required prior to cold start-up.

    c.  Pre-operational Vulnerability Analysis.

## 5. MOX Fuel Fabrication Process Qualification Plan

    a.  The Contractor shall ensure preparation of a MOX Fuel Fabrication Process Qualification Plan. The Plan shall include, but is not limited to: a description and flowchart for processes; product specifications; individual process qualification plans; quality assurance/quality control (QA/QC) plans; fabrication and inspection procedures; and required data records for fuel pellet, fuel rod and fuel assembly production.

    b.  **Deliverable**

        The Contractor shall submit for DOE approval the **MOX Fuel Fabrication Process Qualification Plan** at least 120 days prior to Hot Start-up. DOE will require 60 days to review the document and provide comments. The Contractor shall have 30 days to accept the comments and incorporate them or to hold a comment resolution meeting with DOE to resolve any differences. DOE will provide its final position within 5 days after the comment resolution meeting.

## 6. Maintenance and Operating Procedures

    a.  The Contractor shall ensure that the MOX Fuel Fabrication Facility License Applicant develops and implements a Procedures Management System (PMS) Manual which provides instructions on the preparation, review, approval, control and implementation of procedures used to administer, operate and maintain the MOX Fuel Fabrication Facility. The PMS manual shall mandate that procedures require that: (1) protection of employees, the public and the environment is a priority whenever activities are planned and performed; (2) personnel possess the experience, knowledge, skills, and abilities that are necessary to discharge their responsibilities; (3) equipment, systems, and facilities are operated and maintained in a manner which protects the Government's investment; and (4) operational requirements defined elsewhere in the SOW are implemented.

    b.  All necessary administration, operations and maintenance procedure manuals for the MOX Fuel Fabrication Facility will be prepared in accordance with the DOE approved PMS manual.

    c.  The maintenance procedure manual(s) shall, as a minimum address the following areas:

        (1)  The identification, inventory, and periodic assessment of the condition of physical assets in the maintenance program. The establishment of requirements, budget, and a work management system to maintain physical assets in a condition suitable for their intended use.

        (2)  The preventive, predictive and corrective maintenance to ensure physical asset availability for planned use and/or proper disposition.

        (3)  The management of backlogs associated with maintenance, repair and capital improvements

d. **Deliverables**

The Contractor shall submit for DOE approval:

(1) **Procedures Management System (PMS) Manual**

The Contractor shall submit a PMS Manual no later than December 28, 2007. DOE will require 60 days to review the document and provide comments. The Contractor shall have 30 days to accept the comments and incorporate them or to hold a comment resolution meeting with DOE to resolve any differences. DOE will provide its final position within 5 days after the comment resolution meeting.

(2) **Vulnerability Assessment**

The contractor shall submit a final MFFF Site Safeguard and Security Plan for DOE approval at least 120 days prior to CD-4. The plan shall be prepared in accordance with the applicable DOE Directives listed in subsection J.3. DOE will require 60 days to review the plan and provide comments. The contractor shall have 30 days to accept the comments and incorporate them or to hold a comment resolution meeting with DOE to resolve any differences. DOE will provide its final position within 10 days after the comment resolution meeting.

(3) **Accreditation of Process and Utility Control System**

The contractor shall submit for DOE approval the Cyber Security Program Plan (CSPP) and Certification and Accreditation (C&A) package for the MOX MFFF Process Controls Information Systems Network at least six months prior to CD-4. The CSPP and C&A package shall be prepared in accordance with the applicable DOE Directives listed in subsection J.3. DOE will require 120 days to review the documents and provide comments. The contractor shall have 30 days to accept the comments and incorporate them or to hold a comment resolution meeting with DOE to resolve any differences. DOE will provide its final position within 10 days after the comment resolution meeting.

(4) **Financial Project Closeout Report**

The contractor shall perform a final administrative and financial closeout and prepare and submit to DOE a Final Project Closeout Report once all project costs are incurred and invoiced and all subcontracts are closed. The report shall be submitted to DOE within 60 days following CD-4. The report shall be developed in accordance with applicable DOE Directives listed in subsection J.3, and shall provide final cost details including claims and claim settlement strategies, where appropriate.

(5) **Lesson Learned Report**

In accordance with DOE O 413.3, the contractor shall prepare and submit to DOE a Lessons Learned Report for broader sharing among DOE project management community. The report shall contain a collection and analyses of lessons learned and best practices, and shall be submitted within 60 days following CD-4.

(6) **Estimate at Completion**

Annually by the end of July, submit a revised Estimate at Completion (EAC) based on performance through end of March, commitment values for material, and estimates of future conditions. Using all available information to arrive at the best possible estimate. Compare this information with the performance measurement baseline to identify variances at completion.

7.  **Reserved**

8.  **Nuclear Materials Management Program**

    The Contractor shall ensure that the MOX Fuel Fabrication Facility License Applicant develops a nuclear materials management program which includes, but is not limited to, compliance with safeguards and security requirements, IAEA or third party reporting requirements, receipt inspection, safety management requirements, production information requirements and an information management system to ensure the coordination of material shipments arriving from the Pit Disassembly and Conversion facility, the uranium supplier, and shipment of completed fuel assemblies for delivery to the mission reactors. This program shall be in place prior to Hot Start-Up.

9.  **Regulatory Management**

    The Contractor shall ensure that the MOX Fuel Fabrication Facility License Applicant continues defense of NRC license and applicable permit applications and amendments as necessary, and continues to maintain licenses and permits. Activities will be reflected in the annual updates to the Regulatory Management Plan.

10. **Reserved**

11. **Reserved**

H.  **Project Management and Administration**

    The Contractor shall perform all applicable activities and maintain all systems and plans as specified in the base contract.

I.  **Construction, Functional Check-out, and Cold Start-up**

    The contractor shall perform the necessary activities associated with the construction, functional check-out, and cold start-up of the MOX Fuel Fabrication Facility utilizing depleted uranium oxide or natural uranium oxide as a surrogate for $PuO_2$. The Contractor shall ensure that a plan to demonstrate that the facility is ready for plutonium-based operations is prepared and executed.

    1.  **Construction and Cold Start-Up Completion Certification.**

        a.  The Contractor shall ensure completion of construction in accordance with approved specifications, licenses, permits, and designs. The Contractor shall ensure the successful performance of functional check-out and cold start-up testing. In addition, the Contractor shall ensure that all training and procedures are in place for hot start-up and transition to full operations. The Contractor shall provide certification to DOE that: (1) all facilities and hardware are acceptable; (2) all required procedures are issued and appropriate personnel trained; and (3) the required infrastructure is in place for the commencement of hot start-up of the MOX Fuel Fabrication Facility. The Contractor shall ensure that the MOX Fuel Fabrication Facility License Applicant submits the appropriate documentation for hot start-up to NRC.

        b.  **Deliverable**

Thirty (30) days after completion of Cold Start-up, the Contractor is required to submit to DOE for approval the **Certification of Successful Completion of Construction and Cold Start-Up Testing in Accordance with the Functional and Operability Testing Plan**. The DOE will have up to 60 days to review the document and may request to review specific information used as the basis for the certification. This certification may be submitted to NRC, if required, during the DOE review period.

## IV. Option 1 SOW – Unexercised Segments

The remaining unexercised segments of Option 1 include packaging and transportation and irradiation services.

### A. MOX Fuel Fabrication Facility Requirements and Deliverables

The Contractor shall perform construction management services and ensure the successful completion of functional check-out, and cold start-up of the facility which includes utilizing depleted uranium oxide or natural uranium oxide as a surrogate for $PuO_2$. The Contractor shall ensure that a plan to demonstrate that the facility is ready for plutonium-based operations is prepared and executed.

1. **Reserved**

2. **Reserved**

3. **Reserved**

4. **Reserved**

5. **Reserved**

6. **Training**

   "Training of a portion of operations and maintenance staff on similar plutonium process equipment, facilities, processes, etc. in reference facilities outside of the United States is included in the unexercised portion of the Option 1 scope and will be exercised at a later date. The exercised piece of Option 1 scope includes development and implementation of the initial training and qualification, required travel expenses, as well as training on uranium process equipment and training of the remaining operations and maintenance staff by the employees trained outside the United States

7. **Procurement of Certified Fresh MOX Fuel Shipping Packages**

   In accordance with the DOE approved MOX Fresh Fuel Package Procurement Plan, the Contractor or his designee shall procure, receive, inspect, and properly store all required certified packages for the transportation of fresh MOX fuel from the MOX Fuel Fabrication Facility to the mission reactors.

8. **Reserved**

9. **Reserved**

10. **Reserved**

11. **Protective Forces (Inside PIDAS)**

The protective force to provide physical security inside the PIDAS and the scope associated with the management of this protective force is unexercised.

**B. Fuel Qualification – None**

**C. Irradiation Services**

Mission reactors and site facilities licenses and permits shall be obtained to allow MOX fuel to be irradiated.

1.    Mission Reactors Licenses and Permits

The Contractor shall ensure that the Mission Reactor Licensees continue, as necessary, licensing and permitting activities identified in the licensing and permitting plans included in the base contract.

2.    Mission Reactors Operations

The Contractor shall ensure that the Mission Reactor Licensees implement the MOX fuel utilization training program developed during the base contract and that the appropriate personnel have been trained.

3.    Two-Year MOX Fuel Delivery Schedule

The Contractor shall provide to DOE a two-year schedule identifying the amount of $PuO_2$ required from DOE and the quantities of fresh fuel (including the amounts of kg of MOX, the amounts of kg of Pu at charge, the Pu concentration, the number of assemblies, and the gross weights of each assembly) and the delivery dates for each mission reactor. The Contractor shall update the delivery schedule annually.

4.    Deliverable

The Contractor shall submit the **Two-Year MOX Fuel Delivery Schedule**. The first schedule shall be submitted to DOE 9 months prior to the required delivery date for the first shipment of fuel; and annually thereafter.

**D. RESERVED**

**V. Option 2 SOW**

Option 2 includes hot start-up, transition to full operations, and operations of the MOX Fuel Fabrication Facility, irradiation of MOX fuel in the mission reactors and the supporting project management activities. Option 2 requirements and associated deliverables are provided by each of the four main elements of the project, i.e., MOX Fuel Fabrication Facility, Fuel Qualification, Irradiation Services, and Project Management and Administration.

**A. MOX Fuel Fabrication Facility**

The Contractor shall ensure that the MOX Fuel Fabrication Facility Licensee performs the activities of hot start-up and transition to full operations described in the Functional and Operability Testing Plan and the MOX Fuel Fabrication Process Qualification Plan developed during Option 1 of the contract.

The Contractor shall ensure that the MOX Fuel Fabrication Facility Licensee manages and operates the MOX Fuel Fabrication Facility consistent with the requirements of this contract.

1. **Hot Operations Testing through Transition to Full Operations**

   a. The Contractor shall ensure that the MOX Fuel Fabrication Facility Licensee executes the requirements of the Functional and Operability Testing Plan and ensures that the operations are in compliance with the NRC Operating License and any required permits.

   b. **Deliverable**

   Thirty (30) days after completion of Hot Start-Up and Transition to Full Operations, the Contractor is required to submit to DOE for approval the **Certification of Successful Completion of Hot Start-up Testing and Transition to Full Operations in Accordance with the Functional and Operability Testing Plan**. The DOE will have up to 60 days to review the document and may request to review specific information used as the basis for the certification. This certification may be submitted to NRC, if required.

2. **MOX Fuel Fabrication Process Qualification Plan Implementation**

   a. The Contractor shall ensure that the MOX Fuel Fabrication Facility Licensee implements the MOX Fuel Fabrication Process Qualification Plan. The Contractor shall certify to DOE that the requirements of the Plan have been completed as specified in the plan.

   b. **Deliverable**

   The Contractor shall submit the Certification of Completion of the MOX Fuel Fabrication Process Qualification Plan no later than 1 month after the completion of Hot Start-up and Transition to Full Operations. The DOE will require up to 60 days to review the document and may request to review specific information used as a basis for the certification. This certification may be submitted to NRC, if required.

3. **Fuel Production**

   The Contractor shall ensure that the MOX Fuel Fabrication Facility Licensee (1) manages, operates and maintains the MOX Fuel Fabrication Facility; (2) produces MOX fuel in accordance with fuel specifications for mission reactors; (3) maintains the capability to operate in a surveillance and maintenance mode; and (4) provides the Contractor with a requested $PuO_2$ delivery schedule updated on an annual basis. The plutonium oxide storage cans, which are received from the pit disassembly and conversion facility, shall not be opened until the contents are needed for process operations. The Contractor shall ensure that all fuel assembly components are obtained. The Contractor shall ensure conversion of uranium to $UO_2$, if necessary, and the transportation and packaging of all uranium materials. Final assembly of the fuel assembly components into a completed MOX fuel bundle shall occur at the MOX Fuel Fabrication Facility. All fuel shall be shipped as completed MOX fuel bundles except as may be otherwise authorized by the Contracting Officer. The Contractor shall ensure that the MOX Fuel Fabrication Facility Licensee uses, maintains, and replaces, as necessary, the fresh MOX fuel packages and that all waste materials are packaged in accordance with DOE Host Site requirements.

4. **Analytical Services**

Contract No. DE-AC02-99CH10888
Section J, Attachment 1
Modification A124

The Contractor shall ensure that the MOX Fuel Fabrication Facility Licensee performs laboratory and analytical services sufficient to provide prompt support for the MOX fuel fabrication operations.

5. **Nuclear Materials Management Program**

    The Contractor shall ensure that the MOX Fuel Fabrication Facility Licensee implements the nuclear materials management program developed during Option 1.

6. **Licenses and Permits**

    The Contractor shall ensure that the MOX Fuel Fabrication Facility Licensee maintains the NRC license to possess and use special nuclear materials and other required permits and has the capability to update the SAR and environmental reports, support regulatory inspections (NRC, OSHA, and other agencies), amend the operating license, and provide other actions necessary for continued operation of the MOX Fuel Fabrication Facility.

7. **International Atomic Energy Agency Support**

    The Contractor shall ensure that the MOX Fuel Fabrication Facility Licensee provides all necessary support to the IAEA including the provision of laboratory space and access to appropriate documents and records.

8. **Deactivation Planning**

    a. The Contractor shall provide to DOE an update, as appropriate, but no more frequently than annually, of the MOX Fuel Fabrication Facility Deactivation Plan. The plan may need to be updated as a result of, for example, changes to the facility, advances in technology, changes in the estimated costs for the effort, or changes in licensing requirements.

    b. **Deliverable**

    One year after the start of construction of the MOX Fuel Fabrication Facility, the Contractor shall prepare an annual update of the **Deactivation Plan**, as appropriate, for DOE information.

9. **Revision of the Work Task Agreement (WTA) Between the Contractor and the DOE Host Site Contractor for Support of Hot Start-up and Transition to Full Operations of the MOX Fuel Fabrication Facility.**

    a. The Contractor shall ensure that the WTA prepared in Option 1 is updated as may be required. The proposed revision to the WTA will identify all support required. The WTA will include the estimated cost and schedule for the required support to be provided by the DOE Host Site Contractor. The WTA shall define the roles and responsibilities.

    b. The proposed revision to the WTA shall be submitted to the Contracting Officer for approval. (The Contracting Officer and the DOE Contracting Officer for the DOE Host Site will approve the WTA for the work.) The WTA shall be revised, as required, to address additional support to be provided by the DOE Host Site Contractor.

    c. **Deliverable**

    The Contractor shall submit to DOE the proposed revision to the **Work Task Agreement** as required. DOE will require 60 days to review the document and provide comments. The Contractor shall have 30 days to accept the comments and incorporate them or hold a comment resolution meeting with DOE to resolve any differences. DOE will provide its final position within 5 days after the comment resolution meeting. DOE approval of this agreement is required.

**B. Fuel Qualification - None**

**C. Irradiation Services**

The Contractor shall ensure that the Mission Reactor Licensees irradiate MOX fuel in the mission reactors to a minimum burnup level of 20,000 MWd/MTHM on an assembly basis.  The Contractor shall update the two-year MOX fuel delivery schedule.

1. **Irradiation**

   a. The Contractor shall ensure that the Mission Reactor Licensees (a) irradiate MOX fuel only in the mission reactors; (b) facilitate visits by the IAEA; (c) provide necessary MOX fuel safeguards and security; and (d) store and handle spent MOX fuel pending disposal in accordance with the requirements of the Nuclear Waste Policy Act and their NRC licenses.  The Contractor shall confirm achievement of a minimum burnup level of 20,000 MWd/MTHM on an assembly basis.

   b. The Contractor shall provide an annual inventory report of all MOX fuel assemblies located at mission reactors.  The report shall include the total number of assemblies, the total kilograms of MOX fuel, total kilograms of Pu at charge, and their present burnup.

   c. MOX fuel assemblies shall be clearly identified and remain intact at the reactor site, i.e., assemblies should not be planned for deconstitution. The only exceptions allowed are for planned testing that require removal of pins or for fuel damaged during irradiation that requires removal of pins. Damaged fuel that needs to be withdrawn from the fuel assemblies shall be withdrawn and stored pending examination or disposal.

   d. **Deliverable**

      Two years after the start of irradiation of mission fuel, the Contractor shall submit the **Mission Reactors Annual Inventory Report** to DOE for information.

2. **Update of Two-Year MOX Fuel Delivery Schedule**

   a. The Contractor shall continue to annually update and submit to DOE the Two-Year MOX Fuel Delivery Schedule which identifies the quantities of fresh fuel and the required delivery schedules for the mission reactors.

   b. **Deliverable**

      The Contractor shall submit the **Two-Year MOX Fuel Delivery Schedule**.  This schedule shall be submitted to DOE annually.

**D. Project Management and Administration**

The Contractor shall perform all applicable activities and maintain all systems and plans as specified in the Statement of Work for the base contract.

**E. RESERVED**

**VI. Option 3 SOW**

Option 3 includes deactivation of the MOX Fuel Fabrication Facility and supporting project management activities. Option 3 requirements and associated deliverables are provided by each of the four main work elements of the project, i.e., MOX Fuel Fabrication Facility, Fuel Qualification, Irradiation Services and Project Management and Administration.

**A. MOX Fuel Fabrication Facility**

Upon completion of the MOX Fuel Fabrication Facility mission, the Contractor shall ensure that the MOX Fuel Fabrication Facility Licensee deactivates the MOX Fuel Fabrication Facility in accordance with the approved Deactivation Plan.

1. **MOX Fuel Fabrication Facility Deactivation Requirements and Deliverables**

    a. The Contractor shall ensure that the MOX Fuel Fabrication Facility Licensee performs deactivation of the MOX Fuel Fabrication Facility in accordance with the approved Deactivation Plan and the NRC license. The Contractor shall certify to the Government that the MOX Fuel Fabrication Facility has been deactivated in accordance with the plan and the NRC license requirements. Upon approval of the certification, the DOE shall accept responsibility for the facility.

    b. The Contractor shall dispose of or otherwise effect the disposition of the fresh MOX fuel packages in accordance with the terms of the contract.

    c. **Deliverable**

    The Contractor shall provide for DOE approval a **Certification of Deactivation Completion**. DOE will have up to 60 days to review the document and may request to review specific information used as a basis for the certification.

2. **Revision of the Work Task Agreement (WTA) Between the Contractor and the DOE Host Site Contractor for Support of the Deactivation of the MOX Fuel Fabrication Facility.**

    a. The Contractor shall ensure that the WTA prepared in Option 2 is updated as may be required. The proposed revised WTA will identify all support required. The WTA will include the estimated cost and schedule for the required support to be provided by the DOE Host Site Contractor. The WTA shall define the roles and responsibilities.

    b. The proposed revision to the WTA shall be submitted to the Contracting Officer for approval. (The Contracting Officer and the DOE Contracting Officer for the DOE Host Site will approve the WTA for the work.) The WTA shall be updated as required to address additional support to be provided by the DOE Host Site Contractor.

    c. **Deliverable**

    The Contractor shall submit to DOE the proposed revision to the **Work Task Agreement** within 30 days of the initiation of Option 3. DOE will require 15 days to review the document and provide comments. The Contractor shall have 7 days to accept the comments and incorporate them or hold a comment resolution meeting with DOE to resolve any differences. DOE will provide its final position within 5 days after the comment resolution meeting. DOE approval of this agreement is required.

B. **Fuel Qualification - None**

C. **Irradiation Services - None**

D. **Project Management and Administration**

The Contractor shall perform all applicable activities and maintain all systems and plans as specified in the Statement of Work for the base contract.

Contract No. DE-AC02-99CH10886
Section J, Attachment 2

**PART III**

**SECTION J**

2. <u>ACRONYMS, ABBREVIATIONS AND ELEMENTS</u>

## ACRONYMS, ABBREVIATIONS, ELEMENTS

### ACRONYMS

| | |
|---|---|
| AE | Architect-Engineer |
| ALARA | As Low As Reasonably Achievable |
| ARIES | Advanced Recovery and Integrated Extraction System |
| ASTM | American Society for Testing and Materials |
| BWR | Boiling Water Reactor |
| CANDU | Canadian Deuterium-Uranium Reactor |
| CFR | Code of Federal Regulations |
| CH | Chicago Operations Office (DOE) |
| CLIN | Contract Line Item Number |
| CLWR | Commercial Light Water Reactors |
| CM | Construction Management |
| CO | Contracting Officer |
| CoC | Certificate of Compliance |
| COR | Contracting Officer's Representative |
| COTR | Contracting Officer's Technical Representative |
| CSWBS | Contract Summary Work Breakdown Structure |
| D&D | Decontamination & Decommissioning |
| DOE | Department of Energy |
| DOE/MD | Department of Energy Office of Fissile Materials Disposition |
| DOE-STD | Department of Energy Standard |
| DOT | Department of Transportation |
| EA | Environmental Assessment |
| EFPD | Effective Full Power Days |
| EIS | Environmental Impact Statement |
| EPA | Environmental Protection Agency |
| ES&H | Environment, Safety and Health |
| FERC | Federal Energy Regulatory Commission |
| FMDP | Fissile Materials Disposition Program |
| FQAP | Facility Quality Assurance Plan |
| FSAR | Final Safety Analysis Report |
| G&A | General and Administrative |
| HLW | High-Level Waste (radioactive) |
| HM | Heavy Metal |
| HQ | Headquarters (DOE) |
| IAEA | International Atomic Energy Agency |
| INEEL | Idaho National Engineering and Environmental Laboratory |
| INPO | Institute of Nuclear Power Operations |
| LANL | Los Alamos National Laboratory |
| LEU | Low-Enriched Uranium |
| LLW | Low-Level Waste (radioactive) |
| LTA | Lead Test Assembly |
| LUA | Lead Use Assembly |
| LWR | Light Water Reactor |
| M&O | Management and Operating Contractor |
| MD | Office of Fissile Materials Disposition |
| MOX | Mixed Oxide (plutonium and uranium oxides) |
| MT | Metric Tons |
| MTHM | Metric Tons Heavy Metal |
| NAS | National Academy of Science |
| NEPA | National Environmental Policy Act of 1969 |

## ACRONYMS

| | |
|---|---|
| NOV | Notice of Violation |
| NRC | Nuclear Regulatory Commission |
| OBS | Organizational Breakdown Structure |
| O&M | Operations and Maintenance |
| ORNL | Oak Ridge National Laboratory |
| OSHA | Occupational Safety and Health Administration |
| PBP | Project Baseline Plan |
| PEIS | Programmatic Environmental Impact Statement |
| PERA | Project Execution Risk Assessment |
| PIDAS | Perimeter Intrusion Detection and Assessment System |
| PIE | Post-irradiation Examination |
| PMCS | Project Management Control System |
| PMP | Project Management Plan |
| PMS | Procedures Management System |
| PSAR | Preliminary Safety Analysis Report |
| PSWBS | Project Summary Work Breakdown Structure |
| PUC | Public Utility Commission |
| PWR | Pressurized Water Reactor |
| QA | Quality Assurance |
| QC | Quality Control |
| RF | Russian Federation |
| RFP | Request for Proposals |
| ROD | Record of Decision |
| S&S | Safeguards and Security |
| SALP | Systematic Assessment of Licensee Performance |
| SAR | Safety Analysis Report |
| SEB | Source Evaluation Board |
| SNM | Special Nuclear Material |
| SOW | Statement of Work |
| SPD | Surplus Plutonium Disposition |
| SRS | Savannah River Site |
| SGT | Safe Guard Transport |
| SST | Safe, Secure Trailer |
| TA | Test Area |
| TBD | To be Determined |
| TEC | Total Estimated Cost |
| TM | Technical Manager |
| TRU | Transuranic Waste (Radioactive) |
| UCNI | Unclassified Nuclear Information |
| US | United States |
| WBS | Work Breakdown Structure |

## ABBREVIATIONS

| | |
|---|---|
| BTU | British Thermal Unit |
| Ci/g | Curies/Gram |
| Keff | Effective Multiplication Factor |
| Kg | Kilogram |
| $m^2$ | Square Meter |
| $m^3$ | Cubic Meter |
| mg | Milligram |
| mrem | Millirem |
| MWd | Megawatt Days |
| MWe | Megawatt Electric |
| MWh | Megawatt Hour |
| Yr | Year |

J.2.2

## INFORMATION FOR ENVIRONMENTAL DATA

| | |
|---|---|
| CO | Carbon Monoxide |
| $NO_2$ | Nitrogen Dioxide |
| $No_x$ | Nitrogen Oxides |
| $PM_{10}$ | Particulate Matter Less than 10 Micron Aerodynamic Mass Mean Diameter |
| $SO_2$ | Sulphur Dioxide |
| VOC | Volatile Organic Compounds |

### ELEMENTS

| | |
|---|---|
| $DUF_6$ | Depleted Uranium Hexafluoride |
| Pu | Plutonium |
| $PuO_2$ | Plutonium Oxide |
| U | Uranium |
| $UO_2$ | Uranium Dioxide |

NNSA 3-134

Contract No. DE-AC02-99CH10888
Section J, Attachment 3

**PART III**

**SECTION J**

3.    <u>**Applicable DOE Directives**</u>

NNSA 3-135

Contract No. DE-AC02-99CH10888
Section J, Attachment 3

## DOE Directives

| | |
|---|---|
| DOE G 471.3-1 | Guide to Identifying Official Use Only Information |
| DOE M 205.1-4 | National Security System Manual |
| DOE M 231.1-1A | Environment, Safety, and Health Reporting Manual |
| DOE M 231.1-2 | Occurrence Reporting and Processing of Operations Information |
| DOE M 413.3-1 | Project Management for the Acquisition of Capital Assets Manual |
| DOE M 461.1-1 | Packaging and Transfer of Materials of National Security Interest Manual |
| DOE M 470.4 | Safeguards and Security Program |
| DOE M 470.4-1 | Safeguards and Security Planning and Management |
| DOE M 470.4-2 | Physical Protection |
| DOE O 470.4-3 | Protective Force |
| DOE M 470.4-4 | Information Security |
| DOE M 470.4-5 | Personnel Security |
| DOE M 470.4-6 | Nuclear Material and Control and Accountability |
| DOE M 470.4-7 | Safeguards and Security Program References |
| DOE M 471.1-1 | Identification and Protection of Unclassified Controlled Nuclear Information Manual |
| DOE M 471.3-1 | Manual for Identifying and Protecting Official Use Only Information |
| DOE M 475.1-1A | Identifying Classified Information |
| DOE N 205.10 | Cyber Security Requirements for Risk Management |
| DOE N 206.5 | Response and Notification Procedures for Data Breaches Involving Personally Identifiable Information |
| DOE O 110.3 | Conference Management |
| DOE O 1340.1B | Management of Public Communications, Publications, and Scientific, Technical, and Engineering Publications |
| DOE O 142.1 | Classified Visits Involving Foreign Nationals |
| DOE O 142.3 | Unclassified Foreign Visits and Assignments |
| DOE O 200.1 | Information Management Program |
| DOE O 205.1 | DOE Cyber Security Management Program |
| DOE O 205.2 | Foreign National Access to DOE Cyber Systems |
| DOE O 205.3 | Password Generation, Protection, and Use |
| DOE O 221.1A | Reporting Fraud, Waste, and Abuse to the Office of Inspector General |
| DOE O 221.2 | Cooperation with the Office of Inspector General |
| DOE O 225.1A | Accident Investigations |
| DOE O 226.1 | Implementation of Department of Energy Oversight Policy |
| DOE O 241.1A | Scientific and Technical Information Management |
| DOE O 413.1A | Management Control Program |
| DOE O 413.3 | Project Management for the Acquisition of Capital Assets |
| DOE O 430.1B | Real Property Asset Management |
| DOE O 442.1A, | DOE Employee Concern Program |
| DOE O 460.1B | Packaging and Transportation Safety |
| DOE O 470.3A | Design Basis Threat Policy |
| DOE O 471.1A | Identification and Protection of Unclassified Controlled Nuclear Information |
| DOE O 475.1 | Counterintelligence Program |
| DOE O 551.1 | Official Foreign Travel |
| DOE P 450.4 | Safety Management System Policy |
| DOE P 470.1 | Integrated Safeguards and Security Management (ISSM) Policy |
| NAP 14.1-C | NNSA Baseline Cyber Security Program |
| NAP 14.2-C | NNSA Certification and Accreditation (C&A) Process for Information Systems |
| NAP 14.3-B | Transmission of Restricted Data Over Secret Internet Protocol Router Network (SIPRNet) |
| WSRC 1B Proc. 4.03 | Savannah River Site Remote Worker Notification |
| WSRC 1S Proc. 1.02 | Waste Certification, Characterization, and Minimization Plans; Validations of Hazardous Waste Stream Characterizations (Actual title is Waste Acceptance Criteria Program Requirements for Radioactive Waste) |
| WSRC 1S Proc. 1.03 | Annual Waste Forecast (Actual title is Solid Waste Forecasting) |

Contract No. DE-AC02-99CH10888
Section J, Attachment 3

| | |
|---|---|
| WSRC 1S Proc. 2.02 | Quantification of the Physical and Chemical Content of each Waste Package to meet SRS Facility Requirements (Actual title is Low Level, Hazardous, TRU, Mixed and PCB Waste Characterization Requirements) |
| WSRC 1S Proc. 3.18 | Waste Acceptance Criteria for Hazardous Wastes (Actual title is Hazardous, Mixed and Polychlorinated Biphenyl Waste Acceptance Criteria) |
| WSRC 7Q Proc. 311 | Security Badges |
| WSRC 7Q Proc. 312 | Prohibited and Controlled Articles |
| WSRC 7Q Proc. 313 | Escort Requirements |
| WSRC 7Q Proc. 504 | Control of Visits-U.S. Citizens |
| WSRC 7Q Proc. 505 | Foreign Travel |
| WSRC 7Q Proc. 510 | Control of Visits-Foreign Nationals |
| WSRC-SCD-7 | SRS Emergency Plan |

*Note -The most recent revisions of the directives or requirements available on the DOE Directives Home Page and SRS ShRINE will be used in accordance with DEAR 970.5204-2 Laws, Regulations, and DOE Directives. While duplication of effort between Government Agencies is not expected, specific compliance with DOE requirements is required.

J.3.2

Contract No. DE-AC02-99CH10888
Section J, Attachment 4

## PART III

## SECTION J

**4.**   **DOE F 1332.1, REPORTING REQUIREMENTS CHECKLIST**

Contract No. DE-AC02-99CH10888
Section J, Attachment 4
Modification A124

U.S. DEPARTMENT OF ENERGY

## REPORTING REQUIREMENTS CHECKLIST

| 1. PROGRAM/PROJECT TITLE | 2. IDENTIFICATION NUMBER |
|---|---|
| Mixed Oxide (MOX) Fuel Fabrication and Reactor Irradiation Services | DE-AC56-99CH10888 |

**3. PARTICIPANT NAME AND ADDRESS**
Shaw AREVA MOX Services, LLC
PO Box 7097, Aiken, SC  29804-709

**4. PLANNING AND REPORTING REQUIREMENTS**

**A. General Management** — Frequency

- ☒ Management Plan (requires COR approval)   (Note 1)
- ☒ Status Report   M
- ☒ Summary Report   M

**B. Schedule/Labor/Cost**

- ☒ Milestone Schedule/Plan   (Note 2) X
- ☒ Labor Plan   O,Z
- ☐ Facilities Capital Cost of Money Factors Comp.
- ☐ Contract Facilities Capital and Cost of Money
- ☒ Cost Plan   (Note 3) X
- ☒ Milestone Schedule/Status   M
- ☒ Labor Management Report   A
- ☒ Cost Management Report   M

**C. Exception Reports**

- ☒ Conference Record   A
- ☒ Hot Line Report   A

**D. Performance Measurement**

- ☒ Management Control System Description   (Note 4)
- ☒ WBS Dictionary   (Note 5)
  - ☒ Index   X
  - ☒ Element Definition   X
- ☒ Cost Performance Reports   (Note 6)
  - ☒ Format 1 - WBS   M
  - ☐ Format 2 - Function
  - ☒ Format 3 - Baseline   M

**E. Financial Incentives** — Frequency

- ☐ Statement of Income and Expenses
- ☐ Balance Sheet
- ☐ Cash Flow Statement
- ☐ Statement of Changes in Financial Position
- ☐ Loan Drawdown Report
- ☐ Operating Budget
- ☐ Supplementary Information

**F. Technical**

- ☐ Notice of Energy R&D Project (Required with any of the following)
- ☐ Technical Progress Report (Annual Accomplishment Report)
  - ☐ Draft for Review
  - ☐ Final for Approval
- ☐ Topical Report
- ☐ Final Technical Report
  - ☐ Draft for Review
  - ☐ Final for Approval
- ☐ Software
- ☒ Other (Specify): Funds Status Report   M
  SOW Deliverables   A

**G. Environment, Safety & Health**

- ☐ (Specify)

**5. FREQUENCY CODES**

A - As Required
C - Change to Contractual Agreement
F - Final (end of effort)

M - Monthly
O - Once After Award
Q - Quarterly
S - Semi-Annually

X – With Proposal/Bid/Application or with Significant Changes
Y – Yearly or Upon Renewal of Contractual Agreement
Z – Upon Significant Changes

**6. SPECIAL INSTRUCTIONS (ATTACHMENTS)**

- ☒ Report Distribution List/Addresses (see attached)
- ☐ Reporting Elements
- ☐ Due Dates
- ☐ Analysis Thresholds
- ☐ Work Breakdown Structure
- ☒ Other:  (NOTES AND INSTRUCTIONS)

| 7. PREPARED BY | 8. REVIEWED BY |
|---|---|
| (Signature)   9-13-07   (Date) | (Signature)   9-13-07   (Date) |

J.4.1

Contract No. DE-AC02-99CH10888
Section J, Attachment 4
Modification A124

Reporting Requirements Checklist Continued

Technical Baseline Documents

|  |  | Frequency |
|---|---|---|
| 1. | Design Requirements Document | As Required |
| 2. | MFFF Deviations Log | As Required |
| 3. | Functional Classification List | As Required |
| 4. | Integrated Environment, Safety & Health Plan | As Required |
| 5. | Basis of Design Documents | As Required |
| 6. | Deactivation Plan | As Required |

Project Plans/Documents

|  |  | Frequency |
|---|---|---|
| 1. | Project Management Plan | As Required |
| 2. | Functional and Operability Test Plan (Includes the Start-up Plan) | As Required |
| 3. | Regulatory Management Plan | As Required |
| 4. | Fuel Security, Safeguards and Vulnerability Plan (Classified) | As Required |
| 5. | Cyber Security Protection Plan | As Required |

## Reporting Requirements Checklist Notes

Note 1    Development of a Project Management Plan is an element of the Statement of Work for the contract.

Note 2    Schedule information and milestones in DOE approved baseline shall be incorporated in the Milestone Schedule/Plan which shall be a component of the Project Management Plan.

Note 3    The summary cost plan in DOE approved baseline shall be extended and displayed down to the work package level of the WBS.

Note 4    Development of a Management Control System Description is an element of the Statement of Work for the contract.

Note 5    The Contract Summary Work Breakdown Structure (CSWBS) provided in the Contractors proposal shall be extended and displayed down to the work package level of the WBS.

Note 6    The Contractor may propose alternate formats for these reports to the Contracting Officer. Approval by the Contracting Officer is required to initiate the use of alternate formats.

## REPORT DISTRIBUTION LIST

| Contract No. DE-AC56-99CH10888 | Plans and Reports Specified on Checklist | Deliverables Specified in the Statement of Work | |
|---|---|---|---|
| Addressees: | Number of Report Copies | | Special Instructions |
| Contracting Officer<br>U.S. Department of Energy<br>NNSA Operations Office<br>P.O. Box A<br>Aiken, SC 29802 | 2 | 2 | |
| HQ Program Officer<br>U.S. Department of Energy<br>Office of Fissile Materials<br>   Disposition, MD-3<br>1000 Independence Ave., S.W.<br>Washington, DC 20585 | 2 | 2 | |
| Federal Project Director<br>National Nuclear Security Administration<br>Savannah River Site<br>Building 706-1F, Rm 404<br>Aiken, SC 29802 | 2 | 2 | |
| | | | |

Contract No. DE-AC02-99CH10888
Section J, Attachment 5
Modification A124

## PART III

## SECTION J

### 5.    LIST OF KEY PERSONNEL

The key personnel referred to in the clause entitled, "Key Personnel" set forth in Part II, Section I, are: *

| Title | Key Personnel |
|---|---|
| Project Manager | David Stinson |
| Deputy Project Manager | Dirk Leach |
| Chief Administrative Officer | Casey Kenney |
| Vice President Engineering | Walt Elliott |
| Vice President Construction | Howard Lawrence |
| Quality Assurance Manager | George Shell |

NNSA 3-142

Contract No. DE-AC02-99CH10888
Section J, Attachment 6
Modification A124

**PART III**

**SECTION J**

6.    **BILLING INSTRUCTIONS**

Contract No. DE-AC02-99CH10888
Section J, Attachment 6
Modification A124

PART III

SECTION J

LIST OF ATTACHMENTS

BILLING INSTRUCTIONS

(For Cost-Reimbursement Type Contracts)

I.      Introduction.   These instructions are provided for use by Contractors in the preparation and submission of vouchers requesting reimbursement on a voucher submission payment basis for work performed under cost-reimbursement type contracts.  Compliance with these instructions will reduce correspondence and other causes for delay, to a minimum and will thus promote prompt payments to the Contractor.

II.     Voucher Form.   In requesting reimbursement, Contractors shall use Standard Form 1034 (Public Voucher for Purchases and Services Other Than Personal) (see Exhibit A), supported by a Statement of Cost (see Exhibit B).  An acceptable substitute (which provides the same necessary information as found in Exhibits A and B of these instructions) may be used.

III.    Preparation.   Standard Form 1034 shall be completed in accordance with the following instructional notations (see counterpart notations on Exhibit A):

     (1)     Leave Blank.

     (2)     Enter voucher number (number consecutively, commencing with "1").  Completion/final vouchers shall clearly be marked as such.

     (3)     Enter date voucher prepared.

     (4)     Enter contract number and date of contract award.

     (5)     Enter contractor's name, mailing address, and telephone number of office responsible for submitting voucher.

     (6)     If a task order or project agreement is involved in the billing, enter the number and date of the task order or project agreement, otherwise leave blank.

     (7)     Identify the period the billing covers (e.g., "Jan. 19_" or "Jan-Mar. 19__").

     (8)     Enter the dollar amount of this billing.  The amount claimed must agree with the amount reflected in the attached Statement of Cost (see Exhibit B).

     (9)     Place an "X" in the appropriate block for the type of payment for which reimbursement is requested.

IV.    Billing Period.   Vouchers shall be submitted no more frequently than once every 2 weeks (except that small business concerns may invoice more frequently)

V.     The Statement of Cost shall be completed substantially as shown in Exhibit B, making due allowance for the Contractor's cost accounting system.  Costs claimed shall be only those recorded costs authorized for billing by the payment provisions of the contract.  Indirect costs claimed shall reflect actual experience, but in no event shall exceed those approved for billing purposes by the

Contracting Officer.  Additional supporting data for claimed costs shall be provided in such form and reasonable detail as an authorized representative of the Contracting Officer may require.

VI.    "Submission.  A copy of each voucher, supported by a Statement of Cost, shall be submitted to the Contract Specialist and the DOE Technical Manager, as set forth in Part I, Section G – Contract Administration Data, of this contract.  An original of each submission must also be sent to the following address or can be submitted electronically through the Oak Ridge Financial Service Center's Vendor Inquiry Payment Electronic Reporting System (VIPERS).  See below-cited website for accessing VIPERS.

Payment requests sent by regular mail should be addressed to:

> United States Department of Energy
> Oak Ridge Office
> Oak Ridge Financial Service Center
> P.O. Box 5748
> Oak Ridge, TN  37831

Payment requests sent by express mail should be addressed to:

> United States Department of Energy
> Oak Ridge Office
> Oak Ridge Financial Services Center
> 200 Administration Road
> Oak Ridge, TN  37830

Failure to make proper distribution of your submission may result in delay of payment.  The Certification on the Statement of Cost attached to each voucher must be signed by a responsible official of the Contractor.  If follow-up billings are necessary, they must be clearly marked to show that they are second or third billings.   The status of each invoice can be obtained at http://finweb.oro.doe.gov/vipers.htm.  (Detailed instructions on how to enroll and use the system are provided on the web page.)  Completion/final vouchers shall clearly be marked as such.

Contract No. DE-AC02-99CH10888
Section J, Attachment 6
Modification A124

Exhibit A

| Standard Form 1034<br>Rev Jan 1980<br>Department of the Treasury<br>1 TFRM 4-2000 1034-118 | PUBLIC VOUCHER FOR PURCHASES AND<br>SERVICES OTHER THAN PERSONAL | | VOUCHER NO. | |
|---|---|---|---|---|
| U.S. DEPARTMENT, BUREAU, OR<br>ESTABLISHMENT AND LOCATION | DATE VOUCHER PREPARED | | SCHEDULE NO | |
| | CONTRACT NUMBER AND DATE | | PAID BY | |
| PAYEE'S<br>NAME<br>AND<br>ADDRESS | | | DISCOUNT TERMS | |
| | | | PAYEE'S ACCOUNT NUMBER | |

| SHIPPED FROM | TO | WEIGHT | GOVERNMENT B/L NUMBER |
|---|---|---|---|

| NUMBER /<br>DATE OF<br>ORDER | DATE OF<br>DELIVERY<br>OR SERVICE | ARTICLES OR SERVICES<br>(Enter description, item number of<br>contract of Federal supply schedule,<br>and other information deemed<br>necessary) | QTY | UNIT PRICE | | AMOUNT [1] |
|---|---|---|---|---|---|---|
| | | | | COST | PER | |

(Use Continuation Sheet(s) if necessary)     (Payee must NOT use the space below)     TOTAL

| PAYMENT:<br>☐ PROVISIONAL<br>☐ COMPLETE<br>☐ PARTIAL<br>☐ FINAL<br>☐ PROGRESS<br>☐ ADVANCE | APPROVED FOR<br>=$<br>BY [2]<br><br>TITLE | EXCHANGE RATE<br>=$1.00 | DIFFERENCES | |
| | | | Amount verified; correct for<br>(Signature or Initials) | |

Pursuant to authority vested in me, I certify that this voucher is correct and proper for payment.

_____  _____   _____  _____
(Date)     (Authorized Certifying Officer)[2]              (Title)

ACCOUNTING CLASSIFICATION

| P<br>A<br>I B<br>DY | CHECK NUMBER | ON ACCOUNT OF U.S.<br>TREASURY | CHECK NUMBER | ON (Name of bank) |
|---|---|---|---|---|
| | CASH | DATE | PAYEE[3] | |

[1] When stated in foreign currency, insert name of currency.
[2] If the ability to certify and authority to approve are combined in one person, one signature only is necessary; otherwise the approving officer will sign in the space provided, over his official title.
[3] When a voucher is receipted in the name of a company or corporation, the name of the person writing the company or corporate name, as well as the capacity in which he signs, must appear. For example: "John Doe Company, per John Smith, Secretary", or "Treasury", as the case may be.

PER

TITLE

Previous edition usable

NSN 7540-00-634-4206
1034_VOU.DOC

PRIVACY ACT STATEMENT
The information requested on this form is required under the provisions of 31 U.S.C. 82b and 82c, for the purpose of disbursing Federal money. The information requested is to identify the particular creditor and the amounts to be paid. Failure to furnish this information will hinder discharge of the payment obligation.

J.6.3

NNSA 3-146

Exhibit B

## STATEMENT OF COST

The ABC Company
Anywhere, U. S. A., 01234

Contract No._____
Voucher No. _____

Contract Amount (face value):

| | | |
|---|---|---|
| Estimated Cost | $_____ | |
| Fixed-Fee (if any) | $_____ | |
| Total | $_____ | |

Amount Authorized for Expenditure (obligated:

| | | |
|---|---|---|
| Basic Contract | $_____ | |
| All Modifications | $_____ | |
| Contract to Date | $_____ | |

Period of performance covered by this billing: _____

| Claimed Costs | Claimed for this Billing Period | Cumulative Claimed Through This Billing Period |
|---|---|---|
| Direct Labor | | |
| Fringe Benefit  @%_____ | | |
| Overhead  @%_____ | | |
| Nonexpendable Items | | |
|   Including Equipment | | |
|   (List items separately) | | |
| Materials & Supplies | | |
| Travel | | |
| Subcontract #1 (DEF Co.) | | |
| Subcontract #2 (GHI Co.) | | |
| Subcontract #3 (Smith) | | |
| Subcontract #4 (Misc) | | |
| Other Direct Costs | | |
| Adjustments (Explain) | _____ | _____ |
|   Total Costs (less G&A) | | |
| | | |
| G&A  @%_____ | | |
|   Total Costs | _____ | _____ |
| | | |
| Fee @%\_\_\_\_\_ (if any) | _____ | _____ |
|   Total costs and fee | _____ | _____ |
|   Credit (Explain) | _____ | _____ |
|   Contractor's share (if any) | _____ | _____ |
|   Government's share | _____ | _____ |

CERTIFICATION: I certify that this invoice is correct and in accordance with the terms of the contract and that the costs included herein have been incurred, represent payments made by the Contractor except as otherwise authorized in the payments provisions of the contract, and properly reflect the work performed.

EXPLANATION:

PART III

SECTION J

7.   **INCENTIVE/MILESTONE FEE PLAN**

INTRODUCTION
This document addresses the administration of the incentive based fees for Contract Number DE-AC02-99CH10888, with Shaw AREVA MOX Services, LLC (MOX Services).

Incentive Fee as used in this Plan generically means all three types of incentives discussed in this Plan: Cost/Schedule; Milestone Completion; and Cost Sharing unless a particular section of this Plan specifically limits the phrase "Incentive Fee" to one of the three fee types.

This document serves as the Incentive/Milestone Fee Plan (contemplated by the Contract Clause in Section B entitled, FIXED, AWARD, MILESTONE AND INCENTIVE FEES AND COST SHARE). Implementation of Award Fee is detailed in a separate Award Fee plan and is not covered by this document. The Government may make unilateral changes in this document. However, any such unilateral changes may entitle the contractor to request an equitable adjustment under the terms of the contract.

PURPOSE
The Plan is written to provide a general overview of the contract, identify the specific fee incentives under the contract, and provide information, guidance and processes for management and administration of the Incentive Fee plan by the Government staff.

The Mixed-Oxide Fuel Fabrication Facility construction project is long term in nature and employs the use of Contractor cost and schedule performance to determine Incentive Fee earned. These performance incentives represent the primary objectives for the Government and the work that is most important to be performed.

CONTRACT SUMMARY
The estimated cost of the contract and total available fee are set forth in the Section B of the contract.

The fee earned and payable will be determined by the Government with input by the Contractor. The final fee determinations will be based upon the contractor's performance in relation to the performance incentive objectives as outlined in this plan and the other requirements of the contract.

1. COST/SCHEDULE INCENTIVE FEE:    The total amount of available Cost/Schedule incentive fee is detailed in Section B, Clause B.3, paragraph (c)(1)(i). of the contract.

2. MILESTONE FEE: - The total amount of available Milestone fee is detailed in Section B, Clause B.3, paragraph (c)(3).

3. COLLATERAL SAVINGS/COST SHARE – The maximum amount of savings that Contractor may receive and the maximum liability the Contractor will contribute to cost is detailed in Section B, Clause B. 4.

4. TARGET COST – The target cost is used for measuring performance under Cost/Schedule Incentive and is the value of CLIN 0002, Mixed Oxide Fuel Fabrication Facility.

5. ADJUSTED TOTAL PROJECT COST – The adjusted total project cost is used for measuring performance under the Cost/Share Incentive as detailed in Section B.4.

6. GENERAL DESCRIPTION OF INCENTIVES
The performance requirements covered by the incentives are generally described in Section B of the contract with the detailed requirements defined herein.

A. COST/SCHEDULE INCENTIVE

The Cost/Schedule incentive is a single comprehensive incentive for performance of the CLIN 002 activities below the established cost and schedule baseline (See F.1). CLIN 0002 shall be adjusted as necessary to account of changes to the prime contract.

The basis for measurement will be  quarterly provisional fee payments for maintaining the project cost and schedule within below the band identified in Attachment 1, Incentive Fee Band.

<u>Cost/Schedule Incentive Provisional Quarterly Fee</u>

Cost/Schedule Incentive Fee shall be paid on a quarterly basis provided the Contractor is projected to be below the total estimated Cost of CLIN 002,and schedule as defined in sections B.3 and F.1 respectively.  The total estimated cost of CLIN 002 is hereafter referred to as the Target Cost.  To recognize normal fluctuations, an Incentive Fee Band has been established.

For the purposes of determining the value of the Cost/Schedule Incentive Fee, the Contractor's cost and schedule performance will be evaluated by the Government with input from the Contractor.  In making its determination, the Government will use Earned Value Management Reports, the Contractor's use of Management Reserve and/or Government Contingency, schedule float, trends, variance at completion, interim project milestones, the annual Estimate at Completion, and other relevant and factual information supplied by the Contractor.

If the projected EAC exceeds the Target Cost, but does not exceed the Target Cost by more than the amount listed in the Incentive Fee Band, then the Government will consider the Contractor to be within projected costs.  If the projected schedule exceeds the date listed clause F.1, but by no more than the additional time provided in the Incentive Fee Band, then the Government will consider the Contractor to be within schedule.  The foregoing adjustment to cost and schedule applies to all aspects of the payment of Incentive Fee, including suspension of payments and resumption of payments.

If the Contractor's projected cost or schedule is outside the Incentive Fee Band, then the Contractor shall not invoice for the quarterly Incentive Fee payment.  If invoiced in error, the Government shall not approve payment of the invoice.  All quarterly Incentive Fee payments will be suspended until performance improves and the projected cost and schedule are back below the target cost and schedule band.  Previously paid out Incentive Fee that is provisional at the time payments are suspended shall remain provisional until payments resume.

When the target cost and schedule are once again within the Incentive Fee Band, payments of quarterly Incentive Fee will resume.  Additionally, all suspended quarterly payments may be invoiced.  Once suspended Incentive Fee payments are paid, the payments will be treated as if payments were made as originally scheduled when determining what Incentive Fee is provisional and what is final.

The Contracting Officer will provide the contractor a written statement explaining the decision to withhold any incentive payments.

<u>Provisional Cost/Schedule Incentive Fee Converting to Finall Fee</u>

The distinction between provisional and final is operative only for determining the amount of fee that is subject to cost overrun sharing as described by the Cost/Share Incentive Fee section (see C.  COST/SHARE INCENTIVE below).

All (100%) Cost/Schedule Incentive Fee payments remain provisional for one (1) year and 50% of the provisional fee will become final after one (1) year provided that for each of the 4 previous quarters, cost and schedule performance met the applicable band in Attachment 1. See Attachment 2, Provisional Fee Payments for an illustration of this process.

Previously invoiced fee that has met the requirement to be classified as final cannot be reclassified as provisional.

Final Cost/Schedule Incentive Fee Payment Determination

At project completion, defined as the submittal and acceptance of the CD-4 package, all provisional payments convert to final payments provided the project cost at completion is less than or equal to the Adjusted TPC.

## B. MILESTONE FEE

The Milestone Fee is an incentive for meeting key milestone dates in the construction schedule. In general, the goal of this milestone incentive is to identify milestones that could be incentivized to help ensure success of the project during construction, as well as provide a high degree of certainty that the MOX facility would be completed within project baseline schedule and perform as designed.  The selected milestones are identified in Attachment 3, Milestone Schedule.

The basis for measurement will be the 11 milestone activities as identified in Attachment 3, Milestone Schedule.  All Milestone Fee payments for meeting established milestone dates are considered final.  For the Milestone Fee to be paid, the milestone activities identified in Attachment 3 must be fully met on or before the date specified in the milestone schedule and accepted by the Government.  If a milestone listed in Attachment 3 is missed, the fee for that activity will roll to the final milestone on the milestone schedule.  If the final milestone (Complete Cold Start-up) is completed on or before the established milestone due date and accepted by the Government, that Milestone Fee as well as all Milestone Fee payments not previously paid because of failure to meet dates specified in Attachment 3 will be made provided the project is within the adjusted TPC and the current approved schedule baseline.  Acceptance shall be in accordance with any requirements delineated in individual milestone documentation/schedules, if any, and not unreasonably withheld.

## C. COLLATERAL SAVINGS/COST SHARE

The Collateral Savings/Cost Share is the method used to incentivize project completion below the adjusted TPC.  If the total allowable, final project costs are less than the adjusted TPC, the contractor shall earn 25 cents for every dollar under the adjusted TPC.  If the total allowable, final project costs exceed the adjusted TPC, the contractor shall owe 25 cents for every dollar over the adjusted TPC.  The Contractor's share of savings under this Paragraph is capped at $200,000,000, which is in addition to fees calculated under Paragraphs A. and B. above.  Cost overrun remittance is capped at remaining provisional fee, as computed per Paragraph A. above.

The Contractor's share of savings, if earned, will be paid in a single payment after final costs have been determined.  For the purposes of determining the cost share, the adjusted Total Project Cost (TPC) as defined in clause B.3 of the contract will be used.  As contemplated by FAR 52.216-10, INCENTIVE FEE (MAR 1997) SECTION (e)(4), the costs of catastrophic, unusually hazardous, or other Force Majeure events, while allowable project costs, will not be included in the calculation for determining shared costs savings as set forth in Section B.3 (c)(i) of the contract and section C of this document.

**J.7.3**

The adjusted TPC includes the following categories of cost and cost accounts used to track the incurred costs:

| CA | Description |
|---|---|
| 0901 | DOE/WSRC Support |
| 0902 | DOE/WSRC Support |
| 1508 | Electrical Sys & Components |
| 6001 | Communications |
| 6038 | Facility Management |
| 8141 | Project Environmental Safety and Health - ES&H Program |
| 8785 | Process Assembly Facilities |
| 7410 | Misellaneous Procured Services |
| 7415 | Concrete Batch Plant |
| 7417 | Non-Destructive Test Services |
| 7416 | Independent Test lab Services |
| 8820 | Onsite - Supplies and Services |
| 8821 | Onsite - Office Equipment & Furniture Leases & Purchases |
| 8832 | Buildings/Shops/Trailers |
| 8833 | Temporary Utilities & Services |
| 8840 | Equipment |
| 8842 | Construction Materials Management |
| 8850 | Misc Field Construction Supplies |
| 2101 | Site Preparation |
| 2202 | F – Road |
| 4100 | Building Structure |
| 5100 | Building Structure |
| 6100 | BUILDING STRUCTURE |

| | History |
|---|---|
| 5427 | Engineering Support to Licensing - Nuclear Safety |
| 6032 | Project Group Training |
| 1508 | Electrical Sys & Components |
| 4101 | SNM Transportation Integration Plan |
| 6601 | Contracts |
| 7417 | Non-Destructive Test Services |

7. FINAL INCENTIVE FEE PAYMENT

The final incentive fee determination will be calculated by the CO subsequent to the end of the final evaluation period, i.e., September 2016 (if that date is not extended). The final incentive fee determination will be based on the total allowable, final project costs for the physical completion and acceptance of the MFFF the work scope defined by CLIN 0002. The costs shall be calculated using the Contractor's approved Earned Value Management System and the results of any Government audits.

The final incentive fee payment will be based upon overall progress and will reflect the difference between the final incentive fee determination and the sum of quarterly provisional incentive fee payments made during the period of the contract, subject to the maximum fee amounts in Section B and this plan. If the sum of quarterly provisional incentive fee payments made during the period of the contract is greater than the overall fee that is calculated by the CO in his/her final incentive

Contract No. DE-AC02-99CH10888
Section J, Attachment 7
Modification A124

fee determination, the contractor shall reimburse the amount of fee already paid that is greater than the amount of fee earned.

The final incentive fee payment shall be limited by the Maximum amount of Fee available in Section B, subject to the contractor's achievement of the minimum performance requirements and threshold requirements of this plan.

8. INVOICING

Once the final fee payment amount has been determined and agreed upon by the Contracting officer a contract modification will be issued and the contractor may invoice any earned fee payments.  Payment will be made by the payment office within 14 days after receipt of a proper invoice.

J.7.5

## ATTACHMENT 1
## PROJECT/COST INCENTIVE FEE BAND & SCHEDULE

### Incentive Fee Band

|  | FY2008 | FY2009 | FY2010 | FY2011 | FY2012 | FY2013* | FY2014* | FY2015* | FY2016* |
|---|---|---|---|---|---|---|---|---|---|
| Cost In Dollars | 200,000,000 | 200,000,000 | 200,000,000 | 200,000,000 | 200,000,000 | 150,000,000 | 100,000,000 | 50,000,000 | 0 |
| Schedule | 6 months | 6 months | 6 months | 6 months | 6 months | 6 months | 6 months | 3 months | |

### Incentive Fee Amounts by FY (6% Fee Schedule)

|  | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Incentive Amount in Dollars | 3,000,000 | 12,000,000 | 11,341,320 | 11,100,000 | 10,100,000 | 4,032,328 | 3,000,000 | 2,000,000 | 0 | 56,573,648 |

As detailed in clause H.29 (g) of the contract, the 7% fee schedule detailed below will be effective with the execution of a contract modification adding hot start of the contract assuming that the modification is executed in late 2009.

### Incentive Fee Amounts by FY (7% Fee Schedule)

|  | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Incentive Amount in Dollars | 3,000,000 | 12,000,000 | 11,400,000 | 12,200,000 | 11,200,000 | 5,000,000 | 3,035,922 | 2,000,000 | 0 | 59,835,922 |

NNSA 3-154

## ATTACHMENT 2
## PROVISIONAL INCENTIVE FEE

### Provisional Payment Schedule Illustration

| Time> | year n Q1 | year n Q2 | year n Q3 | year n Q4 | year n+1 Q1 | year n+1 Q2 | year n+1 Q3 | year n+1 Q4 | year n+2 Q1 | year n+2 Q2 | year n+2 Q3 | year n+2 Q4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | EAC | | | | EAC | | | | EAC | |
| Invoice date | | | | | | | | | | | | |
| year n Q1 | 100% | 100% | 100% | 100% | 50% | 50% | 50% | 50% | 50% | 50% | 50% | 50% |
| year n Q2 | | 100% | 100% | 100% | 100% | 50% | 50% | 50% | 50% | 50% | 50% | 50% |
| year n Q3 | | | 100% | 100% | 100% | 100% | 50% | 50% | 50% | 50% | 50% | 50% |
| year n Q4 | | | | 100% | 100% | 100% | 100% | 50% | 50% | 50% | 50% | 50% |
| year n+1 Q1 | | | | | 100% | 100% | 100% | 100% | 50% | 50% | 50% | 50% |
| year n+1 Q2 | | | | | | 100% | 100% | 100% | 100% | 50% | 50% | 50% |
| year n+1 Q3 | | | | | | | 100% | 100% | 100% | 100% | 50% | 50% |
| year n+1 Q4 | | | | | | | | 100% | 100% | 100% | 100% | 50% |
| year n+2 Q1 | | | | | | | | | 100% | 100% | 100% | 100% |
| year n+2 Q2 | | | | | | | | | | 100% | 100% | 100% |
| year n+2 Q3 | | | | | | | | | | | 100% | 100% |
| year n+2 Q4 | | | | | | | | | | | | 100% |

Contract No. DE-AC02-99CH10888
Section J
Attachment 7
Modification A124

**ATTACHMENT 3**
**MILESTONE SCHEDULE**

| # | Milestone | Due Date | Amount $(M) |
|---|-----------|----------|-------------|
| 1 | Delivery of 7 trapped KPA annular tanks<br>Acceptance is satisfactory completion of receipt inspection of all seven tanks and release for shipment to MFFF | 15 Feb 2009 | 2.0 |
| 2 | Delivery of 2 trapped KPA slab tanks<br>Acceptance is satisfactory completion of receipt inspection of both tanks and release for shipment to MFFF | 15 Apr 2009 | 2.0 |
| 3 | Delivery of an acceptable "Hot Startup Plan". Acceptance is DOE acceptance of plan. (This deliverable marks the early exercise of a portion of Option 2 on MOX Services contract.) | When completed | 4.0* |
| 4 | Complete assembly of PAR glovebox with sub assemblies. Acceptance is completion of PAR assembly procedure. | 15 Jan 2013 | 2.0 |
| 5 | Complete LTA 3rd cycle irradiation.<br>Acceptance is that at least one LTA was irradiated to at least 50 GWD/MThm (maximum fuel rod burnup) | When completed | 2.0 |
| 6 | Complete MOX building roof—Complete CP 20 release 3. Schedule activity CS4009.900<br>Acceptance is Completion of the last Concrete Placement at elevation 73' for the BMP, BSR, and BAP. Temporary construction openings will remain in the roof | 15 Dec 2011 | 5.0 |
| 7 | Install first glovebox in MFFF<br>Acceptance is the rough set of a GB in its designated location. The schedule is based upon a KPA GB in room C-143 at Elevation -17' 6" of the BAP, Activity CS5117.035. Another GB of comparable difficulty and importance to the project schedule in a different location may also be acceptable. | 15 Dec 2011 | 2.0 |
| 8 | Complete all required AP In-Advance tests. Units to be tested are KCA, KCB, KCC, KDA, KDD, KDM, KDR, KPA, KPB, KPG. Acceptance criteria is that last AP unit (in set tested) is released for "shipment" to the MFFF (Some punch list type items may remain) | 15 Jan 2013 | 8.0 |
| 9 | Complete all required MP In-Advance tests. Units to be tested are DCE, GDE, GME, NBX, NCR, NDD, NDP, NDS, NPG, NTM, NXR, PAD, PAR, PFE, PQE, PRE, PSE, PTE.<br>Acceptance criteria is that last MP unit (in set tested) is released for "shipment" to the MFFF. (Some punch list type items may remain) | 15 Sep 2013 | 9.0 |
| 10 | Complete AP piping installation<br>CSDOE_0315 Acceptance is the QC approved installation of all Process System Piping and Supports (does not include utility or HVAC piping) in the BAP. A list of rooms that make up this set will be developed. | 15 Oct 2014 | 3.0 |
| 11 | Complete cold startup testing<br>Acceptance is successful completion of reference period SUL1MS0450. (Some "B" punch list type items may remain but equipment functionality is demonstrated.) | 9 Sep 2016 | 15.0 |
| | | TOTAL | 54.0 |

**\* Milestone #3 for $4M is for the Hot-Start Test Plan. If Hot-Start is not exercised, the total milestone fee amount will be reduced by $4M.**

**PART III**

**SECTION J**

8.      **SMALL BUSINESS, VETERAN-OWNED SMALL BUSINESS, SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS, HUBZONE SMALL BUSINESS, SMALL DISADVANTAGED BUSINESS, AND WOMEN-OWNED SMALL BUSINESS SUBCONTRACTING PLAN – REVISION 38**

Contract No. DE-AC02-99CH10888
Section J
Attachment 8

SMALL BUSINESS, VETERAN-OWNED SMALL BUSINESS, SERVICE
DISABLED

VETERAN-OWNED SMALL BUSINESS, HUBZONE SMALL BUSINESS, SMALL

DISADVANTAGED BUSINESS AND WOMEN-OWNED SMALL BUSINESS

SUBCONTRACTING PLAN

REVISION 39

**Identification Data**

| | |
|---|---|
| Contractor: | Duke AREVA MOX Services, LLC |
| Address: | Small Business Program Manager<br>Savannah River Site, Bldg 245-1F<br>P.O. Box 7097<br>Aiken, SC  29804-7097 |
| Solicitation/Contract Number: | DE-AC56-99CH10888<br>Mixed Oxide (MOX) Fuel Fabrication |
| Item/Service: | and Reactor Irradiation Services |
| Total Amount of Contract | $1,157,003,216 |
| Period of Contract Performance | 22 Mar 1999 through 21 Mar 2010 |

1.     <u>Type of Plan</u> (check one)

         ☒    <u>Individual Contract Plan</u> – Individual Contract Plan means a subcontracting plan that covers the entire contract period (including option periods), applies to a specific contract, and has goals that are based on the offeror's planned subcontracting in support of the specific contract, except that indirect costs incurred for common or joint purposes may be allocated on a prorated basis to the contract.

         ☐    <u>Master Plan</u> – Master Plan means a subcontracting plan that contains all of the required elements of an individual contract plan, except goals, and may be incorporated into individual contract plans, provided the master plan has been approved.

         ☐    <u>Commercial Plan</u> – Commercial Plan means a subcontracting plan (including goals) that covers the offeror's fiscal year and that applies to the entire production of commercial items sold by either the entire company or a portion thereof (e.g., division, plant, or product line). The contractor must provide a copy of the approved plan. NOTE: A commercial plan is the preferred type of subcontracting plan for contractors furnishing commercial items.

2.     <u>Goals</u>

State separate dollar and percentage goals for small business, veteran-owned small business, service-disabled veteran owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns, as subcontractors, for the basic and each option year, as specified in FAR 19.704.

         A.     Total estimated dollar value of all planned subcontracting, i.e., with all types of concerns under this contract is <u>$275,080,808*</u>.

         B.     Total estimated dollar value and percent of planned subcontracting with small businesses (includes small business, veteran owned small business, service disabled/veteran owned small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns): (% of "A"): <u>$63,268,586</u> and <u>23</u>%

         C.     Total estimated dollar value and percent of planned subcontracting with VETERAN OWNED SMALL BUSINESSES (% of "A"): <u>$3,438,510</u> and 1.25%

         D.     Total estimated dollar value and percent of planned subcontracting with SMALL DISADVANTAGED BUSINESS (% of "A"): <u>$13,754,040</u> and 5%**

         E. Total estimated dollar value and percent of planned subcontracting with HUBZONE SMALL BUSINESSES (% of "A"): <u>$6,106,794</u> and 2.22%*

         F. Total estimated dollar value and percent of planned subcontracting with WOMEN-OWNED SMALL BUSINESS (% of "A"): <u>$13,754,040</u> and 5%**

         G.     Total estimated dollar value and percent of planned subcontracting with LARGE BUSINESS (% of "A") <u>$174,758,837</u> and <u>63.53</u>%

**J.8.2**

Contract No. DE-AC02-99CH10888
Section J
Attachment 8

** Does not include the value of DPSG, COGEMA Inc., The Shaw Group, Duke Power and Framatome ANP Subcontracts. (See note below).

NOTE: Duke COGEMA Stone and Webster, LLC (DCS) is comprised of three partner companies - Duke Project Services Group, Cogema, Inc. and The Shaw Group (parent company of Stone and Webster) -each having individual subcontracts with the LLC. As a condition of award, the three companies were required to individually execute a performance guarantee that was incorporated and made part of the prime contract. Execution of this guarantee made each company jointly and severally liable for the performance obligations of the LLC under the prime contract. Based on this and for the purposes of this Small Business Subcontracting Plan and in accordance with 13 CFR 121.103(f)(4), these three partner companies together are considered a joint venture (teaming partners) and therefore individual prime contractors; thus the value of each company's subcontracts are considered prime contract efforts and are not included in the values stated in paragraphs 2.A and 2.H above. In addition, these companies will not be required to institute individual Small Business Subcontracting Plans.

Furthermore, the LLC has two individual subcontracts with Duke Power and Framatome ANP – both large businesses, which are included in the subcontracting base. The LLC's selection of Duke Power and Framatome ANP was part of its approach in meeting the government's RFP requirement of providing commercial nuclear reactors to irradiate Mox Fuel and designing and qualifying MOX Fuel Assemblies, respectively. There are no nuclear reactor owners or nuclear fuel designers that are small businesses.

Additionally, as part of the subsequent award, DOE agreed to negotiate a Technology Transfer Fee Agreement (TTFA) for the license to use certain Cogema Inc. proprietary data and information related to or resulting from the reference plants. Cogema Inc. is a partner company of the LLC. The current value of the TTFA is _____ - with a potential value of approximately _____ Given the fact that this is a license fee for the use of proprietary information or data, and the amount is given directly to a partner company the current amount of the TTFA is also removed from the base contract amount.

As an unpopulated entity, DCS, LLC relies on its partner companies to provide the necessary staff and resources to perform the work effort. Each of the partners and primary subcontractors entered into an agreement with DCS, LLC to perform the work effort.

In view of the fact that the MOX Facility design is based on proprietary data, there is little or no likelihood that subcontractors would have the experience, knowledge or understanding of the reference plant design to perform engineering or technical support services during the Base Contract term. To support the Base Contract effort DCS will primarily use personnel from its three partner firms and their respective affiliates and subsidiaries and three primary subcontractors. This approach is consistent with the original award to DCS.

Input from the DCS partner companies is needed to successfully perform the nuclear engineering and licensing efforts under this agreement, including the work effort outlined under contract modification A079. There are limited small business resources that have nuclear engineering and licensing expertise that could be used to advance the work in an efficient and effective manner. Therefore, DCS, LLC has relied on its partner company resources to perform this work effort.

Based on the rationale stated above, the amount available for subcontracting opportunities is calculated by subtracting the total amount allocated to the partners and their respective subsidiaries and affiliates, the amount associated with foreign acquisitions, fee and TTFA amount from the total contract ceiling. The remaining amount will be set aside for subcontracting opportunities.

This subcontracting plan revision is a result of the award of work that has been incurred as outlined under Contract Modification A079. This effort provides no additional small business opportunities to subcontract since the majority of the costs are associated with activities that have been performed by the partners, its affiliates or subsidiaries.

Beginning with the award of Modification A079, DCS is committed using its best effort to meet the goals stated in paragraph 2 above. However, based on the rationale above, DCS does not consider the current DOE/SBA percentages (See Paragraph 2 above) to be realistic for the base contract work effort and will aggressively seek out qualified small businesses to perform the construction efforts outlined in Option 1 of the contract.

Given the fact that there is limited opportunities for subcontracting the design effort, and to ensure that DCS sets a realistic goal that will not significantly increase the Government's cost or impede upon the program objectives, the subcontracting plan is computed by subtracting the total amount allocated to the partners and their respective subsidiaries and the DCS fee amount (including the TTFA) from the total contract ceiling. The remaining amount will be set aside for subcontracting opportunities.

J.    Provide a description of the principal types of supplies and services to be subcontracted under this contract, and an indication of the types planned for subcontracting to (i.e., small business (SB), veteran-owned small business (VOB), service-disabled/veteran-owned small business (SDVOB), HUBZone small business (HUB), small disadvantaged business (SDB), women-owned small business (WOSB), and large business (LB).

(check all that apply)

| Subcontracted Supplies/Services | SB | VOB | SDVOB | HUB | SDB | WOSB | LB |
|---|---|---|---|---|---|---|---|
| Travel Agency Services | X | X | X | | X | X | X |
| Legal Services | X | X | X | | X | X | X |
| Office Supplies | X | X | X | X | X | X | X |
| Printing & Publications | X | X | X | X | X | X | X |
| Small Business consultants | X | X | X | X | X | X | X |
| General Consulting | X | X | X | X | X | X | X |
| Staffing Support Services- | X | X | X | X | X | X | X |

(Attach additional sheets if necessary.)

J.8.4

K.   A description of the method used to develop the subcontracting goals for small business (SB), veteran-owned small business (VOB), service-disabled/veteran-owned small business (SDVOB), HUBZone small business (HUB), small disadvantaged business (SDB), women-owned small business (WOSB), and large business (LB) concerns (i.e., explain the method and state the quantitative basis (in dollars) used to establish the percentage goals, in addition, how the areas to be subcontracted to small business (SB), veteran-owned small business (VOB), service-disabled/veteran-owned small business (SDVOB), HUBZone small business (HUB), small disadvantaged business (SDB), women-owned small business (WOSB), and large business (LB) concerns were determined –include any source lists used in the determination process).

The identified Subcontractor needs, for DCS scope under the prime contract, were compared against potential sources in the local and regional markets. Since the start of work on the project, DCS has advertised in various local publications. Held vendor open houses and evaluated responses: where allowed to by DOE due to political issues centering around the participation of G-8 nations. The figures derived reflect this analysis.

L.   Indirect costs have been __ have not been X included in establishing the dollar and percentage subcontracting goals stated above. (check one)

M.   If indirect costs have been included, describe the method used to determine the proportionate share of such costs to be incurred with small business (SB), veteran owned small business (VOB), service-disabled/veteran-owned small business (SDVOB), HUBZone small business (HUB), small disadvantaged business (SDB), women-owned small business (WOSB), and large business (LB) concerns.

3.   Program Administrator

Name, title, position within the corporate structure, and duties and responsibilities of the employee who will administer the contractor's subcontracting program.

Name:   Gwendolyn Jones
Title/Position:   Manager, Small Business Program
Address:   Savannah River Site
Bldg.730-2B
P.O. Box 7097
Aiken, SC 29803
Telephone:   803-643-5350

Duties: Has general overall responsibility for the contractor's subcontracting program, i.e., developing, preparing, and executing subcontracting plans and monitoring performance relative to the requirements of this particular plan. These duties include, but are not limited to, the following activities:

A.   Developing and promoting company-wide policy initiatives that demonstrate the company's support for awarding contracts and subcontracts to small business (SB), veteran-owned small business (VOB), service-disabled/veteran-owned small business (SDVOB), HUBZone small business (HUB), small disadvantaged business (SDB), and women-owned small business (WOSB) concerns are included on the services they are capable of providing;

J.8.5

B.      Developing and maintaining bidder's lists of small business (SB), veteran-owned small business (VOB), service-disabled/veteran-owned small business (SDVOB), HUBZone small business (HUB), small disadvantaged business (SDB), and women-owned small business (WOSB) concerns from all possible sources;

C.      Ensuring periodic rotation of potential subcontractors on bidder's lists;

D.      Ensuring that procurement "packages" are designed to permit the maximum possible participation of small business (SB), veteran-owned small business (VOB), service disabled/veteran-owned small business (SDVOB), HUBZone small business (HUB), small disadvantaged business (SDB), and women-owned small business (WOSB) concerns within State Purchasing laws and regulations;

E.      Make arrangements for the utilization of various sources for the identification of small business (SB), veteran-owned small business (VOB), service-disabled/veteran-owned small business (SDVOB), HUBZone small business (HUB), small disadvantaged business (SDB), and women-owned small business (WOSB) concerns such as the SBA's Procurement Marketing and Access Network (Pro-Net), the Carolinas Minority Development Council's Directory of Suppliers, the Office of Minority Business Data Center in the Department of Commerce, Women Business Enterprise Council Vendor Information Service, and the facilities of local small business, small disadvantaged business (minority), women associations, and contact with Federal agencies' Small Business Program Managers;

F.      Overseeing the establishment and maintenance of contract and subcontract award records;

G.      Attending or arranging for the attendance of company counselors at Small Business Opportunity Workshops, Minority and Women Business Enterprise Seminars, Trade Fairs, Procurements Conferences, etc;

H.      Ensure small business (SB), veteran-owned small business (VOB), service-disabled/veteran-owned small business (SDVOB), HUBZone small business (HUB), small disadvantaged business (SDB), and women-owned small business (WOSB) concerns are made aware of subcontracting opportunities and how to prepare responsive bids to the company;

I. Conducting or arranging for the conduct of training for purchasing personnel regarding the intent and impact of Public Law 95-507 on purchasing procedures;

J.      Monitoring the company's performance and making any adjustments necessary to achieve the subcontract plan goals;

K.      Preparing, and submitting timely, required subcontract reports;

L.      Coordinating the company's activities during the conduct of compliance reviews by Federal agencies;

M.   Reviewing solicitations to remove statements, clauses, etc., which may tend to restrict or prohibit small business (SB), veteran-owned small business (VOB), service disabled/veteran-owned small business (SDVOB), HUBZone small business (HUB), small disadvantaged business (SDB), and women-owned small business (WOSB) concerns participation, where possible.

N.   Ensuring that the bid proposal review board documents its reasons for not selecting low bids submitted by small business (SB), veteran-owned small business (VOB), service-disabled/veteran-owned small business (SDVOB), HUBZone small business (HUB), small disadvantaged business (SDB), and women-owned small business (WOSB) concerns.

O.   Ensuring the establishment and maintenance of records of solicitations and subcontract award activity.

P.   Ensuring that historically Black colleges and universities and minority institutions shall be afforded maximum practicable opportunity (if applicable).

Q.   Other duties: <u>None other than Procurement for the MOX Project.</u>


4.   Equitable Opportunity

The contractor agrees to ensure that small business (SB), veteran-owned small business (VOB), service-disabled/veteran-owned small business (SDVOB), HUBZone small business (HUB), small disadvantaged business (SDB), and women-owned small business (WOSB) concerns will have an equitable opportunity to compete for subcontracts. The various efforts include, but are not limited to, the following activities:

A.   Outreach efforts to obtain sources:
   (i)   Contacting small business (SB), veteran-owned small business (VOB), service- disabled/veteran-owned small business (SDVOB), HUBZone small business (HUB), small disadvantaged business (SDB), and women-owned small business (WOSB), trade associations (to the extent known, identify specific small business (SB), veteran-owned small business (VOB), service-disabled/veteran-owned small business (SDVOB), HUBZone small business (HUB), small disadvantaged business (SDB), and women owned small business (WOSB) trade associations).

   <u>DCS has held vendor open houses, at it's facilities, and invited small businesses of all types to participate.</u>

   (ii)   Contacting small business development organizations (to the extent known, identify specific small business development organizations).

   <u>DCS has contacted the NC Small Business Development Council.</u>

   (iii)   Attending small business (SB), veteran-owned small business (VOB), service- disabled/veteran-owned small business (SDVOB), HUBZone small business (HUB), small disadvantaged business (SDB), and women-owned small business (WOSB) procurement conferences and trade fairs (to the extent known, identify specific procurement conferences and trade fairs and dates).

DCS participated in the following trade fairs:

Minority Business Assistance Trade Fair & Seminar – Columbia, SC, March 2005
Augusta Chamber of Commerce Small Business Expo – Augusta, GA, Nov. 2005
Meet & greet Corporate America – Carolina MSDC – Columbia, SC, Nov. 2005
CMSDC Opportunities 2006 Regional Trade Show – Ashville, TN, March 2006
DOE 7th Annual Small Business Conference – Seattle, WA, April 2006
Third Annual Salute to Small Business Conference – Columbia, SC, April 2006

(iv) Potential sources will be requested from SBA's Pro-Net system and other electronic medium.
DCS is utilizing electronic mediums such as Pro-Net to develop sources of procurement.,

(v) Utilizing newspaper and magazine ads to encourage new sources.

DCS has utilized newspaper and magazine ads to encourage small business and explain project.

B. Internal efforts to guide and encourage purchasing personnel:

(i) Presenting workshops, seminars, and training programs;

(ii) Establishing, maintaining, and using small business (SB), veteran-owned small business (VOB), service-disabled/veteran-owned small business (SDVOB), HUBZone small business (HUB), small disadvantaged business (SDB), and women-owned small business (WOSB) source lists, guides, and other data for soliciting subcontracts; and

(iii) Monitoring activities to evaluate compliance with the subcontracting plan.

C. Additional efforts: DCS is using "PRO-NET" on an ongoing basis to locate Hub Zone Small Disadvantaged Businesses. DCS is also using, "Procurement Technical Assistance Centers" in South Carolina and Georgia to locate additional sources.

5. Flow-Down clause

The contractor agrees to include the provisions under FAR 52.219-8, "Utilization of Small Business Concerns, in all subcontracts that offer further subcontracting opportunities. The contractor will also require all subcontractors, except small business concerns, that receive subcontracts in excess of $500,000 ($1,000,000 for construction) to adopt a plan that complies with the requirements of the clause at FAR 52.219-9, "Small Business Subcontracting Plan." (See FAR 19.708 (b)). Such plans will be reviewed by comparing them with the provisions of Public Law 95-507, and assuring that all minimum requirements of an acceptable subcontracting plan have been satisfied. The acceptability of percentage goals shall be determined on a case-by-case basis depending on the supplies/services involved, the availability of potential small business (SB), veteran-owned small business (VOB), service-disabled/veteran-owned small business (SDVOB), HUBZone small business (HUB),

small disadvantaged business (SDB), and women-owned small business (WOSB) and prior experience. Once approved and implemented, plans will be monitored through the submission of periodic reports, and/or, as time and availability of funds permit, periodic visits to subcontractors facilities to review applicable records and subcontracting program progress.

6.   Reporting and Cooperation

The contractor gives assurance of (1) cooperation in any studies or surveys that may be required by the contracting agency or the Small Business Administration; (2) submission of periodic reports such as utilization reports, which show compliance with the subcontracting plan; (3) submission of Standard Form (SF) 294, "Subcontracting Report for Individual Contracts," and SF-295, "Summary Subcontract Report," in accordance with the instructions on the forms; and (4) ensuring that large business subcontractors with subcontracting plans agree to submit Standard Forms 294, 295, and, if applicable, OF-312.

| Reporting Period | Report Due | Due Date |
|---|---|---|
| Oct 1 - Mar 31 | SF-294 | 04/30 |
| Apr 1 - Sep 30 | SF-294 | 10/30 |
| Oct 1 - Sep 30 | SF-295 | 10/30 |
| Oct 1 - Sep 30 | OF-312 | 10/30 |

7.   Record Keeping

The following is a recitation of the types of records the contractor will maintain to demonstrate the procedures adopted to comply with the requirements and goals in the subcontracting plan. These records will include, but not be limited to, the following:

A.   If the prime contractor is not using SBA's Pro-Net system as its primary source for small business (SB), veteran-owned small business (VOB), service-disabled/veteran-owned small business (SDVOB), HUBZone small business (HUB), small disadvantaged business (SDB), and women-owned small business (WOSB) concerns, list the names of guides and other electronic data systems identifying such vendors;

B.   Organizations contacted in an attempt to locate small business (SB), veteran-owned small business (VOB), service-disabled/veteran-owned small business (SDVOB), HUBZone small business (HUB), small disadvantaged business (SDB), and women-owned small business (WOSB) sources;

C.   On a contract-by-contract basis, records on all subcontract solicitations over $100,000 which indicate for each solicitation (1) whether small business concerns were solicited, and if not, why not; (2) whether veteran-owned small businesses were solicited, and if not, why not; (3) whether service-disabled/veteran-owned businesses were solicited, and if not, why not; (4) whether HUBZone small businesses were solicited, and if not, why not; (5) whether small disadvantaged business concerns were solicited, and if not, why not; (6) whether women-owned small businesses were solicited, and if not, why not; and (7) reason for failure of solicited small business, veteran-owned small business, service-disabled/veteran-owned small business, small disadvantaged business, women-owned small business, or HUBZone small business concerns to receive the subcontract award;

D.   Records to support other outreach efforts, e.g., contacts with small disadvantaged business (minority), small business, veteran-owned small business, service-disabled/veteran-owned small business, women-owned small business, HUBZone small business trade associations, attendance at small business, small disadvantaged business (minority), service disabled and veteran-owned small business, women-owned small business procurement conferences and trade fairs;

E.   Records to support internal guidance and encouragement, provided to buyers through (1) workshops, seminars, training programs, incentive awards; and (2) monitoring of activities to evaluate compliance; and

F.   On a contract-by-contract basis, records to support subcontract award data including the name, address and business size of each subcontractor. (This item is not required for company or division-wide commercial plans.)

G.   Additional records: Not Applicable

**J.8.10**

Contract No. DE-AC02-99CH10868
Section J, Attachment 9
Modification A124

## PART III

## SECTION J

9.   **U. S. DEPARTMENT OF LABOR WAGE DETERMINATION (DAVIS-BACON)**

**General Decision Number: SC070023 06/08/2007  SC23**

Superseded General Decision Number: SC20030023

State: South Carolina

Construction Types: Building, Heavy and Highway

Counties: Aiken, Allendale and Barnwell Counties in South Carolina.


SAVANNAH RIVER SITE ONLY

BUILDING CONSTRUCTION PROJECTS (does not include single family homes and apartments up to and including 4 stories)

HEAVY CONSTRUCTION PROJECTS (includes sewer & water line projects, and drainage projects)

HIGHWAY CONSTRUCTION PROJECTS

| Modification Number | Publication Date |
|---|---|
| 0 | 02/09/2007 |
| 1 | 02/16/2007 |
| 2 | 05/25/2007 |
| 3 | 06/08/2007 |

*  SUSC2003-001 11/01/2005

|  | Rates | Fringes |
|---|---|---|
| Asbestos abatement worker/hazardous material handler (Includes preparation, wetting, stripping, removal, scrapping, vacuuming, bagging and disposing of all insulation materials, whether they contain asbestos or not, from mechanical systems).........$ 11.16 | | .15 |
| Asbestos worker/insulator (Includes application of all insulating materials, protective coverings, coatings & finishings to all types of mechanical systems).....$ 22.32 | | 8.55 |
| Boilermaker....................$ 24.73 | | 13.96 |
| Bricklayer.....................$ 20.28 | | 6.10 |
| Carpenter......................$ 20.53 | | 7.03 |
| Cement mason...................$ 19.67 | | 6.10 |

```
Electrician....................$ 23.23          8.62

Elevator constructor..........$ 28.635         13.37

Glazier.......................$ 20.03           6.01

Ironworker....................$ 23.61           6.72

Laborers:
    Concrete & building........$ 14.49          4.58
    Hazardous waste verifier...$ 15.24          4.58
    Mortar mixer...............$ 14.74          4.58
    Nozzleperson...............$ 14.99          4.58
    Pipelayer..................$ 14.74          4.58
    Pneumatic concrete gun
    operator...................$ 14.99          4.58
    Pneumatic tool operator....$ 14.74          4.58
    Tool facility operator.....$ 15.24          4.58

Line construction:
    Cable splicer..............$ 23.48          8.62
    Ground person..............$ 15.80          8.62
    Line technician............$ 23.23          8.62

Machinist.....................$ 26.11           7.70

Millwright....................$ 21.79           8.38

Painter
    Composite rate applies to
    all work performed by
    journeyman painters and
    sign painters except when
    engaged in industrial
    premium work...............$ 20.03          6.01

Piledriver....................$ 20.78           7.03

Pipefitter....................$ 22.45          10.28

Plasterer.....................$ 19.67           6.10

Power equipment operators:
    Air compressor; concrete
    mixer (10 s or less);
    conveyor; elevator; hoist,
    1-drum; light plant; motor
    crane driver and oiler;
    roller; tractor (50 hp and
    over)......................$ 17.95          9.11
    Backhoe; central mixing
    plant; concrete placing
    machine; crane, derrick,
    dragline; hoist, 2-drum;
    motor grader; shovel;
    sideboom tractor;
    tower/pedestal crane;
    hoist, 1-drum (hoisting
    personnel); mechanic
    (diesel & gas); maxi
```

```
    grinder.....................$ 21.63              9.11
    Batch plant; bulldozer;
    concrete mixer (over 10
    s); distributor
    (bituminous surfaces); end
    loader; fork lift truck;
    lead oiler; pan scraper;
    paving machine; pumpcrete;
    trenching machine; well
    drill.......................$ 19.90             9.11
    Mechanic (diesel & gas).....$ 21.63             9.11
    Pump (2-1/2 in. and over);
    tractor (under 50 hp);
    fireperson (boiler); oiler..$ 15.79             9.11

Roofer (built-up,
  composition and
  waterproofing)...............$ 19.23             3.05

Sheet metal worker.............$ 23.51             9.10

Sprinkler fitter...............$ 22.33            10.40

Tile setter....................$ 20.28             6.10

Truck drivers:
  _2-1/2 tons & over, and
  special equipment...........$ 21.21            4.1725
  _Oiler (light equipment
  and garage attendant).......$ 20.86            4.1725
  _Under 2-1/2 tons...........$ 20.58            4.1725
```

----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing
operation to which welding is incidental.
================================================================

Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29CFR 5.5 (a) (1) (ii)).

----------------------------------------------------------------

In the listing above, the "SU" designation means that rates
listed under the identifier do not reflect collectively
bargained wage and fringe benefit rates.  Other designations
indicate unions whose rates have been determined to be
prevailing.

----------------------------------------------------------------

WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter? This can
be:

*  an existing published wage determination
*  a survey underlying a wage determination
*  a Wage and Hour Division letter setting forth a position on
   a wage determination matter

**J.9.3**

\* a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests
for summaries of surveys, should be with the Wage and Hour
Regional Office for the area in which the survey was conducted
because those Regional Offices have responsibility for the
Davis-Bacon survey program. If the response from this initial
contact is not satisfactory, then the process described in 2.)
and 3.) should be followed.

With regard to any other matter not yet ripe for the formal
process described here, initial contact should be with the
Branch of Construction Wage Determinations.  Write to:

> Branch of Construction Wage Determinations
> Wage and Hour Division
> U.S. Department of Labor
> 200 Constitution Avenue, N.W.
> Washington, DC 20210

2.) If the answer to the question in 1.) is yes, then an
interested party (those affected by the action) can request
review and reconsideration from the Wage and Hour Administrator
(See 29 CFR Part 1.8 and 29 CFR Part 7). Write to:

> Wage and Hour Administrator
> U.S. Department of Labor
> 200 Constitution Avenue, N.W.
> Washington, DC 20210

The request should be accompanied by a full statement of the
interested party's position and by any information (wage
payment data, project description, area practice material,
etc.) that the requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an
interested party may appeal directly to the Administrative
Review Board (formerly the Wage Appeals Board).  Write to:

> Administrative Review Board
> U.S. Department of Labor
> 200 Constitution Avenue, N.W.
> Washington, DC 20210

4.) All decisions by the Administrative Review Board are final.

================================================================

        END OF GENERAL DECISION

Contract No. DE-AC02-99CH10888
Section J, Attachment 10
Modification A124

**PART III**

**SECTION J**

10.  **RESERVED**

## PART III

## SECTION J

11.   PERFORMANCE GUARANTEE – SHAW PROJECT SERVICES GROUP, INC.; AREVA
      NC, INC; AND THE SHAW GROUP INC.

## PERFORMANCE GUARANTEE

FOR VALUE RECEIVED, and in view of and to confirm for the U.S. Department of Energy (the "Government") the corporate name changes of the members of Duke, Cogema, Stone & Webster, LLC ("Contractor"), and the name change of Contractor to Shaw AREVA MOX Services, LLC under Contract No. DE-ACO2-99CH10888 relating to Mixed Oxide Fuel Fabrication and Reactor Irradiation Services (the "Contract"), the undersigned, Shaw Project Services Group, Inc. (formerly known as Duke Project Services Group, Inc.), AREVA NC Inc. (formerly known as Cogema, Inc.) and The Shaw Group Inc. (herein called "Guarantors"), hereby unconditionally jointly and severally guarantee to the Government the full and prompt payment and performance of all obligations, accrued and executory, which Contractor presently or hereafter may have to the Government under the Contract, and Guarantors further agree to indemnify the Government against any expenses the Government may sustain in connection with any legal proceedings to enforce any of its rights against Guarantors hereunder, provided the Government is the prevailing party therein. Guarantors agree that Contractor shall have the full right, without any notice to or consent from the Guarantors, to make any and all modifications or amendments to the Contract without affecting, impairing or discharging, in whole or in part, the liability of Guarantors hereunder.

Guarantors hereby expressly agree that the Guarantee shall be valid and unconditionally binding upon Guarantors regardless of (i) the reorganization, merger or consolidation of Contractor into or with another entity, corporate or otherwise, or the liquidation or dissolution of Contractor, or the sale or other disposition of all or substantially all of the capital stock, business or assets of the Contractor to any other person or party, or (ii) the institution of any bankruptcy, reorganization, insolvency, debt arrangement or receivership proceedings by or against Contractor, or the adjudication of Contractor as a bankrupt, or (iii) the assertion by the Government against Contractor of any of the Government's rights and remedies provided for under the Contract, including any modifications or amendments thereto, or under any other document(s) or instrument(s) executed by Contractor, or existing in the Government's favor in law, equity, or bankruptcy. The Guarantee granted to the Government herein shall be effective in the event the Contractor fails during the term of the Contract to fulfill the full and prompt payment and performance of all obligations and duties under the Contract.

Further, in the event Contractor fails to perform its aforesaid contractual obligations and duties pursuant to the terms and conditions of the Contract, Guarantors agree that their liability under the Guarantee shall be continuing, absolute, primary, and direct, and that the Government shall not be required to pursue any right or remedy it may have against Contractor or other Guarantors under the Contract, or any modifications or amendments thereto, or any other document(s) or instrument(s) executed by Contractor, or otherwise (and shall not be required to first commence any action or obtain any judgment against Contractor) before enforcing this Guarantee against Guarantors, and that Guarantors will, upon demand, pay the Government any amount, the payment of which is guaranteed hereunder and the payment of which by Contractor is in default under the Contract, and that Guarantors will, upon demand, perform all other obligations of Contractor, the performance of which by Contractor is guaranteed hereunder.

J.11.1

Guarantors further warrant and represent to the Government that the execution and delivery of this Guarantee is not in contravention of Guarantors' Articles of Organization, Charter, by-laws, and applicable laws; that the execution and delivery of the Guarantee, and the performance thereof, has been duly authorized by Guarantors' Boards of Directors, Trustees, or other management board, as applicable; and that the execution, delivery, and performance of this Guarantee will not result in breach of, or constitute a default under, any loan agreement, indenture, or contract to which Guarantors are a party.

Guarantors have read and consent to the signing of the Contract and acknowledge the references to Guarantors herein.

Guarantors further agree that this Performance Guarantee may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. Execution by facsimile signature shall be deemed to be, and shall have the same effect as, execution by original signature.

Notwithstanding anything to the contrary contained herein, the liability of Guarantors hereunder shall be subject to and limited by the applicable provisions of the Contract. No express or implied provision, warranty, representation or term of this Guarantee is intended, or is to be construed, to confer upon any third person(s) any rights or remedies whatsoever.

In Witness Thereof, Guarantors have caused this Guarantee to be executed by their duly authorized officers, and their corporate seals to be affixed hereto.

SHAW PROJECT SERVICES GROUP, INC.

BY: _____

DATE: ___8/5/06_____

ATTEST:

_____

AREVA NC INC.

BY: _____

DATE: _____

ATTEST:

_____

THE SHAW GROUP INC.

BY: _____

DATE: _____

ATTEST:

_____

3

J.11.3

Contract No. DE-AC02-99CH10888
Section J
Attachment 11

In Witness Thereof, Guarantors have caused this Guarantee to be executed by their duly
authorized officers, and their corporate seals to be affixed hereto.

SHAW PROJECT SERVICES GROUP, INC.

BY: _____

DATE: _____

ATTEST:

_____

AREVA NC INC.

BY: _____

DATE: 7/27/06

ATTEST:

_____
Secretary

THE SHAW GROUP INC.

BY: _____

DATE: _____

ATTEST:

_____

3

PART III

SECTION J

12.    NOVATION AGREEMENT – DUKE PROJECT SERVICES GROUP, INC./
       DUKE ENGINEERING SERVICES, INC.

J.12

### NOVATION AGREEMENT

Duke Cogema Stone & Webster, LLC (the "Transferor"), an LLC duly organized and existing under the laws of South Carolina with its principal office in Charlotte, North Carolina; Duke Cogema Stone & Webster, LLC (the "Transferee"), an LLC duly organized and existing under the laws of South Carolina with its principal office in Charlotte, North Carolina; and the U.S. Government acting through its Department of Energy (the "Government") enter into this Agreement as of <u>September 3</u>, 2002, the date the Transferor was reconstituted to become the Transferee under South Carolina law as explained below.

(a)     THE PARTIES AGREE TO THE FOLLOWING FACTS:

(1)     The Government, represented by the undersigned Contracting Officer of the Department of Energy, has entered in a contract with the Transferor, namely, the Mixed Oxide Fuel ("MOX") contract, Contract No. DEAC02-99CH10888. The term "the Contract," as used in this Agreement, means the above contract, including all modifications, made between the Government and the Transferor before the effective date of this Agreement (whether or not performance and payment have been completed and releases executed if the Government or the Transferor has any remaining rights, duties, or obligations under the Contract). Included in the term "the Contract" are also all modifications made under the terms and conditions of the Contract between the Government and the Transferee, on or after the effective date of this Agreement.

(2)     The Transferor has transferred to the Transferee all the assets of the Transferor by virtue of an amendment to the operating agreement of Duke Cogema Stone & Webster, LLC. Specifically,

(i)     Duke Engineering & Services, Inc., a North Carolina corporation ("DE&S"), is a member of the Transferor and has requested that Duke Project Services Group, Inc., a Delaware corporation ("DPSG") assume and receive an assignment of DE&S's membership interest in Duke Cogema Stone & Webster, LLC.

(ii)     In connection with this request, Duke Cogema Stone & Webster, LLC will enter into an amendment to its operating agreement under South Carolina law to, among other things, admit DPSG in place of DE&S as a member of Duke Cogema Stone & Webster, LLC. For purposes of this Novation Agreement, these events constitute a "transfer" as that term is used in the provisions of this Novation Agreement below.

(3)     The Transferee has acquired all the assets of the Transferor by virtue of the above transfer.

(4)    The Transferee has assumed all obligations and liabilities of the Transferor under the Contract by virtue of the above transfer, and DPSG, Cogema, Inc. and The Shaw Group intend to issue a Performance Guarantee to the Government (the "Transferee Guarantee") in the form attached as Exhibit A to replace the existing Performance Guarantee issued by DE&S, Cogema, Inc. and The Shaw Group for the benefit of the Government (the "Transferor Guarantee").

(5)    The Transferee is in a position to fully perform all obligations that may exist under the Contract.

(6)    It is consistent with the Government's interest to recognize the Transferee as the successor party to the Contract and to accept the Transferee Guarantee as a replacement for the Transferor Guarantee.

(7)    Evidence of the above transfer has been filed with the Government.

(8)    A certificate is being filed with the Secretary of State of South Carolina to effect the assignment of DE&S's membership interest in Duke Cogema Stone & Webster, LLC to DPSG and a copy will be filed with the Government.

(b)    IN CONSIDERATION OF THESE FACTS, THE PARTIES AGREE THAT BY THIS NOVATION AGREEMENT:

(1)    The Transferor confirms the transfer to the Transferee, and waives any claims and rights against the Government that it now has or may have in the future in connection with the Contract.

(2)    The Transferee agrees to be bound by and to perform the Contract in accordance with the conditions contained in the Contract. The Transferee also assumes all obligations and liabilities of, and responsibility for all claims against, the Transferor under the Contract as if the Transferee were the original party to the Contract.

(3)    The Transferee ratifies all previous actions taken by the Transferor with respect to the Contract, with the same force and effect as if the action had been taken by the Transferee.

(4)    The Government recognizes the Transferee as the Transferor's successor in interest in and to the Contract. The Transferee by this Agreement becomes entitled to all rights, title, and interests of the Transferor in and to the Contract (including without limitation claims of the Transferor) as if the transferee were the original party to the Contract. Following the effective date of this Agreement, the term "Contractor," as used in the Contract, shall refer to the Transferee.

(5)    Except as expressly provided in this Agreement, nothing in it shall be construed as a waiver of any rights of the Government against the Transferor.

(6)   All payment and reimbursements previously made by the
      Government to the Transferor, and all other previous actions
      taken by the Government under the contract, shall be considered
      to have discharged those parts of the Government's obligations
      under the Contract. All payments and reimbursements made by
      the Government after the date of this Agreement in the name of
      or to the Transferor shall have the same force and effect as if
      made to the Transferee, and shall constitute a complete
      discharge of the Government's obligations under the Contract, to
      the extent of the amounts paid or reimbursed.

(7)   The Transferor and the Transferee agree that the Government is
      not obligated to pay or reimburse either of them for, or otherwise
      give effect to, any costs, taxes, or other expenses, or any related
      increases, directly or indirectly arising out of or resulting from the
      transfer of this Agreement, other than those that the Government
      in the absence of this transfer of Agreement would have been
      obligated to pay or reimburse under the terms of the Contract.

(8)   The Transferor guarantees payment of all liabilities and the
      performance of all obligations that the Transferee:

      (i)    Assumes under this Agreement or
      (ii)   May undertake in the future should the Contract be
             modified under its terms and conditions. The Transferor
             waives notice of, and consent to, any such future
             modifications.

(9)   The Contract shall remain in full force and effect, except as
      modified by this Agreement. Each party has executed this
      Agreement as of the day and year first above written.


**U.S. DEPARTMENT OF ENERGY**

Title   James R. Bieschke, Director
        Special Programs Division
        Office of Acquisition and Assistance
        Contracting Officer

**J.12.3**

Contract No. DE-AC02-99CH10888
Section J
Attachment 12

DUKE COGEMA STONE & WEBSTER, LLC

By _Thomas E. Touchstone_

Title _Exec VP & C.O.O._

## CERTIFICATE

I, _Naresh C. Jain_ , certify that I am the Secretary of Duke Cogema Stone & Webster, LLC, and that _Thomas E. Touchstone_ who signed this Novation Agreement for this LLC, was then _Exec. VP & COO_ of this LLC; and that this Novation Agreement was duly signed for and on behalf of this LLC by authority of its governing body and within the scope of its powers.

Witness my hand and seal of this company this _3rd_ day of _September_, 2002.

Naresh C. Jain
Secretary & Treasurer
Duke Cogema Stone & Webster, LLC

**J.12.4**

## PART III

## SECTION J

13. NOVATION AGREEMENT – THE SHAW GROUP, INC./STONE AND WEBSTER ENGINEERING CORPORATION

## NOVATION AGREEMENT

The Duke Cogema Stone & Webster, LLC (the "Transferor"), an LLC duly organized and existing under the laws of South Carolina with its principal office in Charlotte, North Carolina; the Duke Cogema Stone & Webster, LLC (the "Transferee"), an LLC duly organized and existing under the laws of South Carolina with its principal office in Charlotte, North Carolina; and the U.S. Government acting through its Department of Energy (the "Government") enter into this Agreement as of July 2 , 2001, the date the Transferor was reconstituted to become the Transferee under South Carolina law as explained below.

(a)        THE PARTIES AGREE TO THE FOLLOWING FACTS:

(1)        The Government, represented by the undersigned Contracting Officer of the Department of Energy, has entered in a contract with the Transferor, namely: the Mixed Oxide Fuel ("MOX") contract, Contract No. DE-AC02-99CH10888. The term "the Contract," as used in this Agreement, means the above contract, including all modifications, made between the Government and the Transferor before the effective date of this Agreement (whether or not performance and payment have been completed and releases executed if the Government or the Transferor has any remaining rights, duties, or obligations under the Contract). Included in the term "the Contract" are also all modifications made under the terms and conditions of the Contract between the Government and the Transferee, on or after the effective date of this Agreement.

(2)        The Transferor has transferred to the Transferee all the assets of the Transferor by virtue of a resolution of a bankruptcy court proceeding involving Stone & Webster Engineering Corporation; among other related entities, and by virtue of an amendment to the operating agreement of the Duke Cogema Stone & Webster, LLC. Specifically,

(i)        Stone & Webster Engineering Corporation, a Massachusetts corporation ("S&W"), is a member of the Transferor, and as a result of a bankruptcy petition filed June 2, 2000, Stone & Webster, Inc., a Louisiana corporation ("New S&W"), which is a wholly-owned subsidiary of The Shaw Group, assumed and received an assignment of S&W's membership interest in the Duke Cogema Stone & Webster, LLC.

(ii)        As a result of the bankruptcy resolution, the Duke Cogema Stone & Webster, LLC., will enter into an amendment to its operating agreement under South Carolina law to, among other things, admit New S&W in place of S&W as a member of the Duke Cogema Stone &

**J.13.1**

Webster, LLC. For purposes of this Agreement, these events constitute a "transfer" as that term is used in the provisions of this Agreement below.

(3)     The Transferee has acquired all the assets of the Transferor by virtue of the above transfer.

(4)   The Transferee has assumed all obligations and liabilities of the Transferor under the Contract by virtue of the above transfer.

(5)     The Transferee is in a position to fully perform all obligations that may exist under the Contract.

(6)     It is consistent with the Government's interest to recognize the Transferee as the successor party to the Contract.

(7)   Evidence of the above transfer has been filed with the Government.

(8)     A certificate is being filed with the Secretary of State of South Carolina, to effect the assignment of S&W's membership interest in the Duke Cogema Stone & Webster, LLC to New S&W and a copy will be filed with the Government.

(b)         IN CONSIDERATION OF THESE FACTS, THE PARTIES AGREE THAT BY THIS AGREEMENT

(1)     The Transferor confirms the transfer to the Transferee, and waives any claims and rights against the Government that it now has or may have in the future in connection with the Contract.

(2)         The Transferee agrees to be bound by and to perform the Contract in accordance with the conditions contained in the Contract. The Transferee also assumes all obligations and liabilities of, and responsibility for all claims against, the Transferor under the Contract as if the Transferee were the original party to the Contract.

(3)         The Transferee ratifies all previous actions taken by the Transferor with respect to the Contract, with the same force and effect as if the action had been taken by the Transferee.

(4)         The Government recognizes the Transferee as the Transferor's successor in interest in and to the Contract. The Transferee by this Agreement becomes entitled to all rights, title, and interests of the Transferor in and to -the Contract (including without limitation claims of the

J.13.2

Transferor) as if the Transferee were the original party to the Contract. Following the effective date of this Agreement, the term "Contractor," as used in the Contract, shall refer to the Transferee.

(5)     Except as expressly provided in this Agreement, nothing in it shall be construed as a waiver of any rights of the Government against the Transferor.

(6)     All payments and reimbursements previously made by the Government to the Transferor, and all other previous actions taken by the Government under the contract, shall be considered to have discharged those parts of the Government's obligations under the Contract. All payments and reimbursements made by the Government after the date of this Agreement in the name of or to the Transferor shall have the same force and effect as if made to the Transferee, and shall constitute a complete discharge of the Government's obligations under the Contract, to the extent of the amounts paid or reimbursed.

(7)     The Transferor and the Transferee agree that the Government is not obligated to pay or reimburse either of them for, or otherwise give effect to, any costs, taxes, or other expenses, or any related increases, directly or indirectly arising out of or resulting from the transfer of this Agreement, other than those that the Government in the absence of this transfer of Agreement would have been obligated to pay or reimburse under the terms of the Contract.

(8) The Transferor guarantees payment of all liabilities and the performance of all obligations that the Transferee

(i)     Assumes under this Agreement or

(ii)     May undertake in the future should the Contract be modified under its terms and conditions. The Transferor waives notice of, and consents to, any such future modifications.

(9) The Contract shall remain in full force and effect, except as modified by this Agreement. Each party has executed this Agreement as of the day and year first above written.

U.S. DEPARTMENT OF ENERGY

Contract No. DE-AC02-99CH10888
Section J
Attachment 13

By

Title

James R. Bieschke, Director
Special Programs Division
Office of Acquisition and Assistance

J.13.4

Contract No. DE-AC02-99CH10888
Section J
Attachment 13

DUKE COGEMA STONE & WEBSTER, LLC

By _Thomas E. Couchpone_

Title _EXECUTIVE VICE PRESIDENT_

**CERTIFICATE**

I, _NARESH C. JAIN_, certify that I am the Secretary of Duke Cogema Stone & Webster, LLC, that _MR TOUCHSTONE_, who signed this Agreement for this LLC, was then _EVP_ of this LLC; and that this Agreement was duly signed for and on behalf of this LLC by authority of its governing body and within the scope of its powers.

Witness my hand and seal of this company this _17th_ day of _JUNE_, 20_02_.

Naresh C. Jain
Secretary & Treasurer
Duke Cogema Stone & Webster, LLC

J.13.5

## PART III

## SECTION J

14.     TECHNOLOGY TRANSFER FEE AGREEMENT

## TECHNOLOGY TRANSFER FEE AGREEMENT FOR:

## THE UNITED STATES MOX FUEL FABRICATION FACILITY

BETWEEN

COGEMA, INC., a United States company organized and existing under the laws of Delaware (hereinafter referred to as "CI"), having its registered office at One Bethesda Center, 4800 Hampden Lane, Suite 1100, Bethesda, MD 20814 (United States of America),

AND

THE UNITED STATES DEPARTMENT OF ENERGY, (hereinafter referred to as "DOE")

Hereinafter individually or collectively referred to as "the Party" or "the Parties".

Contract No. DE-AC02-99CH10888
Section J
Attachment 14

**Limited Rights Notice**
(see original TTFA)

Technology Transfer Fee Agreement For:
The United States MOX Fuel Fabrication Facility

## RECITALS

1. COGEMA, Inc is a member of "Duke COGEMA Stone & Webster, LLC" (hereinafter referred to as "DCS") with Duke and Stone & Webster. DCS is a Limited Liability Company incorporated under South Carolina laws in September 1998 in order to submit a proposal and to enter into contracts with the DOE for the MOX Fuel Fabrication Facility (hereinafter referred to as "the MFFF") Project.

2. The US Department of Energy (hereinafter referred to as "DOE") and DCS are currently implementing the prime contract number DE-AC02-99CH10888 (hereinafter referred to as "Prime Contract") for the design, licensing, procurement, manufacturing design, construction, qualification, start-up, operation, maintenance and deactivation of the MFFF in the United States of America.

3. Clause H.30, Technology Fee Consideration, of the Prime Contract provides the Government with certain rights of use of intellectual property during performance of the Base Contract scope and requires the parties to negotiate, prior to completion of the Base Contract, a mutually acceptable agreement for the said use by the Contractor, Government, or third parties, as necessary for the design, licensing, procurement, manufacturing design, construction, qualification, start-up, operation, maintenance and deactivation of the MFFF, and for provision of MOX fuel fabrication services envisioned by the Prime Contract, with mutually agreeable compensation to be paid.

4. DCS members have signed a letter dated March 3, 1999 in which they stated that any technology fee which may be paid by DOE pursuant clause H.30 of the Prime Contract will be to the benefit of COGEMA, as Parent Company of COGEMA, Inc, as original provider of the Technology through COGEMA, Inc. Therefore while it is recognized that the Contractor referenced in clause H.30 is DCS, DOE and DCS have agreed that COGEMA, Inc will represent the interests of COGEMA, the owner of the intellectual property in the negotiation of a mutually acceptable agreement for use of the Technology,

### NOW, THEREFORE, IT HAS BEEN AGREED AS FOLLOWS:

NNSA 3-193

Technology Transfer Fee Agreement For:
The United States MOX Fuel Fabrication Facility

## ARTICLE 1 – DEFINITIONS

Capitalized terms used but not defined in this Agreement shall have the meaning given to them by the Prime Contract unless specifically stated otherwise in this Agreement.

Subject to the foregoing sentence, the following terms and expressions shall have the following meanings in this Agreement:

1.1  **Agreement** means this agreement fully executed by the Parties, including its appendices hereto attached which form part of the Agreement.

1.2  **DEAR** means Department of Energy Acquisition Regulation.

1.3  **Improvement** means any improvement, development and adaptation (including any subject invention as defined in DEAR 970.5227-11 (referenced as DEAR 970.5204-72 in the Prime Contract)) of or based on the Technology made under the MFFF Project.

1.4  **Process** means all or relevant parts of the MELOX MOX Process (MP) and of the Aqueous Polishing (AP) process as both described in Appendix 1 and which relevant parts will be used in the MFFF.

1.5  **MFFF Project** means the US Government's program related to the design, licensing, procurement, manufacturing design, construction, qualification, start-up, operation, maintenance and deactivation of the MOX Fuel Fabrication Facility, implementing the COGEMA Technology and located on the Savannah River Site (South Carolina).

1.6  **Technology** means patents, knowledge, data (including but not limited to the Limited Rights Data and Restricted Computer Software as defined in the Prime Contract under DEAR 970.5204-82), know-how patentable or not, related to the Process and includes the results of research and development, design, licensing, procurement, manufacturing design, construction, qualification, start-up, operation, maintenance and deactivation of referenced facilities using the Process, which have been developed and held by COGEMA, its licensors, and others, through the state of development as of September 30, 2004 as designated in Appendixes 1 and 2 (These appendixes shall be subject to periodic updates, at no additional expense to DOE, to ensure that the Process is state of the art). This Technology was developed or acquired solely at private expense and provided to DOE under the Prime Contract through detailed documentation, which includes patents, technical data such as drawings, engineering standards, restricted software and programming standards, maintenance procedures, and other intellectual property dated before September 30, 2004 and listed in Appendixes 1 and 2, and, in the event of an inadvertent omission, such other information as may be necessary to use and practice the Process.

Technology Transfer Fee Agreement For:
The United States MOX Fuel Fabrication Facility

## ARTICLE 2 – PURPOSE OF THE AGREEMENT

The purpose of this Agreement is to set forth:

- The definition of the Technology and associated Limited Rights Data provided under the Prime Contract;

- The definition as per Prime Contract clause "H. 30 Technology Fee Consideration" of the rights of use by the Contractor, Government and third parties, of the Technology as necessary for the design, licensing, procurement, manufacturing design, construction, qualification, start-up, operation, maintenance and deactivation of the MFFF, and for provision of MOX fuel fabrication services envisioned by the Prime Contract ;

- The payment by DOE to COGEMA, Inc. of a technology fee compensation for the MFFF Project as per clause "H.30 Technology Fee Consideration";

## ARTICLE 3 –TECHNOLOGY AND RIGHTS OF USE FOR THE MFFF PROJECT

### 3.1   Technology

The Process is described in appendix 1 ; the Technology information and documents provided under the Prime Contract and marked as Limited Rights Data as per DEAR "970.5204-82 Rights in Data – Facilities (Feb 1998)" of the Prime Contract, which have been transmitted to DOE through the Prime Contract are listed in Appendix 2.

The Technology transfer under the Prime Contract shall therefore be strictly limited to the said mentioned Technology, information and documents in the Appendixes 1 and 2.

### 3.2   Technology ownership

The Technology and associated Information are owned by COGEMA and COGEMA licensors.

Nothing contained in this Agreement shall be construed as conferring on DOE any right of use in or title to the Technology, other than as expressly provided in this Agreement and the Prime Contract.

### 3.3   Rights of use

DOE and its contractors, representatives and designees, regardless of tier shall have a non-exclusive right of use for the Technology and associated documentation for the sole purpose of the design, licensing, procurement, manufacturing design, construction, qualification, start-up, operation, maintenance and deactivation of the MFFF, and for the provision of MOX fuel fabrication services envisioned by the Prime Contract in the United States of America as per clause "H.30 Technology Fee Consideration" of the Prime Contract, provided that DOE contractors, representatives and designees, regardless of tier shall retain the Technology in confidence and not be authorized to further disclosure without COGEMA, Inc prior written consent.

Contract No. DE-AC02-99CH10888
Section J
Attachment 14

Technology Transfer Fee Agreement For:
The United States MOX Fuel Fabrication Facility

To the extent permitted by DEAR "970.5204-82 Rights in Data – Facilities (Feb 1998)" provisions of the Prime Contract, DOE grants to COGEMA and COGEMA affiliates under common majority ownership and control the right to use, free of any charge, for any of its facilities and any of the engineering projects worldwide in which COGEMA and COGEMA affiliates are involved or intend to be in the future, the MFFF Design including Improvements, the manufacturing design, the software design, and construction, testing, start up and deactivation experience developed under the MFFF Project.

### 3.4   Warranties on the Technology

COGEMA represents and warrants in respect to the Technology and associated documentation that it has the legal power to extend the rights granted to DOE and its contractors, representatives and designees in this Agreement and that it has not made and will not make any commitments to others inconsistent with or in derogation of such rights.

COGEMA agrees to indemnify and hold harmless the DOE from all claims related to COGEMA's rights to use and transfer the Technology that is the subject of this Agreement (as warranted in Clause 3.4 hereof), including claims of infringement of intellectual property rights, damages, costs and expenses, including attorney's fees, arising from any claims from third parties for use of the MELOX MOX Process (MP) or the Aqueous Polishing (AP) Process, as both described in Appendix 1.

COGEMA makes no other warranties under this Agreement of any kind, oral or implied, with respect of the Technology and information provided under this Agreement. COGEMA specifically disclaims any warranty under this Agreement with regard to the use of, or damages resulting from the use of the Technology and information.

### 3.5   Basic Assistance Services to be provided by COGEMA

To help assure proper implementation of its Technology and protect its goodwill associated therewith, COGEMA shall provide Basic Assistance Services in the framework of the MFFF Project, in order to support DCS and/or any other entity for the design, licensing, procurement, manufacturing design, construction, qualification, testing, start-up, operation, maintenance and deactivation of the MFFF. Such Basic Assistance Services shall be provided by COGEMA in accordance with the negotiated terms and conditions of Options 1, 2 and 3 of the Prime Contract between DOE and DCS (or an entity designated by DOE).

Two months prior to the performance of each phase of Basic Assistance Services, COGEMA, through DCS, will receive a written notice from DOE requesting COGEMA to perform the new phase of Basic Assistance Services. COGEMA will advise DOE, within 10 business days of receipt of notice, the schedule for providing the Basic Assistance Services.

The Basic Assistance Services to be performed by COGEMA, subject to the negotiated terms and conditions of Options 1, 2 and 3 of the Prime Contract between DOE and DCS (or entity designated by DOE) or implemented by mutual modification of an appropriate agreement, shall ensure the correct implementation of the Technology through:

NNSA 3-196

Contract No. DE-AC02-99CH10888
Section J
Attachment 14

Technology Transfer Fee Agreement For:
The United States MOX Fuel Fabrication Facility

o   The review of process documents, safety reports, and resulting design documents, as appropriate,

o   The follow-up, inspection and testing of essential process equipment manufacturing,

o   The participation in critical steps and tests during the assembling of process unit equipment in platforms,

o   Assistance during installation on site,

o   Process units and software tests,

o   And any other kind of assistance which might be necessary.

In the event any technical alteration to the Technology is proposed by DCS and/or any other entity, COGEMA shall review and comment on these alterations in writing as to the compatibility of such technical alterations with the Process. If, in the opinion of COGEMA, the proposed alterations would adversely affect the performance of the MFFF, COGEMA will express to DOE in writing the relevant recommendations and reservations.

## ARTICLE 4 – MFFF TECHNOLOGY FEE

### 4.1   Amount of Technology Fee

Pursuant to clause H.30, the fee payable by DOE to COGEMA through DCS and COGEMA, Inc under this Agreement for the rights to use the COGEMA Technology and associated information, including Limited Rights Data and restricted computer software, for the MFFF Project is

The actual amount of each installment will be adjusted based on the "Consumer Price Index All Urban Consumers – US City Average - All Items - Base Period 1982 -1984 = 100" as published by the United States Department of Labor Bureau of Labor Statistics. The reference index for the calculation will be the index as of March 1, 1999. In any case, the adjustment to each installment is limited to 8% per annum or the actual annual percentage increase in the specified index, whichever is lower.

NNSA 3-197

Contract No. DE-AC02-99CH10888
Section J
Attachment 14

Technology Transfer Fee Agreement For:
The United States MOX Fuel Fabrication Facility

### 4.2 Schedule of Payments

| | Milestone | Installment (percentage of technology fee) |
|---|---|---|
| 1 | Signature of the MFFF TTFA | 20 % |
| 2 | Insertion of MOX Lead Assemblies in Mission Reactor | 10 % |
| 3 | Start of Integrated Cold Tests at MFFF Site | 10 % |
| 4 | Issuance of MFFF NRC Operating License | 30 % |
| 5 | Insertion of the first batch of MOX Fuel Assemblies in Mission Reactor | 30 % |

4.3 **Invoicing and payments:** Payment will be made in accordance with Prime Contract clause "G.3 Billing Instructions".

### 4.4 Termination Liability

Should the Contract not be completed for any reason or be terminated in whole for the convenience of the Government in accordance with Clause I.99, Termination (Cost Reimbursement), prior to completion of performance including Option 1 and 2, as defined in the Contract, DOE's rights to use COGEMA's patents, technical data, including limited rights data and restricted computer software, and intellectual property will be as defined in Clause H.31, Disposition of Intellectual Property – Failure to Complete Contract Performance.

Upon receipt of a Notice of Termination, if DOE renounces use of the Technology by its contractors, regardless of tier in the MFFF project, DOE will not be required to pay COGEMA, Inc. the remaining balance of the Technology Fee; provided, however, that DOE shall pay COGEMA, Inc. all amounts due according to milestones achieved before the date that Notice of Termination is received by COGEMA, Inc through DCS. All installments paid or, if not yet paid, earned before termination are due to COGEMA, Inc. and are not refundable to DOE. In any case, DOE shall have the right to use the Technology in the MFFF project after the said termination, provided DOE resumes paying the remaining installments to COGEMA, Inc. according to the milestones and amounts as specified in Article 4.2, unless the Parties agree otherwise.

### ARTICLE 5 - DURATION - TERM

5.1 This Agreement shall come into force on the date of its signature by both Parties.

5.2 Notwithstanding the provisions of Article 3, the rights of use as set forth in Article 3.3 of this Agreement shall remain in effect until termination of this Agreement or twenty-five (25) years, whichever is earlier. Nothing in this Agreement shall limit the amount of feed stock fabricated into MOX Fuel over the term of this Agreement provided the material is part of U.S.-Russian efforts to dispose of surplus weapon-grade plutonium covered by the September 2000 U.S.-Russian Plutonium Management and Disposition Agreement. The termination of the Prime Contract does not mean the termination of this Agreement, unless such termination is agreed to by the Parties, a described in 4.4 Termination Liability.

Technology Transfer Fee Agreement For:
The United States MOX Fuel Fabrication Facility

## ARTICLE 6 – MISCELLANEOUS

6.1   The relations between the Parties are governed by the Prime Contract and this Agreement, which supersedes all prior oral communications and written documents, and represents the entire existing agreement between the Parties with respect to the use of the technology.

The Parties may agree on alterations, supplements or interpretation of any provision of the Agreement only by written instrument signed by all Parties.

6.2   If any provision of this Agreement is found to be invalid, the rest of the Agreement shall not be affected thereby and the invalid provision shall be replaced with a valid provision to be negotiated and agreed to by both parties consistent with the spirit of the Agreement.

6.3   The failure with or without intent of any Party hereto to insist upon the performance by the other Party of any term or provision of the Agreement in strict conformity with the literal requirements hereof shall not be treated or deemed to constitute a modification or waiver of any term or provision hereof.

6.4   Except as provided in this Agreement, neither the whole nor any part of the benefit of this Agreement or the obligations thereunder shall be assigned by one Party to a third party; provided, however, that COGEMA may at its election choose to delegate some or all of its responsibilities or authorities to an affiliate that is majority owned or under common majority ownership and control, such as but not limited to COGEMA, Inc., and in such event COGEMA will so advise DOE and DCS in writing specifying the nature and extent of any such delegation, and DOE will, and will cause DCS to, thereafter interact with COGEMA's delegate accordingly. In no event shall such delegation be inconsistent with or in derogation of the rights granted to DOE and its contractors, representatives and designees under this agreement and the Prime Contract.

6.5   The language to be used for the implementation of this Agreement shall be English.

## ARTICLE 7 – DISPUTES

Any dispute between the Parties in connection with or arising out of the existence, validity, construction, performance and termination of the Agreement shall be finally settled under the dispute provisions specified in the Prime Contract.

Contract No. DE-AC02-99CH10888
Section J
Attachment 14

Technology Transfer Fee Agreement For:
The United States MOX Fuel Fabrication Facility

This Agreement is made this ___18th___ day of ___August___ 2005, in two (2) original copies,
one for each Party,


Michael A. McMurphy, CEO
For and on behalf of
COGEMA, Inc

James R. Bieschke, Contracting Officer
For and on behalf of
U.S. Department of Energy


L. R. Barnes, President
As witness and on behalf of
Duke Cogema Stone and Webster, LLC.

Kenneth M. Bromberg
Acting Assistant Deputy Administrator for
Fissile Material Disposition, NNSA
In concurrence and on behalf of
U.S. Department of Energy

NNSA 3-200

APPENDIX 1:                    Process description (see original TTFA)

FIGURE 1:                     Aqueous Polishing and MOX Process Main steps (see original TTFA)

FIGURE 2:                     Aqueous Polishing Process (see original TTFA)

FIGURE 3:                     MOX Process (see original TTFA)

FIGURE 4:                     Static and dynamic confinement systems (see original TTFA)

APPENDIX 2:                   List of documents which contain Technology Information provided to DOE by COGEMA under the Prime Contract, as of September 30, 2004 (see original TTFA)

# Attachment B

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|---|
| | | | | | 1 | 3 |
| 2. AMENDMENT/MODIFICATION NO. 183 | 3. EFFECTIVE DATE See Block 16C | | 4. REQUISITION/PURCHASE REQ. NO. 11NA003035 | | 5. PROJECT NO. (if applicable) | |
| 6. ISSUED BY                          CODE | | | 7. ADMINISTERED BY (if other than Item 6)     CODE | | | |
| U.S. Department of Energy NNSA Operations Office Savannah River Site Office P.O. Box A Aiken, SC 29802 | | | | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State, and Zip Code) | | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|
| Shaw AREVA MOX Services, LLC Savannah River Site P.O. Box 7097 Aiken, SC 29804-7907 DUNS: 029382525 | | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | | X | DE-AC02-99CH10888 |
| | | | 10B. DATED (SEE ITEM 13) |
| CODE | FACILITY CODE | | 3/22/1999 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _2_ copies of the amendment (see block 7); (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (if required)
STRIPES PR 11NA0003035 $0

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.243-2 CHANGES-COST-REIMBURSEMENT) (AUG 1987) and ALTERNATE II (APR 1984), and 52.232-22 LIMITATION OF FUNDS (APR 1984). |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not, [ X ] is required to sign this document and return _1_ copy to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE PAGE 2

| 15A. NAME AND TITLE OF SIGNER (Type or print) Paul Whittingham Contracts Manager | | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Carol R. Elliott Contracting Officer | |
|---|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR *(Signature of person authorized to sign)* | 15C. DATE SIGNED 1 Sept 11 | | 16B. UNITED STATES OF AMERICA BY *(Signature of Contracting Officer)* | 16C. DATE SIGNED Sept 1, 2011 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

14. DESCRIPTION OF MODIFICATION CONTINUED

The purpose of this modification is to increase the Option 1 fee amount. This increase is in accordance with Section H - Special Contract Requirements. The fee will immediately increase to 6.75% with a subsequent increase of .25% occurring with the exercise of Early Option 2 for a total increase in fee from 6% to 7%. Changes to the contract Section B, Section H, and Section J are detailed below.

A.    As a result of the change in fee from 6% to 6.75% and the subsequent increase of .25% from 6.75% to 7%, the following fee amounts are hereby increased as follows:

|  | Changed From | Increased | Changed To | EO2 Increase | 7% Total |
|---|---|---|---|---|---|
| Option 1 Incentive Fee Pool | $ 75,562,871 | $ 1,300,000 | $ 76,862,871 | $5,127,148 | $ 81,990,019 |
| Option 1 Milestone Fee Pool | $ 59,792,841 | $ 688,455 | $ 60,481,296 | $ 0 | $ 60,481,296 |
| Option 1 Award Fee Pool | $ 33,448,601 | $17,082,433 | $ 50,531,034 | $1,229,814 | $ 51,700,848 |
|  | $168,804,313 | $19,070,888 | $187,875,201 | $6,356,962 | $194,232,163 |

B.    **SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS**

B.2  **ESTIMATED COST, FEE, OBLIGATION OF FUNDS AND FINANCIAL LIMITATIONS**

Section B.2 is changed as follows: The total estimated cost is **$4,195,430,794**. The total estimated fee (CLIN 0007) is increased by **$19,070,888** from **$250,672,350** to **$269,743,238**. The total estimated price is increased by **$19,070,888** from **$4,446,103,144** to **$4,465,174,032**.

Section B.2(a) is changed as follows:
CLIN 0007B: The estimated price for Option 1 Incentive Fee Pool is increased by **$1,300,000** from **$75,562,871** to **$76,862,871**. The estimated price for Option 1 Milestone Fee Pool is increased by **$688,455** from **$59,792,841** to **$60,481,296**.
CLIN 0007C: The estimated price for Option 1 Award Fee Pool is increased by **$17,082,433** from **$33,448,601** to **$50,531,034**.
The net change as a result of this modification is an overall increase in CLIN 0007, Fee of **$19,070,888** from **$250,672,350** to **$269,743,238**.

Section B.3(b) is changed as follows:
(1)   The Cost/Schedule Incentive Fee is increased by **$1,300,000** from **$75,562,871** to **$76,862,871.**
(2)   The Award fee is increased by **$17,082,433** from **$33,448,601** to **$50,531,034.**
(3)   The Milestone Fee is increased by **$688,455** from **$59,792,841** to **$60,481,296.**

Replacement pages B.1 – B.4 are attached to this modification

C.    **SECTION H – SPECIAL CONTRACT REQUIREMENTS**

**H.29 ADVANCE UNDERSTANDINGS**
H.29(g) is hereby deleted in its entirety and replaced with the following:

(g)  Part III, Section J, Attachment 1, Subpart V. (Option II Scope of Work) includes hot start-up of the MOX Fuel Fabrication Facility (MFFF) along with other activities. DOE has determined an early exercise of the hot start-up portion of Option II is in the best interest of the project to ensure that all aspects of the MFFF are operational before acceptance of the MFFF. It is agreed that the following parameters shall apply to the early exercise of hot start-up:
1)   In recognition of the increased performance risk, an increased fee rate of 1 percentage point shall be applied to the negotiated value of Option 1, plus any fee bearing changes executed prior to definitization of the Hot-start scope, thus increasing the total fee to 7%. **Modification 183 incrementally increased the fee percentage for Option 1 to 6.75% in recognition of delays in exercising the Early Option 2 (EO2) scope. The remaining .25% recognizing a total fee rate of 7% will be added to Option 1 with the exercise of EO2.**

    2) The scope of work for hot start-up shall include successful operation of the aqueous polishing line as well as fabrication of a minimum of 8 fuel assemblies meeting the delivery specification.

    3) DOE will provide 2000 kg of plutonium in oxide form (approximately 2.27 MT of PuO2 equivalent) from Los Alamos National Laboratory (ARIES feed) that meets the requirements in Tables applicable to PDCF/ARIES feed H-1a, H-1b.1, H-1c and H-1d  except the isotopic uncertainty will be as defined below for MFFF first years of operation.

Replacement page H.20 is attached to this modification

**D.**   **SECTION J – LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS**

    **J.7 INCENTIVE/MILESTONE FEE PLAN**

    **ATTACHMENT 1 PROJECT/COST INCENTIVE FEE BAND & SCHEDULE**
The Incentive Fee Amounts by FY, 6% Fee Schedule is hereby replaced by the 6.75% Fee Schedule.  The 6% table is no longer applicable and therefore deleted.

    Replacement pages J.7.6 is attached to this modification

**E.**   All other terms and conditions remain the same.

**End of modification 183**

THE FOLLOWING SLIP PAGES CAN BE USED TO UPDATE THE CONTRACT

| Insert Page No. | Remove Page No. |
|---|---|
| B.1-B.4 | B.1-B.4 |
| H.20 | H.20 |
| J.7.6 | J.7.6 |
| J.7.8 | J.7.8 |

## SECTION B—SUPPLIES OR SERVICES AND PRICES/COSTS

### B.1    ITEMS BEING PROCURED

(i)    The Contractor shall, in accordance with the terms of this contract, provide the personnel, facilities, equipment, materials and services (except as may be furnished by the Government), and otherwise do all things necessary for, or incident to providing its best efforts so as to carry out in an efficient and effective manner the necessary and related work to accomplish the requirements of the Base Contract and Option 1 as set forth in Part I, Section C - Description/Specifications/Work Statement.

(j)    The Government has the unilateral right to extend the term of this contract for the performance of the SOW for Option 2, as described in Part III, Section J, Attachment 1, Subpart V in accordance with Clause H.6, Option to Extend Services.

(k)    The Government has the unilateral right to extend the term of this contract for the performance of the SOW for Option 3, as described in Part III, Section J, Attachment 1, Subpart VI in accordance with Clause H.6, Option to Extend Services.

(l)    The Contractor shall ensure the performance of Value Engineering services in accordance with the clause of this contract entitled, Value Engineering -- Architect-Engineer (MAR 1990) for the design of the MOX Fuel Fabrication Facility (MFFF) in accordance with the requirements contained in Part III, Section J, Attachment 1, Subpart II.A.1, Facility Design. The estimated cost and fixed fee for this effort shall not be separately priced, but be included in the overall estimated cost and fixed fee for performance of the work under this contract in paragraph B.2 below.

(m)    All work under this contract shall be performed under the general guidance and direction of the Contracting Officer's Representative (COR) whose responsibilities are defined in the clause DEAR 952. 242-70, Technical Direction, set forth in Part I, Section I General Contract Clauses. Such guidance and direction shall not, however, effect any change in the Schedule, Statement of Work, Reporting Requirements, or other provisions of this contract. Such changes shall only be by action of the Contracting Officer.

(n)    Whereas the Contractor and Government recognize the costs and fee for Option 1 work scope associated with operator training and protective force are not included in this initial Option 1 agreement; both parties hereby agree to act in good faith to ensure all steps are taken to reach final disposition of this scope, cost and fee at the earliest practicable date.

(o)    Whereas the Contractor and Government recognize the importance of achieving approval of Contractor's Hot Start Up and AP Start Up Plan; both parties hereby agree to act in good faith to ensure all steps required to add this scope with additional cost, fee, and schedule to the contract will be achieved at the earliest practicable date, as detailed in Clause H.29 paragraph (g).

### B.2    ESTIMATED COST, FEE, OBLIGATION OF FUNDS AND FINANCIAL LIMITATIONS

The estimated cost for the performance of the work under CLINs 1-6 are exclusive of fee. The total estimated cost is $4,195,430,794. The total estimated fee (CLIN 7) is $269,743,238. The total estimated price is $4,465,174,032.

(a)    The estimated cost for the performance of the work under this contract is:

B.1

Contract No. DE-AC02-99CH10888
Modification No. 183

| ITEM | | SUPPLIES OR SERVICES | | Estimated Price |
|------|------|------|------|------|
| 0001 | | **FUEL SERVICES** | $ | **281,588,024** |
| | | Base Contract (CPFF) | $ | 170,497,783 |
| | | Lead Assembly Program( Eurofab) (Base Contract) (CPIF) | $ | 71,426,431 |
| | | Mission Reactors and Site Modification Segment (Option 1) (CPIF) | $ | 39,663,810 |
| | | | | |
| 0002 | | **MIXED-OXIDE FUEL FABRICATION FACILITY** | $ | **3,875,537,663** |
| | | Base Contract (CPFF) | $ | 798,405,507 |
| | | Base Contract (CPIF) | $ | 12,759,282 |
| | | Option 1 (CPIF, CPAF, Milestones) | $ | 2,986,895,248 |
| | | Early Option 1 (CD 2/3, Site Prep, CP-20) | $ | 77,477,626 |
| | | | | |
| 0003 | | **OPTION 2, MFFF OPERATIONS** | | |
| | | Contract type TBD | TBD | |
| | | | | |
| 0004 | | **OPTION 3 MFFF DEACTIVATION** | TBD | |
| | | FFP | | |
| | | | | |
| 0005 | | **OTHER MOX ACTIVITIES** | $ | **10,105,107** |
| | | Russian (CPFF) | $ | 8,684,018 |
| | | Other Activities (CPFF) | $ | 1,013,263 |
| | | Pass-thru Support | $ | 300,149 |
| | | RAP Support (Cost Reimbursement) | $ | 107,677 |
| | | | | |
| 0006 | | **TECHNOLOGY TRANSFER FEE AGREEMENT** | $ | **28,200,000** |
| | | Base Contract (FFP) | $ | 28,200,000 |
| | | | | |
| 0007 | | **FEE** | $ | **269,743,238** |
| | 0007A | FIXED FEE | $ | **73,221,775** |
| | | Base Contract | $ | 56,512,414 |
| | | Base Contract Russian | $ | 971,190 |
| | | Early Option 1 | $ | 4,703,174 |
| | | Option 1 | $ | 11,000,000 |
| | | Other Activities | $ | 34,997 |
| | 0007B | INCENTIVE FEE | $ | **145,990,429** |
| | | Base Contract Incentive Fee Pool (EUROFAB) | $ | 7,575,339 |
| | | Option 1 Incentive Fee Pool (Mission Reactors) | $ | 1,070,923 |
| | | Option 1 Incentive Fee Pool ( Option 1 MFFF) | $ | 76,862,871 |
| | | Option 1 Milestone Fee Pool ( Option 1 MFFF) | $ | 60,481,296 |
| | 0007C | AWARD FEE | $ | **50,531,034** |
| | | Option 1 Award Fee | $ | 50,531,034 |
| | | | | |
| | | **TOTAL ESTIMATED PRICE** | $ | **4,465,174,032** |

B.2

(b)   Pursuant to the clause entitled, "Limitation of Funds", set forth in Part II, Section I, the following amounts have been obligated and are available for payment of allowable costs and fee under this contract:

| Type | Appropriation Symbol | B&R | STARS Value | Obligated |
|---|---|---|---|---|
| MOX TEC (Construction) | 89X0243.91 | 39DS10000 | 2222331 | $467,808,000.00 |
| MOX TEC (Construction) | 89X0319.91 | 39AF59000 | 2720685 | $221,720,974.00 |
| MOX TEC (Construction) | 89X0309.91 | 39NN62000 | 2220582 | $2,242,379,930.70 |
| MOX OPC (Operating) | 89X0319.91 | AF5910000 | 2720684 | $35,442,750.00 |
| MOX OPC (Operating) | 89X0309.91 | NN6001070 | 2221271 | $103,699,959.87 |
| MIFT (OPEX) | 89X0243.91 | DS1005000 | 2222336 | $12,244,386.00 |
| MIFT (OPEX) | 89X0309.91 | NN6001030 | 2221267 | $222,888,057.30 |
| MOX Operations (OPEX) | 89X0243.91 | DS1010000 | 2222337 | $2,030,000.00 |
| MOX Operations | 89X0309.91 | NN6001090 | 2222385 | $676,000.00 |
| Russian Program (Operating) | 89X0309.91 | NN6103120 | 2221311 | $9,655,207.79 |
| Other Activities | 89X0309.91 | NN6001050 | 2221269 | $5,065,000.00 |
| Other Activities | 89X0313.91 | PSO201037 | 2221474 | 75,501.47 |
| RAP Support | 89X0240.91 | DP4015032 | 2221785 | 6,100.00 |
| RAP Support | 89X0240.91 | DP4015032 | 2221785 | 2,700.00 |
| | | **TOTAL** | | **$3,323,673,567.13** |
| | | **Obligated** | | |
| | | **Funding:** | | |

These funding amounts may be increased unilaterally by DOE by written notice to the Contractor and may be increased or decreased by written agreement of the parties (whether or not by formal modification of this contract.)

(a)   When funds are obligated under this contract, DOE shall inform the Contractor in writing regarding any limitations on amounts available for operating and plant and capital equipment expenditures under this contract.  The limitations so established shall be binding on the Contractor.

(b)   The clause FAR 52.232-22, Limitation of Funds shall be applicable and the clause FAR 52.232-20, Limitation of Cost, inapplicable until such time as an amount equal to the estimated cost and fixed fee set forth in paragraphs (a) and (b) above is obligated to this contract, and thereafter the Limitation of Cost clause shall be applicable and the Limitation of Funds clause inapplicable.

**B.3   FIXED, AWARD, MILESTONE AND INCENTIVE FEES**

(a)   All fixed and incentive fees made part of the contract prior to execution of this contract modification (A124) shall not be impacted by this modification.  This clause, B.3, applies solely to the additional fee associated with the definitization of Option 1.  All Award and Milestone fee payments paid to the contractor pursuant to this Section B.3 are final and not subject to future adjustment.

(b)   Fee shall consist of three (3) separate fee pools; incentive, award and milestone fee.  The contractor shall also share in savings and overrun costs as described in clause B. 4 below.  The fee pools shall be earned and paid as described below.

(1)   <u>Cost/Schedule Incentive Fee</u> –
   (i)   The Contractor shall earn the Target Incentive Fee of **$76,862,871**, by completion of the Scope of Work (Part II, Base Contract SOW, Section A, MOX Fuel Fabrication Facility and Part III, Option 1 – Exercised Segments, located at Part III Section J, Attachment 1) within the value of CLIN 0002 and within the period of performance established by the approved project schedule (See F.1).  CLIN 0002 shall be adjusted as necessary to account for changes to the prime contract.  For billing purposes, the Cost/Schedule Incentive Fee pool shall be allocated across the contract period of performance in accordance with the Incentive/Milestone Fee Plan.  The Incentive/Milestone Fee Plan (Section J, Attachment 7) shall be jointly developed and will require bilateral approval.

   (ii)   The Incentive/Milestone Fee Plan (paragraph 2.A) establishes the parameters used by the Government for determining if the Contractor's performance is likely to meet the CLIN 0002 cost and schedule upon completion of CLIN 0002.  Performance under the Incentive/Milestone Fee Plan shall be effective July 1, 2008, and beginning October 1, 2008, the Contractor shall be entitled to submit quarterly invoices for incentive fee earned that quarter as set forth in the Incentive/Milestone Fee Plan.  The Contractor may

submit quarterly invoices for any quarter where the Government has determined the Estimate At Completion (EAC) will not exceed the parameters established in the Incentive/Milestone Plan paragraph 2.A and Attachment 1 Project/Cost Incentive Fee Band and Schedule. In any period where the Contractor's cost or schedule performance exceeds those parameters, payment of incentive Fee for that period shall be suspended and rolled over to future periods. If in subsequent periods the Contractor recovers and falls within the those parameters, the Contractor may then begin billing for the fee earned in that specific quarter and any previous quarter where the incentive fee was suspended for the reason stated above.

(iii) Contractor's cost and schedule performance will be evaluated solely by the Government. In making its determination the Government shall use Earned Value Management System (EVMS) Reports, the Contractor's use of Management Reserve and/or DOE's contingency, schedule float, the annual EAC, and other relevant, factual information.

(iv) Cost/Schedule Incentive Fee payments to the Contractor shall be 100% provisional for the 12 months following the period in which it is earned. At the end of the fifth quarter following the quarter the incentive fee is earned, 50% of the interim Incentive Fee payments received by the Contractor will become permanent provided the Contractor's performance is still within established parameters. This process will continue each quarter of Option 1 performance. If at any time the Contractor is not performing within the cost and schedule parameters established per Incentive /Milestone Fee Plan, paragraph 2.A, payments of that incentive fee shall stop and all such incentive fee that is provisional shall remain provisional until the Contractor's performance improves to once again fall within established cost and schedule parameters established per Incentive /Milestone Fee Plan.

For example, Cost/Schedule Incentive fee earned in the 4th quarter of calendar year 2008 (7/1/08-10/30/08) will be 100% provisional for 4 quarters. Assuming the Contractor is still performing within parameters on 9/30/09, then 50% of Cost/Schedule Incentive Fee earned the 4th quarter of 2008 will be considered final.

**(2)** <u>Award Fee</u> – The contractor may earn award fee of up to: <u>**$50,531,034**</u>. The contractor shall be provided a copy of the award fee plan no later than 30 days after the beginning of each fiscal year. The award fee period of performance shall be 1 year beginning on October 1, 2007. Contractor's performance shall be evaluated in accordance with the award fee plan. Award fee shall be paid on an annual basis within 75 days after the end of the evaluation period or the Award Fee Determination in accordance with the Award fee Plan.

**(3)** <u>Milestone Fee</u> – The Contractor may earn milestone fee of up to: <u>**$60,481,296**</u>, for successful completion of key milestones as detailed in Incentive/Milestone Fee Plan.

**B.4    COLLATERAL SAVINGS/COST SHARE**

(a)

(i)  The Collateral Savings/Cost Share Incentive is the method used to incentivize project completion below project target costs. It is not to be confused with the incentive referenced in Section B.3 (b)(1) above. For purposes of determining the collateral shared costs or savings, the Government will use the total allowable, final project costs for the physical completion and acceptance of the Mixed-Oxide Fuel Fabrication Facility (MFFF), compared to the adjusted Total Project Cost (TPC). TPC, as referenced in project documents reflects the total project cost of <u>**$4,857,129,000**</u> for DOE to design and construct the MFFF. The TPC includes some costs not directly controlled by the Contractor, such as fee, technical support services to DOE, extended site services and the electrical substation. Therefore, for the purposes of this Collateral Savings/Cost Share Incentive only, the parties agree that the TPC is the adjusted TPC in the amount of <u>**$4,312,090,974**</u>. The adjusted TPC amount consists only of the total estimated costs of activities whose costs are directly or indirectly impacted by the Contractor's actions in performance of work under this contract. This includes; but is not limited to, the cost of work previously authorized by the contract, utilities, and DOE's contingency.

Contract No. DE-AC02-99CH10888
Modification No. 183

has determined an early exercise of the hot start-up portion of Option II is in the best interest of the project to ensure that all aspects of the MFFF are operational before acceptance of the MFFF. It is agreed that the following parameters shall apply to the early exercise of hot start-up:

1) In recognition of the increased performance risk, an increased fee rate of 1 percentage point shall be applied to the negotiated value of Option 1, plus any fee bearing changes executed prior to definitization of the Hot-start scope, thus increasing the total fee to 7%. **Modification 183 incrementally increased the Option 1 fee percentage to 6.75% in recognition of Government delays in exercising the Early Option 2 (EO2) scope. The remaining .25% will be added to Option 1 with the exercise of EO2.**

2) The scope of work for hot start-up shall include successful operation of the aqueous polishing line as well as fabrication of a minimum of 8 fuel assemblies meeting the delivery specification.

3) DOE will provide 2000 kg of plutonium in oxide form (approximately 2.27 MT of PuO2 equivalent) from Los Alamos National Laboratory (ARIES feed) that meets the requirements in Tables applicable to PDCF/ARIES feed H-1a, H-1b.1, H-1c and H-1d except the isotopic uncertainty will be as defined below for MFFF first years of operation.

Isotopic Requirements for Plutonium Oxide

| Quantity | Typical Wt% Value for Weapons-Grade Plutonium Oxide | Absolute Uncertainty (2 standard deviations)[b] (percent) | Relative Uncertainty (2 standard deviations) (percent) |
|---|---|---|---|
| Pu-238 | 0.01 | 0.002 | 20.0 |
| Pu-239 | 94.0 | 0.2 | 0.2 |
| Pu-240 | 6.0 | 0.2 | 3.5 |
| Pu-241 | 0.15 | 0.02 | 13.5 |
| Pu-242[c] | 0.025 | N/A | N/A |

[b] The absolute uncertainty based on 2 standard deviations means the absolute quantity, which by addition to or subtraction from the measured value, defines an interval inside which the true value lies with a 95 percent level of confidence.

[c] Because Pu-242 has little to no gamma emission it is not measured, but rather it is calculated from past correlations related to weapons material. DOE will provide a forecasted range of uncertainty. The absolute forecasted range shall be within +/- 0.006% to be acceptable without further evaluation. The Pu-236 content is understood to be below normally available detection capability and is therefore not measured.

H.30  RESTRICTION ON DISCLOSURE OF LIMITED RIGHTS DATA AND RESTRICTED COMPUTER SOFTWARE TO FOREIGN GOVERNMENTS

Since any Limited Rights Data or Restricted Computer Software is intended to be used in conjunction with the MOX Fuel Fabrication Facility and provision of MOX fuel fabrication services contemplated by this contract and there is no intent to convey such data to any foreign government, Limited Rights Data and Restricted Computer Software will not be disclosed to a foreign government without the Contractor's prior permission.

H.31  LOBBYING RESTRICTION (ENERGY & WATER DEVELOPMENT APPROPRIATIONS ACT, 2000)

The Contractor agrees that none of the funds obligated on this award shall be expended, directly or indirectly, to influence congressional action on any legislation or appropriation matters pending before Congress, other than to communicate to Members of Congress as

H.20

# ATTACHMENT 1
## PROJECT/COST INCENTIVE FEE BAND & SCHEDULE

**Incentive Fee Band**

|  | FY2008 | FY2009 | FY2010 | FY2011 | FY2012 | FY2013* | FY2014* | FY2015* | FY2016* |
|---|---|---|---|---|---|---|---|---|---|
| Cost In Dollars | 200,000,000 | 200,000,000 | 200,000,000 | 200,000,000 | 200,000,000 | 150,000,000 | 100,000,000 | 50,000,000 | 0 |
| Schedule | 6 months | 6 months | 6 months | 6 months | 6 months | 6 months | 6 months | 3 months | |

**Incentive Fee Amounts by FY (6.75% Fee Schedule)**

|  | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Incentive Amount In Dollars | 3,000,000 | 12,000,000 | 14,100,000 | 15,400,000 | 13,100,000 | 8,000,000 | 7,262,871 | 4,000,000 | 0 | 76,862,871 |

As detailed in clause H.29 (g) of the contract, the 7% fee schedule detailed below will be effective with the execution of a contract modification adding hot start to the contract.

**Incentive Fee Amounts by FY (7% Fee Schedule)**

|  | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Incentive Amount In Dollars | 3,000,000 | 12,000,000 | 14,100,000 | 15,400,000 | 14,500,000 | 9,590,000 | 8,490,019 | 5,000,000 | 0 | 81,990,019 |

Contract No. DE-AC02-99CH10888
Modification No. 183

| # | Milestone | Due Date | Amount $ |
|---|-----------|----------|----------|
| | **ATTACHMENT 3 MILESTONE SCHEDULE** | | |
| 1 | Delivery of 7 trapped KPA annular tanks. Acceptance is satisfactory completion of receipt inspection of all seven tanks and release for shipment to MFFF | 15 Feb 2009 | 2,000,000 |
| 2 | Delivery of 2 trapped KPA slab tanks. Acceptance is satisfactory completion of receipt inspection of both tanks and release for shipment to MFFF | 15 Apr 2009 | 2,000,000 |
| 3 | Delivery of an acceptable "Hot Startup Plan". Acceptance is DOE acceptance of plan. (This deliverable marks the early exercise of a portion of Option 2 on MOX Services contract.) | To Be Negotiated | 4,000,000* |
| 4 | Complete assembly of PAR glovebox with sub assemblies. Acceptance is completion of PAR assembly procedure. | 15 Jan 2013 | 2,000,000 |
| 5 | Complete construction of the MOX Technical Support Building and submit application for LEED Gold Certification. | 30 Sep 2012 | 1,000,000 |
| 6 | Complete MOX main building structure including gabion concrete walls. Acceptance is completion of the last concrete placement for the roof at approximate elevation 74' for the BMP, BAP, and BSR and the last concrete placement of the gabion walls at approximate elevation 50' excluding construction opening and installation platform areas required in the roof and walls. | 30 Jun 2013 | 6,000,000 |
| 7 | Install first glovebox in MFFF. Acceptance is the rough set of a GB in its designated location. The schedule is based upon a KPA GB in room C-143 at Elevation -17' 6" of the BAP, Activity CS5117.035. Another GB of comparable difficulty and importance to the project schedule in a different location may also be acceptable. | 15 Jan 2012 | 2,000,000 |
| 8 | Complete all required AP In-Advance tests. Units to be tested are KCA, KCB, KCC, KDA, KDD, KDM, KDR, KPA, KPB, KPG. Acceptance criteria is that last AP unit (in set tested) is released for "shipment" to the MFFF. (Some punch list type items may remain) | 15 Jan 2013 | 8,000,000 |
| 9 | Complete all required MP In-Advance tests. Units to be tested are DCE, GDE, GME, NBX, NCR, NDD, NDP, NDS, NPG, NTM, NXR, PAD, PAR, PFE, PQE, PRE, PSE, PTE. Acceptance criteria is that last MP unit (in set tested) is released for "shipment" to the MFFF. (Some punch list type items may remain) | 15 Sep 2013 | 9,000,000 |
| 10 | Complete AP piping installation. CSDOE_0315 Acceptance is the QC approved installation of all Process System Piping and Supports (does not include utility or HVAC piping) in the BAP. A list of rooms that make up this set will be developed. | 15 Nov 2014 | 3,000,000 |
| 11 | Complete cold startup testing. Acceptance is successful completion of reference period SUL1MS0450. (Some "B" punch list type items may remain but equipment functionality is demonstrated.) | 9 Oct 2016 | 15,000,000 |
| 12 | Completion of Preparations for the First Training Session to include delivery of a complete set of preliminary training materials for all training profiles | 8 Apr 2014 | 1,606,395 |
| 13 | Completion of all training sessions and delivery of all La Hague and MELOX finalized training booklets | 8 Jun 2016 | 3,212,791 |
| 14 | Completion of Process Unit Design. Acceptance is Multi-Functional Fuel Design Modifications (including storage part of TAS and dry DUO2) design is complete | 30 Dec 1011 | 831,055 |
| 15 | Install Glovebox GME GB4000. Acceptance is completion of fabrication, assembly, in-advance testing, and rough placement of the glovebox unit in its designated room/location in MFFF | 15 Apr 2014 | 831,055 |
| | | **TOTAL** | 60,481,296 |

* Milestone #3 for $4M is for the Hot-Start Test Plan. If Hot-Start is not exercised, the total milestone fee amount will be reduced by $4M.