# In the United States Court of Federal Claims

No. 16-950C, 17-2017C, 18-80C, 18-522C, 18-677C, 18-691C, 18-921C
(consolidated)

(Filed: July 23, 2018)

```
*************************************
                                    *
CB&I AREVA MOX SERVICES, LLC,       *
                                    *
                 Plaintiff,         *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
                 Defendant.         *
                                    *
*************************************
```

### ORDER

On July 12, 2018, Plaintiff filed a 221-page amended response in opposition to Defendant's motion to dismiss the complaint initially filed in Case No. 18-522. See Dkt. No. 91. To date, Plaintiff has failed to provide a courtesy copy of this document as required by Rule 10 of Appendix E of the Rules of this Court. The Court reminds the parties that failure to comply with this rule will result in the Court's disregarding any filings exceeding 50 pages, absent a courtesy copy.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge