# In the United States Court of Federal Claims

No. 16-950C, 17-2017C, 18-80C, 18-522C, 18-677C, 18-691C, 18-921C
(consolidated)

(Filed: September 11, 2018)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CB&I AREVA MOX SERVICES, LLC,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

WHEELER, Judge.

Pending before the Court is a motion for partial summary judgment under Rule 56 of the Court filed by Plaintiff CB&I AREVA MOX Services, LLC ("MOX Services") on July 13, 2018. This motion relates to Case no. 18-80C, one of the consolidated actions arising from the same contract and construction project near Aiken, South Carolina. The motion was fully briefed, and the Court heard oral argument on September 11, 2018 in Washington, D.C.

This motion concerns the Government's counterclaim relating to a sum of money that MOX Services has previously paid to the Government. Since the disputed amount has been paid, MOX Services' motion for partial summary judgment on the Government's counterclaim is GRANTED.

IT IS SO ORDERED.

                                                      s/Thomas C. Wheeler
                                                      THOMAS C. WHEELER
                                                      Judge