IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CB&I AREVA MOX SERVICES, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | Case. Nos.  16-950C; 17-2017C; <br> 18-80C; 18-522C; 18-677C; 18-691C; <br> 18-921C (consolidated) <br><br> (Judge Wheeler) |

**JOINT STATUS REPORT**
**(BREACH OF CONTRACT CLAIM ASSERTED IN CASE 18-921C)**

On September 11, 2018, the Court held a hearing on three pending motions in this consolidated case.  The Court has ruled on two of those motions.  The third was Plaintiff's Motion for Partial Summary Judgment on its Breach of Contract claim in Case 18-921C.  The Court advised the parties that it would reserve ruling for fourteen days, and directed them to use their best efforts to resolve the issues raised in 18-921C within that time.  Further, the Court directed the parties to advise the Court as to the status of their efforts by September 25, 2018.  The parties hereby submit their report.

Per the Court's direction, the parties have been working cooperatively to explore resolution.  Hurricane Florence and related weather issues in the Carolinas[1] hampered the parties' efforts for several days following the hearing.  The parties are continuing their cooperative efforts and respectfully request that the Court afford them an additional fourteen (14) days, to and including October 9, 2018, in which to pursue resolution of the issues in 18-921C.

---

[1] Plaintiff and a number of the government's relevant personal are located in the Aiken, South Carolina area.

The parties propose filing a joint status report on October 9, 2018, advising the Court of the status of those efforts.

| | |
|---|---|
| Dated: September 25, 2018 | Respectfully submitted, |
| | |
| JOSEPH H. HUNT<br>Assistant Attorney General | **ROGERS JOSEPH O'DONNELL** |
| | s/Mark J. Linderman |
| ROBERT E. KIRSCHMAN, JR.<br>Director | Mark J. Linderman (Lead Counsel of Record)<br>Dennis J. Callahan<br>Stephen L. Bacon<br>ROGERS JOSEPH O'DONNELL |
| s/Allison Kidd-Miller<br>ALLISON KIDD-MILLER<br>Assistant Director | 311 California Street, 10th Floor<br>San Francisco, CA 94104<br>(415) 956-2828 (Telephone)<br>(415) 956-6457 (Facsimile)<br>mlinderman@rjo.com |
| s/Joseph E. Ashman<br>JOSEPH E. ASHMAN<br>P. DAVIS OLIVER<br>Senior Trial Counsel | W. Brad English<br>J. Andrew Watson, III<br>Jon D. Levin<br>Emily J. Chancey<br>MAYNARD, COOPER & GALE, P.C. |
| ANTHONY SCHIAVETTI<br>SOSUN BAE<br>Trial Attorneys<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480, Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: 202-353-7578 | 655 Gallatin Street<br>Huntsville, AL 35801<br>(256) 512-5705 (Telephone)<br>(256) 512-5740 (Facsimile)<br>benglish@maynardcooper.com |
| | Paul A. Debolt<br>Emily A. Unnasch<br>Christopher G. Griesedieck<br>Chelsea B. Knudson<br>VENABLE LLP<br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>(202) 344-8384 (Telephone)<br>(202) 344-8300 (Facsimile)<br>padebolt@venable.com |
| Attorneys for Defendant | **Attorneys for Plaintiff** |