# United States Court of Federal Claims
717 Madison Place, NW
Washington, DC 20439

OFFICE OF THE CLERK OF COURT
(202) 357-6406

November 9, 2018

Lisa E. Gordon-Hagerty, Under Secretary
National Nuclear Security Administration
U.S. Department of Energy
1000 Independence Avenue, S.W.
Washington, D.C.  20585

        *In re:*    *CB&I Areva Mox Services, LLC v. USA;*
                   No. 18-921 C

Dear Ms. Gordon-Hagerty:

      On November 9, 2018, an Opinion was issued in the above-captioned case, remanding the matter to the National Nuclear Security Administration for a period of 32 days. During this 32-day period, the Agency shall determine the remainder of costs withheld from MOX Services since May 27, 2018 billing period. The Agency shall notify the Court of it is decision and payment on or before December 11, 2018. In accordance with RCFC 52.2 (copy enclosed), I am sending you a certified copy of the above mentioned Opinion.  Please note the requirements of RCFC 52.2(d) with regard to the number of copies required for the filing of the decision.  If you have any questions, please feel free to contact this office at (202) 357-6406.

                                                  Sincerely,

                                                  s/Ashley Reams,
                                                  Data Quality Analyst

Enclosures

cc: Judge Thomas C. Wheeler
    Mark Linderman, Esquire
    Joseph E. Ashman, Esquire