# In the United States Court of Federal Claims

No. 16-950C, 17-2017C, 18-80C, 18-522C, 18-677C, 18-691C, 18-921C, 18-1779C
(consolidated)

(Filed: January 10, 2019)

```
*************************************
                                     *
CB&I AREVA MOX SERVICES, LLC,        *
                                     *
                    Plaintiff,       *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
                    Defendant.       *
                                     *
*************************************
```

## ORDER

On January 9, 2019, the Government filed an unopposed motion to stay the deadline for filing its answer in case number 18-1779C in the above captioned consolidated case until Congress restores funding to the Department of Justice. For good cause shown, the motion is GRANTED. The deadline is stayed until Congress appropriates funds for the Department of Justice.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge