ATTACHMENT A

UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CB&I AREVA MOX SERVICES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case Nos. 16-950C, 17-2017C, |
| | ) | 18-80C, 18-522C, 18-677C, |
| v. | ) | 18-691C, 18-921C, 18-1779C, |
| | ) | 19-245C (consolidated) |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | (Judge Wheeler) |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF DEBORAH N. RODIN**

I hereby certify that I have carefully reviewed and am fully familiar with the provisions of the Protective Order dated August 31, 2018, entered and filed of record in the above-captioned litigation ("Protective Order").

I certify that I am eligible to have access to Protected Information, pursuant to paragraphs 4 and 5 of the Protective Order. As a condition precedent to my examination of any Protected Information pursuant to the Protective Order, or any information contained in said material, I hereby agree that the Protective Order and any amendments thereto shall be deemed directed to and shall bind me, and that I shall observe and comply with all provisions of the Protective Order.

_Deborah N. Rodin_ (signature)
SIGNATURE

4/2/2019
DATE

Deborah N. Rodin
NAME (PRINTED)

875 15th Street NW, Suite 725, Washington, D.C. 20005
BUSINESS ADDRESS

Rogers Joseph O'Donnell, P.C.
CURRENT EMPLOYER

Associate
CURRENT JOB DESCRIPTION