IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CB&I AREVA MOX SERVICES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case Nos.  16-950C; 17-2017C; |
| | ) | 18-80C; 18-522C; 18-677C; 18-691C; |
| v. | ) | 18-1779; 18-245C; 19-658C (consolidated) |
| | ) | |
| THE UNITED STATES, | ) | (Judge Thomas C. Wheeler) |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's order dated June 24, 2019, ECF Dkt. No. 228, plaintiff, CB&I AREVA MOX Services, LLC, and defendant, the United States, respectfully submit this joint status report advising the Court on the status of the parties' efforts to resolve this matter through compromise, consistent with an agreement in-principle reached on June 18, 2019. Since then, the parties have made significant progress toward resolving some remaining issues, and are continuing to prepare the final settlement agreement that will be presented to each party's respective settlement authority for consideration.  The parties will file a joint status report on or before August 23, 2019, advising the Court on the status of the parties' settlement efforts.

|  | Respectfully submitted, |
|---|---|
| s/Mark J. Linderman | JOSEPH H. HUNT |
| Mark J. Linderman | Assistant Attorney General |
| Dennis J. Callahan |  |
| Lisa N. Himes |  |
| Stephen L. Bacon | ROBERT E. KIRSCHMAN, JR. |
| ROGERS JOSEPH O'DONNELL | Director |
| 311 California Street, 10th Floor |  |
| San Francisco, CA 94104 | s/Allison Kidd-Miller |
| (415) 956-2828 (Telephone) | ALLISON KIDD-MILLER |
| (415) 956-6457 (Facsimile) | Assistant Director |
| mlinderman@rjo.com |  |
|  |  |
| Attorneys for Plaintiff | s/Joseph E. Ashman |
|  | JOSEPH E. ASHMAN |
|  | P. DAVIS OLIVER |
|  | Senior Trial Counsel |
|  |  |
|  | SOSUN BAE |
|  | ANTHONY SCHIAVETTI |
|  | ZACHARY SULLIVAN |
|  | JOHN MCADAMS |
|  | Trial Attorneys |
|  | Commercial Litigation Branch |
|  | Civil Division |
|  | Department of Justice |
|  | P.O. Box 480 |
|  | Ben Franklin Station |
|  | Washington, D.C. 20044 |
|  | Tel: (202) 353-7578 |
|  | Fax: (202) 353-7988 |
|  | joseph.ashman@usdoj.gov |
|  |  |
|  | Attorneys for Defendant |
| Dated:  July 24, 2019 |  |