**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CB&I AREVA MOX SERVICES, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | No. 16-950C, 17-2017C, |
| | ) | 18-80C, 18-522C, 18-677C, |
| v. | ) | 18-691C, 18-921C, 18-1779C, |
| | ) | 19-245C (consolidated) |
| | ) | |
| | ) | **Judge Thomas C. Wheeler** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated June 24, 2019, ECF Dkt. No. 228, and the Joint Status Report dated July 28, 2019, ECF Dkt. No. 229, plaintiff, CB&I AREVA MOX Services, LLC and defendant, the United States, respectfully submit this joint status report advising the Court on the status of the parties' efforts to resolve this matter through compromise, consistent with an agreement-in-principle reached on June 18, 2019. Since then, the parties have made significant progress toward resolving some remaining issues, and are continuing to prepare the final settlement agreement that will be presented to each party's respective settlement authority for consideration. The parties will file a joint status report on or before September 20, 2019, advising the Court on the status of the parties' settlement efforts.

Respectfully submitted,

| | |
|---|---|
| ROGERS JOSEPH O'DONNELL | JOSEPH H. HUNT<br>Assistant Attorney General |
| */s/Mark J. Linderman*<br>Mark J. Linderman (Lead Counsel of Record)<br>Dennis J. Callahan<br>Lisa N. Himes<br>Stephen L. Bacon<br>ROGERS JOSEPH O'DONNELL<br>311 California Street, 10th Floor<br>San Francisco, CA 94104<br>(415) 956-2828 (Telephone)<br>(415) 956-6457 (Facsimile)<br>mlinderman@rjo.com<br><br>Attorneys for Plaintiff | ROBERT E. KIRSCHMAN, JR.<br>Director<br><br>*/s/ Allison Kidd-Miller by Patricia M. McCarthy*<br>Assistant Director<br><br>*/s/ P. Davis Oliver*<br>P. DAVIS OLIVER<br>Senior Trial Counsel<br><br>SOSUN BAE<br>ANTHONY SCHIAVETTI<br>ZACHARY SULLIVAN<br>JOHN MCADAMS<br>Trial Attorneys<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P. O. Box 480<br>Ben Franklin Station<br>Washington, D.D. 20044<br>Tel: (202) 353-7578<br>Fax: (202) 353-7988<br>p.davis.oliver@usdoj.gov<br><br>Attorneys for Defendant |

August 23, 2019