IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **CB&I AREVA MOX SERVICES, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | No. 16-950C, 17-2017C, |
| | ) | 18-80C, 18-522C, 18-677C, |
| v. | ) | 18-691C, 18-921C, 18-1779C, |
| | ) | 19-245C (consolidated) |
| | ) | |
| | ) | **Judge Thomas C. Wheeler** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's order dated June 24, 2019, ECP Dkt. No. 228, and the Joint Status Report dated August 23, 2019, ECF Dkt. No. 231, plaintiff, CB&I AREVA MOX Services, LLC, and defendant, the United States, respectfully submit this joint status report advising the Court on the status of the parties' efforts to resolve this matter through compromise, consistent with an agreement-in-principle reached on June 18, 2019. The parties continue to make significant progress towards resolving these cases. Since the August 23, 2019, status report, the parties have concluded negotiations concerning the terms of a proposed settlement agreement and that proposed agreement has been submitted for review to each party's respective settlement approval processes. The parties respectfully propose filing a joint status report on or before October 18, 2019, advising the Court on the status of the parties' settlement efforts.

Respectfully submitted,

| | |
|---|---|
| ROGERS JOSEPH O'DONNELL | JOSEPH H. HUNT<br>Assistant Attorney General |
| /s/Mark J. Linderman<br>Mark J. Linderman (Lead Counsel of Record)<br>Dennis J. Callahan<br>Lisa N. Himes<br>Stephen L. Bacon<br>ROGERS JOSEPH O'DONNELL<br>311 California Street, 10th Floor<br>San Francisco, CA 94104<br>(415) 956-2828 (Telephone)<br>(415) 956-6457 (Facsimile)<br>mlinderman@rjo.com<br><br>Attorneys for Plaintiff | ROBERT E. KIRSCHMAN, JR.<br>Director<br><br>/s/ Allison Kidd-Miller<br>Assistant Director<br><br>/s/ P. Davis Oliver<br>P. DAVIS OLIVER<br>Senior Trial Counsel<br><br>SOSUN BAE<br>ANTHONY SCHIAVETTI<br>ZACHARY SULLIVAN<br>JOHN MCADAMS<br>Trial Attorneys<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P. O. Box 480<br>Ben Franklin Station<br>Washington, D.D. 20044<br>Tel: (202) 353-7578<br>Fax: (202) 353-7988<br>p.davis.oliver@usdoj.gov<br><br>Attorneys for Defendant |

September 20, 2019