# In the United States Court of Federal Claims

No. 16-950C, 17-2017C, 18-80C, 18-522C, 18-677C, 18-691C, 18-921C, 18-1779C, 19-245C
(consolidated)

(Filed:  September 24, 2019)

```
*************************************
                                    *
CB&I AREVA MOX SERVICES, LLC,       *
                                    *
                  Plaintiff,        *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
                  Defendant.        *
                                    *
*************************************
```

## ORDER

On September 20, 2019, the parties filed a joint status report regarding the progress of their settlement efforts, and requested to file another joint status report on or before October 18, 2019.  For good cause shown, the parties' request is GRANTED.

IT IS SO ORDERED.

s/ Thomas C. Wheeler<br>
THOMAS C. WHEELER<br>
Judge