IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **CB&I AREVA MOX SERVICES, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | No. 16-950C, 17-2017C, |
| | ) | 18-80C, 18-522C, 18-677C, |
| v. | ) | 18-691C, 18-921C, 18-1779C, |
| | ) | 19-245C (consolidated) |
| | ) | |
| | ) | **Judge Thomas C. Wheeler** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's order dated September 24, 2019, ECP Dkt. No. 233, and the Joint Status Report dated September 20, 2019, ECF Dkt. No. 232, plaintiff, CB&I AREVA MOX Services, LLC and defendant, the United States, respectfully submit this joint status report advising the Court on the status of the parties' efforts to resolve this matter through compromise, consistent with an agreement-in-principle reached on June 18, 2019. The parties continue to make significant progress towards resolving these cases. As stated in the September 20, 2019, status report, the parties have negotiated the terms of a proposed settlement agreement. This proposed settlement agreement has been submitted for review through each party's respective settlement approval process. The parties respectfully propose filing a joint status report on or before November 15, 2019, advising the Court on the status of the parties' settlement efforts.

Respectfully submitted,

| | |
|---|---|
| ROGERS JOSEPH O'DONNELL | JOSEPH H. HUNT<br>Assistant Attorney General |
| */s/Mark J. Linderman*<br>Mark J. Linderman (Lead Counsel of Record)<br>Dennis J. Callahan<br>Lisa N. Himes<br>Stephen L. Bacon<br>ROGERS JOSEPH O'DONNELL<br>311 California Street, 10th Floor<br>San Francisco, CA 94104<br>(415) 956-2828 (Telephone)<br>(415) 956-6457 (Facsimile)<br>mlinderman@rjo.com<br><br>Attorneys for Plaintiff | ROBERT E. KIRSCHMAN, JR.<br>Director<br><br>*/s/ Allison Kidd-Miller*<br>Assistant Director<br><br>*/s/ P. Davis Oliver/by Allison Kidd-Miller*<br>P. DAVIS OLIVER<br>Senior Trial Counsel<br><br>SOSUN BAE<br>ANTHONY SCHIAVETTI<br>ZACHARY SULLIVAN<br>JOHN MCADAMS<br>Trial Attorneys<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P. O. Box 480<br>Ben Franklin Station<br>Washington, D.D. 20044<br>Tel: (202) 353-7578<br>Fax: (202) 353-7988<br>p.davis.oliver@usdoj.gov<br><br>Attorneys for Defendant |

October 18, 2019