# In the United States Court of Federal Claims

No. 16-950C, 17-2017C, 18-80C, 18-522C, 18-677C, 18-691C, 18-921C, 18-1779C, 19-245C
(consolidated)

(Filed:  October 21, 2019)

```
*************************************
                                    *
CB&I AREVA MOX SERVICES, LLC,       *
                                    *
                  Plaintiff,        *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
                  Defendant.        *
                                    *
*************************************
```

## ORDER

On October 18, 2019, the parties filed a joint status report regarding the progress of their settlement efforts, and requested to file another joint status report on or before November 15, 2019.  For good cause shown, the parties' request is GRANTED.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge