IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **CB&I AREVA MOX SERVICES, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | No. 16-950C, 17-2017C, |
| | ) | 18-80C, 18-522C, 18-677C, |
| v. | ) | 18-691C, 18-921C, 18-1779C, |
| | ) | 19-245C (consolidated) |
| | ) | |
| | ) | **Judge Thomas C. Wheeler** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE STATUS REPORT

Pursuant to the Rule 6(b)(1) of the Rules of the United States Court of Federal Claim, the parties respectfully request an extension of time of two business days, to and including November 19, 2019, to file a joint status report. Our joint status report is currently due on November 15, 2019. A brief enlargement is necessary in order to allow sufficient time for the parties to finalize our status report regarding our efforts to resolve this matter through settlement. For the foregoing reason, we respectfully request that the Court grant our joint motion for enlargement of time to file a status report.

502011.1

|  |  |
|---|---|
| | Respectfully submitted, |
| */s/Mark J. Linderman* | JOSEPH H. HUNT |
| Mark J. Linderman (Lead Counsel of Record) | Assistant Attorney General |
| Dennis J. Callahan | ROBERT E. KIRSCHMAN, JR. |
| Lisa N. Himes | Director |
| Stephen L. Bacon | |
| ROGERS JOSEPH O'DONNELL | */s/ Allison Kidd-Miller* |
| 311 California Street, 10th Floor | Assistant Director |
| San Francisco, CA 94104 | |
| (415) 956-2828 (Telephone) | */s/ P. Davis Oliver* |
| (415) 956-6457 (Facsimile) | P. DAVIS OLIVER |
| mlinderman@rjo.com | Senior Trial Counsel |
| Attorneys for Plaintiff | SOSUN BAE |
| | ANTHONY SCHIAVETTI |
| | ZACHARY SULLIVAN |
| | JOHN MCADAMS |
| | Trial Attorneys |
| | Commercial Litigation Branch |
| | Civil Division |
| | Department of Justice |
| | P. O. Box 480 |
| | Ben Franklin Station |
| | Washington, D.D. 20044 |
| | Tel: (202) 353-7578 |
| | Fax: (202) 353-7988 |
| | p.davis.oliver@usdoj.gov |
| | |
| | Attorneys for Defendant |

November 15, 2019