**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CB&I AREVA MOX SERVICES, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **No. 16-950C, 17-2017C,** |
| | ) | **18-80C, 18-522C, 18-677C,** |
| **v.** | ) | **18-691C, 18-921C, 18-1779C,** |
| | ) | **19-245C (consolidated)** |
| | ) | |
| | ) | **Judge Thomas C. Wheeler** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated November 18, 2019, ECF Dkt. No. 237, plaintiff,

CB&I AREVA MOX Services, LLC and defendant, the United States, respectfully submit

this joint status report advising the Court on the status of the parties' efforts to resolve this

matter through compromise, consistent with an agreement-in-principle reached on June 18,

2019.  Since the previous status report, the parties have executed a settlement agreement and

anticipate filing a stipulation to dismiss these consolidated cases within the next several

weeks.

Respectfully submitted,

ROGERS JOSEPH O'DONNELL

/s/Mark J. Linderman
Mark J. Linderman (Lead Counsel of Record)
Dennis J. Callahan
Lisa N. Himes
Stephen L. Bacon
ROGERS JOSEPH O'DONNELL
311 California Street, 10th Floor
San Francisco, CA 94104
(415) 956-2828 (Telephone)
(415) 956-6457 (Facsimile)
mlinderman@rjo.com

Attorneys for Plaintiff

JOSEPH H. HUNT
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

/s/ Allison Kidd-Miller
Assistant Director

/s/ P. Davis Oliver
P. DAVIS OLIVER
Senior Trial Counsel

SOSUN BAE
ANTHONY SCHIAVETTI
ZACHARY SULLIVAN
JOHN MCADAMS
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
P. O. Box 480
Ben Franklin Station
Washington, D.D. 20044
Tel: (202) 353-7578
Fax: (202) 353-7988
p.davis.oliver@usdoj.gov

Attorneys for Defendant

November 19, 2019