## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **CB&I AREVA MOX SERVICES, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | No. 16-950C, 17-2017C, |
| | ) | 18-80C, 18-522C, 18-677C, |
| v. | ) | 18-691C, 18-921C, 18-1779C, |
| | ) | 19-245C (consolidated) |
| | ) | |
| | ) | Judge Thomas C. Wheeler |
| **THE UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Rules of the United States Court of Federal Claims, Plaintiff CB&I AREVA MOX SERVICES, LLC and Defendant United States, by and through their attorneys of record, hereby submit this stipulation for dismissal, with prejudice, of all actions, including all counterclaims, consolidated under Case No. 16-950C, with each party to bear its own costs, fees, and expenses.

Respectfully submitted,

| | |
|---|---|
| ROGERS JOSEPH O'DONNELL | JOSEPH H. HUNT |
| | Assistant Attorney General |
| */s/Mark J. Linderman* | |
| Mark J. Linderman (Lead Counsel of Record) | ROBERT E. KIRSCHMAN, JR. |
| Dennis J. Callahan | Director |
| Lisa N. Himes | */s/ Allison Kidd-Miller* |
| Stephen L. Bacon | Assistant Director |
| ROGERS JOSEPH O'DONNELL | |
| 311 California Street, 10th Floor | */s/ P. Davis Oliver* |
| San Francisco, CA 94104 | P. DAVIS OLIVER |
| (415) 956-2828 (Telephone) | Senior Trial Counsel |
| (415) 956-6457 (Facsimile) | |

504283.1

|  |  |
|---|---|
| mlinderman@rjo.com | SOSUN BAE |
|  | ANTHONY SCHIAVETTI |
| Attorneys for Plaintiff | ZACHARY SULLIVAN |
|  | JOHN MCADAMS |
|  | Trial Attorneys |
|  | Commercial Litigation Branch |
|  | Civil Division |
|  | Department of Justice |
|  | P. O. Box 480 |
|  | Ben Franklin Station |
|  | Washington, D.D. 20044 |
|  | Tel: (202) 353-7578 |
|  | Fax: (202) 353-7988 |
|  | p.davis.oliver@usdoj.gov |
|  |  |
|  | Attorneys for Defendant |

December 4, 2019