NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

───────────────

**CB&I AREVA MOX SERVICES, LLC,**
*Plaintiff-Appellee*

v.

**UNITED STATES,**
*Defendant-Appellant*

───────────────

2019-1905

───────────────

Appeal from the United States Court of Federal Claims in Nos. 1:16-cv-00950-TCW, 1:17-cv-02017-TCW, 1:18-cv-00080-TCW, 1:18-cv-00522-TCW, 1:18-cv-00677-TCW, 1:18-cv-00691-TCW, 1:18-cv-01779-TCW, 1:19-cv-00245-TCW, and 1:19-cv-00658-TCW, Judge Thomas C. Wheeler.

───────────────

**ON MOTION**

───────────────

**O R D E R**

Upon consideration of the parties' joint stipulation to dismissal of this appeal,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the appeal is dismissed.

(2) All pending motions are denied as moot.

(3) Each side to bear its own costs.

FOR THE COURT

December 12, 2019     /s/ Peter R. Marksteiner
  Date         Peter R. Marksteiner
             Clerk of Court

s25

ISSUED AS A MANDATE:  December 12, 2019